**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _Delaware_____
(State)

Case number (*If known*):_____ Chapter __7___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Shapeways, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   N/A

3. **Debtor's federal Employer Identification Number** (EIN)

   9 9 – 0 3 6 0 9 9 3

4. **Debtor's address**

   **Principal place of business**

   12163 Globe Street
   Number    Street

   Livonia           MI    48150
   City                State    ZIP Code

   Wayne
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City            State    ZIP Code

5. **Debtor's website (URL)**    www.shapeways.com

Debtor    <u>Shapeways, Inc.</u>                                    Case number *(if known)*_____
       Name

| | |
|---|---|
| **6.**    **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

**7.**    **Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    3    2    6    1

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Shapeways, Inc.
_____    Case number (if known) _____
          Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____
                                              When _____  Case number _____
                                                        MM / DD / YYYY
District _____
                                              When _____  Case number _____
                                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Schedule 1 _____    Relationship    See Schedule 1 _____
District  Delaware _____    When    _____
                                                                        MM / DD / YYYY
          Case number, if known  _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number          Street

_____
City                                                  State ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

---

| Debtor | Shapeways, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49     ☒ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

---

**15. Estimated assets**

☐ $0-$50,000     ☒ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0-$50,000     ☒ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/02/2024
            MM / DD / YYYY

✘   /s/ Gregory Kress                Gregory Kress
     Signature of authorized representative of debtor      Printed name

Title: Chief Financial Officer

| Debtor | Shapeways, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✖ /s/ Russell C. Silberglied                    Date    07/02/2024

Signature of attorney for debtor                    MM  / DD / YYYY

Russell C. Silberglied
Printed name

Richards, Layton & Finger, P.A.
Firm name

920        North King Street
Number      Street

Wilmington                                DE        19801
City                                      State      ZIP Code

(302) 651-7700                            silberglied@rlf.com
Contact phone                             Email address

3462                                      DE

Bar number                                State

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF**
**SHAPEWAYS HOLDINGS, INC.**

The undersigned, constituting all of the members of the Board of Directors (the "***Board***") of Shapeways Holdings, Inc., a Delaware corporation (the "***Company***"), pursuant to Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Company (the "***Bylaws***"), hereby adopt the following recitals and resolutions by unanimous written consent, effective as of the latest date set forth on the signature pages hereto:

1.      <u>Approval of June 26, 2024 Board Minutes</u>.

**WHEREAS**, the Board convened a meeting on June 26, 2024, the minutes ("Minutes") thereto attached herewith as Exhibit A.

**NOW, THEREFORE, BE IT RESOLVED**, that the Minutes be, and they hereby are, approved as submitted to the Board; and

2.      <u>General Authority</u>.

**RESOLVED**, that such actions, whether previously or subsequently taken by the officers of the Company which are consistent with the intent and purposes of the foregoing resolutions, shall be and the same hereby are, ratified, approved and confirmed; and

**RESOLVED FURTHER**, that the officers of the Company and such persons appointed to act on their behalf pursuant to the foregoing resolutions are hereby authorized and directed in the name of the Company, and on its behalf, to execute such additional certificates, agreements, instruments or documents, or such amendments or supplements thereto, or to do or to cause to be done such other acts as they reasonably deem necessary, appropriate or in furtherance of the purposes of each of the foregoing resolutions and the transactions contemplated therein.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent as of the dates set forth below.

Date: Jul 1, 2024

Gregory Kress (Jul 1, 2024 09:00 EDT)
Greg Kress

Date: Jul 1, 2024

Leslie Campbell (Jul 1, 2024 09:56 EDT)
Leslie C.G. Campbell

Date: Jul 1, 2024

Rajeev Batra

Date: Jul 1, 2024

Christine M. Gorjanc (Jul 1, 2024 08:32 PDT)
Christine Gorjanc

Date: Jul 1, 2024

Ryan Kearny (Jul 1, 2024 08:56 PDT)
Ryan Kearny

Date: Jul 1, 2024

Alberto Recchi (Jul 1, 2024 08:01 EDT)
Alberto Recchi

Date: Jul 1, 2024

Josh Wolfe (Jul 1, 2024 12:39 EDT)
Josh Wolfe

**MINUTES OF A MEETING**

**OF THE BOARD OF DIRECTORS OF**

**SHAPEWAYS HOLDINGS, INC.**

---

**DATE:**                         June 26, 2024

**TIME:**                         5:00 p.m. New York time

**LOCATION:**                  Via videoconference.

**DIRECTORS PRESENT:**    Raj Batra

                                      Leslie Campbell

                                      Ryan Kearny

                                      Greg Kress

                                      Alberto Recchi

                                      Christine Gorjanc

                                      Josh Wolfe

**DIRECTORS ABSENT:**

**OTHERS PRESENT:**       Robert Lawsky

                                      Hozefa Botee (Gunderson Dettmer)

                                      Elena Vespoli (Gunderson Dettmer)

1.     <u>Call to Order.</u>

A meeting of the Board of Directors (the "<u>Board</u>") of Shapeways Holdings, Inc., a Delaware corporation (the "<u>Corporation</u>"), was held on the date and time noted above.  Ms. Campbell, acting as Chair of the meeting and after confirming that all participants could hear and be heard by all other participants, called the meeting to order and announced that a quorum of directors was present and that the meeting, having been duly convened, was ready to proceed with its business.  Ms. Campbell then presented the agenda for the meeting.  Mr. Lawsky acted as Secretary of the meeting.

2.     <u>Corporate Matters; Bankruptcy</u>.

Mr. Kress led the Board in a discussion of the Corporation's operational and financial affairs, the liabilities and liquidity situation of the Corporation, the short-term and long-term prospects of the Corporation, the restructuring and strategic options available to the Corporation, and the effect of the foregoing on the Corporation's business and operations. Mr. Recchi and Mr. Lawsky then led a discussion regarding the potential filing by the Corporation of a voluntary case under the provisions of chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. Questions were asked and discussion ensued.  Following discussion, upon motion duly made and seconded, the following recitals and resolutions were adopted:

**WHEREAS,** the board of directors (the "**Board**") of Shapeways Holdings, Inc., a Delaware corporation (the "**Corporation**"), after careful consideration of all facts and circumstances regarding the Corporation's operational and financial affairs, and after consultation with management and the Corporation's financial, legal, and other advisors, including numerous discussions regarding the liabilities and liquidity situation of the Corporation, the short-term and long-term prospects of the Corporation, the restructuring and strategic options available to the Corporation, and the effect of the foregoing on the Corporation's business and operations, has determined that, in the judgment of the Board, it is desirable

and in the best interests of the Corporation, its stockholders, its creditors, and other interested parties that a voluntary petition (a "**Petition**") commencing a chapter 7 case (the "**Chapter 7 Case**") be filed by the Corporation to seek relief under the provisions of chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and

**WHEREAS**, in connection with the Chapter 7 Case, the Board has also determined that it is desirable and in the best interests of the Corporation, its stockholders, its creditors and other interested parties to authorize and approve commencing bankruptcy proceedings under the Bankruptcy Code and/or other applicable law for the following direct or indirect wholly owned subsidiaries of the Corporation: Shapeways, Inc., a Delaware corporation ("**Incorporated**"), Linear Mold & Engineering, LLC, a Michigan limited liability company ("**Linear**"), and Shapeways BV, a Netherlands private company with limited liability ("**BV**" and together with Incorporated and Linear, the "**Shapeways Subsidiaries**") (collectively, the "**Subsidiary Bankruptcy Proceedings**").

**NOW THEREFORE BE IT RESOLVED** that the Corporation shall be, and hereby is, authorized and directed to: (a) file a Petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court, and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

**RESOLVED**, that the Subsidiary Bankruptcy Proceedings be, and each hereby is, authorized and approved; and it be further

**RESOLVED,** that each officer of the Corporation (each individually, an "**Authorized Person**" and collectively, the "**Authorized Persons**") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of and in the name of the Corporation, on its own behalf and/or as applicable on behalf of the Corporation in its capacity as a stockholder, member, manager, general or limited partner,

or other equityholder of any of the Shapeways Subsidiaries, to:  (a) verify and execute the Petition, as well as all other ancillary documents, and file, or cause to be filed with the Bankruptcy Court, the Petition and make or cause to be made, prior to execution thereof, any modifications to the Petition or ancillary documents as any such Authorized Person, in such person's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (the approval of which to be conclusively established by the execution thereof by such Authorized Person); (b) take such actions as deemed necessary of advisable to authorize and approve the Subsidiary Bankruptcy Proceedings and to file, or cause to be filed, on behalf of the Shapeways Subsidiaries with the applicable courts or other governmental bodies the necessary documents to effect the Subsidiary Bankruptcy Proceedings; and (c) verify, execute and file or cause to be filed all petitions, schedules, statements, lists, and other papers or documents necessary in connection with the foregoing; and it be further

**RESOLVED**, that the Corporation be, and hereby is, authorized to enter into a consulting agreement with any director, officer or employee of the Corporation or any of its subsidiaries (including, without limitation, the chief executive officer and chief financial officer of the Corporation) in substantially the form attached to the minutes of this meeting as **Exhibit A** (each, a "**Consulting Agreement**"), for the purpose of, among other things, assisting the Corporation with commencing the Chapter 7 Case, responding to inquiries from the chapter 7 trustee appointed in the Chapter 7 Case (the "**Chapter 7 Trustee**"), attending and testifying at the meeting of creditors under section 341 of title 11 of the Bankruptcy Code, and performing such other duties reasonably requested by the Chapter 7 Trustee during the term of the Consulting Agreement.

**RESOLVED**, that the Corporation be, and hereby is, authorized to make a lump sum payment to each such director, officer or employee of the Corporation pursuant to their respective Consulting Agreements in an amount not to exceed one week of such individual's base salary level set forth opposite such individuals name on **Exhibit B** attached to the minutes of this meeting; and it be further

**RESOLVED**, that the form, terms and provisions of the Consulting Agreements be, and hereby are approved; the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to execute and deliver for, in the name of, and on behalf of the Corporation, the Consulting Agreements; and that the Corporation be and hereby is authorized to perform its obligations under each Consulting Agreement as so executed and delivered; and it be further

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed for or on behalf of the Corporation, on its own behalf and/or as applicable on behalf of the Corporation in its capacity as a stockholder, member, manager, general or limited partner, or other equityholder of any of the Shapeways Subsidiaries, by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted and approved.

3.      <u>Adjournment.</u>

There being no other business to come before the Board, the meeting was adjourned.

_____
Robert Lawsky
Secretary to the Meeting

# Shapeways Holdings - UWC of the Board (Chapter 7 approval)

Final Audit Report                                               2024-07-01

| | |
|---|---|
| Created: | 2024-07-01 |
| By: | Jeffrey Shieh (legal@shapeways.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZqAi9WoOkiSt6xisEJnqYDknj2SrQpjK |

## "Shapeways Holdings - UWC of the Board (Chapter 7 approval)" History

Document created by Jeffrey Shieh (legal@shapeways.com)
2024-07-01 - 11:33:32 AM GMT

Document emailed to greg@shapeways.com for signature
2024-07-01 - 11:37:15 AM GMT

Document emailed to Leslie Campbell (lcg.campbell@gmail.com) for signature
2024-07-01 - 11:37:16 AM GMT

Document emailed to Alberto Recchi (albertor@shapeways.com) for signature
2024-07-01 - 11:37:16 AM GMT

Document emailed to ckgorjanc@gmail.com for signature
2024-07-01 - 11:37:16 AM GMT

Document emailed to Ryan Kearny (ryankearny@gmail.com) for signature
2024-07-01 - 11:37:16 AM GMT

Document emailed to Raj Batra (rajbatra1967@gmail.com) for signature
2024-07-01 - 11:37:17 AM GMT

Document emailed to Josh Wolfe (josh.wolfe@luxcapital.com) for signature
2024-07-01 - 11:37:17 AM GMT

Email viewed by Alberto Recchi (albertor@shapeways.com)
2024-07-01 - 12:01:22 PM GMT

Document e-signed by Alberto Recchi (albertor@shapeways.com)
Signature Date: 2024-07-01 - 12:01:32 PM GMT - Time Source: server

**Adobe Acrobat Sign**

Email viewed by greg@shapeways.com

2024-07-01 - 12:59:58 PM GMT

Signer greg@shapeways.com entered name at signing as Gregory Kress

2024-07-01 - 1:00:18 PM GMT

Document e-signed by Gregory Kress (greg@shapeways.com)

Signature Date: 2024-07-01 - 1:00:20 PM GMT - Time Source: server

Email viewed by Leslie Campbell (lcg.campbell@gmail.com)

2024-07-01 - 1:55:59 PM GMT

Document e-signed by Leslie Campbell (lcg.campbell@gmail.com)

Signature Date: 2024-07-01 - 1:56:21 PM GMT - Time Source: server

Email viewed by ckgorjanc@gmail.com

2024-07-01 - 3:32:29 PM GMT

Signer ckgorjanc@gmail.com entered name at signing as Christine M. Gorjanc

2024-07-01 - 3:32:57 PM GMT

Document e-signed by Christine M. Gorjanc (ckgorjanc@gmail.com)

Signature Date: 2024-07-01 - 3:32:59 PM GMT - Time Source: server

Email viewed by Ryan Kearny (ryankearny@gmail.com)

2024-07-01 - 3:56:36 PM GMT

Document e-signed by Ryan Kearny (ryankearny@gmail.com)

Signature Date: 2024-07-01 - 3:56:48 PM GMT - Time Source: server

Email viewed by Josh Wolfe (josh.wolfe@luxcapital.com)

2024-07-01 - 4:39:09 PM GMT

Document e-signed by Josh Wolfe (josh.wolfe@luxcapital.com)

Signature Date: 2024-07-01 - 4:39:22 PM GMT - Time Source: server

Email viewed by Raj Batra (rajbatra1967@gmail.com)

2024-07-01 - 6:48:47 PM GMT

Document e-signed by Raj Batra (rajbatra1967@gmail.com)

Signature Date: 2024-07-01 - 6:49:06 PM GMT - Time Source: server

Agreement completed.

2024-07-01 - 6:49:06 PM GMT

**Adobe Acrobat Sign**

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF**
**SHAPEWAYS, INC.**

The undersigned, constituting all of the members of the Board of Directors (the "***Board***") of Shapeways, Inc., a Delaware corporation (the "***Company***"), pursuant to Section 141(f) of the Delaware General Corporation Law and the Bylaws of the Company (the "***Bylaws***"), hereby adopt the following recitals and resolutions by unanimous written consent, effective as of the latest date set forth on the signature pages hereto:

1.      <u>**Approval of June 26, 2024 Board Minutes**</u>.

**WHEREAS**, the Board convened a meeting on June 26, 2024, the minutes ("Minutes") thereto attached herewith as Exhibit A.

**NOW, THEREFORE, BE IT RESOLVED**, that the Minutes be, and they hereby are, approved as submitted to the Board; and

2.      <u>**General Authority**</u>.

**RESOLVED**, that such actions, whether previously or subsequently taken by the officers of the Company which are consistent with the intent and purposes of the foregoing resolutions, shall be and the same hereby are, ratified, approved and confirmed; and

**RESOLVED FURTHER**, that the officers of the Company and such persons appointed to act on their behalf pursuant to the foregoing resolutions are hereby authorized and directed in the name of the Company, and on its behalf, to execute such additional certificates, agreements, instruments or documents, or such amendments or supplements thereto, or to do or to cause to be done such other acts as they reasonably deem necessary, appropriate or in furtherance of the purposes of each of the foregoing resolutions and the transactions contemplated therein.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this unanimous written consent as of the dates set forth below.

Date: Jul 1, 2024

Gregory Kress (Jul 1, 2024 08:09 EDT)
Greg Kress

Date: Jul 1, 2024

Leslie Campbell (Jul 1, 2024 05:04 PDT)
Leslie C.G. Campbell

Date: Jul 1, 2024

Rajeev Batra

Date: Jul 1, 2024

Christine M. Gorjanc (Jul 1, 2024 08:33 PDT)
Christine Gorjanc

Date: Jul 1, 2024

Ryan Kearny (Jul 1, 2024 08:57 PDT)
Ryan Kearny

Date: Jul 1, 2024

Alberto Recchi (Jul 1, 2024 08:00 EDT)
Alberto Recchi

Date: Jul 1, 2024

Josh Wolfe (Jul 1, 2024 13:54 EDT)
Josh Wolfe

**MINUTES OF A MEETING**

**OF THE BOARD OF DIRECTORS OF**

**SHAPEWAYS, INC.**

---

**DATE:**                         June 26, 2024

**TIME:**                          5:00 p.m. New York time

**LOCATION:**                 Via videoconference.

**DIRECTORS PRESENT:**      Raj Batra

                                        Leslie Campbell

                                        Ryan Kearny

                                        Greg Kress

                                        Alberto Recchi

                                        Christine Gorjanc

                                        Josh Wolfe

**DIRECTORS ABSENT:**

**OTHERS PRESENT:**         Robert Lawsky

                                        Hozefa Botee (Gunderson Dettmer)

                                        Elena Vespoli (Gunderson Dettmer)

1.       <u>Call to Order.</u>

A meeting of the Board of Directors (the "<u>Board</u>") of Shapeways, Inc., a Delaware corporation (the "<u>Corporation</u>"), was held on the date and time noted above.  Ms. Campbell, acting as Chair of the meeting and after confirming that all participants could hear and be heard by all other participants, called the meeting to order and announced that a quorum of directors was present and that the meeting, having been duly convened, was ready to proceed with its business.  Ms. Campbell then presented the agenda for the meeting.  Mr. Lawsky acted as Secretary of the meeting.

2.       <u>Corporate Matters; Bankruptcy.</u>

**WHEREAS,** the board of directors (the "**Board**") of Shapeways, Inc., a Delaware corporation (the "**Corporation**"), after careful consideration, has determined that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its stockholders, its creditors, and other interested parties that a voluntary petition (a "**Petition**") commencing a chapter 7 case (the "**Chapter 7 Case**") be filed by the Corporation to seek relief under the provisions of chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and

**WHEREAS**, in connection with the Chapter 7 Case, the Board has also determined that it is desirable and in the best interests of the Corporation, its stockholders, its creditors and other interested parties to authorize and approve commencing bankruptcy proceedings under the Bankruptcy Code and/or other applicable law for the following direct or indirect wholly owned subsidiaries of the Corporation: Linear Mold & Engineering, LLC, a Michigan limited liability company ("**Linear**"), and Shapeways BV, a Netherlands private company with limited liability ("**BV**" and together with Linear, the "**Shapeways Subsidiaries**") (collectively, the "**Subsidiary Bankruptcy Proceedings**").

**NOW THEREFORE BE IT RESOLVED** that the Corporation shall be, and hereby is, authorized and directed to: (a) file a Petition for relief under chapter 7 of the Bankruptcy Code in the Bankruptcy Court, and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

**RESOLVED**, that the Subsidiary Bankruptcy Proceedings be, and hereby are, authorized and approved; and it be further

**RESOLVED,** that each officer of the Corporation (each individually, an "**Authorized Person**" and collectively, the "**Authorized Persons**") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of and in the name of the Corporation, on its own behalf and/or as applicable on behalf of the Corporation in its capacity as a stockholder, member, manager, general or limited partner, or other equityholder of any of the Shapeways Subsidiaries, to:  (a) verify and execute the Petition, as well as all other ancillary documents, and file, or cause to be filed with the Bankruptcy Court, the Petition and make or cause to be made, prior to execution thereof, any modifications to the Petition or ancillary documents as any such Authorized Person, in such person's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (the approval of which to be conclusively established by the execution thereof by such Authorized Person); (b) take such actions as deemed necessary of advisable to authorize and approve the Subsidiary Bankruptcy Proceedings and to file, or cause to be filed, on behalf any of the Shapeways Subsidiaries with the applicable courts or other governmental bodies the necessary documents to effect the Subsidiary Bankruptcy Proceedings; and (c) verify, execute and file or cause to be filed all petitions, schedules, statements, lists, and other papers or documents necessary in connection with the foregoing; and it be further

**RESOLVED**, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed for or on behalf of the Corporation, on its own behalf and/or as applicable on

behalf of the Corporation in its capacity as a stockholder, member, manager, general or limited partner, or other equityholder of any of the Shapeways Subsidiaries, by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted and approved.

3.      <u>Adjournment.</u>

There being no other business to come before the Board, the meeting was adjourned.

_____
Robert Lawsky
Secretary to the Meeting

# Shapeways Inc - UWC of the Board (Chapter 7 approval)

Final Audit Report                                                2024-07-01

| | |
|---|---|
| Created: | 2024-07-01 |
| By: | Jeffrey Shieh (legal@shapeways.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZIFXBvF9ff7YGpEGmHydjmNYfWyHBGbz |

## "Shapeways Inc - UWC of the Board (Chapter 7 approval)" History

🗋 Document created by Jeffrey Shieh (legal@shapeways.com)
2024-07-01 - 11:40:40 AM GMT

✉ Document emailed to greg@shapeways.com for signature
2024-07-01 - 11:43:48 AM GMT

✉ Document emailed to Leslie Campbell (lcg.campbell@gmail.com) for signature
2024-07-01 - 11:43:48 AM GMT

✉ Document emailed to ckgorjanc@gmail.com for signature
2024-07-01 - 11:43:48 AM GMT

✉ Document emailed to Alberto Recchi (albertor@shapeways.com) for signature
2024-07-01 - 11:43:49 AM GMT

✉ Document emailed to Ryan Kearny (ryankearny@gmail.com) for signature
2024-07-01 - 11:43:49 AM GMT

✉ Document emailed to Raj Batra (rajbatra1967@gmail.com) for signature
2024-07-01 - 11:43:49 AM GMT

✉ Document emailed to Josh Wolfe (josh.wolfe@luxcapital.com) for signature
2024-07-01 - 11:43:50 AM GMT

🗋 Email viewed by Raj Batra (rajbatra1967@gmail.com)
2024-07-01 - 11:47:54 AM GMT

✎ Document e-signed by Raj Batra (rajbatra1967@gmail.com)
Signature Date: 2024-07-01 - 11:49:09 AM GMT - Time Source: server

**Adobe Acrobat Sign**

Email viewed by Alberto Recchi (albertor@shapeways.com)

2024-07-01 - 11:59:40 AM GMT

Document e-signed by Alberto Recchi (albertor@shapeways.com)

Signature Date: 2024-07-01 - 12:00:05 PM GMT - Time Source: server

Email viewed by Leslie Campbell (lcg.campbell@gmail.com)

2024-07-01 - 12:03:31 PM GMT

Document e-signed by Leslie Campbell (lcg.campbell@gmail.com)

Signature Date: 2024-07-01 - 12:04:33 PM GMT - Time Source: server

Email viewed by greg@shapeways.com

2024-07-01 - 12:08:39 PM GMT

Signer greg@shapeways.com entered name at signing as Gregory Kress

2024-07-01 - 12:09:11 PM GMT

Document e-signed by Gregory Kress (greg@shapeways.com)

Signature Date: 2024-07-01 - 12:09:13 PM GMT - Time Source: server

Email viewed by ckgorjanc@gmail.com

2024-07-01 - 3:33:21 PM GMT

Signer ckgorjanc@gmail.com entered name at signing as Christine M. Gorjanc

2024-07-01 - 3:33:50 PM GMT

Document e-signed by Christine M. Gorjanc (ckgorjanc@gmail.com)

Signature Date: 2024-07-01 - 3:33:52 PM GMT - Time Source: server

Email viewed by Ryan Kearny (ryankearny@gmail.com)

2024-07-01 - 3:56:55 PM GMT

Document e-signed by Ryan Kearny (ryankearny@gmail.com)

Signature Date: 2024-07-01 - 3:57:15 PM GMT - Time Source: server

Email viewed by Josh Wolfe (josh.wolfe@luxcapital.com)

2024-07-01 - 5:53:47 PM GMT

Document e-signed by Josh Wolfe (josh.wolfe@luxcapital.com)

Signature Date: 2024-07-01 - 5:54:14 PM GMT - Time Source: server

Agreement completed.

2024-07-01 - 5:54:14 PM GMT

**Adobe Acrobat Sign**

**Schedule 1**

**SCHEDULE OF DEBTORS**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed in this Court a petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended.

| | Debtor | Employer Identification Number |
|---|---|---|
| 1. | Shapeways, Inc. | 99-0360993 |
| 2. | Shapeways Holdings, Inc. | 87-2876494 |
| 3. | Linear Mold & Engineering, LLC aka Linear AMS | 16-1668925 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
```
*In re:*                                          :        **Chapter 7**
                                                  :
**SHAPEWAYS, INC.,**                              :        **Case No. 24 –____ (      )**
                                                  :
            **Debtor.**                           :
```
------------------------------------------------------------ x
```

## STATEMENT OF CORPORATE OWNERSHIP

     Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Shapeways, Inc. respectfully represents as follows:

- Shapeways Holdings, Inc. owns 100% of the equity interests in Shapeways, Inc.

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the:  District of Delaware

(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form 206H)

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

✓    Other document that requires a declaration **Statement of Corporate Ownership**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/02/2024
        MM / DD / YYYY

✗    _/s/  Gregory Kress_____
        Signature of individual signing on behalf of debtor

Gregory Kress_____
Printed name

Chief Executive Officer_____
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x

In re:                                    :        **Chapter 7**
                                          :
**SHAPEWAYS HOLDINGS, INC.,**              :        **Case No. 24 –____ (      )**
                                          :
          **Debtor.**                      :
------------------------------------------------------------ x

In re:                                    :        **Chapter 7**
                                          :
**SHAPEWAYS, INC.,**                        :        **Case No. 24 –____ (      )**
                                          :
          **Debtor.**                      :
------------------------------------------------------------ x

In re:                                    :        **Chapter 7**
                                          :
**LINEAR MOLD & ENGINEERING, LLC**          :        **Case No. 24 –____ (      )**
**AKA LINEAR AMS,**
                                          :
          **Debtor.**                      :
------------------------------------------------------------ x

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Richards, Layton & Finger, P.A. ("**RL&F**"), is counsel to Shapeways Holdings, Inc., Shapeways, Inc., and Linear Mold and Engineering, LLC aka Linear AMS (collectively, the "**Debtors**"), and that total compensation paid to RL&F within one year before the filing of the petitions in bankruptcy, or agreed to be paid to RL&F, for services rendered or to be rendered on behalf of the Debtors in the aggregate is as follows:

    For legal services, RL&F has agreed to accept ......................................................................... **$140,000.00**

    Prior to the filing of this statement RL&F has received ........................................................... **$140,000.00**

    Balance Due ................................................................................................................................. **$0.00**

2.  The source of the compensation paid to RL&F was:

    ☒  Debtors              ☐  Other (specify)

3.  The source of compensation to be paid to RL&F  is:

    ☒  Debtors              ☐  Other (specify)

4.  RL&F has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of RL&F.

5.  In return for the above-disclosed fee, RL&F has agreed to render legal service for only the following aspects of these chapter 7 cases:

a.   Analysis of the Debtors' financial situation and rendering related advice to the Debtors, including, among other things, determining whether to file for relief under the Bankruptcy Code;

b.   Preparation and filing of the chapter 7 petitions, schedules of assets and liabilities, statements of financial affairs and related documents for the Debtors; and

c.   Representation of the Debtors at the meeting of creditors and any adjourned meetings thereof.

6.   By agreement with the Debtors, the above-disclosed fee does not include the following services:

As of the date hereof, RLF has agreed to represent the Debtors only in connection with the matters referenced above.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to RL&F for representation of the Debtors in these chapter 7 cases.

July 2, 2024
*Date*

/s/Russell C. Silberglied
Russell C. Silberglied (No. 3462)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

---