**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re <br><br> SHAPEWAYS, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-_____  (   ) |
| In re <br><br> SHAPEWAYS HOLDINGS, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-_____  (   ) |
| In re <br><br> LINEAR MOLD & ENGINEERING, LLC AKA LINEAR AMS, <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-_____  (   ) |

**GLOBAL NOTES REGARDING SHAPEWAYS, INC.'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On July 2, 2024, (the "Petition Date"), Shapeways, Inc. (the "Debtor") filed its voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing the above-captioned chapter 7 case (the "Chapter 7 Case").

The Debtor has filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court. The Debtor, with the assistance of its advisors, prepared the Schedules and Statement in accordance with section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes Regarding Shapeways, Inc.'s Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in,

and comprise an integral part of, all of the Schedules and Statement.  The Global Notes should be referred to and considered in connection with any review of the Schedules and Statement.[1]

The Schedules and Statement have been prepared by the Debtor with support from the Debtor's professionals.  In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records.  The Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information known to it at the time of preparation after reasonable inquiries.  The Schedules and Statement are unaudited and subject to potential adjustment.

Gregory Kress, Chief Executive Officer of the Debtor, and a duly authorized representative in this Chapter 7 Case, has signed the Schedules and Statement.  Mr. Kress is an authorized signatory for the Debtor.  In reviewing and signing the Schedules and Statement, Mr. Kress has necessarily relied upon the efforts, statements, advice, and representations of the Debtor's management and the Debtor's advisors.  Mr. Kress has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

## Debtor Affiliates and Financial Reporting

On July 2, 2024, certain of the Debtor's affiliates, Shapeways Holdings, Inc. and  Linear Mold & Engineering, LLC aka Linear AMS (collectively with the Debtor, and collectively with their non-debtor affiliates, the "Company"), also filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

## Global Notes and Overview of Methodology

1. **Reporting Date of Assets and Liabilities.** Except where otherwise noted in the Schedules and Statement or herein, (i) information regarding the Debtor's assets is presented as of May 31, 2024, with the exception of information related to Bank Accounts, which is presented as of July 2, 2024, and (ii) information regarding the Debtor's liabilities is presented as of on or around July 2, 2024.

2. **Basis of Presentation.** The financial information disclosed herein is unaudited.  The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles ("GAAP"), federal or state securities laws or other applicable non-bankruptcy standards, principles, or law, nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements.

3. **Reservations and Limitations.** Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the Chapter 7 Case including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses,

---

[1] These Global Notes supplement and are in addition to any specific notes contained herein.

characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

### General Disclosures Applicable to Schedules and Statement

1. **Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

2. **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.

3. **Claim Designations.** Schedules D and E/F permit the Debtor to designate a claim as "contingent," "unliquidated," and/or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statement on any grounds. Moreover, the Debtor reserves all of its rights to amend its Schedules and Statement to subsequently designate any claims as "contingent," "unliquidated," and/or "disputed."

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtor may be scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount. The amounts represented in the Schedules and Statement are totals of all known amounts. When necessary, the Debtor has indicated that the value of certain assets is "unknown." To the extent that any assets have been identified as having an "unknown" value, the actual total may be different from the total listed in the Schedules and Statement.

6. **Net Book Values**. Unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

7. **Current Values**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of the Debtor's limited resources to obtain current market valuations of all its assets. For these reasons, where applicable, the Debtor has provided an estimate of resale/recovery value or indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined or unknown. The actual value may be different from the current value listed in the Schedules and Statement.

8.  **Duplication.** Certain of the Debtor's assets, liabilities, and payments, including, but not limited to information presented in response to Statement Question 3, Statement Question 4, Statement Question 11, and Statement Question 30, may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and payments once.

9.  **Executory Contracts.** The Debtor reserves all of its rights, claims, and causes of action with respect to the named parties of any and all executory contracts, including the right to amend and/or supplement Schedule G.

10. **Intercompany Claims**. In the ordinary course of business, the Company engages in intercompany transactions, resulting in intercompany receivables and payables. While the Debtor has been able to provide certain information with respect to such intercompany receivables and payables, the Debtor was not able to reconcile such amounts prior to the Petition Date and therefore could not provide reconciled intercompany balances.

11. **Classifications.** Listing (i) a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or (c) Schedule E/F as "unsecured" or (ii) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute a waiver of the Debtor's rights to re-characterize or reclassify such claims or contracts or to setoff such claims, as appropriate.

12. **Fiscal Year.** The Debtor's fiscal year ends on December 31.

13. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14. **Insiders.** For purposes of the Schedules and Statement, the Debtor defined "insiders" in accordance with section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (i) any insider's influence over the control of the Debtor; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

<u>**Specific Schedules Disclosures**</u>

1.   **Specific Note Regarding Schedule A/B, Parts 5, 7, and 8**

While reasonable efforts have been made to identify and calculate the "Current Value of Debtor's Interest" amounts set forth in Schedule A/B, Parts 5, 7, and 8 may be good faith estimates of third-party resale value and not based on appraisals of such fixtures, furniture, and equipment.

4

2.        **Specific Notes Regarding Schedule D**

While reasonable efforts have been made to ensure the accuracy of Schedule D, inadvertent errors or omissions may have occurred. Accordingly, the Debtor reserves all of its rights to amend or supplement such Schedule as necessary.

The Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

3.        **Specific Notes Regarding Schedule E/F**

While reasonable efforts have been made to ensure the accuracy of Schedule E/F, inadvertent errors or omissions may have occurred. Accordingly, the Debtor reserves all of its rights to amend or supplement such Schedule as necessary.

The listing of any claims on Schedule E/F does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtor reserves all of its rights to dispute the amount and/or the priority status of any claim on any basis at any time. In an effort to identify, and resolve all tax or regulatory claims, the Debtor has listed all known historical tax and regulatory agencies to the best of its ability.

The claims listed in Schedule E/F allegedly arose or were allegedly incurred on various dates. In certain instances, ascertaining the date on which a claim arose is an open question of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a specific date for each claim listed on Schedule E/F.

Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

4.        **Specific Notes Regarding Schedule G**

While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

RLF1 31062451v.1

The presence or absence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

### Specific Statement Disclosures

**Part 2, Question 3 – Payments or Transfers to Creditors within 90 Days of Filing the Case**

In the ordinary course of business, the Debtor's subsidiary, Shapeways BV, a Netherlands private company with limited liability, incurs value-added taxes ("**VAT Taxes**"). Prior to the Petition Date, the Debtor remitted amounts to the appropriate taxing authority on account of the VAT Taxes on behalf of Shapeways BV. Accordingly, the Debtor booked an intercompany receivable on account of VAT Taxes paid for the benefit of Shapeways BV.

**Part 3, Question 7 – Legal Actions**

Information provided in Part 3, Question 7 of the Statement includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. While the Debtor believes it was diligent in its efforts to identify the legal actions the Debtor was party to, it is possible that certain proceedings may have been inadvertently excluded in Part 3, Question 7, and the Debtor reserves all rights to amend or supplement the response.

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | Undetermined |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $6,747,775.10 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $6,747,775.10 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $1,136,812.09

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $87,056.19 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $1,610,760.39 |

**4. Total Liabilities**
Lines 2 + 3a + 3b — $2,834,628.67

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 JP Morgan Chase Bank, N.A. | Checking Account | 6518 | $1,148,340.85 |
| 3.2 JP Morgan Chase Bank, N.A. | Checking Account | 6617 | $-6,147.05 |
| 3.3 JP Morgan Chase Bank, N.A. | Money Market Savings Account | 6675 | $379,342.84 |
| 3.4 Pacific Western Bank | Checking Account | 3463 | $7,631.56 |
| 3.5 Pacific Western Bank | Checking Account | 4115 | $0.00 |
| 3.6 Paypal | Merchant Account | K4ZL | $39,578.00 |

**4. Other cash equivalents** *(Identify all)*

4.1

     Credit Card Receivable - Braintree      $156,566.72

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $1,725,312.92 |

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1

     Storage Lease Deposits - Jefferies Tech      $6,832.5

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1

     See Schedule A/B 8 Attachment      $2,582,261.92

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $2,589,094.42 |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $1,665,680.67 | − | $166,568.07 | = ........ ➔ | $1,499,112.60 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $147,080.79 | − | $4,708.08 | = ........ ➔ | $132,372.71 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $1,631,485.31 |

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | None |  | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                              % of ownership:

| 15.1 | Linear Mold & Engineering, LLC | 100% | N/A | Undetermined |
|---|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | None |  | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1  Raw Materials | 1/2/2024 | $448,423.97 | Net Book Value | $448,423.97 |
| **20. Work in progress** | | | | |
| 20.1  Work In Progress | N/A | $16,487.13 | Net Book Value | $16,487.13 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1  Finished Goods | 1/2/2024 | $77,340.02 | Net Book Value | $77,340.02 |
| **22. Other inventory or supplies** | | | | |
| 22.1  Chains | 1/2/2024 | $1,676.89 | Net Book Value | $1,676.89 |
| 22.2  Packaging - Shipping | 1/2/2024 | $4,132.63 | Net Book Value | $4,132.63 |
| 22.3  Packaging - Product | 1/2/2024 | $517.00 | Net Book Value | $517.00 |
| 22.4  Dice | 1/2/2024 | $11,021.2 | Net Book Value | $11,021.2 |

| 22.5 | | | | | |
|---|---|---|---|---|---|
| | Equipment Consumables: Desktop Metal | 1/2/2024 | $20,398.00 | Net Book Value | $20,398.00 |

| 22.6 | | | | | |
|---|---|---|---|---|---|
| | Locks | 1/2/2024 | $812.5 | Net Book Value | $812.5 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$580,809.34

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $70,464.50    Valuation method    Cost    Current value    $70,464.50

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Office Furniture | $19,737.11 | Net Book Value | $19,737.11 |
| **40. Office fixtures** | | | |
| 40.1 None | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment and Hardware | $19,798.77 | Net Book Value | $19,798.77 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $39,535.88 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>3D Printers | $0.00 | Net Book Value | $0.00 |
| 50.2<br>Machinery & Equipment | $85,738.91 | Net Book Value | $85,738.91 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $85,738.91 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Storage Space - 37367 Schoolcraft Rd, Livonia, MI 48150 | Leased | N/A | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Exhibit | $79,166.75 | Net Book Value | $79,166.75 |
| **61. Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Exhibit | $0.00 | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 License Agreement (Biologic Models) - Casey Steffen | N/A | N/A | Undetermined |
| 62.2 License Agreement (Decimal) - Omar Reul | N/A | N/A | Undetermined |
| 62.3 License Agreement (Leka) - Ladislas de Toldi | N/A | N/A | Undetermined |
| 62.4 License Agreement (LR Baggs) - Thomas Linn | N/A | N/A | Undetermined |
| 62.5 License Agreement (Shine) - Geoffrey Mann | N/A | N/A | Undetermined |
| 62.6 Patent Lincense Agreement - AM Flow Holdings | N/A | N/A | Undetermined |

| 62.7 | Intellectual Property Agreement - Phillips IP | N/A | N/A | Undetermined |
|------|-----------------------------------------------|-----|-----|--------------|

**63. Customer lists, mailing lists, or other compilations**

| 63.1 | Customer List | N/A | N/A | Undetermined |
|------|---------------|-----|-----|--------------|

**64. Other intangibles, or intellectual property**

| 64.1 | In Shape Software (internal use) | $0.00 | N/A | Undetermined |
|------|----------------------------------|-------|-----|--------------|

**65. Goodwill**

| 65.1 | None | | | $0.00 |
|------|------|--|--|-------|

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $79,166.75 |
|------------|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|--|-----------------------------------|

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | None | | | | | $0.00 |
|------|------|--|--|--|--|-------|
| | | total face amount | – | doubtful or uncollectible amount | = ➜ | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | None | Tax year | | $0.00 |
|------|------|----------|--|-------|

**73. Interests in insurance policies or annuities**

| 73.1 | See Schedule A/B 73 Exhibit | Undetermined |
|------|------------------------------|--------------|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Unknown                                                                          Undetermined

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

None                                                                             $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

None                                                                             $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Construction in Progress (Net Book Value)                                        $16,631.57

77.2

Intercompany Receivable - Linear AMS                                             Undetermined

77.3

Intercompany Receivable - Shapeways, BV                                         Undetermined

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                              $16,631.57

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,725,312.92 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $2,589,094.42 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $1,631,485.31 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $580,809.34 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.

$39,535.88

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.

$85,738.91

**88. Real property. Copy line 56, Part 9.**

→   Undetermined

**89. Intangibles and intellectual property..** Copy line 66, Part 10.

$79,166.75

**90. All other assets.** Copy line 78, Part 11.

$16,631.57

**91. Total. Add lines 80 through 90 for each column**    91a.

$6,747,775.10

91b.

$0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$6,747,775.10

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Accounting/Auditing Fees - Workiva Inc. | $154,306.04 |
| Prepaid Insurance - AON Consulting Inc. | $2,225.01 |
| Prepaid Insurance - Aon Risk Insurance Services West, Inc | $377,061.38 |
| Prepaid Insurance - Chubb | $11,537.90 |
| Prepaid Insurance -D&O Runoff  - ACE American Insurance Company | $349,001.00 |
| Prepaid Insurance -D&O Runoff  - Hudson Insurance Company | $9,425.00 |
| Prepaid Insurance -D&O Runoff  - National Union Fire Ins Co of Pittsburgh | $134,400.00 |
| Prepaid Insurance -D&O Runoff  - National Union Fire Ins Co of Pittsburgh | $613,463.00 |
| Prepaid Insurance -D&O Runoff  - XL Specialty Insurance | $96,250.00 |
| Prepaid Insurance -D&O Runoff  - XL Specialty Insurance | $270,480.00 |
| Prepaid Legal Fees - Wolf Greenfield | $183.56 |
| Prepaid Manufacturing - One Medical | $4,914.00 |
| Prepaid Other - Datasite | $26,690.57 |
| Prepaid Outside Services -  Auto Desk | $115.00 |
| Prepaid Outside Services -  Becker Cadcamcast | $14,490.00 |
| Prepaid Outside Services -  Century Tool Tooling Tech | $103,450.00 |
| Prepaid Outside Services -  Charlotte Summer Tax | $8,013.99 |
| Prepaid Outside Services -  Dynamic Surface Technologies | $9,930.00 |
| Prepaid Outside Services -  Ep Form Tools | $1,140.00 |
| Prepaid Outside Services -  Ford Motor Company | $25,665.00 |
| Prepaid Outside Services -  Ge Additive | $30,560.05 |
| Prepaid Outside Services -  Ge Clearwater | $18,000.00 |
| Prepaid Outside Services -  Global Services Automotive | $4,383.00 |
| Prepaid Outside Services -  Industrial Globe (Insurance) (Linear Portion) | $1,465.23 |
| Prepaid Outside Services -  Livonia Summer Property Taxes | $6,264.61 |
| Prepaid Outside Services -  Magnum Manufacturing. | $600.00 |
| Prepaid Outside Services -  Moldex 3D | $14,512.50 |
| Prepaid Outside Services -  Starke-Amg Inc. - 1 | $12,480.00 |
| Prepaid Software Subscription - Avalara | $28,239.46 |
| Prepaid Software Subscription - Cloudflare | $1,250.58 |
| Prepaid Software Subscription - CompuMark | $365.00 |
| Prepaid Software Subscription - Data Meaning Services Group Inc | $1,414.00 |
| Prepaid Software Subscription - Design and Software International Inc. | $10,641.70 |
| Prepaid Software Subscription - E*Trade Financial Corporate Services | $907.31 |
| Prepaid Software Subscription - Eptura Inc | $1,599.99 |
| Prepaid Software Subscription - FloQast, Inc. | $2,064.08 |
| Prepaid Software Subscription - Greenhouse Software Inc | $7,950.87 |
| Prepaid Software Subscription - Hubspot Inc. | $37,234.39 |
| Prepaid Software Subscription - LinkSquares Inc. | $6,021.88 |
| Prepaid Software Subscription - Mineral, Inc, | $1,856.32 |
| Prepaid Software Subscription - Navan / TripActions, Inc | $3,331.50 |
| Prepaid Software Subscription - Oracle America Inc. (Netsuite) | $39,321.75 |
| Prepaid Software Subscription - PLANERGY | $4,647.52 |
| Prepaid Software Subscription - Promevo LLC | $7,579.00 |
| Prepaid Software Subscription - Prototype Hubs Ltd. | $2,300.00 |
| Prepaid Software Subscription - Salesforce | $93,011.85 |
| Prepaid Software Subscription - Salesloft, Inc. | $2,800.10 |
| Prepaid Software Subscription - Slack | $7,006.09 |
| Prepaid Software Subscription - Tech Soft 3D, Inc. | $416.65 |
| Prepaid Software Subscription - Walnut Tech Inc. | $5,216.90 |
| Prepaid Software Subscription - ZoomInfo Technologies LLC | $16,078.14 |
| **Total:** | **$2,582,261.92** |

In re: Shapeways Inc

SCHEDULE AB 60 ATTACHMENT
Patents, Copyrights, Trademarks, and Trade Secrets

| General Description | Type | Status | Jurisdiction | Application No. | Filing Date | Patent or Registration No. | Registration Date | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Trademarks (*) | | | | | | | | $79,166.75 | Net Book Value | $79,166.75 |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | United States | 16/822749 | 3/18/2020 | 11618185 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | United States | 15/360730 | 11/23/2016 | 10647060 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | Hong Kong | 62020005116.2 | 11/16/2017 | HK40015847 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | Europe | 17874766.3 | 11/16/2017 | 35444794 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | Germany | 17874766.3 | 11/16/2017 | 602017065298 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | United Kigdom | 17874766.3 | 11/16/2017 | 35444794 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | France | 17874766.3 | 11/16/2017 | 35444794 | | N/A | N/A | Undetermined |
| TECHNIQUES FOR MANUFACTURING AND COOLING THREE-DIMENSIONAL OBJECTS | Patent | Granted | Netherlands | 17874766.3 | 11/16/2017 | 35444794 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR PLANNING PRINTING OF THREE-DIMENSIONAL OBJECTS | Patent | Granted | United States | 15/718123 | 9/28/2017 | 10442137 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR PLANNING PRINTING OF THREE-DIMENSIONAL OBJECTS | Patent | Published | Hong Kong | 62020001896.3 | 9/28/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR PLANNING PRINTING OF THREE-DIMENSIONAL OBJECTS | Patent | Published | Europe | 17857384.6 | 9/28/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Granted | United States | 15/787461 | 10/18/2017 | 11040491 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Abandoned | United States | 17/346,924 | 10/18/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Published | Europe | 17862820.2 | 10/18/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Granted | United Kigdom | 3529023 | 10/18/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Granted | France | 3529023 | 10/18/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Granted | Germany | 60 2017 057 881.9 | 10/18/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR IDENTIFYING THREE-DIMENSIONAL PRINTED OBJECTS | Patent | Granted | Netherlands | 3529023 | 10/18/2017 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR 3D SCRIPTING LANGUAGE FOR MANIPULATION OF EXISTING 3D MODEL DATA | Patent | Granted | United States | 15/919126 | 3/12/2018 | 10754515 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR 3D SCRIPTING LANGUAGE FOR MANIPULATION OF EXISTING 3D MODEL DATA | Patent | Abandoned | United States | 15/919122 | 3/12/2018 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR 3D SCRIPTING LANGUAGE FOR MANIPULATION OF EXISTING 3D MODEL DATA | Patent | Abandoned | United States | 15/919107 | 3/12/2018 | | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR 3D SCRIPTING LANGUAGE FOR MANIPULATION OF EXISTING 3D MODEL DATA | Patent | Granted | United States | 15/919092 | 3/12/2018 | 11221740 | | N/A | N/A | Undetermined |
| MULTI-PART COUNTING SYSTEM FOR THREE-DIMENSIONAL PRINTED PARTS | Patent | Granted | United States | 14/686015 | 4/14/2015 | 9895846 | | N/A | N/A | Undetermined |
| PROCESSING OF THREE DIMENSIONAL PRINTED PARTS | Patent | Granted | United States | 14/220957 | 3/20/2014 | 10377061 | | N/A | N/A | Undetermined |
| WEIGHT-BASED IDENTIFICATION OF THREE DIMENSIONAL PRINTED PARTS | Patent | Granted | United States | 14/757871 | 12/24/2015 | 9821519 | | N/A | N/A | Undetermined |
| WEIGHT-BASED IDENTIFICATION OF THREE DIMENSIONAL PRINTED PARTS | Patent | Granted | United States | 13/708135 | 12/7/2012 | 9245061 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | Netherlands | 12814245.2 | 7/20/2012 | 2734946 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | Hong Kong | 14111948.4 | 7/20/2012 | 1198454 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | United Kigdom | 12814245.2 | 7/20/2012 | 2734946 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | France | 12814245.2 | 7/20/2012 | 2734946 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | Europe | 12814245.2 | 7/20/2012 | 2734946 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | Germany | 12814245.2 | 7/20/2012 | 602012059404.7 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | Canada | 2842509 | 7/20/2012 | 2842509 | | N/A | N/A | Undetermined |
| SYSTEMS AND METHODS FOR THREE DIMENSIONAL PRINTING | Patent | Granted | Australia | 2012283898 | 7/20/2012 | 2012283898 | | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Ausrtiala | 1293755 | 1/25/2016 | 1293755 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Ausrtiala | 982425 | 7/4/2028 | 982425 | 7/4/2028 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Canada | 1663878 | 2/13/2014 | TMA998,832 | 6/12/2018 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | China | 1293755 | 1/25/2016 | 1293755 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | China | 982425 | 7/4/2028 | 982425 | 7/4/2028 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | EU | 982425 | 7/4/2028 | 982425 | 7/4/2028 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | EU | 1293755 | 1/25/2016 | 1293755 | 8/31/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | India | 1706822 | 7/4/2028 | 1706822 | 7/4/2028 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | India | 1293755 | 1/25/2016 | 1293755 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Isreal | 1293755 | 1/25/2016 | 294609 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Japan | 1293755 | 1/25/2016 | 1293755 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Japan | 982425 | 7/4/2028 | 982425 | 7/4/2028 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | New Zealand | 792274 | 2/18/2008 | 792274 | 7/4/2008 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | New Zealand | 1293755 | 1/25/2016 | 1293755 | 1/4/2018 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Singapore | 1293755 | 1/25/2016 | 1293755 | 10/26/2017 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | South Korea | 982425 | 2/18/2008 | 982425 | 7/4/2008 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | South Korea | 1293755 | 1/25/2016 | 1293755 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Taiwan | 97032552 | 7/9/2008 | 1373393 | 8/1/2009 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | Taiwan | 108046315 | 7/19/2019 | | | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | United States | 79/061,022 | 7/4/2008 | 3,692,791 | 10/6/2009 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | United States | 86/707,053 | 7/8/2015 | 4,945,260 | 8/26/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | WPO | 1293755 | 1/25/2016 | 1293755 | 1/25/2016 | N/A | N/A | Undetermined |
| SHAPEWAYS | Trademark | | WPO | 982425 | 7/4/2028 | 982425 | 7/4/2028 | N/A | N/A | Undetermined |
| Trade Secrets | Trade Secrets | | | | | | | N/A | N/A | Undetermined |

|  |  |  |  |  |  |  |  | Total: | | $79,166.75 |
|  |  |  |  |  |  |  |  |  | | +Undetermined |
|  |  |  |  |  |  |  |  |  | | Amount |

(*) Book value is not allocated by trademark

**SCHEDULE AB 73 Inc ATTACHMENT**
Interests in Insurance Policies or Annuities

| General Description | Current Value |
|---|---|
| 0x D&O Policy No.01-508-53-66<br>AIG/National Union Fire Insurance Company of Pittsburg, PA.<br>(9/29/2023-9/29/2024) | Undetermined |
| 1x D&O Policy<br>Chubb/ Ace American Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| 2x D&O Policy No. ELU 192826-23<br>AXA/XL Specialty Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| 3X D&O Policy No. 01-508-53-70<br>AIG/National Union Fire Insurance Company of Pittsburg, PA<br>(9/29/2023-9/29/2024) | Undetermined |
| 4x D&O Policy No. ELU 192824-23<br>AXA/ XL Specialty Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| Cyber Policy No. C-4LWN-095933-CYBER-2023-A -<br>Coalition Insurance Solutions Inc<br>(10/29/2023-9/29/2024) | Undetermined |
| Directors & Officers-Run-Off Policy No. 015085366 National Union<br>Fire Ins Co of Pittsburgh<br>(9/29/2024-9/29/2030) | Undetermined |
| Directors & Officers-Run-Off Policy No. 015085370 National Union<br>Fire Ins Co of Pittsburgh<br>(9/29/2024-9/29/2030) | Undetermined |
| Directors & Officers-Run-Off Policy No. DOXG71218636001 ACE<br>American Insurance Company<br>(9/29/2024-9/29/2030) | Undetermined |
| Directors & Officers-Run-Off Policy No. ELU19282423 XL<br>Specialty Insurance Co<br>(9/29/2024-9/29/2030) | Undetermined |
| Directors & Officers-Run-Off Policy No. ELU19282623 XL<br>Specialty Insurance Co<br>(9/29/2024-9/29/2030) | Undetermined |
| Directors & Officers-Run-Off Policy No. SFD3121202701 Hudson<br>Insurance Company<br>(9/29/2024-9/29/2030) | Undetermined |
| E&O Policy No. EOC 4424132 -01<br>Zurich American Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| EPL Policy No. 72 GT 0448056-23<br>Twin City Fire Insurance Co.<br>(9/29/2023-9/29/2024) | Undetermined |
| Excess Liability Policy No. VIFX002347<br>Gemini Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| Fiduciary Policy No. SFD3122027-1<br>Hudson Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| General Liability Policy No. VIGP024922<br>Gemini Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |

In re: Shapeways  Inc

**SCHEDULE AB 73 Inc ATTACHMENT**

Interests in Insurance Policies or Annuities

| General Description | Current Value |
|---|---|
| Property and Auto Policy No.<br>Berkely National Insurance Company<br>(9/29/2023-9/29/2024) | Undetermined |
| Workers Comp Policy<br>Berkley/ Tri State Insurance Company of Minnesota<br>(9/29/2023-9/29/2024) | Undetermined |

In re: Shapeways  Inc

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:   List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

3DP Custom Manufacture, LLC
620 S Industrial Way
Seattle, WA 98108

**Date debt was incurred?**
6/10/2024

**Last 4 digits of account number**


**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Unknown

**Describe debtor's property that is subject to the lien:**
All Assets

**Describe the lien**
Secured Promissory Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$669,500 +Accrued Interest

Undetermined

2.2

Mitsubishi HC Capital America, Inc
PO Box 128
Itasca, IL 60143

**Describe debtor's property that is subject to the lien:**
3 Woojin Plaimm Injection Machines

$467,312.09          Undetermined

**Date debt was incurred?**
6/28/2023

**Describe the lien**
Equipment Loan

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Unknown

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $1,136,812.09

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | State Of Alabama, Alabama Department Of Revenue, 50 N. Ripley , Montgomery, AL, 36104 | | 152.44 |

**2.1**

State Of Alabama, Alabama Department Of Revenue, 50 N. Ripley , Montgomery, AL, 36104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8  )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: _____   Priority amount: 152.44

**2.2**

State Of Arkansas, Department Of Finance And Administration, DFA Building, 1509 W 7Th St, Rm 401, Little Rock , AR, 72201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8  )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: _____   Priority amount: 145.93

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 2.3

State Of Arizona, Arizona Department Of Revenue, P.O. Box 29085, Phoenix, AZ, 85038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

8034.6900000000005

### 2.4

State of California, Franchise Tax Board, 3321 Power Inn Road, Suite 250, Sacramento, CA, 95826-3893

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

31427.93

### 2.5

State Of Colorado, Colorado Department Of Revenue, Taxation Division, 1375 Sherman St., Denver, CO, 80203

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

561.73

**2.6**

State Of Connecticut, Department Of Revenue Services, 450 Columbus Blvd., Ste 1, Hartford, CT, 06103

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

227.98

**2.7**

District Of Columbia, Office Of Tax And Revenue, 1101 4Th St. SW # 270, Washington, DC, 20024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

189.97

**2.8**

State Of Georgia, Georgia Department Of Revenue, P.O. Box 740321, Atlanta, GA, 30374-0321

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

1197.9100000000001

2.9

State Of Hawaii, Hawaii State Department Of Taxation,
75 Aupuni Street #101 , Hilo, HI, 96720-4245

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

291.52999999999997

2.10

State Of Iowa, Department Of Revenue, Hoover State
Office Building, 4Th Fl, 1305 E. Walnut, Des Moines, IA,
50319

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

446.35

2.11

State Of Idaho, Idaho State Tax Commission, Collection
Division, P.O. Box 36, Boise, ID, 83722-0410

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

181.15

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**2.12**

State Of Illinois, Dept Of Revenue, Willard Ice Building, 101 West Jefferson St, Springfield, IL, 62702

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

1127.52

**2.13**

State Of Indiana, Indiana Department Of Revenue, 100 N. Senate Ave, Indianapolis, IN, 46204

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

713.61

**2.14**

State Of Kansas, Kansas Department Of Revenue , Scott State Office Building , 120 Se 10Th Ave. , Topeka , KS, 66612-1588

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

137.87

**2.15**

State Of Kentucky, Kentucky Department Of Revenue, 501 High Street , Frankfort, KY, 40601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

348.92

**2.16**

State Of Louisiana, Dept Of Revenue, 617 North Third St, Baton Rouge, LA, 70802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

87.24

**2.17**

State Of Massachusetts, Massachusetts Department Of Revenue, 100 Cambridge Street, Boston, MA, 02114

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

911.2

2.18

State Of Maryland, Comptroller Of Maryland, Revenue Admin. Division, 110 Carroll Street, Annapolis, MD, 21411-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

971.06

---

2.19

State Of Maine, Maine Revenue Services , P.O. Box 9107 , Augusta, ME, 04332-9107

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

761.53

---

2.20

State Of Michigan, Michigan Department Of Treasury, 3060 W. Grand Blvd. , Detroit, MI, 48202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

699.22

**2.21**

State Of Minnesota, Dept Of Revenue, 600 North Robert St, St. Paul, MN, 55101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

598.98

**2.22**

State Of North Carolina, Dept Of Revenue, P.O. Box 871, Raleigh, NC, 27602

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

1196.01

**2.23**

State Of North Dakota, Office Of State Tax Commissioner , 600 E. Boulevard Ave., Bismarck, ND, 58505-0599

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

41.14

2.24

State Of Nebraska, Nebraska Department Of Revenue,
Nebraska State Office Building, 301 Centennial Mall S.,
Lincoln, NE, 68508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

117.73

---

2.25

State Of New Jersey, New Jersey Division Of Taxation,
Revenue Processing Center, P.O. Box 666, Trenton, NJ,
08646-0666

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

2039.76

---

2.26

State Of New Mexico, New Mexico Tax And Revenue
Dept, 1100 South St. Francis Drive, Sante Fe, NM, 87504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

197.8

2.27

State Of Nevada, Department Of Taxation, 3850 Arrowhead Drive, 2nd Fl., Carson City, NV, 89706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

401.82

2.28

State Of New York, Dept. Of Taxation And Finance, Bankruptcy Section, P.O. Box 5300 , Albany , NY, 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

10428.689999999999

2.29

State Of Ohio, Ohio Department Of Taxation, 4485 Northland Ridge Blvd., Columbus, OH, 43229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

1156.3

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

**2.30**

State Of Oklahoma, Tax Commission, 2501 North Lincoln Boulevard, Oklahoma City, OK, 73194

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

356.2

---

**2.31**

State Of Pennsylvania, Pennsylvania Dept. Of Revenue, 1846 Brookwood St, Harrisburg, PA, 17104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

1451.82

---

**2.32**

State Of Rhode Island, Division Of Taxation, One Capital Hill, Providence, RI, 02908

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

71.18000000000007

2.33

State Of South Carolina, South Carolina Dept. Of Revenue, 300A Outlet Pointe Boulevard, Columbia, SC, 29210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

495.45

2.34

State Of South Dakota, South Dakota Department Of Revenue, 445 East Capitol Ave, Pierre, SD, 57501-3185

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

38.57

2.35

State Of Tennessee, Tennessee Department Of Revenue, Collection Services Division, 500 Deaderick Street, Nashville, TN, 37242

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

1543.33

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**2.36**

State Of Texas, Texas Comptroller Of Pub. Accounts, P.O. Box 13528, Capitol Station, Austin, TX, 78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

14134.61

**2.37**

State Of Utah, Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT, 84134-0700

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

294.95999999999998

**2.38**

State Of Virginia, Virginia Department Of Taxation, 1957 Westmoreland Street , Richmond, VA, 23230

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

869.36

**2.39**

State Of Vermont, Vermont Department Of Taxes, 133 State Street, Montpelier, VT, 05633

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

57.56

**2.40**

State Of Washington, Depart Of Revenue, P.O. Box 47473, Olympia, WA, 98504-7463

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2413.1

**2.41**

State Of Wisconsin, Wisconsin Department Of Revenue, P.O. Box 8949, Madison, WI, 53713

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

453.66

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**2.42**

State Of West Virginia, West Virginia Department Of Revenue, 1124 Smith Street, Charleston, WV, 25301

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

46

**2.43**

State Of Wyoming, Wyoming Department Of Revenue , 122 West 25th Street, 3Rd Floor E., Cheyenne, WY, 82002-0110

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

36.380000000000003

**2.44**

Internal Revenue Service, PO Box 7346, , Philadelphia, PA, 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**

AABENHUUS, MIKKEL VOGNMAGERGADE 7 5.SAL YELLOW ATT: T-BONE COPENHAGEN, \N 1120

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $204.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2**

AANGENENDT, BART EIK 47 BEST, \N 5682 HE

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

AARTS, RONALD SPOORMAKERSERF 99 HELMOND, 5706 KX

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $86.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

ABCORP NA INC. PO BOX 536653 PITTSBURGH, PA 15253-5908

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,321.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.5**

ABEL, STACY 11450 MISSISSIPPI DR. N TARGET CORP. CHAMPLIN, MN 55316

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $53.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.6**

ABELL, JIM 4661 LOUISVILLE RD BARDSTOWN, KY 40004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.7**

ABENTHUNG, STEFAN KRONPRINZSTR. 46 EISLINGEN, 73054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.8

ABRAMSON, HARRY 12805 SAGAMORE FOREST LANE REISTERSTOWN, MD 21136

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$123.15

3.9

ACHARD, MARCEL 12105 RUE LAVIGNE MONTRÃ©AL, QC H4J1Y1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.66

3.10

ACKER, STEFFEN WEIÃŸTURMSTRAÃŸE 1 DIEBURG, 64807

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$40.32

3.11

ACKERS, ROD 2 LUCERNE CLOSE EASTHILL PORTSLADE, EAST SUSSEX BN412FF

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$19.99

**3.12**

ACOSTA, GABE 14453 WEST C STREET KERMAN, CA 93630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $250.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.13**

ACOSTA, GABRIEL 14453 WEST C STREET KERMAN, CA 93630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.14**

ACTIS-DATTA, SEBASTIEN CHEMIN DU RESERVOIR 14 ACTIS-DATTA-CREATIONS SÃ RL DENEZY, 1410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $9.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.15**

ADAM, RAABE 210 EAST 36TH STREET APT 11B RAABEWORKS NEW YORK, NY 10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $8.94
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

ADAMS, DAVID WARDEN'S FLAT, CATHAY COURT, NUMBER 2, DORSET PLACE EDINBURGH, MIDLOTHIAN EH111JG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $789.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

ADAMS, TIM 26 HILLSIDE AVENUE PLYMOUTH, DEVON PL4 6PR

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $87.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

ADDONIZIO, MANUELA VIA DEL FARO 39 INT.2 MANUELA ADDONIZIO FIUMICINO, 54

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $21.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

ADORF, HEIKO NEUE MÃ¼HLE 4 LEGDEN, 48739

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

ADORNI, DANIELE VIA MONTE CADRIA 45 C/O FIAD FIUMICINO, \N 54

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                    $40.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21**

ADP (PAYROLL COMPANY RR0) 1851 N RESLER DRIVE MS-100 EL PASO, TX 79912

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                    $36,349.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22**

ADP (PAYROLL COMPANY YPC) 1851 N RESLER DRIVE MS-100 EL PASO, TX 79912

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                    $53,566.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**

AGARWAL, SWARAJ 711 TECHWOOD DR NW ATLANTA, GA 30313

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                    $1.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.24

AGENANT, JADE ZONNEBLOEMLAAN 22 HOEVELAKEN, 3871EW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $3.76
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.25

AGLAS, SIMON OTTO-PREMINGER-STRASSE 7 45337 VIENNA, 1030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $25.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.26

AGUERA, LEE 17919 WILD HORSE CREEK ROAD CHESTERFIELD, MO 63005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $8.16
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.27

AGUILAR, ANTHONY 265 POND ST HOLBROOK, MA 2343

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $10.11
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.28

AGUILAR, ANTONIO ULRIKSBORGSGATAN 16 STOCKHOLM, 11218

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $169.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.29

AGUILERA, LUIS 601 NE 39 ST 204 MIAMI, FL 33137

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.30

AGUZZI, ADRIANO INSTITUT FÃ¼R NEUROPATHOLOGIE
SCHMELZBERGSTRASSE 12 UNISPITAL ZÃ¼RICH ZURICH, 8091

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $32.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

AINSWORTH, CHRISTIAN 49 COLLEGE CRESCENT PARKVILLE, VIC 3052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $29.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

AIRGAS USA, LLC 6055 ROCKSIDE WOODS BLVD INDEPENDENCE, OH 44131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $803.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.33

AITKEN, ROSS 61 FERRY RD FLAT 3/2 GLASGOW, LANARKSHIRE G3 8QR

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $24.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.34

AJIMA, JOSH 42075 LOUDOUN ACADEMY DR. ACADEMIES OF LOUDOUN LEESBURG, VA 20175

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.35

ALAM, JEREMY 81 CARRINGTON STREET UNIT 29 ADELAIDE, SA 5000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $39.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

ALAM, ZAKI 201 S GIBSON RD APT 3206 HENDERSON, NV 89012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

ALARCON, DAVID 6000 KRAMERIA ST COMMERCE CITY, CO 80022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**

ALARCON, TAMARA 950 ALDER STREET APARTMENT 405 EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

AL-ASHQAR, RAMI 1A LYNEDOCH PLACE EDINBURGH, MIDLOTHIAN EH3 7PX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $38.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

ALBANEZ, ALFREDO 829 NE 119 ST #203 MIAMI, FL 33179

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41**

ALBERTANI, ENRICO FELDEGGSTRASSE 71 SCHÄNBÄ¼HL, 3322

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.42**

ALBRECHT, CHRISTIAN TUCHEBANDER WEG 15 VIERLINDEN, 15306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $84.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.43**

ALDAY, JAMES 517 YELLOW TAIL PL CHULUOTA, FL 32766

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.44**

ALEXANDRE, XAVIER CHEMIN DE BOSTON 1 :RATIO LAUSANNE, 1004

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.45**

ALGER, ANN 8516 BOUND BROOK LANE ALEXANDRIA, VA 22309

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**

ALI, ADIL 1192 VISTA CANYON LANE NEWBURY PARK NEWBURY PARK, CA 91320

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $244.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47**

ALLAHOU, KHALED ZAHRA, BLOCK 8, STREET 807 HOUSE 49 HOUSE AL FARWANIYA, 47768

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $33.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48

ALLEN, KEN 2535 MARS STREET IDAHO FALLS, ID 83402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $47.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.49

ALLEN, LUKA 645 E 17TH AVE EUGENE, OR 97401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.50

ALLEN, MICHELLE 12965 CASSIE LANE CHESTERLAND, OH 44026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $27.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.51

ALLISON, BILLY 1 ELSICKER LANE WARMFIELD WAKEFIELD, WEST YORKSHIRE WF1 5TW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $19.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52**

ALLMAN, RICHARD 327 ROCK ROAD VILLANOVA, PA 19085-1716

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $77.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.53**

ALLYN, BRIAN 4616 ROYCROFT TER PARRISH, FL 34219

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $1.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.54**

ALMA, JACK 106 HILLTOP CRESCENT FORT MCMURRAY, AB T9H3V4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $33.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.55**

ALMA, JACK 106 HILLTOP CRESCENT FORT MCMURRAY, AB T9H3V4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $89.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.56**

ALMEDA, ELIAS 101 GLEN COMBE CIRCLE MILFORD, PA 18337

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**

☑ No

☐ Yes

$12.71

**3.57**

ALSTON, EWAN 8 DRUMLIN DRIVE MILNGAVIE GLASGOW, GLASGOW G62 6LN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**

☑ No

☐ Yes

$0.05

**3.58**

ALVAREZ, LUIS 14163 CLOVER POINT DR SUGAR LAND, TX 77498

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**

☑ No

☐ Yes

$4.99

**3.59**

AM GRAPHISME 10 RUE VIRGIL MARRON MARSEILLE, \N 13005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**

☑ No

☐ Yes

$122.55

**3.60**

AMATO, MAURIZIO VAI SANMINIATESE 130 FUCECCHIO, 50054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61**

AMAZON WEB SERVICES, INC (AWS) 410 TERRY AVE NORTH SEATTLE, WA 98109

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $43,026.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

AMBRE, SAURABH 880 FRANKLIN STREET 807 SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

AMBROSELLI, ARNAUD 1/B, KINGEARN BUILDING 24-26 ABERDEEN STREET CENTRAL HONG KONG,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $19.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

AMIN, CRISTINA 24525 TREVINO DRIVE U-11 VALENCIA, CA 91355

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.65**

ANAN, HESHAM 3514 222ND PL SE BOTHELL, WA 98021

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.66**

ANASTASIA, LITASOVA GOLD LEAF INDUSTRIAL PARK 11 ALFAPARCEL LTD WISBECH, UNITED KINGDOM PE13

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.67**

ANDERS, MICHEL VOORTWEG 3 GROENINGEN, 5826AG

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.68

ANDERSON, CHRIS 3250 PARK BLVD PALO ALTO, CA 94306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $12.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69

ANDERSON, CODY 6 TINA DR TANNUM SANDS, \N 4680

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $11.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.70

ANDERSON, DARYL 24136 FRIAR STREET WOODLAND HILLS, CA 91367

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $7.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71

ANDERSON, JAMES 22 EBERT AVENUE RED DEER, AB T4R2H8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $15.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

ANDERSON, STEVEN 4171 ROCKY FORD DR LOVELAND, CO 80538

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $11.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.73**

ANDREWS, CHRIS 427 SOUTH LOOMIS AVE FORT COLLINS, CO 80521

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.74**

ANDREWS, JIMMY 2411 TERRACE AVE. APARTMENT OR SUITE COMPANY OR C/O MIDLAND, TX 79705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $227.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.75**

Ã−NER, BINALI Ã−NDER BRIEGER WEG 20 HAMBURG, 22045

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.76

ANTHONY, VIVIENNE 297 1/2 MLK JR BLVD NEWARK, NJ 7102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.77

ANTONIOU, GEORGE 48 NARKISSON STR. HALANDRI, \N 15233

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $87.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.78

APPEL, CHRIS 3265 BEECHWOOD DRIVE SE MARIETTA, GA 30067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $109.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79

APPLEYARD, HILARY 10/3 ALBION GARDENS EDINBURGH, LOTHIAN EH7 5NP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $76.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.80

ARAMBURU DEL BOZ, ANA MARIA 460 ROUTE DU NANT CENTRE DE L'OEIL PRÃ©VESSIN PRÃ©VESSIN-MOÃ«NS, 1280

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $31.21
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.81

ARCHITETTURA, ESPRIT VIA MORONI NÃ°310 BERGAMO, \N 24127

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $0.01
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.82

ARMSTRONG, MICHAEL 1623 NE 48TH TER KANSAS CITY, MO 64118

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $4.03
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.83

ARMSTRONG, MICHAEL 2421 RIDGE ROAD WHITE LAKE, MI 48383

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $25.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.84**

ARNAN, JOAN JEREZ 102 3-1 TERRASSA, 8226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $35.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.85**

ARNAUD, LEFEVRE 14 RUE DU POULAIN ALIGNAN DU VENT, \N 34290

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $39.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86**

ARNESEN, DAVID 8208 232ND ST SE WOODINVILLE, WA 98072

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

ARNOLD, HENRY 16630 LAWSON VALLEY RD. JAMUL, CA 91935

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $32.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88**

ARRILLAGA LINAZA, BITTOR FRANCISCO VALLDECABRES 45331 MANISES, \N 46940

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.64

**3.89**

ARROBO, PATRICIO 34 SEARING AVENUE EAST NEWARK, NJ 7029

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$39.01

**3.90**

ARTZI, ANAT DERECH HAIFA 39 KIRYAT ATA, 2612264

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.34

**3.91**

ASCENCIO BRITO, JOSE LUIS 16-12 163RD STREET DAYDREAM STUDIOS LLC WHITESTONE, NY 11357

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$18.94

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.92**

ASCHAUER, PETER SILCHERTRAÄŸE 37 BAD WILDBAD, 75323

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $355.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93**

ASCHHEIM, RAYMOND CHEMIN DE GREYBIN, 2 COMBAGROUP MOLONDIN, 1415

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $315.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.94**

ASDAHL, TORJE FREDENSBORGVEIEN 24D PHYSICAL DESIGN OSLO, 177

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.95**

ASHA, KARL 1852 NELSON RANCH LOOP CEDAR PARK, TX 78613

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.96**

ASHCRAFT, CLAIRE 683 E CHERAPPLE CIRCLE OREM, UT 84097

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $7.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.97**

ASHFORD-BARNES, HELEN PO BOX 9413 HURLBURT FIELD, FL 32544

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $56.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.98**

ASHLEY, CHAD 1633 FAIRPORT DR. GRAYSLAKE , IL 60030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $12.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99**

ASHUROV, AVIATOR 18 CIVIC CENTER DRIVE APT 1 EAST BRUNSWICK, NJ 8816

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.100**

ASMUNDSSON, SMARI PO BOX 2928 PETALUMA, CA 94953

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $104.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101**

ATKINSON, GREG 2028 JULIET AVE ST PAUL, MN 55105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.102**

ATOHAMA, RYUTA 5-4-506, KAMADAI-CHO HODOGAYA-KU YOKOHAMA KANAGAWA, \N 2400066

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $31.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.103**

AUGUSTYN, CHRISTOPHER 35613 ASHFORD DR STERLING HEIGHTS, MI 48312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104**

AUSTRALIAN TAXATION OFFICE GPO BOX 9845 SYDNEY, NWS 2001

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,641.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods and Services Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

AVAGYAN, VAHRAM 3157 42ND ST 2 ASTORIA, NY 11103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $105.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.106**

AVALARA 255 S KING ST STE 1800 SEATTLE, WA 98104

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28,801.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.107**

AVIVI STUHL, ROMIE 3225 KINSROW AVE APT 196 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.108

AXMANN, STEPHAN RENNWEG 100/15 WIEN, 1030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.26

3.109

AYOTTE, MARTHA 4332 SPRINGDALE PATH THE VILLAGES, FL 32163

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.48

3.110

AZZOLINI, FURIO VIA CESARE BATTISTI 6 CORMANO, \N 20032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.59

3.111

AZZOPARDI, JOSMAR 16, 23RD APRIL STREET QORMI, \N QRM04

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.70

3.112

BABINER, MAXIM 1919 MARKET STREET APT 2201 PHILADELPHIA, PA 19103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $47.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.113

BACA DUARTE, JOSE DEL RAYO 6800 GATEWAY BLVD E SUIT 3-I MAQUINADOS BACA EL PASO, TX 79915-1040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $110.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.114

BACHAUS PEUKENS, MAUREEN FLORIJNRUWE 108D MAASTRICHT, 6218CK

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $154.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.115

BACKLUND, ANNA-LISA 4 BEN EDEN ST BONDI JUNCTION SYDNEY NSW AUSTRALIA ANNA-LISA SYDNEY NSW, NSW 2022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $34.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.116

BACKS, JOCHEN 9 MAXWELL LANE STUDIO BACKS MILL VALLEY, CA 94941

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $81.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117

BACZAK, KATHLEEN 4815 E CAREFREE HWY STE 108-237 CAVE CREEK, AZ 85331

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $5.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.118

BADHAM, OWEN 82 SUFFOLK SQUARE SUFFOLK SQUARE NORWICH, PLEASE SELECT NR22BN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $91.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.119

BAEHLER, DIMITRI RUE DU MILIEU 24 DIMITRI BÄHLER STUDIO BIEL/BIENNE, 2502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $0.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.120

BAGCHUS, NIELS JACOB FRANKAERTWEG 28 CRYSTAL HEALING ART EINDHOVEN, 5624AS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $33.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121

BAGGERMAN, STEPHAN DOLPHIJNSTRAAT 39 HOEK VAN HOLLAND, \N 3151 RC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $17.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.122

BAGNOLI, THOMAS VIA DEL LECCIO - N.28 MONTELUPO FIORENTINO, 50056

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

BAIR, BRYAN 1304 SW SAMPSON RD LEES SUMMIT, MO 64081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $29.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124**

BAIRD, JASON 717 BETHANY LAKE BLVD. ALLEN, TX 75002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $108.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

BAKER, CHRIS 555 SOUTH OCEAN BOULEVARD APT 4 BOCA RATON, FL 33432

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

BAKER, MIKE 29 NORTH SURF DRIVE NORTH MANCHESTER, IN 46962

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.127**

BAKER, TATE 1-1255 WEST 12TH AVENUE UNIT 1 VANCOUVER, BC V6H1L9

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

BAKKER, MARCEL HOOFDWEG 103 COEVORDEN, \N 7741 PN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $455.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.129**

BALCAEN, MARIE 470 20TH ST A SANTA MONICA, CA 90402

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.130**

BALES, MICHAEL 3604 DALTON DR. CORINTH, TX 76208

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.131**

BALL, MAX 178 WOODFIELD CROSSING ROCKY HILL, CT 6067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.132

BALL, STEPHEN BRATHENS BUSINESS PARK SABRE LAND AND SEA
LTD BANCHORY, UK AB314BW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $8.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133

BALLARD, KATE 83 INDIAN GROVE TORONTO, ON M6R2Y6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.134

BALLESTA HERNÃ¡NDEZ, ALEX BTWICE ENGINEERING C/ LLUÃS
COMPANYS, 63 G VILABLAREIX, GIRONA VILABLAREIX, 17180

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135

BALTZER, AXEL ROTDORNWEG 4 KAMEN, \N 59174

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.136**

BAMBANG OETOMO, JAIRO SLOTERKADE 128 1H AMSTERDAM, \N 1058 HM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.137**

BANDI, OSCAR 631 LOCHLEVEN ST GLENDORA, CA 91741

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $78.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.138**

BANE, DERRICK 84817 SEARLES ST TRONA, CA 93562

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $4.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.139**

BANGERTER, BEAT DORFSTRASSE 9 STILLI, \N 5233

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

BANKS, OLIVIA 15445 SW HERON CT. BEAVERTON, OR 97007

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.141

BARANEK, ALEJANDRO HUMBOLDT 148 BUENOS AIRES, \N C1414CSD

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $92.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.142

BARANOWSKI, CHRISTOPH WOLFGANG-BORCHERT-STRAÃŸE 9 DÃ¼SSELDORF, 40595

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $57.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.143

BARBIERI, ELENA 127 15TH AVE N YODRA DESIGN ST. PETERSBURG, FL 33704

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.144**

BARBIERI, SERGIO VIA NAZIONALE 562 123CUT SRL P.IVA
IT08561631212 TORRE DEL GRECO, 80059

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $2.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.145**

BARBON, MITCHELL 143 UNION FLATS BLVD 2F WESTFIELD, IN 46074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $25.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.146**

BARDAKJI, AMJAD 1359 BIRCHMOUNT RD, SCARBOROUGH TORONTO,
ON M1P 2E2

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.147**

BARDIN, JON 1708 EAST MCMILLAN STREET CINCINNATI, OH 45206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $296.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.148

BARKER, PHILIP 50 BURY NEW ROAD RAMSBOTTOM BURY
MANCHESTER, LANCS BL00BY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.149

BARNES, ALEXANDER 1549 PERSHING DR APT F SAN FRANCISCO, CA
94129

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $96.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.150

BARNES, STEPHEN 2204 MYSTIC VALLEY PKWY MEDFORD, MA 2155

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.151

BARNHILL, DYLAN 101 N CHESTNUT ST APT 9 WINSTON SALEM, NC
27101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $254.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.152

BARO, TOBIAS BLUMENSTR. 59 HEIDLEBERG, \N 69115

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.153

BARON, RICHARD 12274 COUNTY RD. 42 BARON INSIGNIAS LTD
TECUMSEH, ON N8N2M1

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $38.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.154

BARRASS, STEPHEN 32 CAMPBELL ST. AINSLIE CANBERRA, ACT 2602

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $125.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.155

BARRAZA, ZACHARY 4152 W. ALLEN ST LAVEEN, AZ 85339

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.156**

BARRY, CHRISTOPHER 1007 E. SARATOGA RD. WILLIAMSVILLE, NY 14221

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $344.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.157**

BARRY, JONPATRICK 540 CENTRE ISLAND RD OYSTER BAY, NY 11771

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $99.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.158**

BARTLETT, ROB 29 CAXTON ROAD WIMBLEDON LONDON, LONDON SW198SJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.159**

BARTOLUCCI, SIMONE VIA DEI QUATTRO CANTONI, 39/A ROMA, 184

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $24.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.160

BARVE, ADITYA 1 UNION PARK STREET APT 5 BOSTON, MA 2118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $16.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

BASHIR, SHAFIQ 214 SYED ALWI ROAD #03-00 MEKA 3D PRINTING PTE LTD SINGAPORE, 207747

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

BASTABLE, NICK 115 LLOYD COURT HIGH STREET DEAL, KENT CT146BN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $11.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.163

BATISTA SANTOS F, MARCOS ANTONIO RUA MARQUÃªS DO HERVAL, 991 801 SÃ£O LEOPOLDO, 93010-200

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.164**

BAUER, BRIAN 42 LINDEN AVE #3 SOMERVILLE, MA 2143

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.165**

BAUMAN, COREY 130 CHRISTY LN RPP HOBBY UKIAH, CA 95482

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.166**

BAUMEISTER, KENNETH ARONSKELKWEG 242 DEN HAAG, 2555GT

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $41.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167**

BAXTER, BRENT 5209 SEAVIEW AVE CASTRO VALLEY, CA 94546-1646

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168

BEAN, CLINTON 1145 FERRY RD. DOYLESTOWN, PA 18901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $31.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169

BEATTY, JONATHAN 4050 HIRST CIRCLE LENOIR CITY, TN 37772

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $5.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170

BEAUCHAMP, JACKIE 2909 POINTE BLVD LITITZ, PA 17543

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $3.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.171

BEAUCHEMIN, CHRISTOPHER 12294 NE 48TH WAY OXFORD, FL 34484

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $39.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.172

BEAUREGARD, CLAUDE 48227 WADEBRIDGE DRIVE CANTON, MI 48187

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $15.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.173

BECK, ERIK 5400 MONTGOMERY BLVD. NE APT. 406B ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.174

BECK, MANUEL ARLENERSTRASSE 12 RIELASINGEN-WORBLINGEN, 78239

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $224.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.175

BECK, RYAN 58 WASHINGTON STREET PRACIN LLC DENVER, CO 80203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.176**

BECK, STEFAN KOBERGER STRAAŸE 49 APARTMENT OR SUITE
COMPANY OR C/O NÃ¼RNBERG, \N 90408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $42.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.177**

BECKER, STEFAN LACHWIESEN 55 OFFENBACH AM MAIN, 63075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178**

BECKING, HARM EDITH PIAFSTRAAT 252 NIJMEGEN, 6663MA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.179**

BEDSTED, JORGEN 5783 W. RICHERT AVE. FRESNO, CA 93722

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $65.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.180

BEEM, WES 2295 STACY LANE ZANESVILLE, OH 43701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$17.69

3.181

BEEZER, MARK 435 VINE ST. GREENSBURG, PA 15601-4253

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$4.99

3.182

BEGAU, CHRISTOPH EICKELER STRASSE 18 BOCHUM, \N 44791

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$37.05

3.183

BEGG, DOUG PRODUCT4 LTD 75 KENTON LANE NEWCASTLE UPON TYNE, TYNE & WEAR NE3 3BS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$23.00

3.184

BEHM, JEREMY 6562 KNOLL COURT NEW TRIPOLI, PA 18066

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $31.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.185

BEHM, ROBERT 11229 AVENIDA DEL GATO SAN DIEGO, CA 92126

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $29.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.186

BEHZAD, NIMA 1140 SHEPPARD AVE. WEST 10 CLARONAV TORONTO, ON M3K2A2

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.187

BEISTER, TIMOTHY 956 14TH AVE COLUMBUS, NE 68601

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $12.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.188

BELKHIR, ADAM 4456 PLATEAU RD VALE, NC 28168

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.189

BELL, BRENDA 91 ROBERTSON ROAD HENNIKER, NH 3242

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.190

BELL, DUNCAN FISHERS COTTAGE FALKENHAM IPSWICH, SUFFOLK
IP10OQY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.191

BELL, GEORGE 60 SPY POND LN ARLINGTON, MA 2474

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

BELL, MATTHEW 1265 SHOAL DRIVE MBELLRACING SAN MATEO, CA 94404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $1,097.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

BELL, MAURICE 12133 ROLLING RIDGE DR BURLESON, TX 76028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $19.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194

BELLANDI, JEFF 3S128 TIMBER DRIVE WARRENVILLE, IL 60555

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $29.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195

BELTON, CLIVE 55 JOHN IRELAND WAY WASHINGTON, WEST SUSSEX RH20 4EP

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                               $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.196**

BEN ARI, AYNAT HASEORA 1 TALME ELAZAR, 3881200

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.197**

BENEITEZ DEL ROSAL, ANGEL BULEVAR PICOS DE EUROPA, 21 PORTAL 3 4Âº D SAN SEBASTIAN DE LOS REYES, \N 28703

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $54.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.198**

BENESCH, KLAUS AUGUST HASSACK STR. 24 14 ST.PÃ¶LTEN, 3100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $74.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

BENITO, JUAN 60 HISTON ROAD ARBURY CAMBRIDGE, CAMBRIDGESHIRE CB4 3LE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

BENNER, JASON 406 MOUNT CARMEL GLENSIDE, PA 19038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

BENNETT, NATHANIEL 2003 APPLEWOOD DR MONTICELLO, IL 61856

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202**

BENZIMRA, DAN 56 AVENUE SAINTE MARIE SAINT MANDE, 94160

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $62.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.203**

BERENDS, ERIK BERKELSTRAAT 118 UTRECHT, 3522 ET

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $48.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.204**

BEREZNYAK, OLEKSANDR 224 WALLACE AVENUE SUITE 200 UBISOFT TORONTO, ON M6H1V7

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.03

**3.205**

BERGER, SEBASTIAN OTTO-SIEGE-STRAAŸE 15 AHRENSBURG, \N 22926

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$17.38

**3.206**

BERLIK, JAN FINKENWEG 4 SIELENBACH, 86577

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.98

**3.207**

BERNAL, DANIEL 413 SOUTH AVE C ELGIN, TX 78621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.82

3.208

BERNAL, JEREMY 411 WALNUT ST #2593 GREEN COVE SPRINGS, FL 32043

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$8.99

3.209

BERRY, JON CHERRY TREE FARM CROW TREE BANK DONCASTER, SOUTH YORKSHIRE DN8 5TF

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$37.49

3.210

BERRY, JUSTIN 302 BEDFORD AVE BROOKLYN, NY 11211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$14.96

3.211

BERRY, SAMUEL 6907 MEADOWCREEK DR DALLAS, TX 75254

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.26

Debtor     Shapeways, Inc.
           Name

Case number *(if known)* 24-XXXX2

---

**3.212**

BEY, DANIEL 5454 FREDRICK AVE BALTIMORE, MD 21229

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.213**

BHIDE, SUBODH UNIT 204, 5 BIRDWOOD AVENUE LANE COVE, NSW 2066

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $112.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.214**

BIAGI, TERESA 9137 DERRY ROAD SUITE 2 TERESA BIAGI DESIGN MILTON, ON L9T7Z1

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $112.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.215**

BIEDA, GEORGE 3526 QUINAULT CT NE WINDJAMMER ARTS BREMERTON, WA 98311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $30.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.216**

BIELMAN, MATT 28143 238TH AVE SE MAPLE VALLEY, WA 98038

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $15.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.217**

BIER, DETLEF ERNST-ABBE-STRAÃŸE 13 ERFURT, \N 99097

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.218**

BIERSTEIN , HARRIS 428 RIDGE ROAD DAYTON, NJ 8810

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $2.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.219**

BIGGS, BRANDON 7483 DORNOCH COURT GILROY, CA 95020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $125.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.220

BIJLSMA, DANNY KILDIJK 119 NIEUWENDIJK, 4255TG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.221

BILLINGTON, ERIC 1135 E 2ND ST HEMPSTEAD, TX 77445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.222

BILLRED, ANDERS DALHEMSVAGEN 12 VETLANDA, \N 57433

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $26.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.223

BILODEAU, MARK 277 BORDER RD CONCORD, MA 1742

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.224**

BIMBÃ¶SE, MARTIN VOR DEM MÃ¼HLENTOR 1 STEINBRECHER U.
PARTNER MBH RATHENOW, 14712

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.225**

BIRGOREN, OGUZ BARIS MANCO CD. 9/2 ONYOL APT. KANLICA
BEYKOZ ISTANBUL, \N 34810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $28.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.226**

BITRIU, MIQUEL C/CORSEGA 56 5Âº 3Âª BARCELONA, 8029

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.227**

BLACK, JAMES 33 (2F3) BERNARD STREET EDINBURGH, EDINBURGH
EH66SH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228

BLACKSHORE, MICHAEL SKÄ¶RDEGATAN 25 1202 BORLÄ¤NGE, \N 78440

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229

BLACUTT, ANDRÃ©E-ANNE 675 AVENUE CALIXA-LAVALLÃ©E APP.3 QUEBEC, QC G1S3G7

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230

BLAKE, RYAN 535 CORALIE DR. WALNUT CREEK, CA 94597

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $131.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231

BLANK, AHARON CHEMISTRY, TECHNION CITY HAIFA, 3200003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

BLASETTI, EZIO 176 JOHNSON STR 5D MAETA DESIGN BROOKLYN, NY 11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $52.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233

BLASIO, JULIAN 1425 VILLARD ST UNIT 416 EUGENE, OR 97403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $13.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.234

BLIEFERING-STREUER, JANINE HOHENBUDBERGER STR. 112 DUISBURG, 47229

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $56.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

BLIGH, MARTIN \N \N, \N \N

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

BLIGH, WILLIAM 15801 S 48TH ST APT 1135 PHOENIX, AZ 85048

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.82

**3.237**

BLITZER, JACOB 61561 AARON WAY APT 6206 BEND, OR 97702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$106.28

**3.238**

BLIZARD, BRANDON 2063 HIBBARD ALAMEDA, CA 94501

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$45.78

**3.239**

BLIZZARD, CHRISTOPHER 1661B FULTON STREET SAN FRANCISCO, CA 94117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$21.89

3.240

BLOM, JEROEN LAMBERTUSHOF 89 DISTINCT ABILITIES BV GELDROP, 5667 SC

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.241

BLONDIN, ERIC 2286 DEVON AVE EUGENE, OR 97408

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.242

BLONDIN, ERIC 2286 DEVON AVE EUGENE, OR 97408

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.243

BLOOM, DEREK 784A TREMONT STREET BLOOM ARCHITECTURE BOSTON, MA 2118

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.244

BLOUIN, EDMOND 1525 S ROBERTS RD FAYETTEVILLE, AR 72701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.245

BLUMEYER, DOUGLAS 2018 LAS TRAMPAS RD ALAMO, CA 94507

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $91.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.246

BLUNDEN, JAMES 14 SHERIDAN TERRACE HOVE DYTEQTA LTD HOVE, EAST SUSSEX BN35AE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $15.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.247

BOCHE, OLIVER KLOSTERWEG 18 STADTBAHNZUGS MODELLBAHNSEITEN STOCKELSDORF, 23617

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.248

BOCK, PETER 146 RUE LEO SAIGNAT, CGFB 1ER ETAGE, SALLE 102, CBIB CENTRE BIOINFORMATIQUE DE BORDEAUX BORDEAUX, 33076

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $8.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.249

BOECKMANN, BRITTA 216A MELVILLE RD BRUNSWICK WEST, VIC 3055

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.250

BOEGEL, RICHARD WILLSTRASSE 23 DUSTKICKERS NÃ¼RNBERG, 90429

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $67.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.251

BOEHM, MATHIAS SPERRGASSE 15/2 VIENNA, 1150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $15.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.252**

BOENDER, MAX BAKKERDREEF 7 VOORSCHOTEN, \N 2252TH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.253**

BOER, EDUARD AALBERT CUYPLAAN 56 MY DIAMONDS JEWELRY
APELDOORN, 7312 ND

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.254**

BOETTCHER, GUNNAR FRIEDRICHSTRAAŸE 59 AACHEN, 52070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.255**

BOGAN, NATHANIEL 34 ROBINHOOD RD. NATICK, MA 1760

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $38.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.256**

BOHN, BRYAN 2169 SE 73RD AVE. HILLSBORO, OR 971236112

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.257**

BOHN, THOMAS 1111 EAST 39TH STREET STE.D SUITE D ATN HOELZEL LP CHATTANOOGA, TN 37407

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.258**

BONFANTI, PAOLO VIA CANTONALE 23 VERNATE, \N 6992

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.259**

BONGE, SCOTT 2001 BROWNWOOD RD GOATEESAVER COMPANY, LLC LITTLE ROCK, AR 72207

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $37.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number (if known) 24-XXXX2

3.260

BONILLA, ANDRES 5659 DANVILLE CT CHINO HILLS, CA 91709

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $38.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.261

BONNET, JULIEN 128 CHEMIN DES ECOLES DEAUX, \N 30360

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.262

BONNIAU, FLORENT 15 BIS RUE BOURRELY MONTPELLIER, \N 34000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.263

BONNIZZIO, RYAN 830 CANTERBURY RD SUITE A, 2ND FLOOR THERM-ALL, INC. WESTLAKE, OH 44145

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2_

**3.264**

BOOKOUT, MISHELLE 8516 QUAY DRIVE ARVADA, CO 80003

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.265**

BOOS, JURI NEVINGHOFF 16 URBANMAKER UG (HAFTUNGSBESCHRÄ☐NKT) MÄ¼NSTER, 48147

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.266**

BOOTH, CHRISTOPHER 190 GRENADIER ROAD TORONTO, ON M6R1R7

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $59.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.267**

BOPP, DANIEL DONARSTR.63 KÄ¶LN, 51107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $40.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.268

BORA, DOGAN 3203 OLD MILL TRACE MARIETTA, GA 30067

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.269

BORBAÁ¡, IGOR BESKYDSKÁ¡ 20 BANSKÁ¡ BYSTRICA, \N 97411

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.270

BORCHERDT, FREDERICK 536 NEW LONDON RD THE VIDEOGRID CENTRAL LLC NEWARK, DE 19711

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.271

BORDIN, LUCA VIA NOALESE 137/A SANTA MARIA DI SALA (VE), 30036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.272**

BORGES3D B.V., JOCHEM KATTENBURGERSTRAAT 5 003H - BORGES3D
B.V. AMSTERDAM, 1018JA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.273**

BORIO, MASSIMO PIAZZA HERMADA, 14 TORINO, \N 10131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.274**

BORROWS, ADAM CHURCH HILL FARM COTTAGE CHURCH LANE
WINFARTHING DISS, NORFOLK IP222EA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $19.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.275**

BOSSCHERT, MARK SAFFIER 33 HEERHUGOWAARD, 1703 BV

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.276**

BOSSERT, RAYMOND 104 HOPKINS RD BALTIMORE, MD 21212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.277**

BOSTWICK, DANIEL 4165 BALBOA DRIVE LIVERPOOL, NY 13090

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.278**

BOTEANU, DANIEL 617-32 TROLLEY CRES TORONTO, ON M5A0E8

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.279**

BOTHMAN, ARON 3634 1/2 MOTOR AVE LOS ANGELES, CA 90034-5702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
         Name

Case number *(if known)* 24-XXXX2

**3.280**

BOTSON, WILLIAM PO BOX 202 UNIVERSAL CITY, TX 78148

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $19.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.281**

BOUCHER, AARON \N \N, \N \N

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.282**

BOUIX, LUDOVIC 24 CHEMIN DE BARTAS VILLA 2 SAINT LYS, 31470

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.283**

BOUNDY, PARKER 20 EXCHANGE PLACE 2402 NEW YORK, NY 10005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                              $78.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.284**

BOURGEOIS, NICK 64 CARLYLE AVE. OTTAWA, ON K1S4Y4

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.91

**3.285**

BOURGEON, BRUNO 28 RUE DE LA CHARPENTERIE CHECY, 45430

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$42.15

**3.286**

BOURTZINAKOS, DIMITRIOS 68 BROWNLOW ROAD LONDON, GREATER LONDON N11 2BS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.28

**3.287**

BOUVIN, JOEL MALMGATAN 3 SALA, \N 73335

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$41.72

3.288

BOUWHUIS, J.B. LIJNBAANSGRACHT 69 A2 AMSTERDAM, \N 1015 GW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $34.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.289

BOWEN, ANDREW 1295 GUERRERO APT. 7 ANDREW BOWEN DESIGNS LLC SAN FRANCISCO, CA 94110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $14.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.290

BOWER, CHARLES 25920 SHERMAN RD SUN CITY, CA 92585

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $22.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.291

BOWER, CHARLES 25920 SHERMAN RD SUN CITY, CA 92585

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.292

BOWERS, JOSEPH 16931 BASSETT ST LAKE BALBOA, CA 91406

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.293

BOWERS, TYLER 855 HOLTON RD TALENT, OR 97540

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.294

BOWLING, JACK BROWN RD 16860 DALLAS, OR 97338

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.295

BOWLING, JAMES 2159 RIVER RUN TRCE COLUMBUS, OH 43235

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $29.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
_____
Name

Case number *(if known)* 24-XXXX2_

**3.296**

BOWLING, MATTHEW 1309 MANCHESTER AVE APT 1C MIDDLETOWN, OH 45042

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $220.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.297**

BOYD, BROOKS 1200 JOHN Q. HAMMONS DRIVE SUITE 300 FORTE RESEARCH SYSTEMS MADISON, WI 53717

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.298**

BOZINIS, GEORGE E. AV. PAPA JOAO PAULO I, 620 ALTO DAS PALMEIRAS CAMPINAS, 13101-506

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $65.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.299**

BRADLEY, JONATHAN 14032 W MUSTANG U-4096 LUKE AFB, AZ 85309

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.300

BRADLEY, KYRA 1801 UNIVERSITY ST UNIT 101 EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $21.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.301

BRADY, HEATHER 11 GRANDVIEW AVE TORONTO, ON M4K1J1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.302

BRAMI, JULIEN 3112 SOUTH LA SALLE AVENUE BRAMI LOS ANGELES, CA 90018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $10.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.303

BRANNIES, MATT 1919 5TH ST NE SALEM, OR 97301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $13.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.304

BRASHEARS, AMBER 2693 LOCKSLEY PL LOS ANGELES, CA 90068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $31.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.305

BRAUN, HARALD ZUGSPITZSTRASSE 14 OBERMEITINGEN, 86836

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $0.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.306

BRAUNSTEIN, STEFAN RUEPPGASSE 30/9-10 VIENNA, \N 1020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $5.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.307

BRAVO, JOHN 9232 KESTREL CT GILROY, CA 95020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $2.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.308**

BRECHENSBAUER, AXEL MONBIJOUGATAN 17B TALKATIVE LABS MALMÃ¶, 21158

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.309**

BRENNAN, MARSHALL 1006 W JOHN ST CHAMPAIGN, IL 61821

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.310**

BRENNAND, ARUN 55 EWELL AVE WEST MALLING, KENT ME196NW

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.311**

BRESSEL, JOSHUA 555 SCHAEFFER DRIVE CHRISTIANSBURG, VA 24073

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.312

BRESSER, BRAM CONSTANT ERZEIJSTRAAT 35 A BRIGHTER SHADE OF GREEN UTRECHT, 3523VS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$41.63

3.313

BRETERNITZ, RALF BÃ¤NSCHSTRASSE 20 BERLIN, 10247

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.02

3.314

BREWSTER, JESSICA 39221 WOODWARD AVE CRANBROOK ACADEMY OF ART BLOOMFIELD HILLS, MI 48304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$57.65

3.315

BRICHET, QUENTIN 120 RTE DE CHOULEX CHOULEX, \N 1244

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.15

3.316

BRIEDE, ELINA RUA ALVARO CASTELOES 754 2 AV MATOSINHOS, 4450-040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $10.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.317

BRILLANT, LYNDA 781 OCEAN AVENUE 11 BROOKLYN, NY 11226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.318

BRINKHORST, BASTIAAN DORPSSTRAAT 92 WATERGANG, 1454AN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $345.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.319

BROCHE, ALEJANDRO URB VALENCIA #302 CALLE LERIDA SAN JUAN, \N 923

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**          $45.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.320

BRODERICK, RICHARD 2275 SHADY OAK ROAD MELBOURNE, FL 32935

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.321

BROERSEN, RAYMOND BINNENHOF 77C SIMON LEVELT AMSTELVEEN, 1181ZJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.322

BROMSER-KLOEDEN, TARYN 19858 TELEGRAPH SPRINGS RD. PURCELLVILLE, VA 20132

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.323

BRONSON, JASON 931 BELGRAVE AVE RENO, NV 89502

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.324**

BROOK, KEVIN 12 CARNATION CRESCENT SITTINGBOURNE, KENT ME104RY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.44

**3.325**

BROOKHUIS, ERIK VOSWINKELSTEEG 3 TECHNOLOGY ART LOSSER, \N 7582PK

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.01

**3.326**

BROOKHUIS, ROBERT HORST 15 CARRE CR1347 UNIVERSITEIT TWENTE TST EWI ENSCHEDE, \N 7522 NB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.59

**3.327**

BROOM, JAY 3306 THAYER DR WAXHAW, NC 28173-7015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$20.53

3.328

BROQUA, DAMIEN 25 RUE FRANÃ§OIS DOUAT DOMAINE DE L'AVENTIN,
APT A117 VILLENAVE D'ORNON, 33140

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.15

3.329

BROSCHE, JAN HAUPTSTRASSE 77 PFATTER, \N 93102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.41

3.330

BROWN, CAITLIN 71 TWAIN AVE BERKELEY, CA 94708

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.80

3.331

BROWN, JAMES 1124 NORTH RIDGE DRIVE NW MONTGOMERY, MN
56069

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$22.69

**3.332**

BROWN, JIM 1101 E ARAPAHO RD. SUITE 200 INTRUSION, INC. - JIM
BROWN RICHARDSON, TX 75081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.333**

BROWN, ROBERT 12411 PHOENIX DRIVE RICHMOND, BC V7E6B4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.334**

BRUCK, HELMUT HAUPTSTRASSE 12 ALFTER, 53347

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.335**

BRUCKNER, RICHARD 11679 S. CORMORANT CIR. PARKER, CO 80134

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.336**

BRUEGMANN, CHRISTIAN NEDDELSTENHOF 1 WELTWUNDERBAR
GMBH HAMBERGE, \N 23619

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.337**

BRUNNER, PASCAL GORGEN 9 BALLWIL, 6275

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.338**

BRUNO, ANTHONY 14904 92ND PLACE NORTH MAPLE GROVE, MN
55369

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.339**

BRUX, LUCAS FRITZ-WINGEN-STR., 16 KEMPEN, 47906

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $61.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.340

BRYAN, MATT 420 KENTS HILL ROAD NORTH BENFLEET, ESSEX SS7 4AB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$43.47

3.341

BUCELIS, JULIUS MOZURISKIU ST 148 1 VILNIUS, 6298

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$47.20

3.342

BUCHANAN, BRAD 10743 BURKE AVE N SEATTLE, WA 98133

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.76

3.343

BUCK, TARAZ PO BOX 8183 PITTSBURGH, PA 15217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$12.16

3.344

BUCKLES, ALEXANDRA 2910 WHEELER RD HOOD RIVER, OR 97031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$12.57

3.345

BUCKNER, JONAS 2010 PANORAMIC WAY APT 102 KNOXVILLE, TN 37932

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$16.89

3.346

BUCKNER, JONAS 2010 PANORAMIC WAY APT 102 KNOXVILLE, TN 37932

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00

3.347

BUDIN, CLAY 231 BALTIC ST APT 4 BROOKLYN, NY 11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$76.91

**3.348**

BUDOVITCH, ERIC 50 PORTLAND ST #402 TORONTO, ON M5V2M7

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $40.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.349**

BUENDIA, DANILO 770 BAIR ISLAND RD. APT. 300 REDWOOD CITY, CA 94064

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.350**

BUGLER, SEAN 3093 BROADWAY UNIT 386 OAKLAND, CA 94611

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.351**

BUGROV, BUGROV 41 PATERSON COURT, PEERLESS STREET 41 LONDON, LONDON EC1V9EX

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $35.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.352

BULDOVSKIS, JURIJS RADSPIELERSTRASSE 5 MÃ¼NCHEN, \N 81927

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.353

BULFIN, DAVID 1315 EAST BLVD 711 CHARLOTTE, NC 28203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $39.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.354

BULL, MARC 9 DRYSDALE STREET V2 STUDIOS LONDON, LONDON N1 6ND

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $18.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.355

BULTS, PETER BROEK 2A BULTS.BIZ HOLTHEES, 5824AC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.356

BUNDY, JASON 4841 HEATHERTON DR. COLUMBUS, OH 43229

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $3.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.357

BUNIK, JOEY 2757 SAN BENITO DRIVE WALNUT CREEK, CA 94598

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $33.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.358

BURGESS, M 4 FARRINGDON CLOSE PONTEFRACT, WEST YORKSHIRE WF9 4RD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $16.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.359

BURGIN, CARL 4 HERON COURT LEACROFT CLOSE STAINES, MIDDLESEX TW184NP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
        Name

Case number *(if known)* 24-XXXX2

**3.360**

BURI, ANDREA VIA SAVONA 89 GEM SRL CUNEO, 12100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$262.36

**3.361**

BURKE, PAT 5 MCBEE CHAPEL ROAD MAULDIN, SC 29662

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.42

**3.362**

BURKS, JASON 781 KIRBY ROAD MCMINNVILLE, TN 37110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.13

**3.363**

BURNS, TOM C/O GLOBAL MARITIME 11767 KATY FREEWAY SUITE 660 HOUSTON, TX 77079

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.20

3.364

BURROWES, DALE 18 FANSHAWE ROAD BRISTOL, AVON BS14 9RX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $89.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.365

BURROWS, BEAU 350 MESEROLE ST UNIT A BROOKLYN, NY 11206

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.366

BURSTEIN, MATTHEW 2877 HAMPSHIRE ROAD CLEVELAND HEIGHTS, OH 44118

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.367

BURTON, BUDDY 12113 SUNDANCE CANYON DRIVE BAKERSFIELD, CA 93312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.368

BUSE, NATALIE 4201 TANGLEWOOD RD. BLOOMINGTON, IN 47404

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.369

BUSWELL, ATTICUS 550 EAST 15TH AVE 206 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.370

BUTLER, ADAM 11102 CANYON BROOK CT HOUSTON, TX 77065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.371

BUTLER, ANNA 2938 AVENUE W APT.6D BROOKLYN, NY 11229

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.372**

BUTLER, JAKE 47 ERIDGE ROAD TUNBRIDGE WELLS, KENT TN4 8HR

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.373**

BUTLER, LES 232 CHOPPIN HALL LOUISIANA STATE UNIVERSITY BATON ROUGE, LA 70803

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $20.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.374**

BUTTERFIELD, WESLEY 375 COLUMBIA AVENEU MERCED, CA 95340

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.375**

BYRNE, JOHN 3776 PLUM SPRING LANE ELLICOTT CITY, MD 21042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.376

C, EMILY 1234 FAKE STREET BIRMINGHAM, AL 35226

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.377

C., JEREMY 710 SANDIA PLACE FRANKLIN LAKES, NJ 7417

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.378

Ç¨‹, Ç´«È½© ÇŸ³ÅŒ–Å¤§É"ÅŒ£ÆŽŒÅÈ‹' Ç™¾ÆŽŒÅ›8Æ ‹301 Æ–°Ç–
†Å°ªÅ°°Å‹Å‚„ \N 841000

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.379

CACERES, DAVID 43589 W. HILLMAN DR. MARICOPA, AZ 85138

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.380**

CAFFARA, ANDREA VIA S.S. MARTIRI 6/A CAVRIANA (MN), \N 46040

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.381**

CAHILL, COLM RATHMOY HOUSE QUAY ROAD BALLINA , CO. MAYO. F26 T266,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $24.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.382**

CAI, ZHISHENG LIAN QIAN STREET 902 ROOM, KE CUO ROAD 396 # XIAMEN, \N 361001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $5.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.383**

CAIN, JOHN 633 WASHINGTON STREET RIVER FALLS, WI 54022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:        $36.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.384

CALANTROPO, PAUL 1025 PARK AVE ORANGE PARK, FL 32073

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $58.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.385

CALDWELL, IAN ASSET FLOORING 3/60-62 ABBOTT ROAD HALLAM VICTORIA, VIC 3803

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.386

CALE, SETH-ASHER 1508 BEECH STREET CHESWICK, PA 15024

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.387

CALL, KELLY L. 973 E 1000 S SPRINGVILLE, UT 84663

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $89.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.388

CALLAHAN, JOSH 2736 REX LANE VIRGINIA BEACH, VA 23456

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $7.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.389

CALLEBAUT, JOSH 2415 3RD STREET SUITE 232 PIPER SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $0.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.390

CALLENDER, ANDREW 22 MONRO PLACE EPSOM, SURREY KT197LD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $22.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.391

CAMERON, JAMES 3156 CARROLL STREET VICTORIA, BC V9A1R2

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $34.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.392**

CAMILLERI, KYLE NAGGAR STREET PROSPEED PARTS MOSTA, MST179

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.393**

CAMPBELL, CARL 4233 TOWN CT N LAWRENCE TOWNSHIP, NJ 8648

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $28.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.394**

CAMPBELL, DAVID BRIDGE END CHILSWORTHY HOLSWORTHY HOLSWORTHY, DEVON EX227BG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.395**

CAMPBELL, LOUISE FLAT 2/1 10 ATLAS ROAD SPRINGBURN GLASGOW, LANARKSHIRE G214TE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $42.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.396

CAMPBELL, MELISA 4400 DOGWEN RD KNOXVILLE, TN 37938

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $20.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.397

CAMPBELL, SHANE 14318 DALMATIAN DR GRASS VALLEY, CA 95945

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $82.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.398

CAMPITIELLO, VINCENZO ERSINGERSTRAẞE.31 ISPRINGEN, 75228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.399

CANGEMI, SAL BÅ©KE UTCA 6 KISKUNLACHÃ¡ZA, 2340

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.400**

CANINO, ANTHONY 14207 BEFORE DAWN SAN ANTONIO, TX 78248

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.401**

CANNON, CLIFF 2035 N. 1000 E. NORTH LOGAN, UT 84341-2003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $22.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.402**

CANNON, ROBERT 14 BYRON COURT CONCORD, CA 94521

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $3.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.403**

CANTOR, MADELYN 539 EAST 12TH AVE APT. 304 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $4.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.404

CAPLIN, STEVE 117 BRECKNOCK ROAD LONDON, LONDON N19 5AE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $74.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.405

CARBY, ALEX 19 STRIMON CLOSE LONDON, ENFIELD N9 0FE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.406

CARBY, ALEX 19 STRIMON CLOSE LONDON, ENFIELD N9 0FE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.407

CARD, ENGINEERING 101A COMMERCIAL WAY TEHACHAPI, CA 93561

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $120.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.408

CARD, PROCUREMENT 2141 ICON WAY VACAVILLE, CA 95688

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $2.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.409

CARDENAS, RICARDO I. TOLOSA #571, COL. LOMAS DE ZAPOPAN. ZAPOPAN, \N 45130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $0.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.410

CARDINAL INTEGRATED TECHNOLOGIES INC 707 ALEXANDER RD STE 202 PRINCETON, NJ 08540

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $15,904.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.411

CAREW, MARIA VIA CASLETTI N. 34 PIANO SESTO COMO, 22100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $27.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.412

CARLSON, AMY 356 CARLTON AVE APT 1 BROOKLYN, NY 11238-4502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $564.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.413

CARLYON, ZEKE 200 QUALITY WAY APARTMENT OR SUITE TMI CLIMATE SOLUTIONS HOLLY, MI 48442

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $52.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.414

CARNET, MARC 3382 SPRING MEADOW CT TUCKER, GA 30084-2121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.415

CAROFANO, THOMAS 58 CORNICHE FLEURIE RÃ©SIDENCE "LE MIRANDOLE" BAT. C NICE, 6200

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.416

CARP, ARTHUR 220 HENLEY RD WOODMERE, NY 11598

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $73.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.417

CARRILLO, EMILIANO 48 LONG PLAIN RD FL 2 LEVERETT, MA 1054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $7.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.418

CARRINGTON, JOHN 69 JOHN STREET THORNHILL, ON L3T1Y3

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $40.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.419

CARTER, JAMES 46146 CECIL TERRACE STERLING, VA 20165

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $7.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.420

CARTWRIGHT, ASHLEY 90 S LAKESHORE DR APARTMENT A BROOKFIELD, CT 6804

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.421

CASANOVA, GION BAUMACKERSTRASSE 45 ZÃ¼RICH, 8050

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.422

CASEY, DAVE 15721 ACORN CIRCLE TAVARES, FL 32778

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $38.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.423

CASSETTA, ANTHONY 1689 BEACON #5 BROOKLINE, MA 2445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.424**

CASSIDY, NICHOLAS 23 WATTLE STREET HABERFIELD SYDNEY, \N 2045

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $10.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.425**

CASTANON, NICOLAS 12525 S KIRKWOOD APT # 323 STAFFORD, TX 77477

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $24.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.426**

CASTANOS, JERRY 551 WEST 170TH 62 NEW YORK, NY 10032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $22.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.427**

CASTELINO, KENNETH 201 WEST 70 ST APT 38F NEW YORK, NY 10023

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $2.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.428**

CAVALLARO, MATTHEW 25 GROSVENOR AVE PROVIDENCE, RI 2908

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $46.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.429**

CAVALLINI, RICARDO 30-02 48TH AVE LONG ISLAND, NY 11101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $624.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.430**

CAVENEY, JOHN 21W585 LYNN RD APT 20 LOMBARD, IL 60148

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $1.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.431**

CAZAN, RAZVAN 8025 W RUSSELL RD 1071 LAS VEGAS, NV 89113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $8.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.432

CENGIZ, DEGER 200 WATER STREET NEW YORK, NY 10038

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $182.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.433

CERF, PATRICE 850 SPANIEL DRIVE REDDING, CA 96003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $23.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.434

CHADWICK, CLINTON 3282 PERSIMMON LN FRISCO, TX 75033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $409.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.435

CHADWICK, MIKE 2407 RAMBLEWOOD DRIVE WILMINGTON , DE 19810

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.436**

CHALFANT, JOHN 1140 ILLINI DRIVE FAWNSKIN, CA 92333

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $57.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.437**

CHAMBERS, CHERISH 419 TEPATITLAN CT RIDGECREST, CA 93555

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $45.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.438**

CHAN, CHI WAI ALFRED 1367 ALBERNI STREET STE. 1709 VANCOUVER, BC V6E4R9

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $194.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.439**

CHAN, DESMOND FLAT A, 11/F, BLOCK 1 EAST POINT CITY, TSEUNG KWAN O N.T. HONG KONG,

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $17.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.440**

CHAN, HUE CHURN 285 LORETTA AVE S 1202 OTTAWA, ON K1S5A5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $24.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.441**

CHAN, KEVIN \N \N, \N \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.442**

CHAN, SIU HUNG 25G, METROPOLITAN RISE 28 MA TAU KOK ROAD TO KWA WAN, KOWLOON, HONG KONG, \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $27.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.443**

CHANG, ANDREW 98-1681 NAHELE ST. CARBONTECH SOFTWARE AIEA, HI 96701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $5.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.444**

CHANG, CHI-YUAN JINÂ€™AN ST., 4F., NO.45, TUCHENG DIST., \N 23678

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.445**

CHANG, CHRISTOPHE 1880 SOUTH OCEAN DRIVE, SUITE 601W
HALLANDALE BEACH, FL 33009

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.446**

CHANG, THOMAS 1040 WHITNEY DRIVE MENLO PARK, CA, 94025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $64.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.447**

CHANG, WEN 429 LITTLEFIELD AVE CHANG ENTERPRISES SOUTH SAN
FRANCISCO, CA 94080

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $84.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.448

CHANNING, DOMINIC 37 HAWLEY SQUARE FLAT 1 MARGATE, KENT CT9 1PH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $150.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.449

CHAPMAN, DIANA 810 BROOKTREE LANE APT 186 VISTA, CA 92081

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $29.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.450

CHAPMAN, EMILY 139-47 85TH DRIVE BRIARWOOD, NY 11435

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.451

CHAPMAN, RYAN 31 SHERIDAN DRIVE APT 10 SHREWSBURY, MA 1545

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.452**

CHARLES, BARRY 16 HOLLYWOOD DRIVE BIRMINGHAM, ENGLAND B47 5PS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.453**

CHATHAM, ALEXANDER 220 11TH STREET 1 BROOKLYN, NY 11215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $150.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.454**

CHAUSSEE, JULIEN 551 DE LA MONTAGNE APT 307 MONTREAL, QC H3C6S4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.455**

CHECHILE, ALEX 63 ABRAMS CT APT 516 STANFORD, CA 94305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.456

CHEN, AN 16 MONROE ST JD-8 NEW YORK, NY 10002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.457

CHEN, AUSTIN 145 N SIERRA MADRE BLVD #11 SLEEPYPOD PASADENA, CA 91107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $143.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.458

CHEN, GANG ROOM 508,BUILDING 3 NO 45 JINSHIHEYAN ROAD SUZHOU MCOU 3D TECHNOLOGY CO.,LTD SUZHOU, 215002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                 $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.459

CHEN, HUI 5260 HUNTINGTON DR. S APT 105 LOS ANGELES, CA 90032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $0.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.460**

CHEN, KEHAN 51 BELICH CRESCENT RED DEER COUNTY, AB T4S2K5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $24.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.461**

CHEN, PETER 4104 SUMMERTIME LN CULVER CITY, CA 90230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $1.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.462**

CHESLEY, TYLER 8785 S GRAND OAK DR EX NATURA COTTONWOOD HEIGHTS, UT 84121

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $132.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.463**

CHIANG, CHUN-SHEN 23944 FRANCISCO WAY SANTA CLARITA, CA 91354

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.464

CHILDRESS, JON 3203 QUARRY CREEK ROUND ROCK, TX 78681

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.465

CHO, JEONG HYUN NEAGOK-DONG, SEOCHO-GU FORESTAR APT 108-1703 SEOUL, 137180

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.466

CHOI, KYUHO 87, HWASAN-RO, JANGAN-GU CHEONCHEON PURGIO APT 108-1002 SUWON-SI, 16420

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.467

CHONG, BIANCA 8D GARFIELD MANSION 23 SEYMOUR ROAD ANSWER B LTD. HONG KONG,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $26.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.468

CHONG, WEI LOON BLK 8 TOA PAYOH LORONG 7 #07-303 SINGAPORE, \N 310008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $51.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.469

CHOOLFAIAN, STEPHEN S 191 CHADEAYNE ROAD OSSINING, NY 10562

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.470

CHRISTENSEN, JOSH 33450 COLORADO ST, CHRISTENSEN YUCAIPA, CA 92399

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.471

CHRISTENSON, DAVID 282 COUNTRY ROAD STILLWATER, MN 55082

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.472

CHUANGUO, LI ROOM 606E6, NO.333, HONG QIAO ROAD XUHUI DISTRICT CHERRICUBE INTELLIGENT TECH SHANGHAI, 200030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

3.473

CHUKKAPALLI, BUJJI 11009 TORTOLA ISLE WAY TAMPA, FL 33647

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$92.42

3.474

CHUTKA, GENE 574 LAKECREST DRIVE EL DORADO HILLS, CA 95762

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$4.35

3.475

CICCOTTO, PETER 143 JACKSON STREET 1B BROOKLYN, NY 11211

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$86.87

3.476

CIOATA, MATEI URBANSTR. 109 3.OG MI BERLIN, 10967

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $27.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.477

CLARK , TOBY 10902 SUN RIDGE RD. GOSHEN, KY 40026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.478

CLARK, AMANDA 4039 SPRUCE STREET #1R PHILADELPHIA, PA 19104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.479

CLARK, MICHAEL 1930 HORATIO AVE MERRICK, NY 11566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.480

CLARK, SCOTT 1055 HIGHWOOD DR. SW ISSAQUAH, WA 98027

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.481

CLARKE, ROGER 11 BROADWAY DR. APT#28 GREENVILLE, SC 29611-3232

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.482

CLEMENTS, BARRY 71, MONKS WALK BUNTINGFORD, HERTFORDSHIRE SG9 9DR

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.483

CLIFFORD, AARON 2418 DEPARTURE BAY ROAD KOVR NANAIMO, BC V9S3V8

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.484

CLIFTON, DREW 5909 MILBURNE DR. MILFORD, OH 45150

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.485

CLOHERTY, SHAUN 142A KENSINGTON ROAD KENSINGTON, VIC 3031

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $49.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.486

CMOLIK, PATRICE 3 RUE FONTAINE DE LA VILLE SUMENE, 30440

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.487

COCHRAN, STEPHEN 1084 LORAINE DRIVE GARNET VALLEY, PA 19060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.488

COCKCROFT, CHRIS 3471 DUTCH VILLAGE ROAD UNIT 1308 HALIFAX, NS B3N0C7

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $62.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.489

COCQUYT, JOS 1355 MARKET ST #488 RUNWAY SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $70.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.490

COGHLAN, GARY 1717 QUINCEY LANE FAIRFIELD, CA 94534

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.491

COGHLAN, SHANE 1717 QUINCEY LANE FAIRFIELD, CA 94534

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.492**

COHEN, BRAM 1005 NORTHGATE DRIVE #175 SAN RAFAEL, CA 94903

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$125.22

**3.493**

COLBERG, KEITH 107 SOUTHWOLD DR CARY, NC 27519

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.64

**3.494**

COLE, KELSEY 11 WAIMOKO GLEN SWANSON, 612

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.85

**3.495**

COLEMAN, SEAN 4105 SOUTH GLORY VIEW LANE JACKSON, WY 83001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.27

3.496

COLLART, CLARA 53 GARDEN WALK THE FRANCIS CRICK INSTITUTE CAMBRIDGE, CAMBRIDGESHIRE CB4 3EW

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.497

COLLIER, CHRIS 2909 WEST 24TH AVE. SEA CLEAN LTD. VANCOUVER, BC V6L1R5

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.498

COLLINGWOOD, FRANK 145A CHAMBERLAIN ROAD MASSEY AUCKLAND, 614

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $132.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.499

COLLYER, SCOTT 5 SIDNEY COURT SHEPPARTON, VIC 3630

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.500

COLMAN, DEAN 2B GASTEIN ROAD LONDON, UK W68LU

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$52.97

3.501

COMALANDER, JOHN 4661 RIGBY RD CENTURY, FL 32535

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$42.59

3.502

COMPLETE CAPITAL SERVICES, INC - CCS 22811 MACK AVENUE, SUITE 203 SAINT CLAIR SHORES, MI 48080

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,149.61

3.503

CONCILIO, UBALDO VIA F. MENABREA 2 MILAN, \N 20159

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.32

3.504

CONDITT, DANA 1305 S OSAGE AVE BARTLESVILLE, OK 74003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $12.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.505

CONKLIN, NOAH 1000 ALDER ST EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.506

CONSTANT, JOHN 68 YARROW ST UNIT 4 DUNEDOO, \N 2844

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $26.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.507

CONWAY LAMB, CHRIS 3 FRANK ST GRACEVILLE, QLD 4075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $9.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.508

COOK, ERIK 571 CRICKLEWOOD DRIVE STATE COLLEGE, PA 16803

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.509

COOK, EUGENE 20 HIGH ST ACTON, MA 1720

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.510

COOK, PETER 10 ANDERSON RD. FRAMINGHAM, MA 1701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $61.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.511

COOMBES, BOB TVNZ 100 VICTORIA ST WEST TECHNOLOGY DEPT AUCKLAND, \N 1010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.512

COOPER, ALEXANDER 77A ST GEORGES DRIVE PIMLICO COOPER
CAPITAL LTD LONDON, LONDON SW1V4DB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.513

COOPER, DAVID BIJNENSTRAAT 25 EERSEL, 5521 VJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.514

COOPER, JONATHAN 1200 WESTWOOD DRIVE 26 ALBANY, GA 31721

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.515

COOPER, VIVIAN LION ARTS CENTRE, NORTH TERRACE ACE OPEN
ADELAIDE, SA 5000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.516

CORBETT, MICHAEL 2477 E. DEVON AVENUE CORBETT ENGINEERING ELK GROVE VILLAGE, IL 60007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $45.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.517

CORDINGLEY, CHRISTOPHER DISNEY ANIMATION STUDIOS 500 S BUENA VISTA STREET MC4944 BURBANK, CA 91521

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.518

CORE, ANDREW 585 LONDON BRIDGE ROAD VIRGINIA BEACH, VA 23454

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.519

COREN, BRUCE 308 GREENWOOD DRIVE WEST PALM BEACH, FL 33405

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $23.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**3.520**

CORKERY, ROBERT HORNSGATAN 141B 7TR DOOR CODE 1939
STOCKHOLM, 11728

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $68.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.521**

CORNELISSEN, MICHIEL OUDEGRACHT 254 MICHIEL CORNELISSEN
ONTWERP UTRECHT, 3511NV

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $16.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.522**

CORNELIUS, CHRIS 2204 E. SHOREWOOD BLVD. MILWAUKEE, WI 53211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $79.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.523**

CORNES, DUNCAN CLAIRE-WALDOFF STR.2 BERLIN, 10117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:         $13.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.524

CORONATO, MICHAEL 4939 CASH RD UNIVERSAL WINDOW COVERINGS DALLAS, TX 75247

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $49.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.525

CORPORATE FILINGS LLC 30 N GOULD ST STE 7001 SHERIDAN, WY 82801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $145.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.526

CORPORATION SERVICE COMPANY (CSC) 2711 CENTERVILLE ROAD WILMINGTON, DE 19808

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,919.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.527

CORTEZ, MINDY 2107 MARY HUGHES DR. HOUMA, LA 70363

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $35.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.528

CORTI, SILVIA ENETSVÄ„GEN 34 DALS LÃ…NGED, 66695

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $44.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.529

CORZO SUAREZ, RAUL REINERIO GARCIA, 8, 5C MIERES, 33600

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.530

COSTA, ANDRE RUA VICTOR DE SÃ¡ N61 6D BRAGA, \N 4705-350

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.531

COSTEA, FLORIN CHEMIN DU GRAND-PUITS 68 MEYRIN, \N 1217

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.532

COULSON, SIMON LORD MAYORS WALK YORK ST JOHN UNIVERSITY
YORK, NORTH YORKSHIRE YO317EX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $198.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.533

COURT, PETER ANTHONY BEST DYNAMICS MIDDLETON DRIVE
BRADFORD-ON-AVON, WILTSHIRE BA151GB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                       $1,034.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.534

COVARRUBIAS, ALMA 4757 AVEDON ROAD MOORPARK, CA 93021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $36.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.535

CRAMER, LEO 166 VICENTE ROAD BERKELEY, CA 97405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $13.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.536

CRAWFORD, RON 316 LAKEWOOD DRIVE SWANTON, VT 5488

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.537

CREMIDIS, ANDREA 621 PURITAN CT ANNAPOLIS, MD 21401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.538

CRIPPS, GRAHAM WEIHERSTR. 8 NEUMARKT-SANKT VEIT, 84494

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.539

CRISTIAN, BIANCHINI VIA MILANO 50 RED PILL SRL GUSSAGO, 25064

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $271.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.540

CRITICALRIVER INC 4683 CHABOT DRIVE SUITE 350 PLEASANTON, CA 94588

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,778.20

3.541

CRLENJAK, DAN 2571 NW 107TH AVE CORAL SPRINGS, FL 33065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$355.58

3.542

CROSSMAN, MATTHEW 15 ARWOOD ROAD FARMINGTON, CT 6032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$44.14

3.543

CROUSE, JEFFREY 31-21 29TH STREET APT 4F ASTORIA, NY 11106

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.57

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2_

**3.544**

CROUTH, ANDREW 99 MCMASTER ST. BALLSTON SPA, NY 12020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.545**

CROWN CASTLE FIBER LLC PO BOX 28730 NEW YORK, NY 10087-8730

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,639.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.546**

CROWTHER, HEATHER CHOUZAVA 083 MNISEK POD BRDY, \N 25210

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.547**

CRUMP, NEIL 32 HIGHLAND ROAD CRADLEY HEATH, WEST MIDLANDS B64 5NE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.548

CULBERTSON, LEAH \N \N, \N \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $16.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.549

CUNEO, CHRISTINA 902 NORTH CASCADE AVENUE WB 1020
COLORADO SPRINGS, CO 80946

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $56.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.550

CUNI, BERNAT MUNICIPI 14 ENTRESOL 3 BARCELONA, 8018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $20.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.551

CUNNINGHAM, LINDSAY 25 MOOR CLOSE NORTH SHIELDS, TYNE &
WEAR NE298DB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

---

**3.552**

CUPPER, ETHAN 1440 E 19TH AVE EUGENE, OR 97403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$13.95

---

**3.553**

CURRLIN, ARNIE 29876 CIRCINUS STREET MURRIETA, CA 92563

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.18

---

**3.554**

CURRY, TOM 12 DOW PLACE STENHOUSEMUIR, FALKIRK FK5 4WG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$92.41

---

**3.555**

CURTIS, CRAIG 13476 KINGSCROSS LANE ST LOUIS, MO 63141

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.45

3.556

CUSHWA, TOM 303 PARK AVE. SO. APT 511 NEW YORK, NY 10010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $166.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.557

CUSTOMER NAME UKNOWN 407 RUE SALVADOR ALLENDE BÂ¢TIMENT
HERMÃ¨S - ENTRÃ©E B ADRIEN CIEJAK LOOS, 59120

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.558

CZUBIAK, ANDREW 1948 SHADY BROOK DR THOUSAND OAKS, CA
91362

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.559

D, SRIKANTH NO 348 GROUND FLOOR 6TH CROSS 10TH RBI LAYOUT
JPNAGAR 7TH PHASE BANGALORE, 560078

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $34.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**3.560**

DA COSTA, DAVID 2460 CANYON OAK DRIVE LOS ANGELES, CA 90068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.561**

DACHS, ANDREW 531 FINLAYS ROAD RD5 CHRISTCHURCH, 7675

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.562**

DACHS, NICKY 17 MARY ST, MOUNT EDEN AUCKLAND, 1024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $31.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.563**

DAFFERNER, GARRET 626 MANHATTAN AVE APT 3R BROOKLYN, NY 11222

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $111.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.564**

DAGGAR, ROHAN 6 MIDDLEGREEN ROAD SLOUGH, BERKSHIRE SL3 7BN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $118.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.565**

D'AGUIAR, ROBERT 33 DALESIDE CRESCENT NORTH YORK, ON M4A2H7

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $20.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.566**

DAHL, ANDERS BÅDEHAVNSGADE 42, PORT 7 BETAFACTORY COPENHAGEN SV, 2450

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $158.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.567**

DAHLSTRÖM, ELIAS VÄSTRATULLGATAN 29 HUDIKSVALL, 82430

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $9.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.568

DAHMKE, MARK 625 PIER 1 LINCOLN, NE 68528

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $172.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.569

DAINTON, ROBIN IM STÄ¤DTLI 10 GREIFENSEE, \N 8606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $122.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.570

DALE, BRIAN 1700 S 2ND ST 1ST FLOOR BROTHER DSN PHILADELPHIA, PA 19148

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.571

DALEY, LUKE 318 SYCAMORE STREET MAKEZURE ASHINGTON, NORTHUMBERLAND NE630QH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.572

DALLI, STEFANO VIA FILIPPO TURATI 62 . . BOLOGNA, 40134

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.573

DALLMAN, JASON 1413 HOLMES ROAD PRINCE ALBERT, SK S6V6C5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.574

DAMS, JOHANNES SCHILDSTRASSE 21 AACHEN, 52062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $77.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.575

DANIEL, RUAS 107 RUE LEBLANC PARIS, 75015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.576

DANIELS, PARKER 14371 SHERBROOK PL LAKE OSWEGO, OR 97035

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.577

DANIELSEN, CHRIS 711 N 1ST ST APT E201 ELDRIDGE, IA 52748

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.578

DARK, MICHAEL 35 LONDON STREET MOUNTAIN ASH, MID GLAMORGAN CF454BN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.579

DARRINGTON, JOEL 2227 MT VERNON RD ENID, OK 73703

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $199.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.580**

DARRINGTON, PETER 3 ABBOT CLOSE OAKWOOD DERBY, DERBY DE212BQ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$32.52

**3.581**

DART, ANDREA 431 HICKS ST. 6I 6I ANDREA DART BROOKLYN, NY 11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.17

**3.582**

DARWISH, TIMOTHY 109 LUDLOW ST. 3 NEW YORK, NY 10002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$34.39

**3.583**

D'ASARO, MATTHEW 70 PACIFIC STREET APT. 363B CAMBRIDGE, MA 2139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.94

## 3.584

DASTYAR, KIAN 256 MILLPOINT ROAD SOUTH PERTH WA KIAN DESIGN
WA, \N 6151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

## 3.585

DATASITE LLC P. O. BOX 74007252 CHICAGO, IL 60674-7252

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11,243.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

## 3.586

DAVENPORT, JOHN 193 CADMANS NECK ROAD WESTPORT, MA 2790

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $32.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

## 3.587

DAVEY, MATTHEW 41 REED POND WALK GIDEA PARK ROMFORD
ROMFORD, ESSEX RM2 5PD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
         Name

Case number *(if known)* 24-XXXX2

---

**3.588**

DAVEY, MATTHEW 41 REED POND WALK GIDEA PARK ROMFORD ROMFORD, ESSEX RM2 5PD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.589**

DAVID, ADAM UNIT 1 77 ELIZABETH ST CASTLEMAINE, VIC 3450

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.590**

DAVIES, CELESTE 1833 S. MANSFIELD AVENUE LOS ANGELES, CA 90019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $49.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.591**

DAVIES, SARAH 10 MOTTINGHAM LANE LEE GREENWICH BOROUGH, LONDON SE129AN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

**3.592**

DAVIS, ANDREI 20916 THUNDERBIRD RD APPLEVALLEY, CA 92307

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.593**

DAVIS, JASON 5811 RANDOLPH AVE ORLANDO, FL 32809

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $22.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.594**

DAVIS, KAELA 1000 E 5TH STREET APT 356 AUSTIN, TX 78702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $27.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.595**

DAVIS, RON 443 DELTA DRIVE WOODLAND, CA 95695

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.596

DAWE, DARRIN 27 BASILDON CRESENT BRAMPTON, ON L6T2N1

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.597

DAWSON, MICHAEL 3206 S. HOPKINS AVE #216A TITUSVILLE, FL 32780

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $45.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.598

DE BARRUETA, KATHERINE 8695 HIDE AWAY LANE CENTERVILLE, OH 45458

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.599

DE BIE, SARAH BIRMINGHAMSTRAAT 287 ANDERLECHT, 1070

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $27.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
_____
Name

Case number *(if known)* 24-XXXX2_

---

**3.600**

DE BROIN, MICHEL 6032 RUE SAINT-URBAIN ATELIER MDB MONTREAL, QC H2T2X5

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $48.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.601**

DE BROUWER, JIM HOLLANDSE KADE LIVE LEGENDS ABCOUDE, 1391JD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $3.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.602**

DE BRUINE, MATHILDE RACHELSMOLEN 1 EINDHOVEN, 5612LL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $7.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.603**

DE GOFFAU, HENRIK VAN GOLTSTEINSTRAAT 20 PUTTEN, 3882VD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $4.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.604**

DE GRAAF, SANDER 189 VAN ZEGGELENPLEIN HAARLEM, 2032KG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.605**

DE GROOT, PETER VAN DER WEIJDENLAAN 2 NOORDWIJKERHOUT, 2211JK

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.606**

DE JONG, A.H.W. F.HAVERSCHMIDTLAAN 41 SCHIEDAM, 3116 JL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.607**

DE KOK, A.A. CHRISTIAAN DE WETSTRAAT 18 OOSTERBEEK, 6861DL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.608**

DE MARTINO, GUIDO CORSO VITTORIO EMANUELE 211 NAPOLI, 80121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.88

**3.609**

DE OLIVEIRA, SOPHIE 46 MORRIS RD LEWES LEWES, EAST SUSSEX BN72AT

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,112.58

**3.610**

DE PASS, FELIX 17 SUNBURY WORKSHOPS SWANFIELD STREET DE PASS MONTGOMERY LTD LONDON, LONDON E2 7LF

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$56.90

**3.611**

DE REYCK, NICO VORSTSTRAAT 19 (ZANDSTRAAT NAAST REPPELSEBAAN 13) AVERBODE, 3271

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.41

**3.612**

DE ROO, JAN WILLEM VAN HAEFTENPARK 35 APELDOORN, 7316NJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.613**

DE ROOST, GERT OUDE REETSEBAAN 32 BOOM, 2850

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $16.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.614**

DE ROOST, GERT OUDE REETSEBAAN 32 BOOM, 2850

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.615**

DE SELINCOURT, ANDREW VICARS HILL LODGE VICARS HILL BOLDRE NR LYMINGTON, HANTS SO415QB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $100.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.616

DE SNAIJER, AD VAN DE VELDELAAN 115 AMSTERDAM, \N 1816PB

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.617

DE VRIES, ANDRE LAAN VAN BROEKPOLDER 374 HEEMSKERK, 1967KK

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.618

DE ZEEUW, AAD CARRETERA CABO LA NAO 124-6 773 MAILBOXES ETC JAVEA (ALICANTE), \N 3730

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $29.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.619

DEARBORN, MICHAEL 2058 185TH STREET FAIRFIELD, IA 52556

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.620

DEBUSSY, CHRISTOPHE 2 ASHFORD AVENUE AIR CHANGE MILPERRA, \N 2214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.621

DECONTE, NEAL 720 RESERVOIR RD PASCOAG, RI 2859

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.622

DEDOVESH, KENNETH 1120 SW TRAIL RIDGE DR BLUE SPRINGS, MO 64015

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.623

DEEB, REBECCA 308 N TAYLOR AVE OAK PARK, IL 60302

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $161.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.624

DEERING, CONOR 1801 WINDSOR DRIVE WINTER PARK, FL 32789

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.99

3.625

DEFEO, MICHAEL 1 LANDMARK SQ STUDIO 528 PORT CHESTER, NY 10573-3353

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,456.81

3.626

DEGEN, MEGAN 505 BLOSSOM WAY WOODSTOCK, GA 30188

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.78

3.627

DEKKER, ERIK EBBENHOUT 28 ASSEN, 9408 DT

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$257.33

3.628

DEL CASTILLO, JUAN IGNACIO RIGOBERTA MENCHU 19 E 4Âº D
GETAFE, \N 28903

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $30.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.629

DELAVALLE, PENNY 81 COLLINWOOD ROAD OXFORD, OXON OX38HN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $86.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.630

DELL'AQUILA, KYLE 50 VALLEY STREET CM107R PROVIDENCE, RI 2909

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $161.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.631

DELROCCO, JOEY 53 REDWOOD DRIVE HUDDERSFIELD, WEST
YORKSHIRE HD2 1PW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $227.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.632**

DENSCHLAG, ROBERT AM WILDBÄ¤DLE 21 STUTTGART, 70329

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.633**

DENU, DAVID 22 ESSEX WAY SUITE 8304 TEK5 SYSTEMS ESSEX JUNCTIONI, VT 5451

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $81.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.634**

DENURCHIS, CARLO VIA CARLO MONTANARI 42/3 GENOVA, \N 16135

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.635**

DEPARTMENT, RECEIVING 15000 JOHNS HOPKINS DRIVE AUTOMATED PRECISION INC. ROCKVILLE, MD 20850

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $132.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.636

DEPIRO, ONORIO 27 DAWLISH DRIVE DEVON PARK BEDFORD,
BEDFORDSHIRE MK403AU

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.637

DESIGN RESEACH ED SL, NOUMENA C/ DE CRISTÃ³BAL DE MOURA, 203
BARCELONA, 8019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $15.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.638

DESMEDT, CLAUDE RUE DES BREBIS 69 BRUXELLES, 1170

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.639

DESMYTER, ERIK PRINSENHOF 22 GENT, \N 9000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $69.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.640**

DESOMOV, NICHOLAS 5112 AUCKLAND AVENUE NORTH HOLLYWOOD, CA 91601

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $5.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.641**

DEVINE, CHRIS 5/281 SANDGATE ROAD REDBUSBAR PTY LTD ALBION, QLD 4010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $87.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.642**

DEVITRYSMITH, JOHN T 241 N VINE ST. 606E SALT LAKE CITY, UT 84103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.643**

DI BERARDINO, LUCA VIA PESCHIERA 20 PESCARA, 65125

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $11.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.644

DIAS, EDUARDO RUA MARECHAL HERMES 151 132 SANTO ANDRE,
9090230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.645

DIAZ, ANNA VIA LIVELLO 25 RHO, 20017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $16.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.646

DIAZ, RICHARD 8601 CASWELL PLACE RALEIGH, NC 27613

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $71.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.647

DIBARTOLOMEO, NICOLE 320 IVY ROCK LANE HAVERTOWN, PA 19083

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.648

DICKINSON, TOMAS 10 DUNCAN CLOSE GLENMORE PARK, \N 2745

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.649

DIETERICH, FABIAN BOLONGAROSTRAAÿE 101H FRANKFURT AM MAIN, 65929

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.650

DIETZ, JACOB 1835 EAST SIESTA LANE PHOENIX, AZ 85024

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.651

DILLING, YANI 10 51ST AVENUE ISLE OF PALM, SC 29451

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $99.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.652**

DINCA, ADRIAN KRUIDENSTRAAT 62 NIJMEGEN, 6515HS

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.653**

DINGMAN, DAVID 127 PENNSYLVANIA AVE LOUISVILLE, KY 40206

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $72.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.654**

DINGS, HENNY HAZELEGER 121 CUIJK, 5431HN

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.655**

DIPAOLO, BARRETT 26 BEAVER ST. APT. 11 NEW YORK, NY 10004

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $175.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.656

DISSER, DAVID 8812 GREENBERG LANE SAN DIEGO, CA 92129

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $28.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.657

DITLEF, ARTHUR 66 GAINSBOROUGH ST UNIT 4 MOOROOKA, QLD 4105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $71.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.658

DIX, DIETMAR SCHNUTENHAUSSTRAÃŸE 1 PAPAYA REPUBLICK UG ESSEN, 45136

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $244.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.659

DIXON, BLAIR 4 WILMINGTON PLACE FORREST HILL AUCKLAND, 620

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.660

DIXON, RICHARD 6719 E 6TH ST. TULSA, OK 74112-4403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.661

DJAJADININGRAT, TOM DANTELAAN 44 UTRECHT, 3533VE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $86.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.662

DJAJADININGRAT, TOM DANTELAAN 44 UTRECHT, 3533VE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4,035.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.663

DOBNIK, MIRKO ROSNJA 5 STARSE, \N 2205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.664

DOCAMPO, NATANAEL DIEGO 1795 DON TORCUATO, 1611

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.665

DOCHERTY, MICHAEL 8754 EGRET ISLE TERRACE LAKE WORTH, FL 33467

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.666

DOCTORA, MARVIN 2550 SE PINELAND DR. PORT ST. LUCIE, FL 34952

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.667

DOELSNITZ, CALUM 377 13TH ST. APT 3L C/O TROY NEW YORK, NY 11215

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $39.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.668

DOERTING, WILLIAM 316 SHERMAN AVE LEXINGTON, KY 40502

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $67.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.669

DOESBORGH, LAURENS ROOTHAANSTRAAT 14 VENLO, 5915VP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $132.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.670

DOHA, ILTIMAS 102-40 65TH RD FOREST HILLS, NY 11375

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.671

DOLAN, JACKSON 365 BOSTON POST RD APT 105 MILFORD, CT 6460

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $64.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.672

DOLLAR, RALPH 1359 KUUNA PL. KAILUA, HI 96734

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $61.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.673

DOLLFUS, DENIS 95 RUE DU VIEIL ORME RAMBOUILLET, 78120

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.674

DOMENICI, DARIO VIA FRANCESCO PAOLO TOSTI 19 ROMA, \N 199

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.675

DOMINO, MARK 441 W43RD STREET GROUND APT FIELDFORM NEW YORK, NY 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $16.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.676**

DOMKE, MICHAEL 197 WERTZ DR. LARGO, FL 33771

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.677**

DOMKE, OLIVER ARNOLD-SOMMERFELD-RING 40 C/O PALMS24 GMBH
& CO. KG BAESWEILER, \N 52499

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.678**

DOMKE, OLIVER ARNOLD-SOMMERFELD-RING 40 C/O PALMS24 GMBH
& CO. KG BAESWEILER, \N 52499

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.679**

DONAL, STEFFAN 16 MANSFIELD ROAD FLAT 2 READING, BERKSHIRE
RG16AJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $27.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.680**

DONATI, SIMONE VIA VOLTERRANA, 281 CAPANNOLI, 56033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.681**

DONELSON, ERIC 201 VALLEY RD DANIELSON, CT 6239

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.682**

DORCHESTER, VAIL 7571 EAST 8TH AVENUE DENVER, CO 80230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $31.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.683**

DORLAS, JA LOOSDUINSEWEG 965 DEN HAAG, 2571AZ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.684**

DORN, SEAN 5142 HOLLISTER AVE, #1 SANTA BARBARA, CA 93111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.685**

DOSHI, SIDDHARTH 216 ROSSE LANE APT 108 STANFORD, CA 94305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.686**

DOSHI, SIDDHARTH 216 ROSSE LANE 108 STANFORD, CA 94305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.687**

DOSS, ETHAN 2585 KINCAID STREET EUGENE, OR 97405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.688**

DOWD, JAMES 33 CHESEMAN STREET SYDENHAM LONDON, LONDON SE264RA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.689**

DOWEY, MARK 2134 MAGAZINE ST FLOOR 3 3D SCAN NEW ORLEANS NEW ORLEANS, LA 70130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $28.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.690**

DOWNEY, KIRBY 21 SIENNA ALTO 2 CORNMILL LANE LEWISHAM, LONDON SE137FY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.691**

DR. ROHR, MANFRED CARL-SPITZWEG-STR. 5 FILDERSTADT, 70794

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.692**

DRAEGER, BILL 700 DALEN LANE KNOXVILLE, TN 37932

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.02

**3.693**

DRAGOSET, ALEXANDER 725 HUCKLEBERRY LN. GRETNA, LA 70056

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.12

**3.694**

DRAKE, KEVIN 159 TIMBERWIND DR NEW MARKET, AL 35761

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.48

**3.695**

DRENNAN, MICHAEL 8 STARDUST DR GRANBY, CT 6035

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$20.55

3.696

DRIVER, JEFFREY 108 BRIGHTON BLVD 8 APARTMENT NORTH BONDI, NSW 2026

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $53.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.697

DRJUCHIN, NIKOLAI 1441 SOUTH WESTGATE AVE APT 15 LOS ANGELES, CA 90025

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $87.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.698

DROBAC, SASA 444 ALASKA AVENUE SUITE #BQB384 DISTEFAN 3D PRINT TORRANCE, CA 90503

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $39.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.699

DUARTE, ANTHONY 607 N POPLAR ST ECCENTRIC ENGINEER ORANGE, CA 92868

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $135.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.700

DUBBELAAR, COEN LUMEYSTRAAT 47 UTRECHT, 3554WC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.701

DUBIEL, JÃ¶RG BURGKSTR. 18 DRESDEN, \N 1159

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.702

DUBIEL, KRISTIAN LIASWEG 6 SNAKEPIT RC HANNOVER, 30455

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.703

DUCKETT, KENNETH 76 DAVIS RD. LOCUST GROVE, GA 30248

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2_

**3.704**

DUETSCH, HANSRUEDI KATZENSEESTRASSE 40 VSN-SHOP ZÃ¼RICH, 8046

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.705**

DUFFY, PATRICK 409 N PCH #630 RAPIDYNAMICS INC. REDONDO BEACH, CA 90277

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $94.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.706**

DUKES, ADAM 1010 EAST ADAMS ST SUITE 226 JACKSONVILLE, FL 32202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $28.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.707**

DUNCAN, IAN 4445 COLBATH AVE 308 LOS ANGELES, CA 91423

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $224.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.708

DUNHAM, BLAKE ROSS AID DRIVE BUILDING 13 ROOM 8 PURDUE
UNIVERSITY WEST LAFAYETTE, IN 47906

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $1.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.709

DUNKLEY, ANN 32 MENDIP HOUSE EDMONTON GREEN LONDON,
GREATER LONDON N90TA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $3.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.710

DUNLOP, ANNA 616 FELL ST SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.711

DUNN, BRIAN 506 MT VERNON WAY PEACHTREE CITY, GA 30269

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.712**

DURHAM, ROBERT 1646 N MALLARD DRIVE NIXA, MO 65714

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $178.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.713**

DUTNELL, RUSSELL 1504 ANN ARBOR DRIVE NORMAN, OK 73069

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                             $2.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.714**

DUVALL, PAUL 3448 SANTEE ROAD NOTTINGHAM, MD 21236

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $12.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.715**

DWYER, SHELLY 6960 YOUNGSTOWN PITTSBURGH RD. POLAND, OH 44514

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.716**

E*TRADE FINANCIAL CORPORATE SERVICES PO BOX 484 JERSEY CITY, NJ 07303-0484

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10,887.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.717**

E. V., TEAM FLOTT. AHRWEG 6 SCHALKENBACH, 53426

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.718**

EASON, GRAHAM 17 WYCOMBE STREET VINTAGE TRANSPORT IN MINIATURE DARLINGTON, DURHAM DL3 7DA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.719**

EASTMAN, JONATHAN 8650 S. LAKESHORE DR ROGERS, AR 72756

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.720

EATON, BRENDAN 511 CROSSTOWN ROAD BERLIN, VT 5602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $3.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.721

EBERT, CHRISTOPHER 101 POWELL CREEK CIR NORTH FORT MYERS, FL 33917

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $3.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.722

EBY, CHRIS 4153 PEARL ST LAKE ELSINORE, CA 92530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $6.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.723

ECCLI, ELIAS 8, PILGRIMS CLOSE NEW MILTON, HANTS BH255DE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $3.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.724**

EDGAR, FRANK 4225 E MCDOWELL RD APT 2029 PHOENIX, AZ 85008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.34

**3.725**

EDGAR, KRISTY 20206 MONKSWOOD DR. KATY, TX 77450

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$44.96

**3.726**

EDMONDSON, JOSEPH 10525 VISIBILITY CT LAS VEGAS, NV 89129

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.14

**3.727**

EDWARDS ANKER, NINA 110 BLEECKER STREET APT 24A NEA STUDIO NEW YORK, NY 10012-2106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.03

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.728

EDWARDS, BENJAMIN 313 E KENNEBEC RD MACHIAS, ME 4654

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $85.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.729

EDWARDS, HYWEL 8 MAES Y WENNOL PENTREMEURIG CARMARTHEN, WALES SA313EA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $2.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.730

EDWARDS, RICHARD 42 BEECHCROFT ROAD CASTLE BROMWICH SOLIHULL, WEST MIDLANDS B36 9TE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $31.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.731

EHNES, DALE 119 AGUIRRE WAY COTATI, CA 94931

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $12.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.732

EHRENFELD, HETCHEN 33 OXFORD STREET CAMBRIDGE, MA 2138

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $177.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.733

EINHORN, MATT 208 URIS HALL CORNELL UNIVERSITY ITHACA, NY 14853

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.734

EIREF, DANIEL 107 LAKE VIEW AVE CAMBRIDGE, MA 2138

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.735

ELKINS, STEVE 3803 SW GREY HAWK DR. BENTONVILLE, AR 72712

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $49.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.736

ELLIMAN, JENNIFER 96 GOODWIN STREET CURRAJONG, QLD 4812

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $6.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.737

ELLIS, DAVID 5751 BAPTIST HOME AVE. THE BAPTIST HOME ASHLAND ASHLAND, MO 63650

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.738

ELLIS, DB 255 MAPLEWOOD DR ERIE, CO 80516

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.739

ELLIS, MEGAN 28 MAPLELEAZE BRISTOL, BRISTOL BS44PJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $196.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.740

EL-TAKHIR, SALYAM OLONETSKAYA,27 KV.28 MOSCOW, 127273

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $14.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.741

EMERICK, CAM 22059 MEADOW WOOD DRIVE SILOAM SPRINGS, AR 72761

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $1.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.742

EMMER, STEVEN 125 ASPINWALL DR. TROY, MI 48098

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $22.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.743

ENBERG, STINA UDDVÃ¤GEN 6 INGARÃ¶, SWEDEN, 134 63

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                             $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.744**

ENCINAS, REBECCA 5205 N COUNTRY CLUB DR FLAGSTAFF, AZ 86004

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.745**

ENGLAND, MARK 65 CENTURY CIR 1350-A GREENVILLE, SC 29607

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $38.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.746**

ENIGMA, BRIAN 5515 SE LAFAYETTE ST. UNIT A PORTLAND, OR 97206

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.747**

EOS OF NORTH AMERICA 28970 CABOT DRIVE, STE. 700 NOVA, MI 48377

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $67,119.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.748**

EPRON, REMI 6 AVENUE DU GENERAL DE GAULLE LE PERREUX SUR MARNE, 94170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.749**

EPTURA INC. 950 EAST PACES FERRY ROAD NE, SUITE 800 ATLANTA, GA 30326

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,839.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.750**

ERBSMAN, ARTURO 13 PASSAGE DES PLANTES KREMLIN BICÃªTRE, 94270

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $94.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.751**

ERDMANIS, EDWIN 277 BOURKE ST LEVEL 2 C/O INTERSECT ARTS DARLINGHURST, \N 2010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.752

ERICKSON, JESSE 1657 ELEVADO ST LOS ANGELES, CA 90026

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $86.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.753

ERIKSEN, SVEIN ERIK KREKLINGVEGEN 7 INGEN SOLA, 4053

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $75.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.754

ERO, JANOS JARDINS DE CHEVRY 2 CHEVRY, \N 1170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $27.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.755

ERVIK, DEAN 56 BERGANNS ROAD WITTA, \N 4552

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $43.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.756**

ERVIN, CASEY 4029 LARK STREET SAN DIEGO, CA 92103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $210.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.757**

ERZNOZNIK , NATHAN 148 W FAIRWAY BLVD SARATOGA SPRINGS, UT 84045

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.758**

ESCUDERO, ANDONY 2501 EAST MEMORIAL RD. EDMOND, OK 73136

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.759**

ESION, SCARLETT 23 ENTERPRISE ROAD RHINEBECK, NY 12572

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.760

ESKANDARI, AHMADREZA ALRAZI ST. NEXT TO CITIBANK TOWER NO. 111, OUD METHA OFFICES BUILDING NEXT TO CITIBANK TOWER, OPP. OF WAFI MALL, HEALTH CARE CITY,DUBAI,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.65

3.761

ESMAEELPOUR, PEYMAN DEUTSCHHERRNUFER 29/30 4TH FLOOR FRANKFURT AM MAIN, \N 60594

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.13

3.762

ESPIE, DOUG 6552 BENJAMIN DR REYNOLDSBURG, OH 43068

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$16.10

3.763

ESPINOZA, FERN 6239 LEXINGTON AVE APARTMENT 1 LOS ANGELES, CA 90038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.764

ESPOLT, JESSE 3116 ORLANDO RD. OKLAHOMA CITY, OK 73120

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.765

ESSELING, MARC RONDEEL 68 LEUSDEN, 3831 SZ

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.766

ESSEN, OWEN 930 SHADY LAWN RD. CHAPEL HILL, NC 27514

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $38.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.767

ETHELL, DOUG 5902 SPEYSIDE ROAD RIVERSIDE, CA 92507

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.768**

ETHEVE, BERTRAND 7625 RUE EDOUARD 211 LASALLE, QC H8P1S9

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $22.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.769**

ETTINGER, JANE 1617 MARENGO AVENUE SOUTH PASADENA, CA 91030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $35.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.770**

ETTINGER, ROBERT 1617 MARENGO AVE. SOUTH PASADENA, CA 91030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $37.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.771**

EVANS, STEVEN 21 SNOWDROP CLOSE BROADFIELD CRAWLEY, WEST SUSSEX RH119EG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.772**

EVOLV3D 64 HATT STREET, UNIT G07 DUNDAS, ONTARIO L9H 7T6

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6,179.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.773**

FACEY, ALEXANDER 603 DAWSON HOUSE 11 CIRCUS ROAD WEST LONDON, GREATER LONDON SW11 8EN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $16.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.774**

FAEUSTLIN, ROLAND GARTENSTR. 8 DIEDORF, 86420

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $121.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.775**

FAEUSTLIN, ROLAND GARTENSTR. 8 DIEDORF, 86420

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

3.776

FAHEY, LAUREN 1332 AVOSET TERRACE SUNNYVALE, CA 94087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $67.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.777

FAHS, MARTIN HAMBURGER STR. 29 MODELLSTRAAŸENBAHNCLUB DER DVB AG DRESDEN, \N 1067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.778

FAIRLESS (PRIVATE), MARK JUMP - UNIT 25 112 TABERNACLE STREET LONDON, UNITED KINGDOM EC2A4LE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.779

FALLON, NICK 78 WIMBLEDON PARK SIDE 26 CHIVELSTON LONDON, SW19 5LH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $126.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.780**

FALTUS, RONALD 11945 MEADOW RUN CT. MARYLAND HEIGHTS, MO 63043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.09

**3.781**

FALUDI, JEREMY 3 S. BALCH ST. HANOVER, NH 3755

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$35.50

**3.782**

FANTA, TOMAS 1175 BOYLSTON STREET APT. 15 BOSTON, MA 2215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.08

**3.783**

FARLEY, PATRICK 1414 10TH AVENUE 311W SEATTLE, WA 98122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$300.00

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.784**

FARUOLO, MATTHEW 4280 E IOWA AVE APT 903 DENVER, CO 80222-3751

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $39.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.785**

FAUBION, KY 1040 MARIPOSA ST, SAN FRANCISCO, CA HIGHWAY1 SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.786**

FAUCONNET, FLORIAN 414 AVENUE DE BONATRAY VILLAZ, \N 74370

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.787**

FAULKNER, CASEY 8705 BURKSHIRE PL. LAKESIDE, CA 92040

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.788**

FEDEX FREIGHT PO BOX 371461 PITTSBURGH , PA 15250-7461

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $217.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.789**

FEHLMAN, ANDREW 529 BELLEVUE ST. ABLYSS SANTA CRUZ, CA 95060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $19.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.790**

FEI, BO 8708 JUSTICE AVE APT 11D ELMHURST, NY 11373

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.791**

FEIBER, JONATHAN 374 SELBY LANE ATHERTON, CA 94027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.792**

FEKETE, NORBERT KÃ³S KÃ¡ROLY UTCA 10/A TAHITÃ³TFALU, 2021

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.793**

FELDMAN, BRADLEY 457 1ST STREET BROOKLYN, NY 11215

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $31.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.794**

FELICIOSI, FABIO VIA CONSIGLIO D'EUROPA 38 MMX TECHNOLOGY SRL MONFALCONE, 34074

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.795**

FELIX, BRAND OSNINGWEG 3 BERLIN, 13589

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.796

FENELON, ANDREW 432A WILBRAHAM RD MANCHESTER, LANCASHIRE M21 0AS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$24.22

3.797

FERDINAND, TED 10360 SOUTHWIND DRIVE UNIVERSITY OF CINCINNATI BLUE ASH MONTGOMERY, OH 45242

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.50

3.798

FERENC, KAROLINA VAN WOUSTRAAT 113 3 AMSTERDAM, 1074 AH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.16

3.799

FERNANDEZ, CLAUDIA 511 MISSISSIPPI EL PASO, TX 79902

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$18.20

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.800**

FERRARI FONTANA, MICHAEL 27 SAINT MARKS PLACE APT 2C NEW YORK, NY 10003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $623.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.801**

FERRARI, ANDREA VIA ROMA 9 MONTANASO LOMBARDO, 26836

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.802**

FERREIRO GONZALEZ, MARCOS ANDREGALLA 30 QUARI3D ZAS, 15150

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $24.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.803**

FESMIRE, JONATHAN 1750 WEST BALL ROAD #8 ANAHEIM, CA 92804

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.804

FEXER, JOHANNES LINDENWEG 6 EMMENDINGEN, 79312

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.805

FIDDLER, JONATHAN 1100 LANSDOWNE AVE A9, BUZZ 3507 TORONTO, ON M6H4K1

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $19.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.806

FIKE, STEVE 6500 VIA AVE ATASCADERO, CA 93422

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $34.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.807

FIRMINGER, JOHN RED LEES AVENUE 27 BURNLEY, LANCASHIRE BB104JE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.808**

FIRST INSURANCE FUNDING 450 SKOKIE BLVD, STE 1000
NORTHBROOK, IL 60062-7917

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $178,888.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.809**

FISHER, JOSEPH 17 FLOWER HILL TERRACE PENNINGTON, NJ 8534

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.810**

FISTLER, MICHAEL 3400 CLAY HALL CT RALEIGH, NC 27606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $179.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.811**

FITZPATRICK, ALEX 35 IMP. DE LA COSTA GATINEAU, QC J8R3W5

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $46.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.812

FITZPATRICK, MARK 1404 SOUTH 5TH STREET COLUMBUS, OH 43207

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.813

FLEETWOOD, THOMAS 10001 CRIMSON PALISADES PL 202 LAS VEGAS, NV 89144

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.814

FLEISCHER, JULIE KASTANJEPLEIN 7H AMSTERDAM, 1092CH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $57.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.815

FLETCHER, DALE 5808 PEARSON LANE ALEXANDRIA, VA 22304-7303

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.816

FLETCHER, JOHN 333 E 91ST ST APT 20C NEW YORK, NY 10128

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $308.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.817

FLUDE, BILL HILLVIEW PETER STREET FROCESTER, GLOUCESTERSHIRE GL103TQ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.818

FOERSTER, FRIEDRICH AIXER STRASSE 74 CASA MAGICA TUEBINGEN, \N 72072

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $191.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.819

FOLEY, PHILIP 50 ELIAB LATHAM WAY EAST BRIDGEWATER, MA 2333

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.820

FONTANILLA, MICHAEL 1235 GIOVANNI ST. ANTIOCH, CA 94509

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $11.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.821

FOODCOMPANIONS BV, BRIDGE2FOOD JAN VAN EIJCKLAAN 45326 BILTHOVEN, 3723BC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $3,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.822

FOOTE, DAVID 4191 BLACKFORD CIRCLE SAN JOSE, CA 95117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $11.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.823

FORAND, SCOTT 142 HUSSON AVE APT 2 BANGOR, ME 4401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.824**

FORBES, JEFFREY 8514 CUNNINGHAM DRIVE BERWYN HEIGHTS, MD 20740

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.825**

FORBES, RHYS 1710 EAST 15TH AVENUE 63736 EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.826**

FORMSTACK, LLC 11671 LANTERN ROAD SUITE 300 FISHERS, IN 46038

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,693.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.827**

FORTE, LAURA VIA DAMIANO CHIESA 172 COPERTINO, 73043

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $89.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.828**

FORTNEY, DARREN 134 CHIPETA AVE. GRAND JUNCTION, CO 81501

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $15.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.829**

FOSBACK, STEINAR ELGTRÃ¥KKET 143 FROGNER, \N 2016

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $67.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.830**

FOSTER, GLENN \N \N, \N \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.831**

FOSTER, STEVEN 41 JELLICOE AVENUE GRAVESEND, KENT DA125HU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $11.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.832

FOTTLAND, FREDRIK EKEBERGVEIEN 307 OSLO, 1166

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $94.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.833

FOULDS, BEN 3 EAST AVENUE, MICKLEOVER DERBY, DERBYSHIRE DE39HN

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.834

FRÃ¼CHTL, MICHAEL KROTTENKOPFSTRAÃ¾E 34 CNC-MODELLBAU FRÃ¼CHTL ESCHENLOHE, 82438

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.835

FRANCHI, DON 1334 W. ANDREWS AVE. FRESNO, CA 93705

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $17.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.836**

FRASER, SIMON 139 VIVIAN STREET VUW FACULTY OF ARCHITECTURE AND DES TE ARO, 6011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $22.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.837**

FREDRICKSON, CAMERON 2663 S 1170 W NIBLEY, UT 84321

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $13.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.838**

FREEFORM MANUFACTURING, LLC 180 ENVIRONMENTAL DRIVE SAINT MARYS, PA 15857

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $29,888.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.839**

FREIFALTS, EDUARDS MATISS LERMONTOVA 3/1-17 RIGA, \N LV1002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $4.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.840**

FRENCH, FIONA 82 ROWDITCH LANE LONDON, LONDON SW115BX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.30

**3.841**

FRENOIS, ALAIN 1 CHEMIN DE DARNAURAN CASTELNAU DE MEDOC, 33480

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$39.09

**3.842**

FRERICH, HUNTER 11419 SE 88TH ST NEWCASTLE, WA 98056

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$11.41

**3.843**

FRERICHS, ADAM 2011 JACKSON ST BEATRICE, NE 68310

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$193.57

3.844

FRIDAY, DAVE 3138 OAKBRIDGE DR SAN JOSE, CA 95121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.845

FRIEDMAN, RICHARD 5320 BEACON DR. APT. 5027 COMPANY OR C/O
IRONDALE, AL 35210-2820

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.846

FRIEDRICH, JULIAN WOHLWILLSTR.45 HAMBURG, \N 20359

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $35.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.847

FRIEND, LARS 2615 FIRST AVE. 403 SEATTLE, WA 98121

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $21.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.848

FRINGS, MARKUS RHEYDTERSTR. 187 MOENCHENGLADBACH, 41065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $7.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.849

FROUD, SAM 2/285 GREAT EASTERN HWY FLYING MACHINE BICYCLE STUDIO BURSWOOD, PERTH, WA 6100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $78.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.850

FUENTES, ALEJANDRO 19105 NE 2ND AVE 2101 MIAMI, FL 33179

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $47.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.851

FUETTERER, GUNTRAM GRUENER WEG 24 ODENTHAL, \N 51519

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                         $72.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.852**

FUJII, ZOEY 17943 SW FARWEST LN SHERWOOD, OR 97140

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.853**

FURHANG, NATHANIEL 427 HAROLD STREET STATEN ISLAND, NY 10314

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.854**

FURNESS, IVAN 1 TRIANGLE COTTAGE HEVER ROAD HEVER EDENBRIDGE, KENT TN8 7NL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.855**

G., DAN 3616 COLBY AVE #394 EVERETT, WA 98201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $33.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.856

GÃ¶RLITZ, JAN ZIRKUSWEG 1 PETER SCHMIDT GROUP HAMBURG, 20359

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.857

GÃ¼SSON, MIHKEL NOOLE 4 15 SHAKA OU TALLINN, \N 10415

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $77.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.858

GALE, ZOE 455 E 14TH ALLEY UNIT 5 EUGENE, OR 97401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.859

GALINDO, JAVIER VIA ANGELO MASINA 5 ROMA, 153

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $47.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.860

GALLAGHER, JOHN 2934 BELMONT AVE ARDMORE, PA 19003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.861

GALLUSER, ALAIN 25 RUE DE PLOBSHEIM STRASBOURG, 67100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $49.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.862

GAL-OR, ERAN VULKANI 7 APT 2 HOLON, 58371

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.863

GALOWICH, PHILIPPE 17 RUE MATHIS APPARTMENT 197 PARIS, 75019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $16.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.864

GALVÃ£O, RODRIGO RUA PROFESSOR ANTÃ´NIO COELHO, 915 RECIFE, 50740020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.865

GANCHROW, DOV AMIR MEVOH HAKRAMIM ST. 14 P.O.BOX 525 HAR ADAR, 90836

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$64.73

3.866

GANE, TOM 2 HANSON PARK FLAT 2/10 GLASGOW, GLASGOW G31 2HA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$22.40

3.867

GANNON, TOM 2001 DELAWARE DRIVE NOLENSVILLE, TN 37135

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$33.19

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.868**

GARCIA, EDELWEISS JUTJATS DE LA BISBAL (SEGURETAT) C/ TEATRE
VELL 12 LA BISBAL D'EMPORDÃ , 17100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $41.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.869**

GARCIA, JUAN 7911 RIVERTON AVENUE LOS ANGELES, CA 91352

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $40.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.870**

GARCIA, RAFAEL 822 WARWICK TPKE HEWITT, NJ 7421

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.871**

GARCIA, STEFAN 1134 DOREE DR MARION, TX 78124

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $20.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.872

GARCIA-OKADA, ARMANDO 225 WAKE #11 EL CENTRO, CA 92243

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $15.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.873

GARDI, LORI 1459 OAKDALE ST. LONDON, ON N5X1J5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.874

GARIEPY, JAY 3505 VILLA RICA, GA 30180-3390

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $12.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.875

GARNER, REBEKAH 1026 SUNSET AVE. #2 SIXUS1 MEDIA CINCINNATI, OH 45205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.876**

GARRETT, STEPHEN 650 SOUTH 100 EAST, B306 LOGAN, UT 84321

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.877**

GARRISON, MICHAEL 3909 E. RANGE LN FLAGSTAFF, AZ 86004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.878**

GARSKE, CHRISTINE 1200 E. CALIFORNIA BLVD. MC136-93 CALTECH PASADENA, CA 91125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $70.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.879**

GASPAR, JOSE 1421 S BURNSIDE AVENUE LOS ANGELES, CA 90019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $40.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

3.880

GASPERINI, KEVIN PO BOX 391746 MOUNTAIN VIEW, CA 94039

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.881

GATES, OLIVIA FAITH 227 MICHAELS RANCH LN CANYONVILLE, OR 97417-9614

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.882

GATTI, GIANLUIGI VIA ANTONIO VIVALDI 1 CIAMPINO, 43

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.883

GATTLEN, THOMAS EUROPAALLEE 41 GATTLEN RECHTSANWÄ□LTE ZUERICH, 8004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $31.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.884

GATTUSO, BORIS VIA RAVASI, 2 CENTRO SIC C/O UNIVERSITÀ
DELL'INSUBRIA VARESE, \N 21100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $28.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.885

GAVRIEL, MATHIA 337 N GENESEE AVE MIRACLE RECORD LLC LOS
ANGELES, CA 90036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $0.01
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.886

GEISE, BRANDAN 1454 SEAWOLF TRL N JACKSONVILLE, FL 32221

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $13.37
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.887

GELARDI, PAUL 15 MORIN ST. GO DEVELOPMENT BIDDEFORD, ME 4005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $523.70
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.888

GELETKA, MICHAEL 109 MEADOW DRIVE ELYRIA, OH 44035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.889

GEORGAKOPOULOS, NICHOLAS 1254 LAURELWOOD CARMEL, IN 46032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $190.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.890

GERDES, STEFAN HOHEBARGERSTR. 1 WITTMUND / ARDORF, 26409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.891

GERRITY, THOMAS 1436 N. SUMNER AVE SCRANTON, PA 18508

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.892

GERSEN, PEPIJN MINCKLERSSTRAAT 41 EINDHOVEN, 5621GW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.893

GERSTEN, IDOH 1352 46TH AVE SAN FRANCISCO, CA 94122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.894

GESMUNDO, VALENTINO P.ZZA PADRE PIO, 64 FOGGIA, 71100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $347.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.895

GIANFRANCESCO, GIANPIERO CONTRADA SANTA MARIA 15 VINCHIATURO, 86019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $28.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.896

GIARDINA, SAM 12035 68TH AVE S SEATTLE, WA 98178

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$27.76

3.897

GIBON, FRANCOIS 15 RUE DU PUMILLAN VINON SUR VERDON, \N 83560

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.43

3.898

GIERLICH, CHRISTOPHER 212 EAST BROADWAY APT 1905G NEW YORK, NY 10002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$126.30

3.899

GILBERT, BRIAN 1925 COMMONWEALTH AVE. APT. E619 BRIGHTON, MA 2135

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.24

3.900

GILES, JAMES 58C PALMERSTON RD, BIRKENHEAD AUCKLAND, \N 626

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.78

3.901

GILL, SERGIO 5340 DERBY CHASE COURT ALPHARETTA, GA 30005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.23

3.902

GILLESPIE, BRIAN 6752 18TH AVE NW SEATTLE, WA 98117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$38.75

3.903

GILMORE, GLEN 159 N. RACINE AVE SUITE 3E LEAPFROG INTERNATIONAL LLC CHICAGO, IL 60607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$517.03

**3.904**

GILPIN, MATTHEW 128 SCITUATE ST. ARLINGTON, MA 2476

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.71

**3.905**

GILROY, JOSHUA 633 COTTON PATCH SCHERTZ, TX 78154

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.39

**3.906**

GIMENEZ, MARC FRANCESC MORAGUES 21 LOCAL 2 BAJOS MOMARC SANTA COLOMA DE GRAMANET, \N 8922

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.52

**3.907**

GINAPE, SEBASTIEN 18 RUE RICHAUD VERSAILLES, 78000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.35

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.908**

GINER ROBLES, JOSE VICENTE C/ MARINO ALBESA 56-7 VALENCIA, \N 46022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.909**

GIOSIA, GABRIEL 362 95TH ST BROOKLYN, NY 11209

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $43.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.910**

GIRVIN, PATRICK 2431 N.NOTTINGHAM ST ARLINGTON, VA 22207

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $54.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.911**

GLADIN, JOHN 78 HERON VIEW CT RICHMOND HILL, GA 31324

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $10.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.912

GLASSL, MATHIAS BUCHENWEG 6 PULHEIM, 50259

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.913

GLEHN, LUIS HOOVERSTRAAĲE 2C 3 OG AUGSBURG, 86156

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $18.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.914

GLENN, DANIEL 10 CALDERFIELD CLOSE STOCKTON HEATH WARRINGTON, CHESHIRE WA4 6PJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.915

GLESSER, JANICE 1553 GRACKLE WAY SUNNYVALE, CA 94087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.916**

GLOOR, GUIDO WALDEGGSTRASSE 47 OXON AG LIEBEFELD, 3097

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $26.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.917**

GLOVER, COLIN 193 ATHOL OSHAWA, ON L1H1K2

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $83.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.918**

GMBH & CO KG, VARIOHELICOPTER SEEWIESENSTRAÃŸE 7 GRÃ¤FENDORF, 97782

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $429.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.919**

GMBH, BEELINE GRUENSTR 1 DISPLAY DEVELEOPEMENT BEELINE GMBH COLOGNE, 51063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $165.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2__

**3.920**

GMBH, BIGREP GNEISENAUSTRAÃŸE 66 AUFGANG B, 3.OG BIGREP GMBH BERLIN, 10961

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $120.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.921**

GMBH, NEROBIN JEWELRY ROSENTHALER STRASSE 51 NEROBIN JEWELRY GMBH BERLIN, 10178

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.922**

GMBH, PREMACON AM OBSTGUT 22 TAUCHA, 4425

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $76.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.923**

GOAD, ROBIN 1149 ELM LAWN ST WAUWATOSA, WI 53213

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $30.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.924

GOCHENOUER, ERIC 520 WINDSOR CT OAKLEY, CA 94561

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.925

GOECKERMANN, OM 85 DEPOT RD. HARVARD, MA 1451

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.926

GOELLER, PETER OBERNDORFERSTRAÃŸE 21 B GRIESHEIM, 64347

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $27.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.927

GOGINENI, SRI 44058 SOUTHAMPTON DR SUGARCUBE CANTON, MI 48187

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $74.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.928

GOH, YEW GUAN BLK 735, TAMPINES STREET 72 45388 SINGAPORE, 520735

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $44.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.929

GOLAN, ZOHAR 16560 RUSTLING OAK CT MORGAN HILL, CA 95037

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.930

GOLDMAN, FAYE 616 VALLEY VIEW ROAD ARDMORE, PA 19003

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.931

GOLDSACK, JOHN 1152 MALVERN HUNT COURT LAWRENCEVILLE, GA 30043

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.932

GOLDSMITH, ALAN 51 CASHFORD GATE MR TAUNTON, SOMERSET TA2 8QA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.933

GOLDSTEIN, PETER HORST HEILMANN STRASSE 10 LEIPZIG, 4159

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $34.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.934

GOLEC, PATRICIA CAMBRIDGE INNOVATION PARK DENNY END ROAD STIRLING HOUSE G11 (EIGHT19) WATERBEACH, CAMBRIDGESHIRE CB259QE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $95.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.935

GONZALES, CRAIG 1400 MARSH HARBOUR DR. ROUND ROCK, TX 78664

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
        Name

Case number *(if known)* 24-XXXX2

**3.936**

GONZALEZ RUIBAL, ENRIQUE PARQUE TECNOLOGICO DE ASTURIAS PARCELA 18 (SERVICIO VAC) PHOENIX CONTACT S.A.U LLANERA, 33428

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $19.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.937**

GONZALEZ, AIDAN 4818 CASA BELLO SAN ANTONIO, TX 78233

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $0.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.938**

GONZALEZ, DIEGO CURICO 385 BLOCK 3 DPTO. 54 REGION METROPOLITANA SANTIAGO, 8330075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $19.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.939**

GONZALEZ, HERNAN 37 RUE ANATOLE FRANCE 5 CHAVILLE, \N 92370

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                            $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.940

GOOD, TRAVIS 468 B AVE CORONADO, CA 92118

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.941

GOODWIN, CATHERINE 9 PRIORSFIELD MARLBOROUGH, WILTSHIRE SN8 4AQ

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.942

GOODWIN, JIM 19641 DOE DRIVE GEORGETOWN, DE 19947-5330

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.943

GOODWIN, VIVIAN 444 ALASKA AVENUE TORRANCE, CA 90503

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.944**

GOOGLE 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $15,812.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.945**

GORES, JOE 5233 NE 33RD AVE PORTLAND, OR 97211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.946**

GORTON, MATTHEW 35 BARNARD ST NEWARK, DE 19711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $40.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.947**

GOSS, ADAM 11610 EUCLID AVENUE EUCLID 117 APARTMENTS #122 CLEVELAND, OH 44106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $34.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.948

GOTTA, JAN EIGENHEIMSTRAÃŸE 13 MÃ¼HLHEIM, 63165

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $64.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.949

GOURAMANIS, DEAN 76 MARIE STREET LINDENHURST, NY 11757

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.950

GRAF, KNUT 6502 GROVER AVENUE AUSTIN, TX 78757

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.951

GRAFHORST, EEF DE BRINK 192 DEN HAAG, 2553HC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.952

GRAHAM, CLAY 5911 SE 52ND AVE PORTLAND, OR 97206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$58.88

3.953

GRAHAM, JACQUELINE 133 CLARKSTON ROAD GLASGOW, STRAT G44 3BN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$11.40

3.954

GRANDSTAFF, JACOB 9900 SW CONESTOGA DR BEAVERTON, OR 97008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$26.61

3.955

GRANT, KEVIN 449 WHARTON PARK BLVD HAMMONTON, NJ 8037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.04

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.956**

GRASSO, GIANLUCA VIA MONGIBELLO 10 GIARRE, 95014

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.31

**3.957**

GRAUS, JEROEN PLATTE DROGEDIJK 65 HOOGVLIET, 3194 KD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

**3.958**

GRAVE, ROMAIN 103 ROUTE DU BAS VAUCELAS ETRECHY, 91580

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$11.42

**3.959**

GRAVES, BRANDT 119 INGRAHAM ST 216 DIVISION BROOKLYN, NY 11237

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.09

Debtor **Shapeways, Inc.**
Name

Case number *(if known)* 24-XXXX2

3.960

GRAY, CARLOS UNIT 2, 66-72 SHEPHERD ST CHIPPENDALE, \N 2008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.961

GRAY, LORA 631 S DEPEYSTER ST KENT, OH 44240

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.962

GRAY, MATTHEW 23 DALE ROAD BUXTON, DERBYSHIRE SK176LN

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.963

GRAY, TYLER 16972 FERN RIDGE ROAD TYLER GRAY MODELS STAYTON, OR 97383

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.964**

GRECO, GIANLUCA 11347 REGENT ST. LOS ANGELES, CA 90066

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.965**

GREENWOOD, TIMOTHY ARENDHORST 14 ROERMOND, \N 6043RR

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.966**

GREER, JOSH 27393 DEER PARK ROAD LYNKSPYDER HUGHESVILLE, MO 65334

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $414.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.967**

GREGG, JORDAN 7 LARIAT COURT NEW CITY, NY 10956

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $119.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.968

GRIFFIN, DAVID 171 SANDY LANE UPTON, DORSET BH165LU

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$81.38

3.969

GRIGERA, ALEJO 24 AVALON AVE. SAN FRANCISCO, CA 94112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.970

GRILLO, FABRIZIO VIA S TOMMASO 1 PIGNA, 18037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.59

3.971

GRIMSTAD, HANS JÃ¸RGEN OTTO NIELSENS VEG 12 TELENOR DIGITAL TRONDHEIM, 7052

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$22.50

3.972

GROEHEIDE, REMCO OLIEMOLEN 22 CHARPRINTS MAASSLUIS, \N 3146SC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $190.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.973

GROSBERG, ANDREW 1504 ORIOLE AVE SARTELL, MN 56377

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $42.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.974

GROSS, ALEX 1180 PATTERSON ST APT 409 EUGENE OREGON, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.975

GROSS, THORSTEN GROSSWALDSTRASSE.4F SAARBRUECKEN, 66126

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.976

GROVES, JEREMY 27225 208TH AVE SE MAPLE VALLEY, WA 98038

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.977

GRUBBA, ROBIN 17 RIBBLE AVENUE, FRECKELTON, LANCS PR4 1RU

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.978

GRUBER, HARLAN 7838 JOSHUA LANE YUCCA VALLEY, CA 92284

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.979

GUARNIERI, MARIA 4503 DEER PARK PLACE BRANDON, FL 33511

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $66.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.980

GUBBELS, BENTE LEE AMARILDIJK 62 ROOSENDAAL, 4706AG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.981

GUERIN, GREGORY 36 RUE DE LORRAINE LEVALLOIS PERRET, 92300

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.982

GUERRA, ADOLFO VIA MONTEMARINO, 26 DOKE DESIGN S.A.S. DI GUERRA ADOLFO MONDOLFO, 61037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $21.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.983

GUGLIELMINO, JOSEPH 2406 VILLAGE DR. BREWSTER, NY 10509

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.984

GUIMIL, DAVID CALLE MAR NÂº 4 BENICASSIM, 12560

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.985

GUNDERSEN, MARIUS GRIFFENFELDTSGATE 12B OSLO, \N 460

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.986

GUNDERSON DETTMER 1200 SEAPORT BOULEVARD REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $277,940.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.987

GUO, XIAOYU 1799 BRIARWOOD DR SANTA CLARA, CA 95051

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.988**

GUPTA, KASHISH 1645 BOULEVARD DE MAISONNEUVE OUEST APT 1110 MONTREAL, QC H3H2N3

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $102.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.989**

GURAL, GENEVIEVE 211 ELM ST. WINDSOR LOCKS, CT 6096

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $85.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.990**

GUSTAFSONIKA, RAPANUI 1229 UNION AVE. #ZM LLC. KANSAS CITY, MO 64101-1419

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $95.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.991**

GUSTAFSONIKA, RAPANUI 1229 UNION AVE. #ZM LLC. KANSAS CITY, MO 64101-1419

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.992

GUSTAFSSON, ANDREAS PUNATULKUNKATU 5 TURKU, 20610

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.993

GUTTMANN, URSULA MELICHARSTR 1 LINZ, 4020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $207.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.994

GUY, RYAN ELM STUDIO LONDON ROAD ALBOURNE HASSOCKS, EAST SUSSEX BN6 9BJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.995

GUZMAN, RUBEN 1894 CORNELIA STREET 2R RIDGEWOOD, NY 11385

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.996

HA, PHILLIP 4501 W 171ST ST LAWNDALE, CA 90260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.40

---

3.997

HAAS, ALEXANDER SILCHERWEG 12 NEUENSTADT, 74196

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$27.39

---

3.998

HAAS, KATHRYN 205 CHIPPOAKS DR CHAPEL HILL, NC 27514

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$154.34

---

3.999

HAASNOOT, PHILIP 7137 E RANCHO VIS DR STE B67 SCOTTSDALE, AZ 85251-1783

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.19

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1000**

HABERMAN, JOSH 809 BLOOR STREET WEST TORONTO, ON M6G L8

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1001**

HAEBERLI, PAUL 2560 KENDALL AVE #W MADISON, WI 53705

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,628.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1002**

HAGEN, ALEXANDER 720 CARDINAL DRIVE LAFAYETTE, IN 47909

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1003**

HAGEN, CATO GULLBEKKVEIEN 2 TAU, \N 4120

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1004**

HAGER, MANUEL RORSCHACHER STRASSE 139 SSC-IT ST. GALLEN, \N 9000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1005**

HAGGIE, PAUL 46 LAICHPARK PLACE EDINBURGH, MIDLOTHIAN EH14 1UN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1006**

HAGHGOO, BEHZAD 3421 EL CAMINO REAL APT 23 ATHERTON, CA 94027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $9.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1007**

HAHN, CAMERIN 18666 REDMOND WAY HH2057 REDMOND , WA 98052

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $30.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

## 3.1008

HALE, BENJAMIN 7916 QUADRA DRIVE PASCO, WA 99301

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.72

## 3.1009

HALE, JONATHAN 277 OXFORD CIR RICHMOND, KY 40475

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.56

## 3.1010

HALFORD, EDWARD 69 SWAYNES LANE COMBERTON CAMBRIDGE, CAMBS CB237EF

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$35.16

## 3.1011

HALFORD, MELISSA 1207 E ELM ST TUCSON, AZ 85719

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.53

**3.1012**

HALL, CHRIS 4175 HELEN AVENUE LINCOLN PARK, MI 48146

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $21.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1013**

HALL, KIMBERLY 3128 WILKINSON RD SW ALBUQUERQUE, NM 87105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                               $4.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1014**

HALL, MARK 3609 LAKEWOOD AVE TIFTON, GA 31794

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1015**

HALLE, RICHARD 13303 FARM CREST CT MIDLOTHIAN, VA 23112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                               $0.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shapeways, Inc.
         Name

Case number *(if known)* 24-XXXX2

**3.1016**

HALLIDAY, SAM 12 MEADOWBANK DUDLEY NEWCASTLE UPON TYNE, NORTHUMBERLAND NE23 7UB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $62.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1017**

HALLMANN, HERBERT WACHTELSTIEG 6A HERBUNDSAB MODELLBAUSAETZE BRAUNSCHWEIG, 38118

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1018**

HALSTEAD, HUBERT 13 VALLEYDALE DR BIG TWIN LIFE JACKSON, TN 38305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1019**

HAMILTON, BRIAN 455 W EVELYN AVE APT 1220 MOUNTAIN VIEW, CA 94041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $88.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1020**

HAMMER, DANIEL 2715 NOBLE CREEK DR. ATLANTA, GA 30327

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$11.96

**3.1021**

HAMMOND, KAI 11 STANFORD CLOSE LONDON, ESSEX IG8 8DY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$44.77

**3.1022**

HAMMOND, SHUKIER 1364 RAINBOW FALLS RD NORTH AUGUSTA, SC 29860

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$73.30

**3.1023**

HANAFUSA, MANABU 1-5-12 TERAKATAMOTOMACI MORIGUTISI N6 OSAKA, 5700047

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$41.82

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1024**

HANDELS GMBH, MK ILLUMINATION TRIENTLGASSE 70 INNSBRUCK, 6020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $525.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1025**

HANDRICK, JOERG GÄ¶SCHWITZER STRAÄŸE 66A JENA, 7745

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $7.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1026**

HANNAN, ERIC 1042 LAGUNA AVE BURLINGAME, CA 94010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $58.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1027**

HANSELMANN, JOCHEN LÄ¤NDLISTR. 41 HANCON HANSELMANN CONSULTING WIESENDANGEN, \N 8542

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1028**

HANSON, LOREN 16501 NW WAPATO DR PORTLAND, OR 97231

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $29.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1029**

HANSON, SETH 1905 MCALLISTER ST 3 SAN FRANCISCO, CA 94115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1030**

HANUMARA, NEVAN 77 MASSACHSUETTS AVE., 3-470 CAMBRIDGE, MA 2139

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1031**

HARJES, STEFAN 40 NEWCASTLE STREET PALMERSTON NORTH, \N 4410

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1032**

HARMON, RILEY 470 SARPHATISTRAAT STUDIO A47 AMSTERDAM, 1018GW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                      $7.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1033**

HARRIS, BEN 11 RADIATA PROM IRON LEAF FARMS AUBIN GROVE, WA 6164

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $37.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1034**

HARRIS, BENJAMIN 3-5 MARSDEN STREET UNIT 22 GRANVILLE, NSW 2142

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                      $2.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1035**

HARRIS, GILLIAN 116 GEARY AVE. UNIT 204 TORONTO, ON M6H4H1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $95.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1036**

HARRIS, JASON 3 RISINGHAM MEAD WESTLEA SWINDON, WILTS SN57AX

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $17.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1037**

HARRIS, LAYNE 105 LEXINGTON AVE 3C BROOKLYN, NY 11215

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $39.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1038**

HARRISON, AUSTIN 226 SEIBERT RD SHILOH, IL 62269

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1039**

HARRISON, BOB 181 BENNETT RIDGE ROAD FRANKLIN, NC 28734

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1040**

HART, SCOTT 806 55TH PL SW #A EVERETT, WA 98203

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$34.07

**3.1041**

HARTZEMA, JONATHAN 2150 DUNWIN DRIVE UNIT 4 MISSISSAUGA, ON L5L5M8

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$39.39

**3.1042**

HARVEY, HUGH 5 MARINE TERRACE MEWS BRIGHTON, EAST SUSSEX BN2 1AR

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$32.98

**3.1043**

HASKINS-DAHL, WILLOW 1841 KINCAID ST UNIT 30 EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$18.53

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1044**

HASSE, BASTIAN MOORWEG 5 SYKE, \N 28857

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1045**

HASSELL, RICHARD 29 HONGKONG STREET WOHA SINGAPORE, 59658

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $141.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1046**

HASSON, WILLIAM 7005 SETH BARWISE ST SAGINAW, TX 76179

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1047**

HAUENSTEIN, CHRISTEN 9439 SW 186ST MIAMI, FL 33157

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1048**

HAUSER, BEN 1714 FENWAY CIR ROCKLEDGE, FL 32955

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $11.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1049**

HAUSER, LEIF 13 BON PRICE TERRACE ST. LOUIS, MO 63132

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $43.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1050**

HAUSER, SHANNON 212 BRAEHEAD DR FREDERICKSBURG, VA 22401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $2.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1051**

HAUSMAN, KALANI 2605 SPICEWOOD COLLEGE STATION, TX 77845

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $26.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1052**

HAVERKAMP, JOHN 536 CHESTNUT AVE WAYNESBORO, VA 22980

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $11.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1053**

HAVERMANS, LUCIEN GENERAAL BOTHASTRAAT 5E EINDHOVEN, 5642NJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $15.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1054**

HAWENER, MARKUS ALFREDSTRAAŸE 13 MMH-MODELLBAU DATTELN, \N 45711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $9.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1055**

HAWKINS, J ALAN 8032 DUNBARTON AVE WESTCHESTER, CA 90045

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $166.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1056**

HAWKINS, NICHOLAS 2 HIGH STREET WILLINGHAM, CAMBRIDGESHIRE CB245ES

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                      $9.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1057**

HAWORTH, JONATHAN 8 OVERTON COURT DUNFERMLINE, FIFE KY118TY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                      $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1058**

HAYMOND, DAVID 321 HOPE CT COLUMBIA FALLS, MT 59912

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                      $12.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1059**

HAYNES, JOHN 4101 MAGAZINE ST LANIER & ASSOCIATES NEW ORLEANS, LA 70115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                      $183.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1060**

HAYTON, THOR 2 HIGHVIEW WAY SOUTHAMPTON, UK SO184FG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1061**

HC SOLUTIONS MANAGEMENT - HCSM 14045 KENNETH DRIVE
CARLETON, MI 48117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                           $33,146.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1062**

HE, SAMUEL 26205 W MILESTONE DR PLAINFIELD, IL 60585

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1063**

HEBDON, MATTHEW 4 LINESTOWE DR BELMONT, NC 28012

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $11.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1064

HECKER, PASCAL BENONIGAARD 9 ARNHEM, 6831BL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1065

HEFFERNAN, RONAN 27504 BREAKERS DR WESLEY CHAPEL , FL 33544

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1066

HEIJSTEE, M PIJLKRUID 9 KORTENHOEF, \N 1241VN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $33.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1067

HEIM, PETER OBERER GRABEN 46 PROZESSOR WERBUNG ST.GALLEN, 9000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1068

HEIMANN, FELIX KIRCHSTR. 26 HEIDELBERG, 69115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $14.52
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1069

HEIN, CRAIG 1901 LOBELIA DRIVE CEDAR PARK, TX 78613

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $60.79
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1070

HEITMANN, CRAIG 1240 E. CAMPBELL RD STE 100 G SYSTEMS
RICHARDSON, TX 75081

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1071

HELLMANN, ANDREAS AM WARTFELD 7 FRIEDBERG, 61169

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $12.93
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1072**

HELVEY, EMMETT 329 FOSSHOLM ST NE D02 SILVERTON, OR 97381

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $72.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1073**

HELVEY, EMMETT 329 FOSSHOLM ST NE D02 SILVERTON, OR 97381

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1074**

HEMBERGER, ALLEN 4950 N WOLCOTT AVE APT. 3 CHICAGO, IL 60640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $128.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1075**

HEMSLEY, AMOS 126 13TH STREET SUITE 2-L CORTES STUDIO BROOKLYN , NY 11215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $77.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1076

HENDERSON, ANDREW 582 SPRINGSTON ROLLESTON ROAD ABS ENGINEERING CHRISTCHURCH, 7678

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1077

HENDERSON, FRANK CARRER MARQUESA CALDES DE MONTBUI 1 BARCELONA, 8032

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1078

HENDERSON, JERRY 12618 E 33RD PL TULSA, OK 74146

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1079

HENDERSON, LUKE WILLIAMS AVENUE 12A ADELAIDE, SA 5038

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number (if known) 24-XXXX2

**3.1080**

HENDRICKSON, FLETCHER 1456 LEWISBURG PIKE FRANKLIN, TN 37064

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1081**

HENDRICKSON, THOMAS 3815 SUNSET DR W UNIVERSITY PLACE, WA 98466

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1082**

HENDRIKSEN, HARALD RÃ¶DBERGSHALLSVÃ¤GEN 3 UDDEVALLA, 45195

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $290.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1083**

HENDRIX, JENNIFER 15515 JUANITA WOODINVILLE WAY NE APT C203 BOTHELL, WA 98011

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $31.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1084

HENG, ANTHONY 60 RUE DE TURBIGO PARIS, 75003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$87.30

3.1085

HENRY, JACOB WHITEHALL COTTAGE DEWI ROAD TREGARON, CEREDIGION SY256JN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.66

3.1086

HENRY, JAMES 18440 TECHNOLOGY DRIVE BLDG 130 DIGITAL VIEW MORGAN HILL, CA 95037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$16.79

3.1087

HENRY, JEFF 5804 STONE SPRING ROAD RALEIGH, NC 27613

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$22.90

**3.1088**

HERBERGER, SEBASTIAN TORSTR. 78 MENTALAB GMBH BERLIN, 10119

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1089**

HERBST, SVEN VORDERHUEGEL 10 ZELLA-MEHLIS, 98544

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1090**

HERNANDEZ GONZALEZ, VINCENT ALBRECHT-DÃ¼RER-STRAÃŸE 3 KIRCHHEIMBOLANDEN, 67292

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1091**

HERRERA, RAYMUND 601 HICKEY BLVD. DALY CITY, CA 94015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1092**

HERTH, ALEXANDER WEILIMDORFERSTRASSE 106 STUTTGART, \N 70469

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $58.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1093**

HERVAS IBAÃ±EZ, FERNANDO APDO 143 POL.INDUSTRIAL LA COMA PARCELA 42 BIDASOA PRESS PICASSENT, 46220

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1094**

HERZ, ANDREAS FICHTENSTRASSE 70 EDINGEN NECKARHAUSEN, \N 68535

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1095**

HESSELS, COLLIN DE WERF 30 HTM PERSONENVERVOER N.V. DEN HAAG, 2544EK

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $175.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1096**

HETNAL, ANDY SERVICE GRAPHICS LTD UNIT E3 BARWELL BUSINESS PARK CHESSINGTON, SURREY KT9 2NY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1097**

HEVRON, MEGAN 3 BARON HAY COURT, KENSINGTON DPIRD PERTH, WA 6151

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1098**

HI BOB INC 205 HUDSON STREET NEW YORK, NY 10013

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,594.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1099**

HICKSON, IAN 241 HEARTWOOD LANE MOUNTAIN VIEW, CA 94041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $34.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1100**

HIDALGO GONZALEZ, MARCOS C/ SEGUNDO MATA 1 PT.3 OF.6
LEADCLIC POZUELO DE ALARCON - MADRID, \N 28224

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1101**

HIGGINS, MATTHEW 8808 TANGLEWILD PL, RIVER RIDGE. NEW
ORLEANS, LA 70123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1102**

HILL, BENNY 1570 NE ASHBERRY DR. HILLSBORO, OR 97124

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1103**

HILL, JACOB 123 HAY GREEN RD. (SOUTH) TERRINGTON ST. CLEMENT
KING'S LYNN, NORFOLK PE344PU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1104**

HILL, ROBERT \N \N, \N \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1105**

HILLIGAS, TRINA 28139 COUNTY ROAD 3 BACK LOT BADGER, MN 56714

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1106**

HINLOOPEN, JOCHEM COLLÃ¨GEGASSE 1 BIEL/BIENNE, 2502

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1107**

HINTEN, PETER DE TIENDEN 26 NUENEN, 5674TB

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $107.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1108

HIRNER, YONNI 2506 POTTER STREET EUGENE, OR 97405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1109

HIRZEL, ANDREW 5398 THIRD STREET NORTH KALAMAZOO, MI 49009

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1110

HLH PROTOTYPES 1801 XING JI BUILDING, XIN SHA ROAD SHAJING, BAOAN, SHENZHEN,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $42,113.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1111

HOASHI, SHIGEHISA 1219-1 YOKKAICHI USA-SHI, OITA, 8790471

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1112**

HOCKING, JAYDEN 32 SUPRANO PLACE, WAKERLEY BRISBANE, QLD 4154

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1113**

HODGES, STEFAN 2533 FOREST MEAD DRIVE STERLING HEIGHTS, MI 48314

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1114**

HOELLER, MARTIN GREFSTRAAŸE 17A STUTTGART, 70499

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1115**

HOENDERVANGER, ANDERS OBRECHTSTRAAT 145-3 DEN HAAG, 2517VR

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1116**

HOFF, FLORIAN LABIAUER STRAAŸE 14 OTTERNDORF, 21762

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1117**

HOFFMAN, GARRET 16003 ADMIRALTY WAY # A LYNNWOOD, WA 98087-6228

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1118**

HOFMAN, PETER-PAUL NIJENRODESTRAAT 27 BREDA, 4834 RP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1119**

HOHEISEL, ROBIN SCHÄ¶NAUSTRAAŸE 23 METAL-KIDS DÃ¼SSELDORF, 40625

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1120**

HOHENHÃ¶VEL, ANDREAS DORFSTRASSE 57 LEHRTE, 31275

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1121**

HOLDEN, RACHEL 1409 W ST JOHNS AVE AUSTIN, TX 78757

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $26.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1122**

HOLDSWORTH, ANGUS DRAKES LANE, BOREHAM UNIT 6, DRAKES LANE INDUSTRIAL ESTA ANDUN LTD, MONARCH HOUSE, CHELMSFORD, ESSEX CM3 3BE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $28.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1123**

HOLL, JAMES 426 MOSSY HILL RD LEAVE ON SCREEN PORCH CATSKILL, NY 12414

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $86.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1124**

HOLLAND, MATTHEW 3525 WILDERNESS CT. MARINA, CA 93933

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1125**

HOLLEIS, RALF HEDLERREUTH 30 BISCHOFSGRÄ¼N, \N 95493

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1126**

HOLLEY, TOM 2936 D 1/2 RD GRAND JUNCTION, CO 81504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1127**

HOLLICK, JOSHUA 5 SCARP CLOSE EDGEWATER PERTH, \N 6027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1128

HOLLIDAY, NICK 13 BRAMBLEDOWN ROAD SOUTH CROYDON, SURREY CR20BN

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1129

HOLLIS, PETER 27 STOKES ST BARDON BRISBANE, QLD 4065

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1130

HOLLOBAUGH, AUBREY 716 MARKET ST 1 WILLIAMSPORT, PA 17701

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1131

HOLLOWAY, BOB 2250 COUNTY ROAD 12 ADVANTAGE ARCHITECTURAL WOODWORK COLBY, KS 67701

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $327.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1132**

HOLLOWAY, PAULINE 10 NAUTICAL WAY COLCHESTER, ESSEX CO5 7BZ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $22.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1133**

HOLMES, MALCOLM 8 BOWBRIDGE WHARF ODOKO LTD STROUD, GLOCS GL5 2LD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $30.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1134**

HOLMES-SIEDLE, JAMES 3 DEVONSHIRE MEWS ALL CLEAR DESIGNS LONDON, LONDON W4 2HA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $27.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1135**

HOLT, KEITH 5709 GREAT VALLEY DRIVE ANTELOPE, CA 95843

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1136**

HOLZMAN, MARTIN HUSOVA 10 ODDELENI ICT, BUDOVA J KRAJSKA
NEMOCNICE LIBEREC LIBEREC, \N 46063

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $8.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1137**

HONKAVAARA, TAPPI ALBERTINKATU 27 B ROOM 201 C/O WISH BROS.
HELSINKI, \N 180

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $37.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1138**

HOOD, MORGAN 90 COMMONS DR U241 EUGENE, OR 97401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1139**

HOPE, PHL 2 PLIMSOLL ROAD LONDON, LONDON N4 2EW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $24.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1140**

HORTON, TIMOTHY 1210-2020 FULLERTON AVENUE NORTH
VANCOUVER, BC V7P3G3

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $107.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1141**

HOSKINS, MATT 2990 NW FITZGERALD CT. BEND, OR 97703

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $24.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1142**

HOTHI, SUKHRAJ 28 DANE ST. RIGHTHAND ROBOTICS SOMERVILLE,
MA 2143

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $129.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1143**

HOWARD, LIAM 96 CYPRESS AVE. MILL VALLEY, CA 94941

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $10.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

## 3.1144

HOWELL, GEOFF 15 STRAFFORD GATE POTTERS BAR, HERTFORDSHIRE EN6 1PW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

## 3.1145

HOWELL, PETER 15 STRAFFORD GATE POTTERS BAR, HERTS EN6 1PW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

## 3.1146

HOWELL, WILLIAM 8 SOWDLEFIELD WALK MULBARTON NORWICH, NORFOLK NR148GP

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

## 3.1147

HOYLE, ADAM 7385 GRASSY RIDGE RD DENVER, NC 28037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1148**

HRAFNAHARR, TRISH 3110 ROCKBRIDGE RD, FRONT REDLAMP ARTS AVONDALE ESTATES, GA 30002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$10.75

**3.1149**

HSIANG, KIMBERLY 19 RAYNOLD ROAD MOUNTAIN LAKES, NJ 7046

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.74

**3.1150**

HSU, YEN KUN 1F., NO.5, LN. 69, SONGJIANG RD., APARTMENT OR SUITE COMPANY OR C/O TAIPEI, \N 10455

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$13.27

**3.1151**

HUBSPOT, INC. 25 FIRST STREET CAMBRIDGE, MA 02141

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$22,013.66

3.1152

HUDAK, JOSHUA 406 BAYSIDE DRIVE WEBSTER, NY 14580

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1153

HUET, CHARLES 620 MARSHALL DRIVE NE LEESBURG, VA 20176

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1154

HUFFHINES, LINDSEY 224 KADES COURT DECHERD, TN 37324

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1155

HUFFMAN, KATHERINE 1905 198TH PL SW LYNNWOOD, WA 98036

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1156**

HUGHES, DARIN 3526 MENDENHALL CT. PLEASANTON, CA 94588

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.94

**3.1157**

HUGHES, DAVE 50 COLEMAN STREET ALVASTON DERBY, DERBYSHIRE DE248NL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.68

**3.1158**

HUGHES, HARRY 1506 PALO BLANCO CIR BEEVILLE, TX 78102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.24

**3.1159**

HUGUENIN, PIERRE 715 ROUTE DE LA CATINE LIEU DIT LA CATINE SAINT AVIT SAINT NAZAIRE, \N 33220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$17.63

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 3.1160

HUIJBEN, GIJS WILHELMINASTRAAT 37 BREDA, 4818SB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.18
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.1161

HULJIC, ZORKO STEVENSLEI 55 2100, DEURNE ANTWERP, 2100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $115.01
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.1162

HULSBERGEN, JAAP BERENDINASTRAAT 33 JAHULS ELECTRONICA HENGELO, 7555GA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $49.99
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

### 3.1163

HULSE, TY 1411 DUDLEY AVE PROSSER, WA 99350

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $53.59
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1164**

HUNNICUTT, HARRY 607 HIGHVIEW CIRCLE DR BALLWIN, MO 63021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $18.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1165**

HUNT, ANTON 22 PARK RD APT 1 BELMONT, MA 2478

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $478.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1166**

HUNT, MAX 22 ARLINGTON TERRACE HUNT FURNITURE WELLAND, SA 5007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $150.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1167**

HUSSAIN, NASER ABUDHABI ABU-DHABI,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $1,280.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1168

HUSTON, KYLE 8217 SW 72ND AVE APT 915 MIAMI, FL 33143

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $47.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1169

HUTCHINGS, DAN 34077 GLADYS AVENUE 300 WCI MEDIA STUDIOS ABBOTSFORD, BC V2S2E8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $82.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1170

HUTCHISON, DEAN 23 BURNCROOKS AVENUE BEARSDEN GLASGOW, EAST DUNBARTONSHIRE G61 4NL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1171

HUYSEN, WIM STRANDVLIET 59 AMSTELVEEN, \N 1181 MK

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1172**

IACONIS, NICK 1220 N FAIR OAKS AVE APT 2316 SUNNYVALE, CA 94089

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $12.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1173**

IACOVELLI, SANDRO NOLLENHORNSTRASSE 12 AU / SG, \N 9434

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1174**

ICELY, SHAWN 13509 2ND AVE E IPE COMPOSITES BRADENTON, FL 34212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $25.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1175**

IDE, NATHAN 20 / 136 BELL STREET COBURG, VIC 3058

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $13.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1176**

IEZZI, LUCAS 5407 SCENIC VIEW DR SW ROCHESTER, MN 55902

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $9.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1177**

IGARTA, TAYLOR 10320 SW CRESTWOOD DR. BEAVERTON, OR 97008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $17.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1178**

IHSAN, MOHAMMAD 42 RUE D'ORAN LILLE, \N 59800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $7.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1179**

IMBODEN, ERIC 25 RUE DE LA FAÃ¯ENCERIE APPT B01 BORDEAUX, 33300

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $10.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1180

INGE, OSWIN 14660 AZTEC STREET VICTORVILLE, CA 92394

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1181

INGVORSEN, MIKE STORE KIRKESTRÄ¦DE 1 1 TV. LOOP ASSOCIATES COPENHAGEN, \N 1073

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $32.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1182

INLAND REVENUE 55 FEATHERSTON STREET WELLINGTON,

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3,830.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Goods and Services Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1183

INSTITUT, MATHEMATISCHES BUNSENSTRASSE 3 GOETTINGEN, 37073

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $125.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1184

IP, MICHAEL WAY NO. 248, AZAIBA STREET HOUSE NO. 350 GDI
MUSCAT, \N NA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $104.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1185

IRVING, JOHN 23A TRINITY CRESCENT EDINBURGH, MIDLOTHIAN
EH53EE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1186

IRWIN, SAM 29 CAVENDISH ROAD ST. ALBANS, HERTFORDSHIRE AL1
5EF

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1187

ISHAM, JOHN 14 JOANNE CIRCLE APT # SWAYS FEEDING HILLS, MA
01030-1046

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1188**

ITTEN, ERNST MEISENWIESSTRASSE 10 ITELEC AG HENGGART, 8444

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $24.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1189**

JÃ¸RGENSEN, DAVID BLOMMEHAVEN 67 TEIN KÃ¸GE, \N 4600

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1190**

JACKSON, BRETT 4039 CLAYTON AVE LOS ANGELES, CA 90027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $122.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1191**

JACKSON, DAVID 6318 TUNNEY AVENUE TARZANA, CA 91335

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1192

JACKSON, JOHN 29 KINGSFORD STREET SALFORD, MANCHESTER M5 5HU

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $43.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1193

JACOBSMA, JOHN 1214 SOUTH ST GENEVA, IL 60134

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1194

JACOBSON, GLADYS HARINGVLIETSTRAAT 74 GLADYS DORDRECHT, \N 3313ET

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1195

JACOBSON, KAYNE 13 WAIMAHANGA ROAD WHANGAREI, \N 110

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1196

JAKOB, ERIC RUE GALILÃ©E 2 ACTIS-DATTA SA YVERDON-LES-BAINS, 1400

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1197

JAMES, ADRIAN 1501 S. SPRING ST. #4 LITTLE ROCK, AR 72202

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1198

JAMESON, SERIN 1B GUM STREET SUNSHINE WEST MELBOURNE, VIC 3020

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1199

JAN, KNOBEL ADLERGUT 16 GLARUS, 8750

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1200

JANE, BEN 192 CURBOROUGH ROAD LICHFIELD, STAFFORDSHIRE WS137RB

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1201

JANKNECHT, GERRIT LANGER ACKER 11 FRESH BREEZE WEDEMARK / BISSENDORF, 30900

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $78.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1202

JANOVER, JAMIE 6839 ELVERTON DR. OAKLAND, CA 94611

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $174.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1203

JANSEN, ALEXANDRA HAZELCROFT SHANAVOHER, BWEENG MALLOW CO. CORK, \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1204

JANSEN, TERJE INDUSTRIGATA 3 BRISKEBY BRANNSTASJON OSLO, 259

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1205

JANSSEN, DICK DENNENHEI 5 AIVIA BEST, 5685GB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $17.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1206

JAREMA, MANUEL BEUNDENGASSE 2 LYSS, 3250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $110.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1207

JARIN, ELLEINE 12035 GREYWING SQ APT. B1 RESTON, VA 20191

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1208

JASKOLL, CHAIM 225 WEST 106TH ST APT 12H NEW YORK, NY 10025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $2.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1209

JAWORSKI, PRZEMYSLAW OBRONCOW POCZTY GDANSKIEJ 68/5 JAWOR DESIGN STUDIO, NIP6112368458 WROCLAW, 52-204

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $8.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1210

JEAN, GABRIEL 245 CHATELOIS BOISBRIAND, QC J7G2L6

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $7.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1211

JEFFREY, NATHAN 29 TOWER RD EPPING, ESSEX CM165EN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1212

JENKINS, JACK 7222 PHILLIPSBURG UNION RD BROOKVILLE, OH 45309

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1213

JENNEN, SEBASTIAN OTTO-HAHN-STRAÃŸE 2 IMAGEARTS MEERBUSCH, 40670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                   $37.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1214

JENNINGS, PAUL 15 HILARY ROAD DOUGLAS, ISLE OF MAN IM2 3EG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1215

JENSEN, BON NYRINGEN 2, 1, MF. RISSKOV, 8240

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                   $18.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1216

JENSEN, RENE KRARUPVEJ 49 STENSTRUP, 5771

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1217

JERICHOW, SAMUEL GORMANNSTRASSE 18E BERLIN, 10119

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1218

JERNBERG, MIKKO PARVIAISENTIE 33 C 27 SÄ¤YNÄ¤TSALO, 40900

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1219

JESENKO, ANDREJ POD HAJOM 958/14 DUBNICA NAD VAHOM, \N 1841

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $82.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1220

JHOU, THOMAS 1301 BELT ST BALTIMORE, MD 21230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $17.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1221

JIN, QING 61 UBI RD 1 #03-24, OXLEY BIZHUB SY INTERNATIONAL HOLDING PTE LTD SINGAPORE, 408727

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $14.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1222

JOHAN, FRIBERG NUOTTATIE 5D8 ESPOO, \N 2230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $40.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1223

JOHN, THORSTEN MUEHLENSTRASSE 89 FRIEDLAND, 17098

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $0.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1224

JOHNSEN, KEN P.O. BOX 161 RENTON, WA 98057-0161

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1225

JOHNSON, BRYCE ONE MICROSOFT WAY REDMOND, WA 98052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3,603.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer AR Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1226

JOHNSON, DAVID 2 HIGH FIELD CRESCENT WEDNESFIELD, WOLVERHAMPTON WV111RS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1227

JOHNSON, JAMES 5117 VISTA VILLA PT ABSTINGER LLC COLORADO SPRINGS, CO 80917

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1228**

JOHNSON, PIERCE 931 1ST ST WILLOW BROOK FARMS PORT EDWARDS, WI 54469

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1229**

JOHNSON, ROBERT 4413 BROOKLINE DRIVE PK & W RR DENTON, TX 76210-1642

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $6.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1230**

JOHNSON, ROSS 10749 GLEN HANNAH DRIVE LAUREL, MD 20723

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $1.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1231**

JOHNSON, WILL 10 MAIN NORTH RD JOHNSON CHIROPRACTIC GAWLER, SA 5118

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $43.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1232

JOHNSTON, DAVID 236 W. 30TH 7TH FLOOR BLUE TELESCOPE NEW YORK, NY 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.70

---

3.1233

JOHNSTON, ERIC 3824 21ST ST. SAN FRANCISCO, CA 94114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$142.07

---

3.1234

JONES, BENEDICT 212 N. MORTON STREET APT. 208 BLOOMINGTON, IN 47404

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.68

---

3.1235

JONES, CHRIS 1424 N. PINE GROVE ST. WICHITA, KS 67215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$17.07

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1236**

JONES, CHRIS 13879 115 AVENUE SURREY, BC V3R5Y3

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1237**

JONES, CHRISTIAN 3450 W HELENA DR FRONT PAGE PROPS PHOENIX, AZ 85053

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $15.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1238**

JONES, GEORGE 209 W. LAMAR PALMER, TX 75152

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1239**

JONES, JACK 3508 LOCHSIDE THE COLONY, TX 75056

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $17.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1240

JONES, NATHAN 1820 WEST 800 NORTH SALT LAKE CITY, UT 84116

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $13.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1241

JONES, OLIVER 1231 ASDF, 3333

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1242

JONES, OWEN 137 COUNTY RD 1499 EVA, AL 35621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $21.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1243

JONES, PETER EBME DEPT GLANGWILI HOSPITAL CARMARTHEN CARMARTHEN, CARMARTHENSHIRE SA312AF

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $33.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1244

JONES, RALPH 96-10 57TH AVENUE 2G CORONA, NY 11368

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $57.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1245

JONES, RALPH 96-10 57TH AVENUE 2G CORONA, NY 11368

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1246

JONES, RICHARD 2722 TRAVELERS CT. CHARLOTTE, NC 28226

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $17.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1247

JONES, SEDRA 11364 QUAIL RUN DR SILVERDALE, WA 98383

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1248**

JONES, TREVOR PO BOX 3721 KNOXVILLE, TN 37927

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $78.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1249**

JORDAN, JAMES 1281 SINGLE TREE LN ERIE, CO 80516

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1250**

JORDING, MATTHEW 69 CHESTER AVE #1 BROOKLYN, NY 11218

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1251**

JORIS, WOUTER BRECHTSESTEENWEG 26 WESTMALLE, \N 2390

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1252**

JOSÃ©, CARMEN EILERTSTRAAT 53 ROTTERDAM, 3084PG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1253**

JOSE, ANTONY BADAMDAR,EZIZ NEZEROV ST.MAHALL6012 BUILDING 9, APARTMENT 80 BAKU, AZ1021

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1254**

JOUANNY, JEAN-YVES 18 RUE DES FRERES LUMIERE FRESNES, 94260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1255**

JUIF, ALEXIS LA COLOMBIÃ¨RE 3 HARQUENCY, \N 27700

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1256**

JULIEN, DOOD 1 CENTRE COMMERCIAL PEPINIERE D'ENTREPRISES LA
COURNEUVE, 93120

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $54.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1257**

JUNG, TAEYONG HANHEUNGSAMSUNG 405, BONGEUNSA-RO 430,
GANGNAM-GU SEOUL, 6153

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $46.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1258**

JUNGCK, JOHN 13 BRENTWOOD LANE NEWARK, DE 19711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1259**

JUNGSCHLÄGER, RICHARD LANDAUERDRIFT 68 NIEUWEGEIN,
3436XJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1260**

JUNTTILA, JAAKKO NUOTTAKUNINKAANTIE 2 C19 ESPOO, 2230

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.1261**

JURIN, MAURICIO 5811 CARY RIDGE DR CHARLOTTE, NC 28277

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $22.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.1262**

KADZHAEV, KONSTANTIN Ã„LVANS VÃ¤G 21B UMEÃ¥, \N 90750

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $14.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.1263**

KAGAN, ANSHIE 2709 WEST JARLATH ST CHICAGO, IL 60645

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $142.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1264

KAHN, JOEL 5 PASSATGE DELS ESCUDELLERS PRINCIPAL 2 BARCELONA, 8002

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $136.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1265

KAISER, JAMIE 36 SYMINGTON AVE TORONTO, ON M6P3W1

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $37.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1266

KALAGIN, AMON EBENBÃ¶CKSTR. 16 C/O BLUM MUNICH, \N 81241

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1267

KALIN, BRIAN 128 LEVERINGTON AVE SUITE 201 PHILADELPHIA, PA 19127

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $90.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1268**

KALIS, MAARTEN GHIJSELAND 196 RHOON, 3161 VN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

**3.1269**

KALLIO, JOONA KAPPALAISENKUJA 1 B 5 ESPOO, \N 2940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.07

**3.1270**

KAMPRANI, KATERINA SALAMINOS 29 AGIOS DIMITRIOS KATERINA
KAMPRANI ATHENS, 17341

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.33

**3.1271**

KANANI, ARMIN FRANKENSTRASSE 2 GIGASET COMMUNICATIONS
GMBH BOCHOLT, 46395

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$19.99

3.1272

KANE, JAMES \N \N, \N \N

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1273

KANEMAN, STEPHAN DELFGAUWSEWEG 104 DELFT, 2628 EW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $49.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1274

KAPLAN, ZACHARY 2109 ALDER ST EUGENE, OR 97405

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1275

KAPURURA, KUNDAI 1221 ANNA LN SE SALEM, OR 97306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1276**

KARAPETYAN, SARGIS 7 HOUSE SARI TAGH 13 STREET LANE
YEREVAN, 17

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $480.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1277**

KARATZIDIS, NIKOLAOS ATHANASIOU DIAKOU 27 THESSALONIKI,
54641

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1278**

KARDOOSH, BEN 33 TOTLEY HALL LANE SHEFFIELD, SOUTH
YORKSHIRE S17 4AA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $18.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1279**

KARGES, STEFAN BURGWEG 28 HERR JENA, 7749

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $27.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1280

KARICH, JEAN CHRISTOPHE ROBERTO PERAGALLO 5634 LAS CONDES SANTIAGO, 7580408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $33.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1281

KARLUK, LUKASZ 39 WELLINGTON ST CODE ON CANVAS SYDNEY, NSW 2008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $278.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1282

KARPAS, LESLIE 3160 RIVERSIDE DR # 302 STANLEY BLACK & DECKER LOS ANGELES, CA 90027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1283

KARSTEN, DIRK TÄNNINGER WEG 70 HAMBURG, 22609

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1284**

KARYOFYLLIS, DIMITRIOS NAXOU 12-14 KAFEA TERRA SA PEANIA, 19002

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1285**

KASJAN, MELVIN SCHLOSSSTRASSE 30 COPPENBRÃ¼GGE, 31863

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1286**

KATO, KOTOFUMI 177 BENTEN-CHO EXCEL WASEDA 5F SHINJYUKU-KU TOKYO, 162-0851

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1287**

KATO, KURTIS 1298 OLIVE ST. 2110 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1288

KATOS, RAY 5137 FLORENCE DOWNERS GROVE, IL 60515

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.22

3.1289

KATSINGRIS, CYNTHIA 319 S. EUCLID AVE WESTFIELD, NJ 7090

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.22

3.1290

KATZ, GARY 26091 FAIRMOUNT BLVD. BEACHWOOD, OH 44122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.50

3.1291

KAUFMAN, AVI 6 FENIMORE ROAD WORCESTER, MA 1609

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.87

3.1292

KAUFMANN, CHRISTOPH KARL RUDOLF WERNERGASSE 68 VISIBLE7 E.U. KLOSTERNEUBURG, \N 3400

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $16.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1293

KAWASUMI, LUI 141 FLUSHING AVE BUILDING 77 SUITE 408A PATTEN STUDIO BROOKLYN, NY 11205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $44.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1294

KEEFFE, ERIN 4111 SUNSET DR APT 5 LOS ANGELES, CA 90027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $15.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1295

KEELER, CHUCK 3476 W. WILLOW PARK DR. LEHI, UT 84043

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $40.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1296**

KEGEL, FRIEDRICH PASSSTRAAÿE 6 RP PROCESSING UG AACHEN, 52070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1297**

KEIJEN, BART CEULEMANSSTRAAT 52 SCHELLE, \N 2627

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $36.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1298**

KEIM, BRENDAN 2042 W POTOMAC AVE CHICAGO, IL 60622

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1299**

KEJRIWAL, ANANYA 2018 251ST PL SE SAMMAMISH, WA 98075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1300

KELLBACH, JACK 346 NORTHVIEW DRIVE POWELL, OH 43065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1301

KELLER, PATRICK 6, R. DE LANGALLERIE C/O FABRIC | CH LAUSANNE, 1003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $19.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1302

KELLER-HARMSEN, JOHANNES AM WATSCHELWEG 17 PETERSBERG, 36100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1303

KELLERSTRASS, SCOTT 2887 SOUTH 3000 WEST WEST HAVEN, UT 84401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1304

KELLEY, GRAHAM GENERAL DELIVERY 400 GLEN CREEK RD NW SALEM, OR 97304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1305

KELLY, PETER 75 LEANNE DR. NORTH ANDOVER, MA 1845

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $234.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1306

KELLY, SIMON 61 ARAGON ROAD KINGSTON LONDON, LONDON KT2 5QB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1307

KEMERE, CALEB 8531 HATTON ST HOUSTON, TX 77025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1308**

KEMPTON, LANCE 2402 MARYLYN CIR PETALUMA, CA 94954

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1309**

KENNEDY, CHRISTOPHER 1972 WINTERPORT CLUSTER RESTON, VA 20191

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1310**

KENT, JOE 67 PENDLETON PL. STATEN ISLAND, NY 10301

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1311**

KEPIC, MITCH 630 HOLLYWOOD AVE SHEFFIELD LAKE, OH 44054

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1312**

KERBER, DUSTIN 926 7TH ST E WEST FARGO, ND 58078

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1313**

KERSHAW, MIKE 818 LISCHEY AVE NASHVILLE, TN 37207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $13.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1314**

KERTZNER, ELIANA 2835 SE 35TH PLACE PORTLAND, OR 97202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $9.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1315**

KEY, DANIEL 20 ARNOLD STREET LEUMEAH CAMPBELLTOWN, NSW 2560

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $6.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1316

KEYBL, JAROSLAV 939 MAIN ST. CONCORD, MA 1742

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$11.87

3.1317

KHALEQI, MANSOUR RONTGENWEG 599 DELFT, 2624WW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$19.39

3.1318

KHALLADI, SHARIF IJDOORNLAAN 58M3 AMSTERDAM, 1024KV

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$43.86

3.1319

KHAN, AHSAN CODE3D - UPS SHEFFIELD DEPOT PRESIDENT PARK IND ESTATE PRESIDENT WAY SHEFFIELD, SOUTH YORKSHIRE S4 7UR

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$57.18

**3.1320**

KIEFT, JUSTIN VAN EWIJCKSPAD 39 ANNA PAULOWNA, 1761JN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1321**

KIELNHOFER, MANFRED KUBINWEG 18 LINZ, 4040

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $194.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1322**

KILLEN, PIPER 49 DUNDONALD ST. UNIT 17 MS. TORONTO, ON M4Y1K3

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1323**

KILMER, DANIEL 176A SOUTH ROAD SALT SPRING ISLAND, BC V8K1Y3

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 3.1324

KILSDONK, ROGER VINKENLAAN 8 MALDEN, 6581CK

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.76

### 3.1325

KIM 860259112, HOON POSTFILIALE 556 BAESWEILER, 52499

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.79

### 3.1326

KIM, JEFF 28 CAMPWOODS RD. OSSINING, NY 10562

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.98

### 3.1327

KIM, KYUNGRIM 180 FRANKLIN AVE 416 BROOKLYN, NY 11205

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.43

**3.1328**

KIM, MYEONGSU ONAM-RI, ONAM-EUP, NAMYANGJU-SI SINIL APT./ 207DONG-103HO GYEONGGI-DO, \N 472-942

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1329**

KIM, SOPHIA KIM 1572 CHADWICK MILL CIRCLE LAWRENCEVILLE, GA 30043-7004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1330**

KIM, TONG 4042 NORTH WESTERN AVE. UNIT 1N CHICAGO, IL 60618

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1331**

KIM, UI-HYEON GANGNAMGU CHEONGDAMDONG 12-22 DOSANDAERO 78GIL 26-4 ROOM 205 SEOUL, 6063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $29.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1332

KIND, CHRISTOPHER 55 COOPER ST APT 5D NEW YORK, NY 10034

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $59.20
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1333

KIND, CHRISTOPHER 55 COOPER ST APT 5D NEW YORK, NY 10034

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.93
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1334

KINDT, BRIAN 1724 69TH AVE GREELEY, CO 80634

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.73
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

3.1335

KING, CHRISTOPHER 25 MOOR LEASOW NORTHFIELD BIRMINGHAM, WEST MIDLANDS B31 3XL

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.43
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.1336**

KING, JENNIFER 68 MONTAGUE STREET 5C BROOKLYN, NY 11201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1337**

KING, NICHOLAS 4 RATHO ST LENAH VALLEY, TAS 7008

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $41.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1338**

KING, STEPHEN 54 CLAYBROOK RD ROCKY MOUNT, VA 24151

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1339**

KINKET, ANGELO MIDDENWEG 123 HAARLEM, 2024XC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1340

KINNELL, BRENDAN 200 E 64 ST 4D NEW YORK, NY 10065

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1341

KINSEY, GARRY 4042 CORTE CIMA THOUSAND OAKS, CA 91360

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1342

KINSMAN, ANDREW PO BOX 424 FAIRPORT, NY 14450-0424

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1343

KIRDEEVA, DIANA 74 JORDAN RD HOLDEN, MA 1520

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $53.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1344

KIRMA, JARI KIRJOKANSI 2 A 39 ESPOO, 2100

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1345

KIRSIMÃ¤GI, TAAVI NÃµMME TEE 29, SAUSTINÃµMME SAKU VALD, 75507

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1346

KISLOVSKY, MICHAEL 707 JONQUIL TER. DEERFIELD, IL 60015

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $52.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1347

KITCHEN, WILLIAM 2372 SHEVLIN ST FERNDALE, MI 48220

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor     Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1348**

KIZER, JIMMY 214 WOODCREST RD. FAYETTEVILLE, NC 28305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $126.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1349**

KIZER, JIMMY 214 WOODCREST RD FAYETTEVILLE, NC 28305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $26.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1350**

KJERLAND, ERIK 5840 156TH AVE NE FROG THE WHAT GAMES REDMOND, WA 98052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $88.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1351**

KLAPACZ, JUSTYNA 17 DALCROSS WAY PLAINS AIRDRIE, NORTH LANARKSHIRE ML6 7EG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1352

KLAPROTH, IECON GMBH HANSAALLEE 13-15 FRANKFURT, 60322

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1353

KLEIN, THILO VICTORIASTRAAŸE 20 2. STOCK KÃ¶LN, 50670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1354

KLETT, FRIEDRICH ERWIN-BAELZ-STR. 41 STUTTGART, 70597

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1355

KLINGER, ANDREW 696 CHARMAR CRES LANGFORD, BC V9B5W2

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $17.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1356**

KLINGLER, JAN PATRICK HELENEBORGSGATAN 30 STOCKHOLM, 11732

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$0.01

**3.1357**

KLORES, KRISTEN 19260 SW 318 TERR HOMESTEAD, FL 33030

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1.84

**3.1358**

KMECHECK, JASON 6875 WENTZEL SHORE ROAD APT 10 WINNECONNE, WI 54986

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$75.76

**3.1359**

KNAPP, ADAM 560 RIVERSIDE DR APT 14N NEW YORK, NY 10027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$22.62

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 3.1360

KNOBELOCH, BERT 14107 GILLESPIE LN MONTEREY, CA 93940

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $160.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.1361

KNOCKE, PETER 447 STATE ST #3 BROOKLYN, NY 10009

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $960.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.1362

KOBERLE, AMARO 1923 LEMOYNE STREET LOS ANGELES, CA 90026

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.1363

KOCH, JENS LYSKÃ¦R 3EF JEKO PREVAS A/S HERLEV, 2730

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1364**

KOCH, ROLAND ORGELBAU KOCH AG ISCHLA SURA 211 MARTINA, 7560

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1365**

KOCH, WILLIAM FALKENWEG 23 NIEDERNHAUSEN, 65527

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $72.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1366**

KOENIG, ANDY 630 WEST POPE RD 30 ST. AUGUSTINE, FL 32080

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1367**

KOERBER, PAUL CELESTIJNENLAAN 21/301 HEVERLEE, 3001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1368**

KOHLHEPP, ROBERT 534 W. LAKESIDE ST MADISON, WI 53715

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.54

**3.1369**

KOLB, PETER HOEHENSTR. 34 HIRZENHAIN, 63697

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.87

**3.1370**

KONG, TIM 1855 KINGSLEY RD. 75 EUGENE, OR 97401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.96

**3.1371**

KONRADI, ANDREI 30 VICTORIA RD BURLINGAME, CA 94010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$19.78

**3.1372**

KOPETZKY, KLEMENS DIEPOLDPLATZ 12/28 VIENNA, \N 1170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $85.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1373**

KOREN, MICHAEL 14 ROBINSON ROAD, #08-01A, FAR EAST FINANCE BLD, LE KORE PTE. LTD. SINGAPORE, 8545

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1374**

KORWIN, JOSH 826 FELBAR AVE TORRANCE, CA 90503

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1375**

KOSYRA, ALEXANDER RIÃŸFELDSTR. 21 FÃ¼RSTENFELDBRUCK, 82256

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1376

KOTESKI, GREGORY 1 CONWAY RD NEWPORT NEWS, VA 23606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$24.84

3.1377

KOVACEVIC, GORAN 160 RT 41 DUTCHLAND,INC GAP, PA 17527

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.59

3.1378

KOZIATEK, TOM 207 CHASELY CIRCLE POWELL, OH 43065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.99

3.1379

KOZLENKO, EUGENE 114 HAZEL AVE. SKYDIO, INC. REDWOOD CITY, CA 94061

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.41

3.1380

KOZUKI, TOYOTAKA MEGURO2-8-10, MEGUROKU, TOKYO KABURAGI BUILDING2F GITAI JAPAN TOKYO, 1530063

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$12.71

3.1381

KRÄNZLEIN, ROBERT ZUR KOHLBREITE 7 PEUTENHAUSEN, 86565

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$3.18

3.1382

KRABBENHÄFT, HAJO NILS AM FÄHRBERG 25 HAJO UG (HAFTUNGSBESCHRÄNKT) QUARNBEK, 24107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

3.1383

KRAFT, GEORGE 8 WINGATE DRIVE LINCOLN UNIVERSITY, PA 19352

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$103.99

**3.1384**

KRAFT, KEVIN 2 CHEMIN RADCLIFFE MONTREAL-WEST, QC H4X1B9

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1385**

KRAMER, HELMUT RHÄNBLICKSTR. 39 BURGHAUN, 36151

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $28.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1386**

KRANTZ, BEN 1430 DUMONT DRIVE RICHARDSON, TX 75080

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1387**

KRASOJEVIC, MARGOT 19 ARLINGTON GARDENS LONDON, GREATER LONDON W4 4EZ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $31.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1388**

KRAUS, MARTIN ING. BUERO KRAUS - ELBALI RORITZERSTR. 33
NUERNBERG, \N 90419

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $57.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1389**

KRAUS, SEBASTIAN GUSTAV HEINEMANN STR.62A YELLOW DESIGN
KERPEN, 50170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $74.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1390**

KREFT, DANIEL WOLLENWEBERSTR. 14A ROSTOCK, 18055

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1391**

KREIGER, ERIC 3310 RIDGWOOD DR CHAMPAIGN, IL 61821

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $22.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1392

KREITLER, ROBIN 255 FARMINGTON DRIVE CHARLOTTESVILLE , VA 22901

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1393

KREUTZER, JOOSE PIRJONKAIVONKATU 1A1 BIOGENIUM MICROSYSTEMS LTD TAMPERE, 33710

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1394

KRIDNER, JASON 4467 ASCOT CT OAKLAND TWP, MI 48306

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1395

KRIETE, JENS LANGE STR. 33C WENDEBURG, 38176

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1396**

KRING, MIKKEL RIDLERSTRAÃŸE 31A ALL3DP GMBH MÃ¼NCHEN, 80339

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $31.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1397**

KRISTENSEN, MICHAEL HOVVASEN 7 DANNEMARE, \N 4983

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1398**

KRONSHAGE, KLAAS TEERHOF 59 VLEXSOFTWARE+CONSULTING GMBH BREMEN, 28199

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1399**

KROPP, CHELSEA 1180 WILLAMETTE ST UNIT 1317 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1400

KRUMBHOLZ, STEFFEN FRANKFURTER ALLEE 67 BERLIN, \N 10247

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $60.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1401

KRUMINS, KRISTAPS SMILSU IELA 4 - 13 OGRES NOV. KEGUMS, LV-5020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1402

KRUMMENACHER, RENAUD RUE HALDIMAND 9 LAUSANNE, \N 1003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1403

KRUTOV, NIKITA THÃ¼REYSTRAÃŸE 53 HAMBURG, 22455

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $24.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1404

KU, STEPHEN 2398 PARKER ST APT 10 BERKELEY, CA 94704-2800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                        $12.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1405

KUCIA, JOHN 6641 WAKEFIELD DR #818 ALEXANDRIA, VA 22307

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                        $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1406

KUEHN, STEFAN INDUSTRIERANDSTR. 16 GÄ¼TZOLD MODELLBAU GMBH ZWICKAU, \N 8060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                        $40.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1407

KUICK, LENNART SANKT GÄ¶RANSGATAN 85 STOCKHOLM, 11245

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                        $33.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1408**

KULLAM, KAIDO LYHDELENKKI 9 JYVÄ¤SKYLÄ¤, 40530

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1409**

KUNKLE, STEVEN 1286 NEEDHAM CIR E YORK, PA 17404

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1410**

KUO, FONGA WOODWORKS ZEEBURGERDIJK 76 II AMSTERDAM, 1094AG

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1411**

KUREK, PIOTR UL. MAÅ,OPOLSKA 2A POZNAÅ„, 60-616

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $51.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1412**

KURK, HHJ KAYERSDIJK 20 HUGO KURK PRODUCT DESIGN
APELDOORN, \N 7332AT

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.41

**3.1413**

KURRLE, CAROLIN HALLSTR. 25 JANGLED NERVES GMBH STUTTGART,
70376

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$80.23

**3.1414**

KURTH, KYLE 104 S. MAYFAIR DR MANKATO, MN 56001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$30.68

**3.1415**

KURZ, TREVIS 4515 N RAVENSWOOD AVE BEYOND DESIGN CHICAGO,
IL 60640

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$333.58

**3.1416**

KYRLACH, JENNY 4499 EASTWOOD DRIVE APT. 15215 BATAVIA, OH 45103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1417**

LÃ¼DICKE, SVEN BÃ¶CKMANNSTRAAÃ¿E 15 MAKERY GMBH HAMBURG, 20099

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1418**

LABAT, GREGOIRE 9990 GLENOAKS BLVD STE A SUN VALLEY, CA 91352

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1419**

LABOLLE, ROMAIN 1 AVENUE DEBOURG LYON, 69007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1420

LABS, OLIVER NEUWEG 49 MO-LABS INGELHEIM, 55218

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $167.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1421

LACY, COLLEEN 1353 HOLLY HEIGHTS DR. UNIT #1 ELECTROALCHEMY, LLC FORT LAUDERDALE, FL 33304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $38.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1422

LAFRENNIE, DEANA 3332 TIMBERWOOD CIRCLE NAPLES, FL 34105

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1423

LAGER, MATT 213 W35TH STREET 12TH FLOOR SALT STUDIOS NEW YORK, NY 10001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $345.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1424**

LAHTINEN, KIMMO RUE DES PRÃ©S 73 9 FREEXPERIENCE HEUSY, 4802

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $0.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1425**

LAIRD, DAVID 1836 SIDMAN CT. #3 FORT MEADE, MD 20755

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1426**

LAISH, GUR HAMERTON A FLOOR 2 AHARON BRATT 18 SOLO GELATO PETACH TIKVA, 4951448

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $854.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer AR Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1427**

LAKE, EDWIN 8510 SWEET MELISSA DRIVE KATY, TX 77494

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1428

LAKIN, MAXIM 96 NORTH ST NEWTON, MA 2460

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $45.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1429

LALA, NILESH 3 EARLSTON GROVE, AVALON LOWER HUTT WELLINGTON, \N 5011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1430

LAMBERT, EMMANUEL 147 RUE FRONTENAC E. MOTSAI SAINT-BRUNO-DE-MONTARVILLE, QC J3V6J3

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $954.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1431

LAMKIN, MICHAEL 5 BEN CRENSHAW COVE LITTLE ROCK, AR 72210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1432

LAMMERS, MAX HARMENKOKSLAAN 30 DELFT, 2611TR

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1433

LAMPIS, NICOLA VIA SINIS 24 ORISTANO, 9170

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1434

LANCKOHR, R POSTSTRAAT 6 LANCKOHR JUWELIERS BV KERKRADE, 6461AX

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1435

LANDECKER, JIM 206-336 EAST 1ST AVE. VANCOUVER, BC V5T4R6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

**3.1436**

LANDES, CLARINE 63390 OVERTREE RD FIGUROMO BEND, OR 97701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $464.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1437**

LANDGRAAFF, ROB H. JACOBSZSTRAAT 48 I HEER AMSTERDAM, 1075PH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1438**

LANDRY, RENEE 84 KNOX ST. LYMAN MORSE BOAT BUILDING THOMASTON, ME 4861

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $343.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1439**

LANE, BILL 305 DUBOIS AVE WEST DEPTFORD, NJ 8096

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1440

LANE, GARRY THE OLD COW SHED, SCHOOL LANE SCHOOL LANE
NEWBOLD COLEORTON, LEICESTERSHIRE LE678PF

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $17.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1441

LANE, SHAUN 17 REGENCY AVENUE MADELEY, WESTERN AUSTRALIA,
WA 6065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $7.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1442

LANGEVAD, JÃ¸RGEN MARGRETHEHOLMSVEJ 16, 6. TV BPOSITIVE
KÃ¸BENHAVN K, 1432

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $79.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1443

LANGSTON, ANDRE 3800 CHARLES DR CHALMETTE, LA 70043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $54.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1444

LANHAM, HEATHER 1963 LAWSON RD. TALLAHASSEE, FL 32308

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1445

LANMAN, MAXWELL 5823 BUCHANAN STREET LEAO LLC LOS ANGELES, CA 90042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $125.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1446

LANTELI, OLA HÃ¶JDVÃ¤GEN 13B TYRESÃ¶, \N 135 52

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $65.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1447

LAPLACA, TIM ALBER 3103 N ANDREWS AVE EXT POMPANO BEACH, FL 33064

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $13.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1448

LARCH, HANS JOERG STURMWEG 2 BITTE IM CARTOP ABLEGEN TULFES, 6075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1449

LARKIN, MICHAEL 5575 SE ALEXANDER ST, SUITE 400 HILLSBORO, OR 97123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $64.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1450

LAROSA, CRAIG 62 IVY HILL ROAD RED BANK, NJ 7701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1451

LARSEN, AARON 2427 PEYTON DR # 301 CHARLOTTESVILLE, VA 22901

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $16.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1452**

LARSON, KYLE N2514 960TH ST. ELK MOUND, WI 54739

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $45.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1453**

LARWICK, JUSTIN 1101 WELCH STREET GOLDEN, CO 80401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $20.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1454**

LASCH, PETER LEHDERSTRAAŸE 61 LASCH+PRILLWITZ DESIGN BERLIN, 13086

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $8.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1455**

LAST NAME, FIRST NAME STREET ADDRESS CITY, NSW 1000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $19.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1456**

LASZLO, ISTVAN 6/94 LEINSTER ROAD RATHMINES DUBLIN, DUBLIN 6

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$56.06

**3.1457**

LAU, JUNE 747 GAYLEY AVE APT 301 LA, CA 90024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$62.27

**3.1458**

LAUDER, JAMES 1954 WATERLOO ROAD VICTORIA, BC V8P1J5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.29

**3.1459**

LAUERMAN, THOMAS 781 W HAMILTON AVE. STATE COLLEGE, PA 16801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$19.99

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1460**

LAUNAY, VINCENT 44 QUAI BLANQUI APPART 77 - ETAGE 10
ALFORTVILLE, \N 94140

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $94.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1461**

LAURIKAINEN, HANNU RANTARAITTI 4 D 8 TAMPERE, \N 33100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $59.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1462**

LAVADINOVIC, VANJA 808 NELSON STREET APARTMENT 2008
VANCOUVER, BC V6Z2H2

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1463**

LAVELLE, RYAN 7 LION COURT, GREAT KNOLLYS STREET READING,
BERKSHIRE RG1 7HD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $4.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1464**

LAVIGNA, CHRISTIAN 265 SKILLMAN STREET APT 2 BROOKLYN, NY 11205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1465**

LAVINGTON, MICHAEL 32B DALEHAM GARDENS LONDON, LONDON NW3 5DE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $148.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1466**

LAWRENCE, CHRIS 4229 COMMUNITY ROAD BRUNSWICK, GA 31520

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $9.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1467**

LAWRENCE, DANIEL 14 WALLACE ROAD FERNHILL, NSW 2519

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1468**

LAWSON, RACHEL 14 ASHBY WAY MELBOURNE, VIC 3137

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1469**

LAWVER, STEVEN 45455 FELLOWS ST STERLING, VA 20165

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $65.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1470**

LE COZE, KATHLEEN 11502 CORLISS AVE N SEATTLE, WA 98133

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1471**

LE GUILLARME, JEAN-YVES 40 RUE JEAN JAURES PLOUMAGOAR, 22970

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $31.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1472**

LE, TAN 9525 KATY FWY SUITE 225 3DCAD MASTERS HOUSTON, TX 77024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1473**

LEACH, COLE 33 AQUINAS ST LAKE OSWEGO, OR 97035

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1474**

LEACH, FRANCIS 3 CROSSLEY CLOSE MIRFIELD, WEST YORKSHIRE WF140JY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $82.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1475**

LEASON ELLIS ONE BARKER AVENUE 5TH FLOOR WHITE PLAINS, NY 10601

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,949.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1476

LEASURE, JEREMI MEDICAL DEVICE DEVELOPMENT 320 JUDAH ST
SUITE 1 SAN FRANCISCO, CA 94122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1477

LEBLANC, ADAM 704 OMAHA ST. NE ALBUQUERQUE, NM 87123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1478

LECLERT, LOUIS MUNTHOFFSTRAAT 138A BTE4 BRUXELLES, \N 1060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1479

LEE (010-9406-0230), MIN K. 311, TEHERAN-RO, GANGNAM-GU ANAM
TOWER BLDG. KOSS LAB. 7TH FLOOR SEOUL, 6151

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1480

LEE, ERIC 109 OSSINGTON AVE. APT. 220 TORONTO, ON M6J0G1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1481

LEE, GARY 282 STURT STREET E-PLOT. PTY LTD SOUTH MELBOURNE, VIC 3205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1482

LEE, JASON 1373 SOUTH 1900 EAST SALT LAKE CITY, UT 84108

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $27.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1483

LEE, JONG HYUN GANGNAM-GU, GAEPO-RO 307, GAEPOWOOSUNG 3RD APT,5-DONG 1306-HO CUSTOMS CODE P190016104894 SEOUL, 6319

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $13.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1484

LEE, JOSHUA 17 ESKDALE AVENUE CHESHAM, BUCKINGHAMSHIRE HP5 3AX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1485

LEE, KYOUNG 1632 BARRY AVE 16 LOS ANGELES, CA 90025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1486

LEE, LAWRENCE 1727 WILLIAMSBURG PL CLEMENTON, NJ 8021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $49.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1487

LEE, MARCUS 37 MALMESBURY RD MORDEN, SURREY SM4 6HD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $18.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1488**

LEE, SOYEON YEONGTONG-GU, SUWON-SI 51-16, YEONGTONG-RO
154BEON-GIL 306DON 701HO GYEONGGI-DO, 16690

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1489**

LEE-PRIORE, TIMOTHY DANS SA BRISE CLOS DE SEPT, RUE JACQUES
ST SAMPSONS, GY2 4NN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1490**

LEHMAN, JOEL 20 STORE KONGENSGADE FLOOR 4 COPENHAGEN,
1264

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $28.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1491**

LEHRBURGER, STEVEN 105 LEXINGTON AVE APT 2D NEW YORK, NY
10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1492

LEI, TONY 397 FRONT STREET WEST 810 TORONTO, ON M5V3S1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1493

LEICHSSENRING, TRAVIS 6440 STONERIDGE MALL ROAD 221 PLEASANTON, CA 94588

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1494

LEMMENS, MARTIJN HULST 7 MARTIJN LEMMENS VELDHOVEN, 5507 MH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1495

LENGWEILER, OLIVER FELDSTRASSE 11 AMRISWIL, \N 8580

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1496

LEO, HUBERT 617 N. PARISH PL. BURBANK, CA 91506

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1497

LEONARD, MARK 871 DARWIN DRIVE ALTAMONTE SPRINGS, FL 32701

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $45.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1498

LEONE, MARCO 211 N6TH STREET APT. 1R BROOKLYN, NY 11211

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1499

LEONG, SIMON 9548 CHEROKEE TRAIL CROSSVILLE, TN 38572

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1500

LEPINSKI, JOHN 3214 ITB BRIGHAM YOUNG UNIVERSITY PROVO, UT 84602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $14.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1501

LERMA, EDDIE 190 DONCASTER DRIVE VALLEJO, CA 94591

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $30.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1502

LEROI, STEVE WIJNBERG 13 MEISE, 1860

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1503

LESSER, RYAN 23 COLONIAL ROAD GARAGE DOOR PROVIDENCE, RI 2906

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $17.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1504

LEUNG, BUFEE UNIT 710, 7/F WING ON PLAZA NO. 62 MODY ROAD,
TSIM SHA TSUI DESIGNWORKS (FAR EAST) LTD KOWLOON, \N \N

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$39.98

---

3.1505

LEUNG, DICKSON 75-28 174TH STREET FLUSHING, NY 11366

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$27.44

---

3.1506

LEUZINGER, RENE OBERDORFWEG 1 MOLLIS, 8753

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.78

---

3.1507

LEVARIO, GASTON 446 LEWANDOWSKI ST #2 LYNDHURST, NJ 7071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$821.64

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1508**

LEVCHIK, VASILY 3503 JACK NORTHROP AVE SUITE #R6830
HAWTHORNE, CA 90250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $14.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1509**

LEVINE, JOSH PO BOX 362 NEW YORK, NY 10268

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $55.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1510**

LEVINE, LILIA 8A CENTENNIAL DRIVE C/O BOSTON MARRIOTT
PEABODY PEABODY, MA 1960

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $82.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1511**

LEVITT, LARRY 3300 NESHAMINY BLVD APT 246 BENSALEM, PA 19020-
1768

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $14.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1512**

LEWARS-SMITH, KAMARI 3 HARMONY FARM ROAD JOEKAÂ®
PRODUCTIONS KINGSTON 8,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1513**

LEWIS, GLENN FLAT 2 2 BENSON ROAD FOREST HILL, LONDON
SE232RJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $185.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1514**

LEWIS, JAMES 11958 LAZIO LN ORLANDO, FL 32827

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $33.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1515**

LEWIS, SHON 12 AMBROSE STREET BANGOR, GWYNEDD LL57 1BH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1516**

LEWIS, STEPHEN 4798 SUNFLOWER RIDGE NE ADA, MI 49301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $31.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1517**

LEWIS, WILLIAM DERDE HELMERSSTRAAT 35 3 AMSTERDAM, 1054BB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $95.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1518**

LEYH, JULIAN DEGLERSTR. 27 INGOLSTADT, \N 85053

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $1.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1519**

LEYTENS, OLIVER LAAGLANDLAAN 239 MERKSEM, 2170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $21.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1520**

LI VOI, CRISTIAN VIA BADIA 1418 LONGIANO, \N 47020

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $55.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1521**

LI, JIANYOU YAMASHITACHO 223-1, NAKA-KU NU KANNAI BLDG 2F SOCIAL FABRICATION LAB, KEIO UNIV. YOKOHAMA, 2310023

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $59.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1522**

LIBOLT, CAMERON 610 W BROADWAY #204 ANAHEIM, CA 92805

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1523**

LIEU, TIMOTHY 1356 CORTE BAGALSO SAN MARCOS, CA 92069

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1524

LIGHT, DARREN 19 GLENMEADOWS DRIVE BOURNEMOUTH, DORSET BH105HQ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.1525

LIGHTBODY, BENJAMIN 31 POWELL ROAD CABLE BAY, NORTHLAND 0420 CABLE BAY, NORTHLAND, 420

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$109.57

3.1526

LILLER, JOE 483 FAIRVIEW DR. APT C MADRID, IA 50156

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.11

3.1527

LIM, ALETHEA 44 TENNYSON AVENUE TRANMERE, \N 5073

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.25

3.1528

LIM, CHEL-C 162 LENTOR LOOP #07-06 BULLION PARK (TOWER 5)
SINGAPORE , \N 789095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.43

3.1529

LIN, AUSTIN S. 8 SAINT PAUL ST. CAMBRIDGE, MA 2139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.49

3.1530

LIN, BOBBY 72 MADISON AVE 3RD FL DRAMAFEVER NEW YORK, NY
10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$88.71

3.1531

LIN, BOBBY 72 MADISON AVE 3RD FL DRAMAFEVER NEW YORK, NY
10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1532**

LIN, YUANQIN 279B SENG KANG EAST AVE #07-551 SINGAPORE, SINGAPORE 438769

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$4.40

**3.1533**

LINCOLN, MAUREEN 320 EAST 236TH STREET BRONX, NY 10470-2104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$123.43

**3.1534**

LINDEMANN (15237), RAINER KLINGNAUERSTR. 18 EURORETOUR WALDSHUT-TIENGEN, 79761

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.01

**3.1535**

LINDSTROM, JEFF 1450 STONEWOOD CT. SAN PEDRO, CA 90732

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.30

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1536**

LINKE, KAI DREIKÄNIGSSTRASSE 35 EG LADEN STUDIO KAI LINKE FRANKFURT AM MAIN, 60594

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.88

**3.1537**

LINZ, MARK CAIXA POSTAL 141 VERANOPOLIS, RS, 95330-000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.35

**3.1538**

LIPPERT, DR. MICHAEL BRENNECKESTR. 6 LEIBNIZ INSTITUTE FOR NEUROBIOLOGY MAGDEBURG, \N 39118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.11

**3.1539**

LIPSKY, ERIC 615 OLD BERWICK RD BLOOMSBURG, PA 17815

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.47

3.1540

LIPSON, HOD 44 MORNINGSIDE DR. APT 64 NEW YORK, NY 10025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $312.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1541

LISS, MIKE 200 EAST 63RD STREET APT. 4A EPIPHANY PRODUCTS INC.
NEW YORK, NY 10065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $105.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1542

LITTEN, PETER 36 URSULA STREET LONDON, LONDON SW113DW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1543

LIU, JORD 1150 MASONIC AVENUE SAN FRANCISCO, CA 94117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $37.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1544

LIU, WYNA 27 WILLIAM STREET, 11/F NEW YORK, NY 10005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $378.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1545

LIU, YUE XUANWUMEN WEST STREET, XICHENG DIST NO.32 CHUANGXIN BUILDING FLOOR 19 BEIJING, 100053

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1546

LIU, YVONNE LEVEL 15, WEST WING, THE ICON NO 1, JALAN 1/68F JALAN TUN RAZAK HIGH COMMISION OF SINGAPORE KUALA LUMPUR, 50400

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $22.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1547

LJM SUPPLIES CORPORATION P.O. BOX 262 WEST ISLIP, NY 11795

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $73.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1548**

LLEWELLYN-JONES, DAVID LAPINTIE 9 E 14 TAMPERE, 33100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1549**

LO, SIU LUCY 64-66 MOUNT DAVIS ROAD 11A VILLAS SORRENTO HONG KONG,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $8.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1550**

LOBO, NICOLAS 9480 NE 2ND AVE UNIT #28 REVASAN MIAMI SHORES, FL 33138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $19.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1551**

LOCAL, MOONWALK 3 RUE FERBOS BORDEAUX, 33800

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $3.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1552**

LOCHER, ELMAR NACHTIGALLENWEG 23 LEUTKIRCH, \N 88299

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1553**

LOGAN, ALISON PO BOX 641024 WASHINGTON STATE UNIVERSITY PULLMAN, WA 99164

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,615.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1554**

LOH, JONAS SOPHIENSTR 18 BACKYARD / HH LINKS 4TH FLOOR STUDIO NAND BERLIN, 10178

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1555**

LOMBARDI, DAVID 1621 ROBINSON CIRCLE CINCINNATI, OH 45223

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $31.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1556**

LONDON, MITCHELL 11209 NATIONAL BLVD UNIT #417 LOS ANGELES, 90064

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $160.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1557**

LONGMEIER, PHIL 123 WILDFLOWER WAY STREAMWOOD, IL 60107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1558**

LONSDALE, TYLER 46 SOLOMON ST WILKES BARRE, PA 18702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1559**

LOOSBROCK, FREDRICK 7327 W. 80TH ST. FRED'S TRAIN SHOP OVERLAND PARK, KS 66204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1560**

LOPATKA, REID 21318 121ST ST DADDY-O ENDEAVORS LLC BRISTOL, WI 53104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $84.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1561**

LOPEZ CONDE, JORGE CALLE MONTE ESQUINZA 48 NORMAN FOSTER FOUNDATION MADRID, 28010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1562**

LOPEZ, GREG 11806 NE 122ND AVE APT 28 VANCOUVER, WA 98682

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $14.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1563**

LOPEZ, SHAWN 316 N. WASHINGTON ST APT 6 BLOOMINGTON, IN 47408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $9.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1564**

LORAN, CHRISTIAN 80 NEW ROAD APT 77 PARSIPPANY, NJ 7054

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1565**

LOUGH, ALISTAIR 126, SYDNEY COURT GATESHEAD, TYNE & WEAR NE82EH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $25.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1566**

LOURDES PICHARDO LU, GEORGINA DE CASTILLO DE CLYDE 22 CONDADO DE SAYAVEDRA ATIZAPAN DE ZARAGOZA, 52938

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $42.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1567**

LOUWES, TIJNTJE PRINS BERNHARDPLEIN 200 FUTUREWHIZ AMSTERDAM, 1097JB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $41.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1568

LOVALLO, DAN 803 S CAROLINE ST INN AT THE BLACK OLIVE ROOM 41 BALTIMORE, MD 21231

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $101.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1569

LOVEDAY, JONATHAN 2821 TOWNBLUFF DR. 2039 PLANO, TX 75075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1570

LOVEN, JACKIE 5621 22ND AVE NW APT 405 SEATTLE, WA 98107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1571

LOVHAUG, LEWIS 2823 LEXINGTON AVENUE N #320 ROSEVILLE, MN 55113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1572**

LOWENTHAL, LIA 601 PELHAM PKWY N APT 612 THE BRONX, NY 10467

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1573**

LOWIS, STEPHEN 1 SHEPPARD SAMFORD VALLEY, QLD 4520

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $196.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1574**

LOWNES, ALEC 7 EARLSWOOD AVE PITTSBURGH, PA 15228

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $1.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1575**

LTD, ANARKIK3D 7 MENTONE TERRACE EDINBURGH, CITY OF EDINBURGH EH9 2DG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $73.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1576

LU, JUNWEI JIN YANG ROAD, PU DONG DISTRICT, ROOM 102, NO.30, LANE 308, SHANGHAI, \N 200136

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $27.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1577

LUETH, MARIE LUISE DACHAUER STR. 159 MUENCHEN, 80636

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1578

LUIS, JACKSON 126 WASHINGTON ST. 3 HOBOKEN, NJ 7030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $54.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1579

LUKE, STEPHANIE 1234 38TH AVE SAN FRANCISCO, CA 94122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $24.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1580**

LUKEHART, LEE 217 CEDAR ST # 290 SANDPOINT, ID 83864

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1581**

LUKENS, KRISTEN 3275 CALAIS CT GREEN BAY, WI 54301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $42.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1582**

LUKOSIUNAS, EDUARDAS FESTIVALIO G. 10 38 VISAGINAS, 31144

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $29.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1583**

LUND, MARLENE 34 SCHOONER HL OAKLAND, CA 94618

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $150.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1584

LUNDEEN, JENNA 526 FRONT AVE COLUMBUS, GA 31901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1585

LUNZMAN, KATIE 1700 W. HICKORY GROVE RD. #8-207 DUNLAP, IL 61525

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1586

LUO, JUNJIE 833 EMBARCADERO DEL MAR APT 19 SANTA BARBARA, CA 93117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1587

LUUKANEN, ARTTU TÃ¶Ã¶LÃ¶NTULLINKATU 3 A 37 HELSINKI, 250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1588

LYNCH, MARISA 8381 WEST 4TH STREET LOS ANGELES, CA 90048

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1589

LYSGAARD, PETTER KNIKSENS PLASS 4 APARTMENT 209 BERGEN, 5063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1590

MÃ¼LLER, CHRISTIAN BREITSCHEIDSTRAÃŸE 2 MAINTAL, 63477

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1591

MÃ¼LLER, CHRISTOF SCHLESIERSTR. 1 NEUSTADT AN DER WALDNAAB, 92660

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1592**

MÃ¼LLER, TORSTEN MARKSBURGSTRAÃŸE 36 BERLIN, 10318

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$73.97

**3.1593**

MABON, PHILIP 101 RANVILLE ROAD WINNIPEG, MB R3X0G5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.07

**3.1594**

MACKAY, BOB 501 CANAL BLVD SUITE E FIS RICHMOND, CA 94804

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$179.78

**3.1595**

MACKAY, JILL 607 LAPORTE AVENUE FORT COLLINS, CO 80521

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$13.56

3.1596

MACQUOY, RUNE HOLLESTRAAT 13 KWAADMECHELEN HAM, 3945

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1597

MADSEN, JESSE 5311 TEAKWOOD COURT ERIE, PA 16506

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1598

MAGASREVY, JANOS 3020 NW 125TH AVENUE APT 10-316 SUNRISE, FL 33323

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1599

MAGNONE, PHILLIP 2328 N PARK AVE INDIANAPOLIS, IN 46205

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1600

MAGNUSSEN, JOSEF TARABO 4 N/A ALINGSÅ¥S, \N 44194

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $37.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1601

MAHLER, MARCO 11 S DAVIS AVE RICHMOND, VA 23220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $8.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1602

MAHONEY, BRENDAN 7 COURT ST. APT. 2 MIDDLEBURY, VT 5753

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1603

MAHONEY, JOHN 7610 ALCOVE AVE NORTH HOLLYWOOD, CA 91605

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                   $307.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1604

MAI, ANH 400 MARCH RD SUITE 510 OTTAWA, CA K2K3H4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $12.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1605

MAIER, ROBERT P.O. BOX 510278 MELBOURNE BEACH, FL 32951

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $33.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1606

MAJEWSKI, SARA 489 PENINSULA KNOLLS LANE TRAVERSE CITY, MI 49686

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $9.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1607

MAJKA, MAXFIELD 5006 ORCHARD DRIVE ELLICOTT CITY, MD 21043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $9.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1608**

MALCOLM, RORY 47 HAMMOND ROAD LIONFISH GAMES YALLINGUP, WA 6282

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1609**

MALIK, ILYAS 11415 NW PAULSON LN PORTLAND, OR 97229

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1610**

MALM, GEORG 816 PEACE PORTAL DR. CUSTOMER NUMBER: 75096 BLAINE, WA 98230

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $57.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1611**

MANDIK, PETE 300 POMPTON ROAD WILLIAM PATERSON UNIVERSITY OF NEW WAYNE, NJ 7470

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1612**

MANNING, DAVE PARCEL LOCKER 10107 15810, SHOP 16, MINTO, NSW 2566

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $67.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1613**

MANTZEL, JAIMIE 780 PLUCK HILL RD S ROYALTON, VT 5068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $11.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1614**

MANZ, ERIC NECKARSTR. 96 STUTTGART, 70190

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $18.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1615**

MANZANO, DANIEL TIMANFAYA 1 PISO 1 PUERTA 3 SOKOLOV CORPORATION S.L. RIVAS VACIAMADRID, 28522

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1616**

MARCHANT, MARLA 2910 GILROY STREET LOS ANGELES, CA 90039

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1617**

MARCO, DONATI VIA G.CARDUCCI, 112 LEGNANO (MI), \N 20025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1618**

MARCUM LLP 10 MELVILLE PARK MELVILLE, NY 11747

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $16,480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1619**

MARIA, SEBESTYEN VICTORIEI 92A 9 BAIA MARE, \N 430122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $51.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1620**

MARIC, IVO GMUNDER STR. 12B MUNICH, 81379

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $14.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1621**

MARINUS, MARIETTE 1000 FLOWER STREET LKS 3028 GLENDALE, CA 91201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $69.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1622**

MARIO, LIEB HÃ¤NISCHSTRAÃŸE 21 LEIPZIG, \N 4347

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $18.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1623**

MARMARIAN, EINAV 11 RUE JEAN ROGER THORELLE BOURG LA REINE, 92340

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1624**

MARQUEZ, JORDAN 2595 OAK STREET EUGENE, OR 97405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1625**

MARS, JOHN 4720 FORBES AVENUE SUITE 110 DISNEY RESEARCH PITTSBURGH, PA 15213

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1626**

MARTIN, BOB 10 BRODEEN TIPPERARY TOWN TIPPERARY TOWN, E34K065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1627**

MARTIN, BRAD 215 PINE HOLLOW RD POWNAL, VT 5261

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1628**

MARTIN, JUSTIN 47-47 32ND PL RED HOOK CRATING LLC LONG
ISLAND CITY, NY 11101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1629**

MARTIN, KEVIN C/O KHALIFA UNIVERSITY BOX 127788 KHALIFA
UNIVERSITY OF SCIENCE & TEC ABU DHABI,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $67.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1630**

MARTINEZ VARGAS, SILVANA 854 DOWNEY WAY, RRB 101 USC LOS
ANGELES, CA 90089

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $16.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1631**

MARTINEZ, ISMAEL 5722 S FLAMINGO RD STE 510 COOPER CITY, FL
33330

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1632**

MARTINEZ, JAVIER CALLE CARLOS SAURA NÂº13 2Âº B KURGAN
MODELLING ZARAGOZA, 50018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1633**

MARTINEZ, JOSE 2308 N LOUISE ST SANTA ANA, CA 92706

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $59.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1634**

MARTINS, DENILSON RUA CAMBE 3751 UMUARAMA PARANA, \N
87502-160

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $2.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1635**

MARTLAND, KEITH 20A.LISCARD ROAD WALLASEY, MERSEYSIDE
CH446LW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $14.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1636**

MARTONE, BRIAN 1208 STATION CIR DEDHAM, MA 2026

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1637**

MARX, CHRIS 8F.-6, NO.498, SEC. 2, TAIWAN BLVD. WEST DIST., TAIWAN (R.O.C.) MARX-TECH E.K. TAICHUNG, 403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                  $107.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1638**

MARX, WILLIAM 7362 NW COUNTY ROAD 0150 S RICE, TX 75155

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $20.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1639**

MASCHKE, ANDREAS ROSENWEG 14 GRAMBEK, 23883

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $41.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1640**

MASSARO, TIM 730 NE 2ND AVE GRAND RAPIDS, MN 55744

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1641**

MASTRIANO, BRIAN 75 OAKLAND STREET RED BANK, NJ 7701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $17.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1642**

MATARANGAS, BEN 2109 ALDER ST EUGENE, OR 97405

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1643**

MATEYKO, MICHAEL 110 SWITCHMEN ST. 1102 KOMBOH VANCOUVER, BC V6A0C6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1644**

MATSUO, AMIKO 2134 ROCKLYN STREET CAMARILLO, CA 93010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1645**

MATTENBERGER, HANS 240 HANZ BLVD SPRINGFIELD, KY 40069

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1646**

MATTHEWS, CHARLES 4040 DOCKSIDE WAY SE APT 301 KENTWOOD, MI 49512

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $183.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1647**

MATTILA, ERNO NYYRIKINTIE 7 F 47 VANTAA, 1360

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1648

MATTSSON, INGVAR 225 LONDON ROAD ROMFORD, ESSEX RM7 9DX

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1649

MAYNARD, JANTZEN 11491 OLD CRYSTAL RIVER ROAD BROOKSVILLE, FL 34601

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1650

MAYNES, RYAN 7458 N. LA CHOLLA BLVD. SUITE 100 TUCSON, AZ 85741

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1651

MAZOR, OFER 200 LONGWOOD AVE WARREN ALPERT 365 / NEURO HARVARD MEDICAL SCHOOL BOSTON, MA 2115

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1652**

MBAMALI, ENUMA 21 EARLSWOOD STREET GREENWICH LONDON, LONDON SE109ET

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $5.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1653**

MC, JOSEP UL. KAZIMIERZOWSKA 49 M. 8 WARSAW, 02-572

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $48.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1654**

MCADAMS, LAURA 137 WOODBINE ST APARTMENT 1 BROOKLYN, NY 11221

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $4.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1655**

MCARTHUR JR, WILLIAM 2303 MILLER OAKS DRIVE N JACKSONVILLE, FL 32217

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                     $24.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1656**

MCAVOY, MICHAEL 14213 45TH PL W LYNNWOOD, WA 98087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1657**

MCAVOY, RUSSEL 13 MARIE AVE SHARON, MA 2067

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $14.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1658**

MCCABE, JOHN 5211 FEAGAN ST STE B HOUSTAN, TX 77007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $43.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1659**

MCCAHAN, RYAN \N \N, \N \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1660**

MCCALLUM, DONNA 5894 DONNA MCCALLUM MCCALLA, AL 35111

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1661**

MCCARTHY, ROBERT 2524 VILLANOVA DR. VIENNA, VA 22180

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $21.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1662**

MCCLAIN, DANIEL 813 ABIGAIL WAY MIDLOTHIAN, TX 76065

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1663**

MCCUNE , STEVEN 7350 CAYMAN WAY APT 4 MAINEVILLE , OH 45039

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $136.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1664

MCDANIEL, WIL 3610 SW OAK PARKWAY TOPEKA, KS 66614

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $22.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1665

MCDANIELS, KEVIN 2102 W MYRTLE AVE PHOENIX, AZ 85021

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1666

MCDOWELL, KEVIN 137 PONDTAIL ROAD HORSHAM, WEST SUSSEX RH125HT

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1667

MCGHEE, ALEX 2290 FRANKLIN RD. LEBANON, TN 37090

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1668

MCGOWAN, STEVE 2565 SW 112TH PLACE PORTLAND, OR 97225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $7.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1669

MCGRAIL, ANDRE HAVNEHOLMEN 14F, 2. TH COPENHAGEN, 2450

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $24.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1670

MCGRATH, LAURA 30 W 61ST ST., APT 28C NEW YORK, NY 10023

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $50.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1671

MCKIERNAN, EMILY 13005 SW BRADLEY LN INDEPENDANT TIGARD, OR 97224

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $14.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1672

MCLACHLAN, JAMES 1 GLASDRUM AVENUE FORT WILLIAM,
INVERNESS-SHIRE PH336QS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $34.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1673

MCLEAN, IAIN 8 MYRTLE DRIVE KIRKHAM PRESTON, LANCASHIRE PR4
2ZJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1674

MCLELLAN, DONALD 90 GREYTHORN DRIVE WEST BRIDGFORD
NOTTINGHAM, NOTTS NG27GB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $26.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1675

MCMASTER-CARR PO BOX 7690 CHICAGO, IL 60680

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $988.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1676**

MCMURRY, DEAN 375 SAINT RD BEECH BLUFF, TN 38313

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1677**

MCNAMEE, COLIN 143 SE 32ND AVE PORTLAND, OR 97214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1678**

MCTAGGART, PAUL 35 W. MAIN ST SUITE B #205 VENTURA, CA 93001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $60.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1679**

MCVEY, AIDEN 11 DRURY LANE BIGGIN MILESTONES3D BUXTON, DERBYSHIRE SK170DL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $113.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1680**

MCVICKER, SARAH 72 EAST MAIN STREET WINDSOR, PA 17366

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1681**

MEAD, RACHEL 77 SPARKFORD HOUSE BATTERSEA CHURCH ROAD LONDON, LONDON SW113NQ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1682**

MEDER, BENJAMIN FLIEDERWEG 1 DOSSENHEIM, \N 69221

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $190.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1683**

MEDIA & PROJECTSGMBH, STUDIO ELIASSON STUDIO ELIASSON MEDIA & PROJECTGMBH CHRISTINENSTR. 18/19 HAUS 2 C/O STEFANO ARRIGHI BERLIN, 10119

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $288.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1684

MEDIAVILLA, FELIX C/ DOCTOR JOSE RUIPEREZ, 2, 7C MURCIA, 30007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $30.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1685

MEEUWSEN, EMMA 1180 WILLAMETTE ST 1101 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $17.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1686

MEHMETI, BLERIM 421 MARKHAM RD 1001 SCARBOROUGH, ON
M1J3E2

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $3.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1687

MEIER, BENJAMIN DINKELWEG 20 REINACH, 4153

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $43.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1688**

MEIJER, BARRY ENERGIESTRAAT 21 NIJVERDAL, \N 7442 DA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $9.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1689**

MEIJER, DAVID KIRSTINEDALSVEJ 18 4TV FREDERIKSBERG, 2000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $21.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1690**

MEJIA, YARINE CTRA. DE L'HOSPITALET, 147-149, EDIFICIO BRUSELAS EMPRESA: VREDESTEIN BARCELONA, 8940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $3.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1691**

MELLO, SHELBY 14740 SW SMOCK ST SHERWOOD, OR 97140

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $10.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1692**

MELLOR, RICHARD 26 KEY VIEW DARWEN, LANCASHIRE BB32JG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1693**

MELLOTT, KEVIN 22 CHERRYTON LN. SAN JOSE, CA 95136

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $156.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1694**

MELLOTTE, ADAM BDP 16 BREWHOUSE YARD LONDON, LONDON EC1V4LJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $72.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1695**

MELNYK, VIRGINIA 296 DALE ROAD ROCHESTER, NY 14625

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $5.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1696**

MENAYAN, JESSE 89 SPENCER AVE. SAUSALITO, CA 94965

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $122.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1697**

MENDOZA TREJO, OMAR UMEVÄ¤GEN 15 VÄ¤NNÄ¤S, 91132

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1698**

MENELY, MILES 2816 SE LAKE RD. MILWAUKIE, OR 97222

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $5.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1699**

MENSINK, VINCENT VAN OSTADENSTRAAT 2-2HOOG AMSTERDAM, 1072SX

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2__

**3.1700**

MERCADANTE, JOSÃ© PAULO 132 LOWER BAGGOT STREET TRANSICS
DUBLIN,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1701**

MERCIER, CHRISTOPHE 4, RUE GEORGES AURIC ARDEJE VALENCE, \N
26000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $18.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1702**

MERRILL, MAYA 1710 E 15TH AVE EUGENE, OR 97403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $8.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1703**

MERRY, JAMES VESTURGATA 38 OPHRYS EHF REYKJAVIK, 107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $161.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1704**

MESKEN, BRIAN 18 HAZEL ST TOOWOOMBA, QLD 4350

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $59.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.1705**

META PLATFORMS, INC. 1601 WILLOW RD MENLO PARK, CA 94025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8,992.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.1706**

METHNER, STEFFEN OBERWEG 11 C/O FAM. RITZ WERMSDORF, 4779

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $11.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.1707**

METZLER, CHRISTOPH ZIGGAMWEG 227 ST. GALLENKIRCH, \N 6791

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1708**

MEURE, AMADEO BOVEN NIEUWSTRAAT 63 KAMPEN, \N 8261HB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1709**

MEZZABOTTA, MATTIA VIA GIROLA VALTENNA, 93 FERMO, \N 63900

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $64.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1710**

MICHAEL, MARIA PRINZ-EUGEN-STR. 16 BERLIN, 13347

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $58.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1711**

MICHELS, ANDREAS AN DER LOHE 75 NEUFAHRN, 85375

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Shapeways, Inc.
Name

Case number (if known) 24-XXXX2___

**3.1712**

MICROSOFT ONLINE, INC. 6880 SIERRA CENTER PKWY RENO, NV 89511

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,259.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1713**

MIDWEST PROTOTYPE 205 PINE ST. CONTOOCOOK, NH 03229

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $12,671.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1714**

MIKES, MONICA PO BOX 70001 C/O GLOBAL FINANCE CENTER SANMINA CORPORATION HUNTSVILLE, AL 35807

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer AR Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1715**

MIKITEN, ELI 29121 DIVINE RD VENETA, OR 97487

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1716

MILANI-MÃ¼LLER, WALTER DEUTZ-KALKER STRAÃŸE 130 REDAKTIONSBÃ¼RO MILANI-MÃ¼LLER KÃ¶LN, 50679

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1717

MILJANIC, OGNJEN 11814 CEDAR PASS DRIVE HOUSTON, TX 77077

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $125.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1718

MILLER, ALYSE 85 W 5TH AVE APT 507 SAN MATEO, CA 94402-2040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1719

MILLER, DEREK 4657 S. RANGER CT. GILBERT, AZ 85297

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $5.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1720**

MILLER, JAMES 4230 EAST TOWNE BOULEVARD #114 MADISON, WI 53704

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1721**

MILLER, JOHN 17009 CORDARY AVE TORRANCE, CA 90504

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1722**

MILLER, KENNETH 2460 MONARCH BAY DR WIZRD COMPANIES INC LAS VEGAS, NV 89128

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $57.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1723**

MILLER, MARC FLAT 4 13 SANDY LANE CHESTER, CHESHIRE CH3 5UL

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1724**

MILLER, MATT 822 S. LALONDE LOMBARD , IL 60148

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $41.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1725**

MILLER, SCOTT 855 ORACLE OAK PLACE SUNNYVALE, CA 94086

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $20.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1726**

MILLORA, WESLEY 129 KEMPTON IRVINE, CA 92620

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1727**

MILLS, AMMON 1156 18TH AVE APARTMENT OR SUITE COMPANY OR C/O SWEET HOME, OR 97386

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 3.1728

MILTIER, NICHOLAS ONE CRAWFORD PARKWAY 202 PORTSMOUTH, VA 23704

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $20.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.1729

MINER, NICK 3616 DURANT RIVER DR LAS VEGAS, NV 89122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $115.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.1730

MINERAL, INC. 6701 KOLL CENTER PKWY., SUITE 430 PLEASANTON, CA 94566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,025.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.1731

MINEUR, ETIENNE 46, AVENUE PIERRE BROSSOLETTE LES Ã©DITIONS VOLUMIQUES MALAKOFF, \N 92240

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $236.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1732

MINGEAUD, KENNETH 7340 - 22 ND. N.W. SEATTLE, WA 98117-5627

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $309.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1733

MITCHELL, STEVE 6A RAPSON STREET GRANGE ADELAIDE, SA 5022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1734

MITTON, THOMAS 23807 PLUMBROOKE DR SOUTHFIELD, MI 48075

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1735

MOHAMMED, SALEM 182-21 150TH AVENUE RUH 357602
SPRINGFIELD GARDENS, NY 11413

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1736

MOHR, WILLIE VAN BODEGHEMSTRAAT 6 EINDHOVEN, 5622 JN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.09

3.1737

MOLAJONI, PIERLUIGI VIA EMILIO BOSSI 1, 2Âº PIANO LUGANO, \N 6900

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.00

3.1738

MOLE, AURÃ©LIEN 42 RUE LIANCOURT PARIS, 75014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$366.49

3.1739

MOLLOY, JACK 756 8TH AVE. S. NAPLES, FL 34102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

**3.1740**

MOLYNEUX, GUY 62 OSTERLEY PARK VIEW ROAD LONDON, LONDON W7 2HH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $11.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1741**

MONAHAN, PETER 2320 BUTE CLIFF TRACE CUMMING, GA 30041-6388

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $9.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1742**

MONCAYO, CHARLES 16 RENAISSANCE COURT UNIT C BROOKLYN, NY 11206

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $5.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1743**

MONKS, ANDY 46 ROSTREVOR RD BOONDALL, QLD 4034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $1.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1744**

MONOD, NICOLAS RUE AUGUSTE MATRINGE 15 ROLLE, 1180

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1745**

MONTANI, DANIELE PIAZZA DELLA COSTITUZIONE 5 SYDE SRL
CALENZANO, 50041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1746**

MONTES, JUAN CARLOS 2300 W WABANSIA APT 337 CHICAGO, IL
60647

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1747**

MONTROSS, KATE 329 US-2 SUITE 2 MAK MANUFACTURING CO.
WATERBURY, VT 5676

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $186.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1748

MONTROSS, KATE 329 US-2 SUITE 2 MAK MANUFACTURING CO.
WATERBURY, VT 5676

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1749

MOO INC 25 FAIRMOUNT AVE EAST PROVIDENCE, RI 02914

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,303.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1750

MOOD, DAVID 4 PROSPECT ST 4 WINCHESTER, MA 1890

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $33.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1751

MOODY, EAN 6 BRISTOL STREET APT 1 CAMBRIDGE, MA 2141

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1752

MOORE, EMMETT R 631 NW 7TH STREET RD MIAMI, FL 33136

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $62.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1753

MOORE, JAKE 2140 S MAIN ST APT 215 SANTA ANA, CA 92707

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $45.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1754

MOORE, MARK 88 PINE ISLAND ROAD HOPKINTON, MA 1748

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1755

MOORE, SHANE 3528 CRESCENT MEADOW BAKERSFIELD, CA 93308

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $54.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1756

MOORS, ARJAN ORPHEUSLAAN 17 EINDHOVEN, 5631BP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $21.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1757

MOORTHAMER, PETER TE WATERSTRAAT 24 AXEL, 4571AM

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1758

MORALES DOMINGUEZ, FERNANDO BELGRADO 23 ADOSADO ENCAJA
CAMPANILLAS - MALAGA, 29590

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1759

MORDEN, JASON 29 DICKINSON ST. UNIT P MOUNT CLEMENS, MI
48043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1760**

MORDUE, STEPHEN 2010 CHESTNUT ST #309 SAN FRANCISCO, CA 94123

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

**3.1761**

MOREAN, CARLOS 950 BRICKELL BAY DR APT 5101 MIAMI, FL 33131

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.99

**3.1762**

MORENO, JUAN 3450 BRECKINRIDGE BLVD APT 1610 DULUTH, GA 30096

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$22.42

**3.1763**

MORFINO, CARL 10 OLD STABLE WAY COLTS NECK, NJ 7722

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.91

**3.1764**

MORGENSTERN, MATT 1435 HUNTERS LANE WEST CHESTER, PA 19380

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $33.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1765**

MORLOCK, CHRIS 14 SANTA BARBARA AVE. SAN FRANCISCO, CA 94112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1766**

MORRIS, BRIAN 49 UPLANDS WAY GLASTONBURY, CT 6033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $19.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1767**

MORRIS, DOUGLAS 2560 N LINDSAY RD UNIT 23 MESA, AZ 85213

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1768**

MORRIS, JOSH 833 NE SCHUYLER ST APT 10 PORTLAND, OR 97212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1769**

MORT, CORWYN 667 ROUTE 292 HOLMES, NY 12531

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $109.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1770**

MOSCOSO, NATHANIEL 85-22 91ST AVENUE WOODHAVEN, NY 11421

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $34.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1771**

MOTOKI, TAIGA HIROSHIMA OZUKANISH 6-10-1-106 HIROSHIMA, 7313167

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1772**

MOUG, VINCENT 13 NORMANBY ROAD MCAM MELBOURNE, VIC 3168

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $44.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1773**

MROWKA, TOMASZ 37 DANA STREET CAMBRIDGE, MA 2138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $21.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1774**

MUFTI, MUID 313 QUARRY GREEN SE SCIENTIFIC CANADA INC. CALGARY, AB T2C4C6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $110.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1775**

MULA, TESSA 295 DUSTON STREET RED DEER, AB T4R3H8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1776

MULDERS, AD DEURSENSEWEG 12 BERGHEM, \N 5351NN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $44.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1777

MULDOON, TRENT 112 QUARRY ROAD RYDE NSW, \N 2112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $26.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1778

MULET, XAVIER CSIRO STORE, GATE 3 NORMANBY ROAD VICTORIA CLAYTON, VIC 3168

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1779

MULL, KYLE 20 ARK AVE WHEELING, WV 26003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $31.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1780

MULLEN, TONY 29916 129TH PLACE SW VASHON, WA 98070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1781

MULLER, PASCAL BILLITONSTRAAT 85 DORDRECHT, 3312SC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $8.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1782

MULLER, PIERRE SAUERBRUCHSTRAÃŸE 62 SCHWETZINGEN, 68723

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $44.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1783

MULRY, JOSEPH 1829 GILDERSLEEVE STREET MERRICK, NY 11566

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $22.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1784

MULVEY, MIA 1759 S CLARKSON ST DENVER, CO 80210

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $147.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1785

MUNGIA, MICHAEL 1200 PIPIT DR PATTERSON, CA 95363

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $102.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1786

MUNTEAN, JOHN 509 UVEDALE ROAD RIVERSIDE, IL 60546

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $111.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1787

MURPHY, GLEN 18 NELSON ROAD SOUTH MELBOURNE, VIC 3205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1788

MURPHY, JOHN 290 DEER RUN COURT LIMERICK, PA 19468

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $13.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1789

MURPHY, LINDA 800 MULBERRY ST. BEAUFORT, NC 28516

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $1.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1790

MURPHY, SEAN 1228 OAKSHIRE LN KIRKWOOD, MO 63122-7119

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $25.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1791

MURRAY, NICK 213 TWINING RD ORELAND, PA 19075

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                     $30.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1792**

MURRIN, PAUL ROSEMONT GLOUCESTER ROAD, TUTSHILL CHEPSTOW, MONMOUTHSHIRE NP167DH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1793**

MURUTAR, ALO NARVA MNT 3 SPRAYPRINTER OU TARTU LINN, 51014

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1794**

MURZIONAK, PIOTR 81 BENTBROOK CRESCENT OTTAWA, ON K2J3Y3

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $21.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1795**

MUSCAT AZZOPARDI, CHRISTOPHER CIEN HOTEL SL CARRER CONSELL DE CENT 278, PRAL CIF: B65869836 BARCELONA, 8007

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1796

MYERS, JOSEPH 710 PIKE ST PO BOX 1155 LEMONT, PA 16851

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $37.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1797

NADOLSKI, CHRIS 4363 MOTOR AVE CULVER CITY, CA 90232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1798

NAGATA, ANDREW 2230 1/2 YOSEMITE DR LOS ANGELES, CA 90041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $99.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1799

NAGY, GABOR 3933 PASADENA DR SAN MATEO, CA 94403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1800**

NAIK, SIDDHESH H. NO. 100-2 PALYEM, PERNEM GOA, 403524

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1801**

NAKAI, YUICHI 1-3-22 OKUBO SHINJYUKU VENT VERT 1106 TOKYO, \N 169-0072

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $68.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1802**

NAKAMURA, SATOSHI 386-1 USA,USA-CHO TOSA-SHI,KOCHI-KEN, \N 781-1161

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1803**

NAKAMURA, TOMOHIRO HIGASHIYAMA-CHO 6-6 HAPPYCOURTASHIYA-APT,#304 ASHIYA-SHI,HYOUGO-KEN, \N 659-0091

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1804**

NAKAO, KEITO 404,ZONNENHAIMU-HONGO 4-9-13,YUSHIMA,BUNKYO-KU,TOKYO TOKYO, 1130034

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                   $110.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1805**

NALBACH, STEFAN BAHNHOFSTRASSE 44 NIEDERKASSEL, 53859

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                   $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1806**

NASBY, NICKOLAS 8517 SUMMER HAVEN COURT LOUISVILLE, KY 40258

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                   $22.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1807**

NAUGHTON, BRIAN 126 ELDORA DRIVE MOUNTAIN VIEW, CA 94041

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                   $94.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1808

NAVIA BENEFIT SOLUTIONS PO BOX 53250 BELLEVUE, WA 98015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,791.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1809

NEEDHAM, BARRY 5280 EAST ATHERTON STREET 130 LONG BEACH, CA 90815

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1810

NEIL, KYLE 624 PARROTT DRIVE SAN MATEO, CA 94402

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.1811

NELSEN, DEREK 133 PARIS GLEN WAY GREENVILLE, SC 29609

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1812

NELSON, WILLIAM 986 SPRUCE TREE DRIVE GIRARD, PA 16417

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $12.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1813

NEUÃŸ, MORTIMER SÃ¼LMERSTRASSE 29-31 HINTERHAUSEINGANG HEILBRONN, 74072

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $71.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1814

NEUMANN, CHRISTINA IM ALTEN PARK 8 STUTTGART, \N 70567

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $7.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1815

NEVERY, KAROLY 21 HAMILTON PLACE ROSYTH, DUNFERMLINE, FIFE KY112PJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $3.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1816

NEWBERG, MATTHEW 92 WOOD END LN MEDFIELD, MA 2052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $33.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1817

NEWBURN, STEVE 120 BARBADOS BLVD UNIT 16 TORONTO, ON M1J1L2

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1818

NEWCOMB, DYLAN 34 OMER ROAD FREEPORT, ME 4032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $133.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1819

NEWELL, GRETCHEN 330 WEST 34TH ST FLOOR 18 BRAZE C/O GRETCHEN NEWELL NEW YORK, NY 10001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $240.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1820**

NEWELL, TIM 31918 CINNABAR LN. CASTAIC, CA 91384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1821**

NEWMAN, ALEX 77 HERITAGE POINT BLVD. BARNEGAT, NJ 8005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1822**

NEYTON, AXEL 670 BOULEVARD DE LA CORNICHE RILLIEUX LA PAPE, \N 69140

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1823**

NGAI, STEVEN 6735 ALTA VISTA DRIVE RANCHO PALOS VERDES, CA 90275

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1824

NGUYEN, LONG 3912 GARCIA ST NE ALBUQUERQUE, NM 87111

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1825

NGUYEN, MARIA KABELWEG 32 CRE8 AMSTERDAM, 1014BB

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $87.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1826

NGUYEN, YEN 25 RAWSON ROAD QUINCY, MA 2170

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1827

NICHOLLS, DEAN 309 COUNTY ROAD 4884 COPPERAS COVE, TX 76522

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1828**

NICHOLLS, MATTHEW 28 KAYSAL CT TAPIS CORPORATION ARMONK, NY 10504

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $127.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1829**

NICHOLLS, PHILIP NEILDS FARM BUCKLAND AYLESBURY, BUCKS HP225HU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $165.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1830**

NICOLAS, VICTOR 491 SALTY WAY EUGENE, OR 97404

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1831**

NICOLAY, JUSTIN 6436 CITY WEST PARKWAY MILESTONE AV TECHNOLOGIES EDEN PRAIRIE, MN 55344

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $39.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1832

NIEBERGALL, JOHN 24033 SW CASCARA TER. DIGITAL DESIGN & FABRICATION OREGON SHERWOOD, OR 97140

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.59

3.1833

NIEDOREZO, MACIEK 3755 N. NOTTINGHAM AVE. CHICAGO, IL 60634

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.63

3.1834

NIEHUES-ELLERMANN, STEFAN AM HOHEN UFER 28 OLFEN, 59399

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.50

3.1835

NIELAND, RICK RAMSTRAAT 7 VALKENSWAARD, \N 5555KX

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.87

**3.1836**

NIELSEN, JARED 2951 MARINA BAY DR #130-208 LEAGUE CITY, TX
77573

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1837**

NIELSEN, SCOTT 558 1ST AVE S STE 400 BODYPOINT SEATTLE, WA
98104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $155.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1838**

NIELSEN, TREVOR 728 CHIMALUS DRIVE PALO ALTO, CA 94306

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1839**

NIENSTADT, GLEN 123 ORCHARD TRAIL PROSTHETIC ARTWORKS
DINGMANS FERRY, PA 18328

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1840

NIJHUIS, MAARTEN DE VRIESSTRAAT 66 DELFT, 2613CC

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1841

NIKOLAIDIS, DIONYSIOS 1216 LAMONT DRIVE ANIMUSING PRODUCTIONS WINSTON SALEM, NC 27103

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $210.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1842

NINZ, PHILIPP EIERSTRAẞE 9 STUTTGART, 70199

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1843

NIR, EYAL 36 A HANAMAL ST. AUTODESK ISRAEL TEL AVIV, \N 63506

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $93.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1844

NOBIS, LEON KAROLINGERSTRAAŸE 16 5020 SALZBURG MEDPHOTON GMBH SALZBURG, 5020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$201.64

3.1845

NOBLE, RENE 1031 RINCON AVE LIVERMORE, CA 94551

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.00

3.1846

NOLAN, DAYTON 22670 E. DOMINGO ROAD QUEEN CREEK, AZ 85142

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$47.50

3.1847

NOLAN, HUGH 1 BRIGHTON VALE, MONKSTOWN DUBLIN, \N \N

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.80

3.1848

NOORHOFF, IVO VALKENIERSLAAN 77 BREDA, \N 4834 CC

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1849

NORDHOLM, ERIK DALSTRÃ˛GET 43 SILKEBORG, 8600

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1850

NORRIS, CALEB 520 COUNTRY RIDGE ROCKWALL, TX 75087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $27.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1851

NORTMANN, ANDREAS 853865617 POSTFILIALE 636 KOBLENZ, 56068

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $267.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1852**

NOTENBOOM, MARC DR. PLESMANLAAN 156-160 PLESMAN OPTIEK
MAARSSEN, 3601D

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1853**

NOTERMANS, TIM WATERLEIDINGSINGEL 153 TIM NOTERMANS
DESIGN VENLO, 5915 VW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1854**

NOTESTINE, BRADD 24761 VERDANT SQ FARMINGTON HILLS, MI
48335

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1855**

NOVARI, VASCO VIA ZURIGO.12 MILANO, 20147

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $30.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1856**

NOWAKOWICZ, BARTLOMIEJ PULAWSKA 558/560 WARSZAWA, 02-884

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $35.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1857**

NOYES, JEFF 11 DALE STREET METHUEN, MA 1844

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $20.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1858**

NUTTALL, CHARLES 5 BROOM STREET NEWHEY ROCHDALE, GREATER MANCHESTER OL163RY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $1.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1859**

NYACK, VIJAY 181 EAST 119TH ST. APT. PH2F NEW YORK, NY 10035

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $71.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1860**

NYMANN, PETER VESTAVEJ 13 AALBORG SV, 9200

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1861**

OBERMARK, LANCE 473 OLDE CABIN RD GREENVILLE , IL 62246

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1862**

OBILITY CONSULTING INC. 308 SW 1ST AVENUE ST.401 PORTLAND , OR 97204

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $14,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1863**

OBRIEN, KASEY 2538 SINSKO LN JOPPA, MD 21085

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1864

ODORIZZI, VIVIAN 14 SEELY PL SCARSDALE, NY 10583-2609

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1865

OEHM, MARKUS NEUENHOFER STRAÄŸE 13 WUPPERTAL, 42349

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1866

OFFERMANN, JUERGEN KUEHLWETTERSTRASSE 17 DUESSELDORF, 40239

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $19.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1867

OGATA, MASAYA 3-10-2 KOTOBUKICHO 95RC 502 MURORANSHI, 500082

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1868**

OGLES, DAN 8 SELWOOD WAY HIGH WYCOMBE, BUCKINGHAMSHIRE HP135XR

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1869**

O'KELLY, EUGENIA 999 GREEN ST APT 1505 SAN FRANCISCO, CA 94133

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $35.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1870**

O'KELLY, EUGENIA 999 GREEN ST APT 1505 SAN FRANCISCO, CA 94133

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1871**

OKKONEN, JUHA KIRSTINMÄ¤KI 15 C 43 GREEN CURRENT OY ESPOO, 2760

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1872**

OLIVER, FRED 913 NEW ENGLAND AVENUE DAYTON, OH 45429-5922

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.07

**3.1873**

OLIVIER, RICHARD 189, RUE DES CHASSEURS ARDENNAIS SAINT-VINCENT, \N 6730

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.81

**3.1874**

OLSON, BRIAN 1084 EQUINOX DRIVE COLORADO SPRINGS, CO 80921

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.76

**3.1875**

OLSON, MATTHEW 4785 PAUL CT NE SALEM, OR 97305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.99

3.1876

OLSSON, MATS BJÃ¸LSTADVEIEN 4 KRÃ¥KERÃ¸Y, 1671

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1877

ONEAL, NICKOLAUS 2941 ZIGMONT RD LOT 2 COMPANY OR C/O SAN ANTONIO, TX 78263

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1878

O'NEILL, MARK 64 LANGTON PARK, NEWBRIDGE KILDARE, W12 V598

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $90.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1879

ONO, MASAHARU 4-7-18-303 SETAGAYAKU-DAIZAWA TOKYO, 1550032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,611.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1880

OOMEN, GLEN 72 ST IGNATIUS ROAD PHIBSBUROUGH DUBLIN 7 PHIBSBUROUGH,

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1881

ORACLE AMERICA, INC. NETSUITE 15612 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $49,856.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1882

ORAK, EMRE SAFAKTEPE MAHALLESI HAKAN SOKAK 44 10 MAMAK ANKARA, \N 6340

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1883

ORDER, TEST TEST ORDER TEST, NJ 8755

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1884

ORILEY, DANIEL 1322 SOUTH WABASH AVENUE G303 CHICAGO, IL 60605

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $31.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1885

ORLEY, MATT 175 KENDALL PARK ROAD REMARKABLE TEAM LLC PENINSULA, OH 44264

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $6.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1886

ORTEGA, CARLOS REY MECONETZIN MZ 72 LT. 31-BIS MAKER WORKSHOP MEXIO CITY, \N 4300

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $1.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1887

ORTIZ, ROBERTO 4932 14 ST S ARLINGTON, VA 22204

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $29.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1888

OSBORNE, DAVID 20060 FOREST FARM LANE ASHBURN, VA 20147

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1889

O'SHEA, BILLY SILKEBORGGADE 9, 3TV COPENHAGEN, \N 2100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $44.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1890

OSIAL, RODOLFO 6123 GATEWOOD MANOR DRIVE KATY, TX 77494

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1891

OSIKA, ALEXANDER EBBE LIEBERATHSGATAN 20B GOTHENBURG, 41265

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $25.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1892**

OSSEBAARD, JANET BERGWEIDEDIJK 2 DEVENTER, 7418 AD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $40.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1893**

OSTERHOLZ, MARKO HINDENBURGSTRASSE 45 ROEDINGHAUSEN, 32289

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $143.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1894**

OSTORERO, DANIELE VIA PARMENTOLA 5 TORINO, 10142

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1895**

OSU, FOLA HUMBOLDTSTR. 4/1 SLOTFABRIK AFOLABI OSU BOEBLINGEN, 71032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1896

OSWALD, DONALD 2670 KAREN DR CHESAPEAKE BEACH, MD 20732

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$13.26

3.1897

OSWALD, IVY 36 DEERFIELD AVE IRVINE, CA 92606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$68.00

3.1898

OTT, MATHIAS AM WIESENRAIN 14 OFFENBURG, 77652

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.33

3.1899

OUASFI, ILIAS RES. CHABAB, BLOC 17, IMM A, NO 06, DEVIL CASABLANCA, 20590

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1900**

OVERSTREET, ROBERT 12133 PICALILLI ST OVERSTREET ENTERPRISES
ORLANDO, FL 32837

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $2.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1901**

OYLER, DAN 5870 BRANDON WAY SACRAMENTO, CA 95820

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $7.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1902**

PACE, JIM 16 BURLINGTON ROAD PARLIN, NJ 8859

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $25.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1903**

PACHECO, ANTONIO 71 RUE DÃ©SIRÃ© CLÃ©MENT CONFLANS
SAINTE HONORINE, 78700

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1904

PACKEVICIUS, SARUNAS 47 VARPAS ST KAUNAS, \N LT-3000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1905

PADILLA, MICHAEL 25 GARLAND COURT PHOENIXVILLE, PA 19460

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1906

PADRÃ³N MARTÃNEZ, MANUEL PATAGONIA,47 LAS PALMAS DE G.C., \N 35017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1907

PAGANI, JOHN 4402 INGERSOLL STREET HOUSTON, TX 77027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1908**

PAGANO, ANDY 10109 WINDFIELD OAKS DR SPOTSYLVANIA, VA 22553

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.98

**3.1909**

PAIRE, BENJAMIN 23, ROUTE DE LA HILLIERE THOUARE SUR LOIRE, 44470

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.73

**3.1910**

PAK, STEVE 13755 HUTTON DR. SUITE 500 RAZBERI TECHNOLOGIES FARMERS BRANCH, TX 75234

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$29.15

**3.1911**

PAKULSKI, PETER 17 / 211-213 WATERLOO RD MARSFIELD NSW SYDNEY, \N 2122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$22.20

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2_

**3.1912**

PAL, MANU 49 ACHESON BLVD TORONTO, ON M1C3C4

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.23

**3.1913**

PALMBERG, JENNY STORSKIFTESGATAN 9 LINKÃ¶PING, 58334

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$33.12

**3.1914**

PALMER, JAMES 1136 EDIE AVE. ATLANTA, GA 30312

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$80.10

**3.1915**

PAN, LIUYE 156 ROSEBANK AVENUE, CLAYTON SOUTH MELBOURNE, VIC 3169

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.99

**3.1916**

PAN, YIQING ROUTE DE BIENNE 31 ATELIER OÃ¯ SA LA NEUVEVILLE, 2520

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1917**

PANDOLFO, BERTO 89 CARY STREET LEICHHARDT, NSW 2040

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $104.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1918**

PANIER, TIMOTHÃ©E 111 RUE DUGUESCLIN LYON, 69006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $197.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1919**

PANKOW, ISRAEL 6868 HORNWOOD DR. #339 HOUSTON, TX 77074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $52.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1920

PANOU, JOHN 425 SW TWIN OAKS CIR. CORVALLIS, OR 97333

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1921

PARASACCO, LUCA VIA MEZZENILE 14 TORINO, 10138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $18.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1922

PARDO, JONAS 45 RUE D'ATRIVE AVIN, \N 4280

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $26.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1923

PARENTE, STEVEN P.O. BOX 1241 HILO, HI 96721

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1924**

PARKER, CHARLES 5414 PEPPERTREE PKWY APARTMENT OR SUITE COMPANY OR C/O AUSTIN, TX 78744

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1925**

PARKER, MICHAEL A 1380 RIVERSIDE DIVE APT. 4F NEW YORK, NY 10033

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1926**

PARKER, ROBERT 14450 SE JOHNSON ROAD MILWAUKIE, OR 97267

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,923.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1927**

PARKINSON, GEORGE 643 WEST 6300 SOUTH MURRAY, UT 84123

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1928

PARNET, HUBERT HAUPTSTR. 4 DUNUM, 26427

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1929

PARRA LOZANO, MOISES HUMBERTO VELASCO AVILES #100
PACHUCA, \N 42083

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1930

PARRISH, REESE 2341 LEEWARD SHORE DR VIRGINIA BEACH, VA 23451

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $12.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1931

PARSONS, STEPHEN 1885 WEST STATE RD PAYSON, UT 84651

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $62.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1932

PARSONS, TERRY 3018 DEPORRES LN MR. ST. LOUIS, MO 63114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $86.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1933

PASTOUREL, MAXIME 5 MILLER HIVES CLOSE COTGRAVE NOTTINGHAM, NOTTINGHAMSHIRE NG123QY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1934

PATEL, NEEMESH 63 LORD AVENUE CLAYHALL ILFORD, ESSEX IG5 0HN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $63.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1935

PATER, MARCEL VOGELWEIDE 193 DOORN, \N 3941 NJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1936

PATTENDEN, DARREN 2032 LYON AVE BELMONT, CA 94002

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1937

PATTERSON, BRIAN 1A RUGBY ROAD11 BIG YELLOW, SUITE 2110 SKYPAX TWICKENHAM, MIDDLESEX TW1 1DG

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $30.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1938

PATTERSON, DONALD 1044 WESTMONT ROAD SANTA BARBARA, CA 93108

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1939

PATTON, MELISSA 25070 LINDENWOOD LANE SOUTHFIELD, MI 48033

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1940**

PAUL, TIM 4301 CONNECTICUT AVE, NW SUITE 200 OKC WASHINGTON, DC 20008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.99

**3.1941**

PAUL, TIM 4301 CONNECTICUT AVE, NW SUITE 200 OKC WASHINGTON, DC 20008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$19.96

**3.1942**

PAUL-LOUIS, DEREUDRE 12, RUE RASPAIL FOUGERES, 35300

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

**3.1943**

PAULSTON, NATHANIEL 118 CORAL ST MANSON, WA 98831

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.73

3.1944

PAVICIC, JOSIP SIGET 11 ZAGREB, 10000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.62

3.1945

PAYNE, DAYLE 19 MACHIA HILL RD WESTFORD, VT 5494

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.72

3.1946

PAYNE, MARK 8 EXHIBITION STREET LEVEL 22 EY MELBOURNE, VIC 3000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$3.71

3.1947

PEACH, ANDREW 37 NURSERY ROAD SALISBURY, WILTSHIRE SN2 7HX

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$12.77

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1948**

PEARCE, ROGER 3, ROUTE DE DIPPACH HOLZEM, \N 8277

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1949**

PEASLEY, STEPHEN 532 4 AVE NE UNIT 2 CALGARY, AB T2E0J8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1950**

PECH, PREMYSL 505 13TH AVE S APT/SUIT C/O BINARYNOW. INC.
JACKSONVILLE BEACH, FL 32250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $16.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1951**

PEEL, JASON 45 NELSONS WAY STOCKTON SOUTHAM,
WARWICKSHIRE CV47 8PL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $17.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1952**

PEELS, JORIS STATIONSWEG 62 VOXELFAB EINDHOVEN, \N 5611 BZ

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1953**

PELHAM, RONALD 13020 SW 92ND AVE APT A 214 MIAMI, FL 33176

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1954**

PELTON, TIM 3905 ANSELL ROAD VICTORIA, BC V8P4W1

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1955**

PELZ, SEBASTIAN ROEDDER 20 DUELMEN, \N 48249

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $27.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1956**

PENDO.IO INC 301 HILLSBOROUGH ST RALEIGH, NC 27603

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9,757.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1957**

PENTIAH, KEVIN 251 PHILIP LANE LONDON, LONDON N154AE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $28.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1958**

PEREIRA, VASCO RUA FRANCISCO SÃ¡ CARNEIRO N12 2Â°ESQUERDO OURESSA, 2725-316

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1959**

PEREZ DE VEGA, EVA 31 MONROE STREET APT 9B NEW YORK, NY 10002

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $34.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1960**

PEREZ, ADRIAN 1854 ANNE WAY SAN JOSE, CA 95124

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $22.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1961**

PEREZ, MAITE 201 EASTERN PARKWAY APT 6D BROOKLYN, NY 11238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $56.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1962**

PERIDOT INC 14508 BRUICK DRIVE HOAGLAND, IN 46745

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $241.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1963**

PERKINS, ANDREW 221 WINDSOR CT ALABASTER, AL 35007

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1964**

PERLOW, JOSHUA 3512 OLD COURT ROAD BALTIMORE, MD 21208

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $57.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1965**

PERMANTIER, MARTIN MEHRINGDAMM 55 SHORT-CUTS GMBH
BERLIN, 10961

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $1,913.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1966**

PERPEPAJ, ANTHONY 1740 BROADWAY 11TH FLOOR NEW YORK, NY
10019

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $34.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1967**

PERRIN, MARK 69 RIVERVIEW CLOSE SE CALGARY, AB T2C4C5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1968**

PERRY, DAVID 4308 SE BROOKLYN ST PORTLAND, OR 97206

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1969**

PESCATORE, CARMINE VIA PIER DELLA FRANCESCA, 13 APARTMENT OR SUITE COMPANY OR C/O MONZA, \N 20900

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1970**

PETERS, CHRIS COMO CENTRE, LEVEL 3, SUITE 6A 299 TOORAK RD QUAD LOCK SOUTH YARRA, VIC 3141

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $167.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1971**

PETERSEN, DEVIN 11800 33RD AVE NE SEATTLE, WA 98125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1972**

PETERSON, MARSHALL 11909 GOLD CREEK DRIVE EAST FORT WORTH, TX 76244

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $5.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1973**

PETITPAS, LAURENT 35 C IMPASSE DES BRASSERIES PONT A MOUSSON, \N 54700

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $56.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1974**

PETLAHS, ALEKSEJS 36 KIMBERLY COURT RICHMOND HILL, ON L4E4C6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1975**

PETRILLO, JULIAN 143 GROVE ST LEXINGTON, MA 2420

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $16.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.1976**

PETRUSKA, RADIM JASELSKA 16 MISS3 S.R.O. BRNO, \N 60200

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $432.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1977**

PEZEN, TRACEY 35N 13TH AVE ST CHARLES, IL 60174

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $45.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1978**

PFAFFINGER, GERHARD AM BACH 15 REGENSBURG, 93053

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $60.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1979**

PFEIFFER, ANDREW 417 SHADE TREE CIR HURST, TX 76054

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $67.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1980**

PFEIFFER, LUKE 1180 WILLAMETTE STREET UNIT 1401 EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1981**

PHELAN, BENJAMIN 948 4TH AVE APT #2 BROOKLYN, NY 11232

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $174.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1982**

PHILLIPS, BRIAN PO BOX 1449 AUSTIN, TX 78767

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1983**

PI, JASON 1640 E BELMONT AVE ANAHEIM, CA 92805

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1984

PIANCA, EDDI UNIVERSITY OF CANBERRA, BUILDING 7 WORKSHOP, JAMBEROO ST BRUCE, ACT 2601

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $994.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1985

PIANI, ROSANNA VIALE CADUTI SUL LAVORO 244 RETME SNC MODENA, 41122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1986

PIERLEONI, ALESSANDRO VIA FALERIENSE 3605 SANT'ELPIDIO A MARE FM, 63811

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $28.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1987

PILARZ, BERNARDO VIA CORSICA 14/18S GENOVA, \N 16128

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1988**

PINGA, DAN 21312 30TH DR SE SUITE 100 ALPINION USA BOTHELL, WA 98021

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1989**

PINKOWSKI, ALEX 1608 SPRUCE ST SPRING GROVE, IL 60081

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1990**

PINTO, ISAIAS TRAVESSA MISERICORDIA NÂº5, 2Âº DIR. OLIVEIRA DO BAIRRO, 3770-215

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1991**

PINTO, ROBERT 206 WEST BROOKLINE ST UNIT 3 BOSTON, MA 2118

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $120.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.1992**

PIOTROWSKI, OLIVER 18 BRASSEY AVENUE EASTBOURNE, EAST SUSSEX BN229QD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.37

**3.1993**

PIPIC, JOSHUA 13044 DRUMMER WAY GRASS VALLEY, CA 95949

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$284.16

**3.1994**

PIQUÃ© CARDONA, JOAN 198 CARRER MAJOR MÃ³RA LA NOVA, 43770

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.51

**3.1995**

PIRGON, KAPLAN 45 PEMBROKE AVENUE SURBITON, SURREY KT5 8HN

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

3.1996

PIRTTILAHTI, JUHANI NEKALANKULMA 5 F 179 TAMPERE, 33800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1997

PITSENBARGER, JUSTIN 1314 EASTERN AVE. MORGANTOWN, WV 26505

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1998

PITTARELLI, VICTORIA 2890 HARLAN ST. #102 THE MISCHIEF COLLECTIVE WHEAT RIDGE, CO 80214

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.1999

PITTMAN, MICHAEL 1248 PANGOLA DR JACKSONVILLE, FL 32205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $56.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2000**

PLASCHKA, JOHANNES INDUSTRIESTRASSE D5 GROW CITY GMBH
BRUNN AM GEBIRGE, \N 2345

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $225.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2001**

PLETINCKX, FRANK AARBURGERSTRASSE 4 MURGENTHAL, 4853

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2002**

POBER, KENNY 405 LEXINGTON AVE. CBS OUTDOOR NEW YORK, NY
10174

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $19.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2003**

PODDAR, SAACHI 743 W HEMLOCK WAY CHANDLER, AZ 85248

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2004

PODEHL, AXEL CHAMISSOPLATZ 5 BERLIN, 10965

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $8.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2005

POELL, ALEXANDER KUBINSTRAAÿE 10A PASSAU, \N 94036

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2006

POLLAN, DAVID 1700 UNIVERSITY BLVD 1426 ROUND ROCK, TX 78665

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2007

POLSTER, PROF. BURKARD SCHOOL OF MATHEMATICAL SCIENCES BLDG 28, RM 307 CLAYTON CAMPUS MONASH UNIVERSITY, VIC 3800, VIC 3800

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $83.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2008**

POLVER, RENATO 218 BAYVIEW TERRACE PORT JEFFERSON, NY 11777

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2009**

POLYCHRONIS, PETROS GLAUBTENSTRASSE 22 ZÃ¼RICH, 8046

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $9.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2010**

POND, GREG 604 ALABAMA AVENUE SEWANEE, TN 37375

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $278.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2011**

PONOKO INC 1229 28TH STREET OAKLAND, CA 94608

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $7,255.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2012

PONTILLO, VINCENT 766 RIDGE CREST CT. BLOOMINGTON, IN 47401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2013

POPA, DAN RAZVAN MIHALACHE ION STR., NR.291,SECT 1 VILLA BUCHAREST, \N 11182

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $39.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2014

POPE, IVAN 108 HYTHE RD BRIGHTON, EST SUSSEX BN1 6JS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $26.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2015

PORCHE, CHRIS 14050 N 162ND LN SURPRISE, AZ 85379

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2016**

PORTER, DANIEL 3009 WINSTON DR APT. 83 BURLINGTON, NC 27215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2017**

POTTER, ALISHA 143 NORTH ST CHARDON, OH 44024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $47.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2018**

POTTER, ERIC 729 N. MICHIGAN AVE. PASADENA, CA 91104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $555.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2019**

POULOS, PETER UNIT 604 60 DOGGETT ST NEWSTEAD, QLD 4006

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2020**

POULSEN, JONAS CERESBYEN 4D, 2. LEJL. 3 AARHUS C, 8000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2021**

POVEDA, CLAUDE PO BOX11167 PALM DESERT, CA 92255

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2022**

POVEDA, HECTOR ALONSO DE TENZA 1 6A MURCIA, 30100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $15.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2023**

POWELL, SUMMER 575 NE 5TH TERRACE #148 FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $8.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2024

POWERS, ROBERT 4907 43RD AVE APT 6R WOODSIDE, NY 11377

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $18.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2025

PRAK-AUSTIN, ROTHANAK 251 SANTOS STREET SAN FRANCISCO, CA 94134

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2026

PRASAL, DANIEL 43 SQUIRES COURT ST. NEOTS, CAMBS PE198PB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $5.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2027

PRESKITT, JOHN 1515 SE GLENWOOD ST PORTLAND, OR 97202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2028**

PRESSLER, JOSHUA 6424 NW 19TH CT MARGATE, FL 33063

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2029**

PRESTEMON, ERIC 13780 SKYLINE BLVD WOODSIDE, CA 94062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $110.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2030**

PREUMONT, SYLVAIN 104 CAVELL STREET LONDON, LONDON E1 2JA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $21.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2031**

PRICE, KYLE HORN-PIE RD 35 NORWICH, NORFOLK NR5 9PW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2032

PRICE, SID 498 JUAN TOMAS RD APARTMENT OR SUITE AVIAN AMBASSADORS TIJERAS, NM 87059

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $18.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2033

PRICE, WILLIAM 913 LUCILLE AVENUE BILL PRICE LLC VENICE, CA 90291

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2034

PRIGGE, MATTHIAS BRENNECKSTRASSE 6 TEAMPRIGGE LEIBNIZ INSTITUTE FOR NEUROBIOLOGY MAGDEBURG, 39118

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $39.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2035

PRIGGE, TIM DERENDORFER STRAẞE 57 DÃ¼SSELDORF, 40479

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $263.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2036**

PRITTMANN, JOCHEN SAARBRÃ¼CKER STRAÃŸE 9 MÃ¼NCHEN, 81379

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $58.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2037**

PRODAN, DAMON WERNER-FRIEDMANN-BOGEN 16 MÃ¼NCHEN, \N 80993

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $60.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2038**

PROSSER, JOHN 1504 GOLLUM RD HANOVER, MD 21076

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2039**

PRUNERI, EDOARDO VIA RUGABELLA, 20 NOVEDRATE, 22060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2040**

PULAVSKYI, ANATOLII KINNYI PROVULOK, 8A KHARKIV, 61001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $15.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2041**

PUMMALEE, SAOWAKON 1/40/1 MOO 11 SOI KHENGKHAN 4, KHUKHOT PHAHONYOTHIN ROAD, LAMLUKKA PATHUMTHANI, 12130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $22.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2042**

PURL, MICHAEL 323 35TH ST MANHATTAN BEACH, CA 90266

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $31.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2043**

PUZIO, TANNER 1 PECAN LANE OAK RIDGE, NJ 7438

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2044**

PYKA, MARTIN IM WESTENFELD 17 BOCHUM, 44787

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2045**

PYLYPAKA, VICTOR 250 MORELL DALE NAAS, W91 H3CD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2046**

QUALITY CASTING 3310 BORDENTOWN AVE OLD BRIDGE, NJ 08857

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $35,128.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2047**

QUENCH 630 ALLENDALE ROAD SUITE 200 KING OF PRUSSIA, PA 19406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $138.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2048

QUIDSINSKI, JONAS WICLEFSTRAÃŸE 66 BERLIN, 10551

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2049

QUINTAL, EMANUEL RUA ENG. ADELINO AMARO DA COSTA 10A FUNCHAL, \N 9050-085

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2050

QUIROSA GOMEZ, RAFAEL VIRGEN DE LORETO 6 2Ã°B ALCALA DE HENARES- MADRID, 28804

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $71.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2051

QUIROZ, ESVAN 10228 BROCKBANK DR. DALLAS, TX 75229

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2052**

R. SILVA, FERNANDO R. ARCO DO CARVALHAO, N.1 1. DTO. LISBON, 1070-008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $26.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2053**

RÄ¸DDER, TRYM 1220 ST GEORGES AVENUE #9 NORTH VANCOUVER, BC V7L3J1

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2054**

RÄ¤MÄ¤NEN, ROOPE SEMINAARINKATU 32 FINNCHAT OY JYVÄ¤SKYLÄ¤, 40100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $4.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2055**

RADER, PHIL 5126 WASHBURN AVENUE SOUTH NVIZEON, INC. MINNEAPOLIS, MN 55410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $24.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2056**

RADOICIC, DRAGAN 8465 REGENTS RD 244 ALTITUDE CAM SAN DIEGO, CA 92122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $32.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2057**

RADTKE, STEVE N107W14143 OVERLOOK CT. GERMANTOWN, WI 53022

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2058**

RAFFNER, STEVE 18 CHEMIN DES AULX PLAN LES OUATES, 1228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2059**

RAGAN, B MATTHEW 910 BRIARWOOD DR LEWISVILLE, TX 75067

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $24.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2060**

RAGETS, STAN 815 LOGAN ST STAN RAGETS FINE ART TORONTO, OH 43964

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.99

**3.2061**

RAGHAVACHARY, SATY 2209 MAURICE AVEENUE LA CRESCENTA, CA 91214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$18.91

**3.2062**

RAINVILLE, FRANCOIS 3700 ST-PATRICK SUITE 316 EFFENCO MONTREAL, QC H4E1A2

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$12.41

**3.2063**

RAMOS, MARIA 108 HAZLET AVE HAZLET, NJ 7730

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$69.86

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**3.2064**

RANDALL, GREGORY 300 JAMES I HARRISON JR PKWY E TUSCALOOSA,
AL 35405

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2065**

RASMUSSEN, DAVID 17607 NE 101ST CT REDMOND, WA 98052

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2066**

RASMUSSEN, ROBERT 1788 WILLIAM ROAD HILFLING HORSESHOES
MILLERSVILLE, MD 21108

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $103.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2067**

RASUL, KASHIF CHAUSSEESTR. 37 D2 BERLIN, 10115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $282.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.2068

RAU, EBERHARD PIEMONTESER STRAÄŸE 41 ERDMANNHAUSEN, 71729

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$51.24

3.2069

RAY, DAVID 1205 CLOUDCROFT DR. THREEDS COMICS ARLINGTON, TX 76014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$21.65

3.2070

RC, VERTICAL 3010 232ND ST E UNIT 14 SPANAWAY, WA 98387

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.00

3.2071

REA, DAVID 18 CARRIAGE CT PITTSFORD, NY 14534

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.46

3.2072

REA, KEVIN 350 2ND STREET SUITE #6 LOS ALTOS, CA 94022

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2073

REBAHI-GILBERT, YOUSSEF LENGERCKESTR 31 HAMBURG, \N 22041

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $31.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2074

RECKHENRICH, JAN RITTER-ORTERER-STRAÃŸE, 2A WÃ¶RTH, 85457

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $86.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2075

REED, GLENN 1729 MASSACHUSETTS 1 LAWRENCE, KS 66044

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2076

REES, GARETH 6 OLD COUNCIL HOUSES TIDWORTH ROAD BOSCOMBE
SALISBURY, WILTS SP4 0AH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2077

REES, MICHAEL 318 77TH STREET #1 AT3D NORTH BERGEN, NJ 7047

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,473.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2078

REEVES, JONATHAN 12 ST GABRIEL'S ROAD BOWATERS MODELS
BILLINGSHURST, WEST SUSSEX RH149TX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2079

REFORD, LIAM 54 MOIDART ROAD PORT GLASGOW, INVERCLYDE
PA145YP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2080

REICHERT, JANICE 247 PROSPECT STREET FRAMINGHAM, MA 1701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $14.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2081

REIGER, SUSAN 10609 164TH AVE NE REDMOND, WA 98052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2082

REIS, MICHAEL 9119 MANCHESTER ROAD #410 SILVER SPRING, MD 20901

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2083

REKDAL, SCOTT 13588 DEN HOLLOW CT MANASSAS, VA 20112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $16.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2084**

RENNIE, ALLAN LPDU ENGINEERING DEPARTMENT LANCASTER
UNIVERSITY LANCASTER, LANCASHIRE LA1 4YW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $316.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2085**

RERA, MICHAEL 30 RUE JACQUES LOUVEL TESSIER BATIMENT COTE
RUE PARIS, \N 75010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2086**

RESSLER, SANDY 14321 OUTPOST WAY NORTH POTOMAC, MD 20878

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $29.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2087**

RESSOUCHE, MAXIME ARDPI 1 RUE LES PLANTES BONJOUR
SELONGEY, 21260

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                 $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2088**

REYER, MATT 5384 DOE RUN RD. ROANOKE, VA 24018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2089**

REYES PONCE, JUAN PABLO 44300 SUN GOLD ST INDIO, CA 92201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2090**

REYMOND, IAN 19481 SIERRA SECO RD. IRVINE, CA 92603

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2091**

REYNISH, WILLIAM FREDERIKSSUNDSVEJ 15, 3. TH 2400 COPENHAGEN, 2200

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $140.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2092

REYNOLDS II, TIMOTHY 710 W. OREGON ST. APT. 5 MILWAUKEE, WI 53204

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2093

RHEA, NEALE 6534 OAK CREST COVE HOOVER, AL 35244

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $37.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2094

RHEINFRANK, JAKE 610 ILLINOIS ST #203 SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2095

RHEINS, JASON 4607 N SHERIDAN RD APT 902 CHICAGO, IL 60640

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $90.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2096

RIBAULT, WILLIAM 6 RUE DES GATE-CEPS SAINT-CLOUD, \N 92210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2097

RIBEYRON, RIBEYRON 8 AVENUE HENRI BARBUSSE RIBEYRON BOBIGNY, 93000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $192.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2098

RICCI, LEN 3202 E. FOOTHILL BLVD. #133 PASADENA, CA 91107-3109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2099

RICHARDSON, MICHAEL 6730 DOVER RD. STE 117 CETEC CEREAL TECHNOLOGIES, INC. GLEN BURNIE, MD 21060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $81.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2100**

RICHARDSON, NICHOLAS 3 BELGRAVIA PL #2 BOSTON, MA 2113

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $10.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.2101**

RICHARDSON, SIMON 18 SOUTHERN ROAD LONDON, LONDON N2 9LE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $48.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.2102**

RICHMOND, SHANE 23 BELLAIRS RD KARDINYA, \N 6163

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.2103**

RICHTER-GEBERT, JUERGEN LÄ¶RENSKOGSTR. 14 GARCHING, \N 85748

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $16.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2104**

RIDDERVOLD, HANS DRONNINGHAVNVEIEN 6 OSLO, 287

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$15.00

**3.2105**

RIDGEWAY, HARRISON 13 AURISCH AVENUE GLEN WAVERLEY, VIC 3912

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$90.29

**3.2106**

RIESETT, PETER 445 FIFTH AVENUE, 8TH FLOOR ATTN: ACCOUNTS PAYABLE THE NEW YORK PUBLIC LIBRARY NEW YORK, NY 10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$13.50

**3.2107**

RIESS, AXEL FELDSTR. 5 MEUSELWITZ, 4610

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$13.13

**3.2108**

RIFE-ISMAEL, JENNIFER 918 KINGS ARMS DD DOWNINGTOWN, PA 19335

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2109**

RILEY, SCOTT 57 COLLIS STREET READING, BERKSHIRE RG2 0AE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2110**

RIO GRANDE ,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $309.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2111**

RIVERA, ANGEL 5442 WINDSOR FOREST DR. HOUSTON, TX 77088

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2112**

RIVERA, SALVADOR 7335 W SECRET BLUFF PASS THYNKB, INC
MARANA, AZ 85658

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2113**

RIVIERE, MATHIEU 25 RUE DE LANGEAIS SAINT CYR SUR LOIRE, \N
37540

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $36.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2114**

ROBERTSON, CRAIG 3309 LANG RANCH PKWY THOUSAND OAKS, CA
91362

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2115**

ROBIJN, BARRY RANDWEG 53-8510 RUBY ROBOTICS BEVERWIJK,
1948NS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2116**

ROBINS, ADAM FLAT C 3 WINDSOCK CLOSE LONDON, LONDON
SE167FL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $15.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2117**

ROBLES, CARIDAD 2675 HENRY HUDSON PKWY APT.3K BRONX, NY
10463

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $71.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2118**

ROBOKOS, JOHN 80 CRANBERRY STREET APT 8G BROOKLYN, NY
11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2119**

ROBOTICS, AGILITY 32114 MALLARD BUILDING 52 AGILITY ROBOTICS
TANGENT, OR 97389

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $3,439.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer AR Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2120**

ROCA GRUART, ENRIC JULIO ROMERO DE TORRES 22 BLANES, 17300

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2121**

ROCCHETTI, SILVANO GEERENSTRASSE 15 VOLKETSWIL, 8604

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $78.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2122**

ROCHA, GUILHERME VIA FRANCESCO PETRARCA 9 BORGOSATOLLO, 25010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2123**

ROCHA, LUIS MARIA MONTESSORI NUMBER 5 GATE 4B GETAFE, \N 28903

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2124**

ROCHET, JULIEN HOTEL D'ENTREPRISE PIERRE BLANCHE PIPA ALLÃ©E DES LILAS PARASITE DESIGN SAINT VULBAS, 1150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $185.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2125**

ROCKEY, ALEX 4 CASTLE FARM COTTAGES VICARAGE ROAD WINGFIELD, SUFFOLK IP215RB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $11.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2126**

RODDY, ADAM 370 PROSPECT ST NEW HAVEN, CT 6511

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $15.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2127**

RODGERS, SHANNON 779 NORTHAMPTON DRIVE CRYSTAL LAKE, IL 60014-7832

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $49.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2128

RODRIGUES, EVELYNE AV.MANOEL RIBAS, SANTA FELICIDADE 8552
APTO/SB 5 CPF: 48438375987 CURITIBA, 82320750

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $34.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2129

RODRIGUEZ, ANTHONY 726 EAST HIGHWAY 121 LEWISVILLE , TX
75057

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $202.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2130

RODRIGUEZ, MARIA 3123 TAMU MECHANICAL ENGINEERING TEXAS
A&M UNIVERSITY COLLEGE STATION, TX 77843

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $6.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2131

RODRIGUEZ, MEGAN 1010 BRIGHTON DRIVE WHEATON, IL 60189

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2132**

ROE, SAM 129 JEFFERSON AVENUE LEWES, DE 19958

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$47.11

---

**3.2133**

ROECKER, DAVID 1111 RACE STREET UNIT 5B DENVER, CO 80206

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

---

**3.2134**

ROGERS, JEFF 7337 LACABREAH DR APT 203 BROWNSBURG, IN 46112

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$31.30

---

**3.2135**

ROGERS, MICHAEL 162 STUERWALD AVE NEWARK, NY 14513

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$35.18

3.2136

ROHDE, ERIK SALVIEVEJ 4 VIBORG, \N 8800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $32.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2137

ROHLEDER, VOLKER SCHULSTRAÃŸE 5 SCHMÃ¶LLN, 4626

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $35.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2138

ROHM, WALTER 2088 DENEENS GAP RD WARFORDSBURG, PA 17267

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2139

ROHS, LENNARD HÃ¶HENWEG 84 AACHEN, \N 52074

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2140**

ROLDAN, CARLOS 19 CASSIDY AVE. WATERBURY, CT 6704

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2141**

ROLPH, DANNY 34028 SELVA RD UNIT 77 DANA POINT, CA 92629

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $61.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2142**

ROLTGEN, JAY 230 4TH STREET BARABOO, WI 53913

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $122.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2143**

ROMAIN, LASCAUD 1 AVENUE DE L'AIR DU TEMPS NANTES, \N 44300

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2144**

ROSE, ALBION 36A PRINCE`S ROAD BRIGHTON, EAST SUSSEX BN2 3RH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $21.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2145**

ROSE, GAVIN 17 CHEVEREL STREET NUNEATON, WARWICKSHIRE CV115SB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2146**

ROSE, WILLIAM 307 CHASTANT BLVD LAFAYETTE, LA 70508

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $327.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2147**

ROSELLA, VENUS 174 FRELINGHUYSEN ROAD CAMBRIDGE CRYSTALLOGRAPHIC DATA CEN PISCATAWAY, NJ 8854

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2148

ROSS, LINDSAY 7 RANGIORA AVENUE WELLINGTON, \N 6035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $29.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2149

ROSS, SIMON 21631 NE 14TH PLACE SAMMAMISH, WA 98074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $53.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2150

ROSSER, AMELIE 325 ADELAIDE ST W JAM3 INC TORONTO, ON, ON M5V1P8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2151

ROTH, BARENT 470 OCEAN AVE. RB3 BROOKLYN, NY 11226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2152**

ROTH, BARENT 470 OCEAN AVE. RB3 BROOKLYN, NY 11226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$10.11

**3.2153**

ROTHE, TONI POSTSTRAÄŸE 14 OLBERSDORF, 2785

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$28.64

**3.2154**

ROTHENBUEHLER, DANIEL BIELSTRASSE 52 RUWAG HANDELS AG BETTLACH, 2544

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$101.64

**3.2155**

ROTHERMUND, MARC HANDWERKSTR. 15 DEKRA AUTOMOBIL GMBH /AP4 STUTTGART, 70565

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$38.41

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2156**

ROTHFUSS, DENNIS 2412 WINDING WAY VALDOSTA, GA 31602

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2157**

ROUSH, TIMOTHY 105 MAGNOLIA PL PUEBLO, CO 81005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2158**

ROVNER, JONATHAN 180 CENTRAL AVE. PPD&G FARMINGDALE, NY 11735

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $46.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2159**

ROYCE, RACHEL 51 ABBOTS GARDENS LONDON, LONDON N2 0JG

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2160**

ROYCE, ROSCOE 126 BRENT DR. WEST APT. D SPRINGFIELD, OH 45505

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2161**

RUBINI, SAMI QUQIZ Ã…LEKISTEVEJ 136, 1. TH. PERFECTTRAINS VANLÃ¸SE, 2720

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2162**

RUBIO, RAOUL JULIANA VAN STOLBERGLAAN 106Z DEN HAAG, 2595CL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2163**

RUDY, CONRAD 3460 DON PORFIRIO DRIVE APARTMENT OR SUITE COMPANY OR C/O CARLSBAD, CA 92010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $47.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2164

RUIZ, JUAN 3862 NW 122 TERRACE SUNRISE, FL 33323

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $3.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2165

RUNCIMAN, CHRIS 51 RIDGEWAY ROAD LONG ASHTON, BRISTOL BS419EZ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2166

RUSBARSKY, CHRISTINE 33 BAKER ST FOXBORO, MA 2035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $29.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2167

RUSH, BRENT 1869 UTE CREEK DRIVE LONGMONT, CO 80504

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $60.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2168

RUSSELL, DAVID 1000 WILKES AVENUE SUITE 12 WINNIPEG, MB R3P2K8

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2169

RUSSELL, EMMA 239 26TH AVE APT 303 SAN FRANCISCO, CA 94121

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2170

RUSSELL, PHILIP 76 PINKERS MEAD EMERSONS GREEN COMPANY OR C/O BRISTOL, AVON BS167EF

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $35.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2171

RUSSELL-HILL, DEREK 48 PARK AVENUE CASTLEKNOCK DUBLIN, D15 YX94

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $46.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2172**

RUSU, MIRADELA 2071 MARTIN LUTHER KING DRIVE WICKENDEN ROOM 525 MIRABELA RUSU CLEVELAND, OH 44106

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $52.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2173**

RUTH, J 2618 JAMES AVE COVINGTON, KY 41014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2174**

RUTHRAUFF, HAYLEY 1851 32ND STREET SAN DIEGO, CA 92102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2175**

RYAN, DANIEL 275 NEW BOSTON ROAD STURBRIDGE, MA 1566

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2176

RYAN, DANIEL 275 NEW BOSTON ROAD STURBRIDGE, MA 1566

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2177

RYAN, JEFFREY 1181 SUNBURY ROAD DANVILLE, PA 17821

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $101.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2178

SAARANEN, JOONAS SATAKUNNANKATU 12 LIIKETILA 2 WHITENIGHT LIGHTING OY TAMPERE, 33100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2179

SAARINEN, ARI KESKUSKATU 34 A 7 LEMPÃ¤Ã¤LÃ¤, 37500

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2180**

SABATKE, JACK W5885 LOVELAND RD. MONTICELLO, WI 53570

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2181**

SABLEVICIUS, RAMUNAS J.JASINSKIO G. 16A LIBRA VITALIS UAB VILNIUS, LT-03163

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2182**

SADREDDIN, IMAN 3080 OLCOTT ST B220 XTRAVA INC. SANTA CLARA, CA 95054

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2183**

SAGGIOMO, VITTORIO BORNSE WEILANDEN 9 BIONANOTECHNOLOGY GROUP WAGENINGEN, 6708WG

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2184

SAHARKHIZ, DAVID 3108 MARTIN ROAD CHATTANOOGA, TN 37415

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $37.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2185

SAHEB, KARIMULLA YAHOO INDIA, TORREY PINES EMBASSY GOLF LINKS BUSINESS PARK, KORAMANGALA, INTERMEDIATE RING RD BANGALORE, \N 560071

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2186

SAHETAPY, MARLON FREDERIK HENDRIKLAAN 266 DEN HAAG, 2582 BN

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $72.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2187

SAINFELD, ELIE 631 TUDOR RD. SAN LEANDRO, CA 94577

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2188

SAING, AUDREY 1370 E 19TH AVE APT 34 EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.00

3.2189

SAKAI, MAYA 2-42-26 HON AMANUMA, SUGINAMI KU TOKYO, 1670031

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$30.41

3.2190

SAKAKIBARA, MASARU 8-39, NARAYAMA HONCHO AKITA CITY, 010-0023

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.67

3.2191

SALA BARTROLÃ, JORDI PLAÃ§A MAJOR, 14, BX VIC, BARCELONA, 8500

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$74.97

Debtor  Shapeways, Inc.
        Name

Case number *(if known)* 24-XXXX2

**3.2192**

SALEEM, LINA HASLACHER STR. 176A FREIBURG, 79115

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2193**

SALESFORCE SALESFORCE TOWER, 3RD FLOOR 415 MISSION STREET SAN FRANCISCO, CA 94105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $70,446.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2194**

SALINAS, CHRISTOPHER 3112 WEYMOUTH CT SDC PLEASANTON, CA 94588

**Date or dates debt was incurred**

As of the petition filing date, the claim is:               $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2195**

SALLINGER, LILO KARL MANTEL STR.20 PERSOENLICH NO-TOY UG HAFTUNGSBESCHRÄNKT KRUMBACH, 86381

**Date or dates debt was incurred**

As of the petition filing date, the claim is:               $35.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2196

SALMANS, JASON 215 WEST J STREET APT 3 RUSSELLVILLE, AR 72801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $66.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2197

SALMI, MIKA AALTO UNIVERSITY OTAKAARI 4 ESPOO, 2150

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $124.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2198

SALMINEN, HEIKKI LATVATIE 6 B 7 KLAUKKALA, 1820

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $70.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2199

SALTYSIAK, TOM 5 MEADOW SPRINGS DR BEL AIR, MD 21015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2200

SALVENTIUS, NIELS DORPSTRAAT 5 SALVENTIUS GEMONDE, 5293AL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2201

SALYERS, JOHN 280 HONEYSUCKLE CT RUTHERFORDTON, NC 28139

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2202

SAMAYOA, VICTORIA 214 VIRGINIA DRIVE VENTURA, CA 93003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $28.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2203

SAMMARCO, MATTEO VIALE ALESSANDRO MAGNO, 446 ROME, 124

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2204

SAMMONS, DAVID 2613 WEST BRUTUS ST WEEDSPORT, NY 13166

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $24.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2205

SANCHEZ CAMACHO, MARIO IVAN ME VOY # 14 COLONIA BENITO
JUAREZ NEZAHUALCOYOTL, 57000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $9.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2206

SANCHEZ, CRISTIAN 1364 EAST 18TH AVE. EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $13.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2207

SANCHIS VILANOVA, DAVID AVENIDA CASTELLÃ³N 75 2K ALMASSORA
(CASTELLÃ³N), \N 12550

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2208

SANCOMB, CHRIS 95 PAUL AVENUE WAKEFIELD, RI 2879

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $11.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2209

SANDEN, JACOB LANGAGERVEJ 6 GOMSPACE A/S AALBORG, 9220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $632.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2210

SANDER, LARS IM MARBACH 15 THALWIL, \N 8800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $51.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2211

SANDOVAL, JEFF 3609 SUMMSERSET WAY BOISE, ID 83709

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $9.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2212**

SANDRINE, DEVILLE 30 AVENUE LE SABAOU RÃ©SIDENCE LE SABAOU
BIARRITZ, 64200

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $44.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2213**

SANDY, BONNIE 215 LEGION ST APT 2 TANYA KERR - BONNIE SANDY
BROOKLYN, NY 11212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2214**

SANFORD, JAMES 102 DUGWAY RD SANFORD/STRAUSS ARCHITECTS
WAITSFIELD, VT 5673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $27.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2215**

SANFORD, KAYLA 25200 ROCKSIDE ROAD APT 525 BEDFORD HEIGHTS,
OH 44146

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2216

SANSONE, GARY 5112 SW 170TH ST ARCHER, FL 32618

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2217

SANTAGATA, DAVID 5 BENSLEY ST. PAWTUCKET, RI 2860

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $69.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2218

SANTIN, MIGUEL CARRETERA DE HUMERA 96 PORTAL 24 BAJO 1
POZUELO DE ALARCON (MADRID), 28223

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $211.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2219

SANTOS, CELSO R.BARÃEO DA TORRE, 698 APTO.NÃº 16 - IPANEMA
RIO DE JANEIRO, 22411-002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $21.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2220

SANVITO, STEVE 1610 CANTER DRIVE FLORISSANT, MO 63033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $0.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2221

SARDESAI, NEIL 7151 WINDWATER PARKWAY S HOUSTON, TX 77036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $0.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2222

SARGEANT, TOBIAS 52 PYMERS MEAD LONDON, GREATER LONDON SE218NH

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $19.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2223

SARKAR, AYAN 375 RIVERSIDE DRIVE APT 4E NEW YORK, NY 10025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $1.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2224

SARKEES, ANTHONY 2850 N CHRISTIANA AVE APT 2N CHICAGO, IL 60618

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2225

SASSANO, PATRICK 752 SEAGATE DRIVE O'FALLON, IL 62269

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2226

SASTRA, JIMMY 51 OUTLOOK CIRCLE PACIFICA, CA 94044

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2227

SASTRE, DAVID 1000 FIFTH AVE. METROPOLITAN MUSEUM OF ART NEW YORK, NY 10028

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $797.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2228**

SATO, HIROKI ANGYO DEWA 4-17-5 KAWAGUCHI, 334-0052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2229**

SATOW, HEATH 1218 S. SANTA FE AVE. LOS ANGELES, CA 90021

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $4.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2230**

SATSUKAWA, MASAHIDE 265-1,SODESHI-CHO,SHIMIZU-WARD SHIZUOKA, 424-0037

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $19.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2231**

SAVA, STEFAN ALEEA FRATII BUZESTI BL.5 SC.B AP.68 SIBIU, 550052

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                           $11.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2232

SAVAGE, F CHARLES 7101 ARMHERST ST LA MESA, CA 91942

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $19.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2233

SAVAGE, JOEL 28 CHANCERY LANE FRAMESTORE LONDON, LONDON WC2A1LB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $23.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2234

SAYER, ANDREW 1420 11TH STREET NW APARTMENT 1 WASHINGTON, DC 20001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2235

SCAFINI, MARK 128 JEFFERSON STREET APARTMENT 2 EAST GREENVILLE, PA 18041

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2236**

SCANDURA, PHIL 4853 S BRIGHT ANGEL TRL FLAGSTAFF, AZ 86005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2237**

SCARBROUGH, TONY 7720 CLIFTON WAY MOBILE, AL 36619

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2238**

SCHÄFER, SEBASTIAN MOMBERGER TOR 1 SESCH-MODELLBAU NEUSTADT, 35279

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2239**

SCHÄNFELD, HENRY LESSINGSTRASSE 50 BERLIN, 12305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $221.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2240

SCHÃ¶NLE, SEBASTIAN WILLI-ERLBECK-RING 9A MERING, \N 86415

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $33.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2241

SCHÃ¼CK, STEPHAN SONDERSTRASSE 7 MECOPTICS GMBH EGGERSRIET, 9034

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2242

SCHAEFER, HARTMUT REMIGIUSPLATZ 16 2. ETAGE SCHAEFER-ELSING VIERSEN, 41747

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $44.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2243

SCHAER, SANDRO TANNENWEG 4 FREIENSTEIN, 8427

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $33.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2244

SCHALEKAMP, RONALD WATERVIOLIER 33 ZWOLLE, \N 8043JX

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2245

SCHANZ, JAMES 179 REGENT ST SARATOGA SPRINGS, NY 12866

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2246

SCHAPER, LUKE 1414 WESLEY LN DEER PARK, TX 77536

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $38.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2247

SCHEERS, DAVID VLEUGELBOOT 26 SCHEPRO MATERIAAL HOUTEN, 3991CL

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $48.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2248

SCHEFFER, KAI BERLINER STR. 19/1 DENZLINGEN, 79211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $8.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2249

SCHEIBER, MARTIN FRIEDENBACHSTRAÄŸE 20 WEILBURG, \N 35781

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $14.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2250

SCHEILE, FELIX HICKINGER WEG 35 OSNABRUECK, 49086

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $86.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2251

SCHERRER, MISCHA GESSNERALLEE 52 ZUERICH, \N 8001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $1.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2252**

SCHICK, CHARLIE 84 CEDAR HILL RD NORTHBOROUGH, MA 1532

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $30.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2253**

SCHIECK, SANDRO WÄ¶RTHER STR. 32 BERLIN, 10405

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $131.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2254**

SCHLAGER, ANNA MARIA AUFFANG 45 SCHALCHEN, 5231

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $17.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2255**

SCHLESINGER, JASON 5161 W. IVANHOE ST. CHANDLER, AZ 85226

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2256**

SCHLICHT, MICHAEL 1920 DARK HORSE RD. UNIT C RENO, NV 89521

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $24.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2257**

SCHLOPSCHNAT, CHRISTOPH DISTELSTRASSE 5 WINTERLINGEN, \N 72474

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $25.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2258**

SCHMIDL, MICHAEL PROCHINTALSTR. 5 MUENCHEN, \N 80993

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $34.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2259**

SCHMIEDING, TIMOTHY 10087 INDUSTRIAL DR LEPRECON LLC WHITMORE LAKE, MI 48139-0218

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $21.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2260

SCHMITT, MICHEL 9 RUE DU GOLF 68580 MOOSLARGUE, 68580

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2261

SCHMITT, STEVE 782 TIMBERLINE DRIVE ELYNX, LTD. LAKE OSWEGO, OR 97034

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2262

SCHNABL, JOACHIM VLADIMIR-PRELOG-WEG 10 HCI J 57.1 INFOZENTRUM CHEMIE BIOLOGIE PHARMA ZÃ¼RICH, 8093

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2263

SCHNEIDER, DOMINIK SONNENHANG 2 MARBURG, 35041

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2264

SCHNEIDER, EVAN 96 LASALLE AVENUE PIEDMONT, CA 94611

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2265

SCHNEIDER, MATTHEW S87 W22525 EDGEWOOD AVE BIG BEND, WI 53103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2266

SCHNEIDER, REINER BREITE STRASSE 7 DESIGNWERKSTATT R.SCHNEIDER HOLLE, \N 31188

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2267

SCHOELLHAMMER, SEBASTIAN BONHOF 2 MOKUMEDIA GMBH TREUCHTLINGEN, 91757

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2268

SCHOEN, ANJA HAARLEMMERSTRAAT 138 A AMSTERDAM, 1013 EZ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2269

SCHOLL, ROBERT 3750 TOTEM DRIVE LAKE HAVASU CITY, AZ 86406

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2270

SCHOLTE, HOLLISTER 98 WEBSTER ROAD WOODSTOCK, 12498

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2271

SCHOLTE, RICK ACHTSEWEG ZUID 153H SORAMA B.V. EINDHOVEN, 5651GW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $138.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2272**

SCHOLZ, OLIVER TRETENÄCKER 16 MÄ¶HRENDORF, \N 91096

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2273**

SCHON, DAVID 266 SOUTH CIRCLE DR PUEBLO WEST, CO 81007

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $60.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2274**

SCHONER, JÃ¼RGEN WÃ¼RTTEMBERGER STR. 119 BRUCHSAL, 76646

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2275**

SCHONER, MICHAEL BREITNERSTRAAT 83B ROTTERDAM, 3015XD

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2276**

SCHORK, MARKUS 31 NEVILL ROAD LONDON, UNITED KINGDOM N168SL

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2277**

SCHRÄ¶TER, FILIP WEIÃ¥ENSEER WEG 3 BERLIN, 10367

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $42.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2278**

SCHREFFLER, JAMES 315 GRAY RD. WINDHAM, ME 4062

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2279**

SCHREIBER, RUEDIGER QUENDELTRASSE 46 OLDENBURG, \N 26127

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2280

SCHREMPP, JAMES 14587 OAK SARATOGA, CA 95070

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $112.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2281

SCHROEDER, MATHIAS PETER-ROSEGGER-STR 7 HERSBRUCK, 91217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $13.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2282

SCHROEDER-TURK, GERD MURDOCH UNIVERSITY SCHOOL OF ENGINEERING AND IT 90 SOUTH ST MURDOCH, WA 6150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2283

SCHUBERT, GORD 100-182028 174 AVE FOOTHILLS, AB T1S2B8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $109.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2284

SCHUKKING, FERDI OOSTSINGEL 1 B WOERDEN, \N 3441GB

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.21

---

3.2285

SCHULTE, ALEXANDER GARTENSTRASSE 4 NIEDERSTOTZINGEN, 89168

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.15

---

3.2286

SCHULTZ, SIEGFRIED BRINKSTRAÄŸE 27 WUNSTORF, 31515

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.69

---

3.2287

SCHULTZE, ANNA REBECCA ALTER SCHLACHTHOF 13A KARLSRUHE, 76131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.72

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2288**

SCHULZ, ANDREAS ZUM KALKOFEN 20 MESSENKAMP, 31867

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                          $31.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2289**

SCHUTZ, SYDNEY 1518 KINCAID ST EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                          $11.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2290**

SCHUURMAN, STEVEN GOVERT FLINCKSTRAAT 162 HS AMSTERDAM, \N 1072EN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                          $15.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2291**

SCHWAGER, DANIEL MARMORSTRASSE 5 GOLDACH, \N 9403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                          $16.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2292**

SCHWAIGER, WOLFGANG MITTERWEG 58 EG 2 INNSBRUCK, \N 6020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $67.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2293**

SCHWARTZ, EVAN \N \N, \N \N

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**               $300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2294**

SCHWARZ, BORIS MONDSCHEINGASSE 6 25 VIENNA, 1070

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                 $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2295**

SCHWEPPE, DERICK 929 NEW YORK ST LAWRENCE, KS 66044

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                $54.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2296

SCHWINDLING, MARTHA NOGATSTRAÄŸE 15 C/O STUDIO BERLIN, 12051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2297

SCOGGINS, JERRY 4210 CALLOWAY CT. FLOWER MOUND, TX 75028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2298

SCOTT, ANDREW 7575 FRANKFORD ROAD APARTMENT 626 DALLAS, TX 75252

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $23.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2299

SCOTT, BLAIR 5880 LOCHMOOR DR APT 102 RIVERSIDE, CA 92507

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $13.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number (if known) 24-XXXX2

**3.2300**

SCOTT, HUNTER 3300 KEMPTON AVE 110 OAKLAND, CA 94611

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2301**

SCOTT, RICK 922 214TH LN NE EAST BETHEL, NH 3216

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $69.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2302**

SCOTT, TIM 1103 HALEY PL COLLEGE STATION, TX 77845

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2303**

SCOTTON, LUKE 72 TAVERN CIRCLE MIDDLETOWN, CT 6457

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2304

SEARS, MICHAEL 31057 GENSTAR ROAD XIA LLC HAYWARD, CA 94544

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $351.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2305

SECHRIST, SCOTT 15907 RIDGE PARK DRIVE HOUSTON, TX 77095

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $30.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2306

SEDLACEK, DAVID PALLASWIESENSTR. 28 C/O ROCKY BEACH STUDIO DARMSTADT, \N 64293

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2307

SEEKERMAN, NATHAN 3608 GREENWOOD AVE. LOS ANGELES, CA 90066

**Date or dates debt was incurred**

As of the petition filing date, the claim is:   $4.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 3.2308

SEGERINK, FRANKA JOHAN BUZIAUSTRAAT 191 HENGELO OV, 7558LM

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $45.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.2309

SEGNIT, SEYMOUR 1 GRANDVIEW AVENUE THINGCHARGER INC CORNWALL ON HUDSON, NY 12520

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $429.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.2310

SEGSCHNEIDER , GUSTAVE 45 SPARROW POST RD HILLSDALE, NY 12529

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.2311

SEITZ, AARON 2300 MARSH LN APT 928 CARROLLTON, TX 75006

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $47.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2312**

SEKIZAWA, HIROAKI 687 NAGAE, HAYAMA, KANAGAWA, 240-0113

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $54.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2313**

SELA, NIZAN KFAR ETZION MP NORTH YEHUDA MOFET ETZION
YEHUDA LTD GUSH, 9091200

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2314**

SELTZER, JOHN 1901 TAYLOR RD. COLUMBUS, IN 47203

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $23.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2315**

SEMSKER, CARSTEN ETNEDALSVEGEN 3019 ETNEDAL, 2890

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2316**

SENA, FREDERICO 400 WEST 37TH STREET 6B NEW YORK, NY 10018

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2317**

SENKOW, MICHAEL 3210 ESPERANZA CROSSING #5346 AUSTIN, TX 78758

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $23.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2318**

SEPPÄLÄ, ERKKI VAATTURINTIE 3 KANGASALA, 36200

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $30.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2319**

SEPPÄLÄ, SAKU ORIONINKATU 11 A 10 HELSINKI, 550

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $27.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2320**

SERDAR, CHERYL 109 HUNTERS RIDGE RD DOLLIE ENTERPRISES
CHAPEL HILL, NC 27517

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2321**

SERRA, STEFANO VIA IDA BACCINI 30 ROMA, \N 137

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2322**

SESSAREGO, LUCIANO A. 130 HAVERSTOCK HILL 3 KLARA COURT
LONDON, ENGLAND NW3 2AY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $34.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2323**

SEXTON, ERIC 4301 224TH PLACE SW KINGMAKER GAMES
MOUNTLAKE TERRACE, WA 98043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $28.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2324**

SEYLER, CASEY 2 HARBOR DRIVE PORT CHESTER, NY 10573

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $208.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2325**

SHALO, JEREMIAH 536 N OAK PARK AVE OAK PARK, IL 60302

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2326**

SHAPIRO, ALLEN 7727 CASIMIR PULASKI AVE. TUCSON, AZ 85741

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2327**

SHARP, DAVID 8735 ANDREAS AVE ORLANDO, FL 32832

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2328

SHAW, CHUCK 317 MAKEMSON AVENUE PRINCETON, IN 47670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $14.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2329

SHAW, JOHN 6478 WELLINGTON RD 26 BELWOOD, ON N0B1J0

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $9.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2330

SHEKARRIZ, ARASH 1810 NW 78TH AVE PEMBROKE PINES, FL 33024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $40.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2331

SHENZHEN WENEXT TECHNOLOGY CO.,LTD 2711 CENTERVILLE ROAD WILMINGTON, DE 19808

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4,840.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2332**

SHEPPARD, MARK 15 GOODWYN RD BIG DUMB FUN GAMES BEROWRA, NSW 2081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $41.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2333**

SHERMAN, ZACHARY 1 DAWES ROAD LEXINGTON, MA 2421

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $131.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2334**

SHI, WENTAO 125 CREMONA DR, STE 100 APTITUDE MEDICAL SYSTEMS INC GOLETA, CA 93117

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2335**

SHIELDS, TAYLOR 677 QUINCY ST #1L #1F BROOKLYN, NY 11221

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $38.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2336**

SHIPPO (POPOUT, INC.) 731 MARKET STREET SUITE 200 SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,196.25

**3.2337**

SHOREY, ALEXANDER 860 O'KEEFE RD WILD BLUE TECHNOLOGIES DE PERE, WI 54115

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.50

**3.2338**

SHORT, CHRISTOPHER 67 CLOVER POINTE DRIVE SOMERSET, KY 42503

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

**3.2339**

SHORT, VALENCIA 817 BEECHWOOD AVE BRIDGEPORT, CT 6605

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.29

3.2340

SHPILEVOJ, DMITRIJ 45 ARTEMA STR. 44 APT. MYKOLAYIV, 54051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.87

3.2341

SHRIVER, CRAIG 1147 N. MICHIGAN STREET AMERICAN TECHNOLOGY COMPONENTS ELKHART, IN 46514

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$60.31

3.2342

SHULA , WILLIAM P 1532 CAMPBELL CT SW ALBANY, OR 97321

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.50

3.2343

SIEBERT, CRAIG 10737 N. 153RD E. AVE. OWASSO, OK 74055

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.08

3.2344

SIEGEL, STEVEN !22 TAMARISK WAY LEESBURG, FL 34748

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $49.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2345

SIEPMAN, WOUTER STOETERIJ 64 HUISSEN, 6851NW

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2346

SILVA, CESAR AV GUERRA JUNQUEIRO, 9, 5 DTO FISHMETRICS LDA LISBON, 1000-166

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $40.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2347

SILVA, FRANK 1627 OLD ENGLAND LOOP #1627 SANFORD, FL 32771

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2348**

SILVER, JONATHAN 963 PONCE DE LEON AVE APT 202 ATLANTA, GA 30306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.09

**3.2349**

SILVERS, ROBERT 201 PLEASANT STREET NORWELL, MA 2061

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.56

**3.2350**

SIMIAN DIAZ, RICARDO ANDRES GLADENGVEIEN 22 3D MUSIC INSTRUMENTS NR 930 150 266 OSLO, 661

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$242.09

**3.2351**

SIMIC, SRDJAN 3411 QUINCE STREET STUDIO SIMIC SAN DIEGO, CA 92104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.45

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

### 3.2352

SINAR, EVAN 516 OXFORD BLVD PITTSBURGH, PA 15243

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$57.79

### 3.2353

SINCLAIR, J.BLAKE 401-4600, CROWCHILD TRAIL NW CALGARY, AB T3A2L6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$182.86

### 3.2354

SINCLAIR, VICTORIA 14622 SUNDIAL PLACE LAKEWOOD RANCH, FL 34202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$24.18

### 3.2355

SIPPITT (G101), ADRIAN LES ALLEES DU CHATEAU 83 G1 RUE DES ACCULATS PREVESSIN-MOENS, \N 1280

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

3.2356

SISSOKO, FYLI 3791 MARY ANNA DR TUCKER, GA 30084

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $12.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2357

SITKIN, JORDAN 854 NORTHVALE RD OAKLAND, CA 94610

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $34.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2358

SKINNER, PETER 149 CHESTNUT STREET MONTCLAIR, NJ 7042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2359

SKOOG, JEREMY 2212 VICTORIAN COURT GRAND JUNCTION, CO 81507

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2360**

SLAUGHTER, GEORGE 160 GLADSTONE ROAD SLAUGHTER HAUS DESIGN WALMER, DEAL, KENT CT147EN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.56

**3.2361**

SLEEGERS, GOVERT MINISTER VAN SONSTRAAT 18 MONSTERA DELICIOSA STUDIO TILBURG, \N 5041CR

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$47.10

**3.2362**

SLOAN, ELIZABETH 1394 HEWITT AVENUE SAINT PAUL, MN 55104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$38.50

**3.2363**

SMEYERS, JEAN DRIESLAAN 52 ZOUTLEEUW, 3440

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.79

3.2364

SMITH, ALEXANDER 18294 N ALICIA CT. MARICOPA, AZ 85238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $23.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2365

SMITH, ANDY 67 YONGE ST. UNIT 1600 XMG STUDIO TORONTO, ON M5V1J8

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $23.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2366

SMITH, BRIAN 1625 EDGEFIELD COURT BRIAN SMITH DESIGN COOKEVILLE, TN 38506

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2367

SMITH, CADE 448 PHEASANT COURT WILMINGTON, NC 28403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2368**

SMITH, CHRISTOPHER 804 TERRY DALE DRIVE WARRENSBURG, MO 64091

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $17.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2369**

SMITH, CHRISTOPHER 852 HATCHER STREET MONTGOMERY, AL 36109-1702

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $48.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2370**

SMITH, GORDON 15 PRINCE OF WALES GARDENS GLASGOW, SCOTLAND G20 0AS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2371**

SMITH, KEVIN 93 DUKE STREET ASKAM IN FURNESS, CUMBRIA LA167AD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2372

SMITH, PATRICK 5800 MONDARDA CT ACWORTH, GA 30102

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $51.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2373

SMITH, ROB 13 BEARLEY ROAD MARTOCK, UK TA126PG

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $324.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2374

SMITH, SIMON-PIERRE 27500 SW VANDERSCHUERE RD. HILLSBORO, OR 97123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2375

SMITH, TIJUANA 15 SPINNING WHEEL ROAD SUITE 330 LUXURIOUS LATHERS HINSDALE, IL 60521

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2376

SNEDEKER, CRAIG 92 FOURTH AVE NARROWSBURG, NY 12764

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $12.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2377

SNIK, FRANS MERELSTRAAT 15 UTRECHT, \N 3514 CL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2378

SNOOK, DAVID 280 N FAIRWAY AVE. WICHITA, KS 67212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2379

SNYDER, JORDAN 271 BRANDON RD. ROCHESTER, NY 14622

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $19.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2380**

SOBON, LARISSA 1995 LEMONWOOD LANE VISTA, CA 92081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $9.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2381**

SOGGE, KEITH 408 W KIERNAN AVE SPOKANE, WA 99205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $14.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2382**

SOLING, CEVIN 2021 COMMONWEALTH AVE #2 BOSTON, MA 2135

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $666.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2383**

SOLO, BERNIE 752 HAPPY TRAIL ORTONVILLE, MI 48462

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $19.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2384**

SOMERS, BART SCHEEPSWERF 1 HEUSDEN, 5256PL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $48.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2385**

SOMMA, VICKY 109 WASHINGTON SQUARE COURT OCCOQUAN, VA 22125-0096

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2386**

SOMMER, JOHN 2007 STEPHANNE CREEK CV. AUSTIN, TX 78744-7976

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2387**

SORDELET, JAMES 1857 BANNON CREEK DRIVE SACRAMENTO, CA 95833

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $13.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2388

SORENSEN, LAURA 21 THETFORD GARDENS LUTON, BEDFORDSHIRE LU2 7FE

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2389

SORFA, PETR 6826 N ATLANTIC AVE PORTLAND, OR 97217

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $51.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2390

SOSLAND, JAYNE 430 EAST 86TH ST 9C NEW YORK, NY 10028

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $39.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2391

SOUTHALL, BEN 6 BERRY ST CABOOLTURE SOUTH, QLD 4510

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $16.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2392**

SOUTHWELL, RICHARD 10 ROBSON AVENUE YORK, EAST RIDING OF YORKSHIRE YO422TS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $44.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2393**

SOUTHWORTH, JANICE 4909 MAYFIELD DR. FREMONT, CA 94536

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2394**

SOUZA, KEN 11410 WEST CLOVER RD TRACY, CA 95376

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $171.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2395**

SPA, TETHIS VIA OLGIATI 5 MILANO, 20143

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2396**

SPADONI, LORENZO 10 CABOT SQUARE OGILVYONE (DESIGN DEPT.) LONDON, LONDON E14 4GB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2397**

SPARENBORG, FERDINAND OSNABRÃ¼CKER STR. 123 LÃ¼BBECKE, 32312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $56.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2398**

SPENCER, ANTONY 16 OAK GROVE POYNTON, CHESHIRE SK121AE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $5.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2399**

SPENCER, BRIAN 10A SOUTH AVE APT 41 DERRY, NH 3038

**Date or dates debt was incurred**

As of the petition filing date, the claim is:           $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2400

SPENCER, DOUG 389 DUFFERIN TERRACE KAMLOOPS, BC V2C1J1

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.46

3.2401

SPENCER, JACK 1700 AVIARA PARKWAY CARLSBAD, CA 92011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$56.15

3.2402

SPENCER, KEVIN 820 CHURCHILL ROW FREDERICTON, NB E3B1P9

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.99

3.2403

SPERANZA, FRANK 426 COOPER DR. WARMINSTER, PA 18974

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$21.19

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2404**

SPETCH, SHAWN 16C NORTH VILLAS LONDON, TX NW19BJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.40

**3.2405**

SPETH, ROBIN 816 THIRD ST. ANN ARBOR, MI 48103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$26.49

**3.2406**

SPICERO, JASPER 78 BEAVER STREET NEXT DOOR SHIPPING BROOKLYN, NY 11206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$33.46

**3.2407**

SPIERS, DAVID 54 PRINCE STREET VIRGINIA BRISBANE, QLD 4014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$13.65

**3.2408**

SPOONER, PAUL 1920 E MEADOW LN POST FALLS, ID 83854

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $41.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2409**

SPRAGGINS, ZACH 539 EAST 12TH AVE 208A EUGENE, OR 97401

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2410**

SPRINGER, MATT 2012 DOUGLASS BLVD APARTMENT 3 LOUISVILLE, KY 40205

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2411**

SRIVASTAVA, VISHAL 3683 19TH ST SAN FRANCISCO, CA 94110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $30.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2412

SRL, 3D WOOD PONTIVES NORD 29 LAION, 39040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $20.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2413

STÄ¼BINGER, SANDRA NEUBRÄ¼CKER WEG 10 ILMENAU, \N 64832

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $30.72
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2414

STAHLBERG, NICO BERLINER STRASSE 1 BERLIN, \N 13127

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $59.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2415

STALEY, SPENCER 424 NW UPTOWN TER APT 4B PORTLAND, OR 97210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $59.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2416**

STALHEIM, CAMERON 131 W NORTH AVE C/O GRADUATE STUDIO
CENTER BALTIMORE, MD 21201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $38.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2417**

STALVEY, DAVID 228 RED RAVEN DRIVE GREER, SC 29651

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2418**

STAM, HARRIE PROVINCIALWEG 2 'T VELD, 1735 ET

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2419**

STANIS, JAMES 4040 VIA MARISOL 216 LOS ANGELES, CA 90042-5155

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $57.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2420**

STANLEY, CHRISTOPHER 2 WAGNER COURT APARTMENT B
WASHINGTON COURTHOUSE, OH 43160

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2421**

STARBUCK, RICHARD 50 MANZANITA CT WALNUT CREEK, CA 94595

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $68.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2422**

STARGROVE, RAPHAEL 2652 HARRISON ST #305 SAN FRANCISCO, CA
94110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2423**

STARKE, JOACHIM SELLINER STR.33 APARTMENT OR SUITE COMPANY
OR C/O LEIPZIG, 4207

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $101.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2424

STARR, RON 258 W RINCON AVE UNIT A CAMPBELL, CA 95008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2425

STARR, SHERA 300 ST.MARY'S ROAD APT 3 WINNIPEG, MB R2H1J6

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2426

STASNY, DAVID 71 CHEWS LANDING RD CLEMENTON, NJ 8021

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2427

STATHATOS, EVANGELOS PLAZA BEATA MARIA ANA JESUS 3 5A MADRID, 28045

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $18.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2428**

STEDMAN, NICHOLAS 96 HIGHFIELD ROAD TORONTO, ON M4L2V1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2429**

STEFAN, SIMMERSTATTER FABERSTRASSE 8 APARTMENT OR SUITE COMPANY OR C/O SEEKIRCHEN, \N 5201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $39.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2430**

STEIN, ROBERT 23715 NE 65TH PLACE REDMOND, WA 98053

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $111.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2431**

STEINSIEK, TATE 3711 SOUTH 27TH WEST AVENUE ILL WILLED PRODUCTIONS TULSA, OK 74107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $34.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2432

STELLING, JIM 12703 ACADIAN TRL AUSTIN, TX 78727

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2433

STEPHANI, LAURIS 83 BOULEVARD DU MARÉCHAL JOFFRE BOURG-LA-REINE, \N 92340

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2434

STEPHENS, EOIN 9 WOODBINE ROAD, RAHENY DUBLIN 5, D05 CC03

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $192.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2435

STERN, DEVON 478 BRIGHT STREET SAN FRANCISCO, CA 94132

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2436

STERN, LEAH 455 5TH AVE NYPL NEW YORK, NY 10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $67.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2437

STERNBERG, TOM 5850 EAST LOVERS LANE APT 423 AUDREY RAPHAEL DALLAS, TX 75206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2438

STERNER, BOB 3606 CRESCENT VIEW AVE DULUTH, MN 55804

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $51.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2439

STETTNER, LUCAS 140 METROPOLITAN AVENUE NY 6TH FLOOR NEW YORK, NY 11249

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2440

STETTNER, LUCAS 140 METROPOLITAN AVENUE NY 6TH FLOOR NEW YORK, NY 11249

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $33.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2441

STEVEN, EMMETT 257 UPLAND ROAD CAMBRIDGE, MA 2140

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $0.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2442

STEVENS, KELLY 659 DEERPATH DR DEERFIELD, IL 60015

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $406.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2443

STEVENSON, TROY 6107 WOODMOOR ST SAN ANTONIO, TX 78249

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $52.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2444**

STEWART, BRYSON 1149 JANE AVE NAPERVILLE, IL 60540-5640

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $0.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2445**

STEWART, MIKE 47 ESCHER CIRCLE OAKLEY, CA 94561

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $10.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2446**

STIER, TORSTEN HAUPTSTRASSE 120 MAINZ, 55120

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $77.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2447**

STOKES, CHRISTOPHER 3020 SW 92ND PLACE MIAMI, FL 33165

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $8.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**3.2448**

STONE, MICHAEL 2184 SUNCREST DR. COLUMBUS, OH 43223

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $2.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2449**

STONE, NATHAN 2460 CHESTERWOOD DRIVE LITTLE ELM, TX 75068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $28.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2450**

STOPNITZKI, RUTI 27 TRUMAN AVE PRINCETON, NJ 8540

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $3.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2451**

STORIE, BRANDON 1610 IDLEWOOD DR CLARKSVILLE, IN 47129

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $25.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2_

**3.2452**

STOWE, RENEE 5855 SW 167TH PLACE OCALA, FL 34473

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$5.00

**3.2453**

STRAW, DANIEL OUDWIJKERDWARSSTRAAT 34B UTRECHT, 3581LE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.65

**3.2454**

STRIJBOS, HANS J.J. SLAUERHOFFSTRAAT 29 LARTURA ALMERE, 1321GD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.01

**3.2455**

STRONG, LIAM 5866 HIDDEN LN GOLETA, CA 93117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$16.80

3.2456

STRUPP, KARL-HEINZ BUCHENSTR. 3 SCHWEGENHEIM, \N 67365

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $17.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2457

STUBBINGS, NEIL FELDSTRASSE 133 5. STOCK STUBBINGS GMBH C/O PULK ZURICH, 8004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2458

STUERZER, JENS AN DER MELINE 11 LEISNIG, \N 4703

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2459

STUPKA, MAREK BRATISLAVA - NOVE MESTO 7576 BRATISLAVA, 83101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2460

STURTEVANT, ALEX 20 JAY ST. RM 404 STINKDIGITAL BROOKLYN, NY 11201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2461

SUAREZ, LETICIA 121 GARRISON AVE APT 202 JERSEY CITY, NJ 7306

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $19.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2462

SUBLETT, MARC 2 ROQUES PUISSEGUIN, 33570

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2463

SUDAU, ALEXANDER ALFRED-NOBEL-STR. 50 GEB. 6550 / 1.33 BAYER AG MONHEIM, 40789

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2464**

SUESS, LUCY 286 MANGAKARETU ROAD RD2 NORTHLAND KERIKERI, 295

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2465**

SULEK, KYLE 1510 49TH ST MARION, IA 52302

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2466**

SULLIVAN, BRIAN 22215 APPLE ROAD MMI INDUSTRIAL UNION GROVE, WI 53182

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2467**

SUPANGKAT, HANNAH 20701 LONDELIUS STREET WINNETKA, CA 91306

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2468**

SURFACEPREP (STRATUS DIVISION) 9000 BYRON COMMERCE DR SW
BYRON CENTER, MI 49315

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,290.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2469**

SURGAY, MAKSIM 155 S ANGELINA DR 242 PLACENTIA, CA 92870

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $3.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2470**

SURYANATA, WILLY JL.MARGAWANGI I NO.83 MARGAWANGI
BANDUNG, \N 40268

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2471**

SUTHERLAND, TAYLOR 1310 ELLIS ST BELLINGHAM, WA 98225

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $20.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2472

SUTTON, WILLIAM 8228 WITHEROW WAY OOLTEWAH, TN 37363

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$20.01

3.2473

SUYEMOTO, KELLY 25401 VIA ALCIRA VALENCIA, CA 91355

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$26.62

3.2474

SVEE, STIG TORE PERSLOKKVEGEN 29 TRONDHEIM, 7026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$36.89

3.2475

SWAIN, BYRON 1820 APPLE DRIVE CONCORD, CA 94518

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

3.2476

SWARTZ, MICHAEL 175 RIVER BEND DR. CHESTERFIELD, MO 63017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2477

SWIFT, ANDREW 209 LAKEWOOD RD AUGUSTA, GA 30904-3439

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $36.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2478

SWIGGUM, JEFFREY 2861 VIKING DR. APT #258 GREEN BAY, WI 54304

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $16.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2479

SWINBURN, ADAM 12 LA VISTA GROVE CASTLE HILL, NSW 2154

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $52.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2480

SWINDOLL, TODD 3707 KAREN ST MOODY, AL 35004

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2481

SYSTEMS GMBH, MECHALESS WERNER-VON-SIEMENS-STR. 2-6 *** GEBÄUDE 5108 *** BRUCHSAL, 76646

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2482

SYVYK, EUGENE KONYS'KOGO 45424 HOME L'VIV, 79005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $30.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2483

SZAPPAN, R. K. THEATERSTRASSE 76 CONAITO TECHNOLOGIES CHEMNITZ, \N 9111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**3.2484**

TÃ¶DTLING, MARTIN STRUBERGASSE 16 MEDPHOTON PRIVAT SALZBURG, 5020

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2485**

TÃ¶RLIND, PETER NORRBYVÃ¤GEN 50 LULEÃ¥, \N 97593

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $11.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2486**

TAMARA, GEORGE 9152 MADELINE DR. HUNTINGTON BEACH, CA 92646

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $59.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2487**

TAMAS, NICHOLAS 335 LAKEVIEW CIR MOUNT JULIET, TN 37122-2099

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2488**

TAN, HENRY 2 BENOI ROAD SINGAPORE, \N 629876

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $43.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2489**

TAN, MARCO 5942 DUNROBIN AVE. LAKEWOOD, CA 90713

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2490**

TANABIKI, KATSUYA OKUBO-CHO OKUBO942-3 HYOGO CUSTOM AUTO MARUTA AKASHI-CITY, 674-0051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2491**

TANG, ALAN 61-9133 SILLS AVENUE RICHMOND, BC V6Y4H6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2492**

TANG, WILSON 2222 BALACLAVA ST. VANCOUVER, BC V6K4C5

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $221.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2493**

TANKE, TERRY KOOIKERSWEG 172 DENBOSCH, 5223KL

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $14.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2494**

TANNER, JOHN 1851 HUNTINGTON DRIVE TANNER RESEARCH, INC. DUARTE, CA 91010

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $58.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2495**

TAO, GREG 66 CHURCH ST SUITE 2 CAMBRIDGE, MA 2138

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $435.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2496**

TAPIA AGUIRRE, DWIGHT ABRAHAM
BLVD.DELARCO5CONDADODESAYAVEDRA ATIZAPÃ¡N DE ZARAGOZA,
52938

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $16.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2497**

TAPPER, J JOHANN STRAUSSLAAN 25 TAPPERWORKS WAALRE,
5583ZA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,712.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2498**

TARJANO, CARLOS RUA FERNANDES DA CUNHA, 1363 VIGARIO GERAL
RIO DE JANEIRO, \N 21241305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $6.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2499**

TATLOW, MARK OAKLANDS, WOLFS HILL LIMPSFIELD OXTED, SURREY
RH8 0QT

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $88.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2500**

TATUM, STARLISA 6650 NE MT. ST. HELENS AVE PORTLAND, OR 97252

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2501**

TAVARES, HENRY LINDELAAN 86 RIJSWIJK, 2282GA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2502**

TAY, HAYDEN 92B TELOK BLANGAH ST 31 #29-199 SINGAPORE, 102092

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2503**

TAYLOR, JAMES 100 LAKESHORE DR. 145 LEXINGTON, KY 40502

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2504**

TAYLOR, NATHAN 4619 SE 77TH AVE PORTLAND, OR 97206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2505**

TE RAA, GERBEN HET BROEKBOS 2 GRAMSBERGEN, 7783GH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2506**

TE, PAULA 220 PUTNAM AVE CAMBRIDGE, MA 2139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2507**

TECH SOFT 3D, INC. 1567 SW CHANDLER AVENUE SUITE 100 BEND, OR 97702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2508

TECHER, VINCENT 94 CLINTON ROAD LONDON, LONDON E34QU

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2509

TEDSON INDUSTRIES 1408 ALLEN DRIVE TROY, MI 48083

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $34,947.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2510

TEGROEG, SYLVAIN FERDINAND BOLSTRAAT 32-3 SYLVAIN GEORGET AMSTERDAM, 1072AM

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2511

TEGROEG, SYLVAIN FERDINAND BOLSTRAAT 32-3 SYLVAIN GEORGET AMSTERDAM, 1072AM

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2512

TEIWES, JOHANNES FÃ¤USTLESTR. 7 MÃ¼NCHEN, 80339

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2513

TEIWES, JOHANNES FÃ¤USTLESTR. 7 MÃ¼NCHEN, 80339

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2514

TEK CHOY, KOK PINE GROVE PINE GROVE CONDO BLK 1E #01-25 SINGAPORE 594001 SINGAPORE, \N 594001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2515

TELLER, TIMO NEUSTETTINER STR. 2 BREMEN, \N 28717

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2516

TEMPRA, DANIEL BLDG 60 MILLS RD ANU CAMPUS AUSTRALIAN
NATIONAL UNIVERSITY CANBERRA, ACT 200

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $33.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2517

TEOFILOVIC, DANIJEL 4820 COLDWATER CANYON AVE APT 103
SHERMAN OAKS, CA 91423

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2518

TERRANEO, ANDREA VIA CARLO PISACANE NÂ°26 ALA DATA SYSTEM
PERO (MI), 20016

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2519

TERRY, MATT 3 BROAD SEA AVE RUBY BAY MAPUA, \N 7005

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $20.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2520**

TESSIER, MARTIN 9855 COLBERT ANJOU, QC H1J1Z9

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $29.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2521**

THAKKAR, BHAVIK 1430 NW HOYT ST 223 PORTLAND, OR 97209

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $25.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2522**

THALER, MATHIS BUCHERSTRAÃŸE 17 NÃ¼RNBERG, 90419

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2523**

THE ADVANCE GROUP 185 PRICE PARKWAY FARMINGDALE, NY 11735

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                              $1,054.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2524

THEBRATH, MICHAEL ERKELENZER STR. 193 WASSENBERG, 41849

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $35.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2525

THEIS, KARSTEN 26 SPAULDING ST AMHERST, MA 1002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2526

THOMAS, GLENN 9/112A WESTBURY ST BALACLAVA, VIC 3183

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $85.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2527

THOMAS, MANUEL 4113 NW 47 STREET TAMARAC, FL 33319

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $42.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2528**

THOMAS, RYANNE 2113B S JOHN RUSSELL CIR ELKINS PARK, PA 19027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $220.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2529**

THOMPSON, DAVID 106 N. ELLIOTT ELLENSBURG, WA 98926

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2530**

THOMPSON, DOUGLAS PO BOX 226 WODEN, ACT 2606

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2531**

THOMPSON, JACOB 8101 4TH AVE S BLOOMINGTON, MN 55420

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $113.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2532**

THOMPSON, JESSE 1 HOLMWOOD ST NEWTWON, NSW 2042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $49.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2533**

THONFELD, MARTIN TÃ¼CKINGER HÃ¶HE 28 HAGEN, 58135

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2534**

THORN, MIKE 10625 RUE D AZUR RENO, NV 89511

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $0.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2535**

THORNTON, ANDREW 25 WEDGWOOD AVENUE MILTON KEYNES, BUCKINGHAMSHIRE MK145HY

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                              $8.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2536**

THORSEN, ERIC 570 ELECTRIC AVE THORSEN GALLERY BIGFORK, MT 59911

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $20.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2537**

THUILLARD, BASIL RUE DU PRE-DE-LA-FONTAINE 10 1ST FLOOR C-LYNK SATIGNY, 1242

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2538**

THUR, MARC LE PARLAYRE LACROIX-BARREZ, 12600

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $27.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2539**

TIKH, MIKHAIL 1841 NEVADA AVE S ST LOUIS PARK, MN 55426

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2540**

TILLEMA, JOHN SCHAARDIJK 386 TWTG CAPELLE A/D IJSSEL, 2909 LA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2541**

TILLMAN, MATTHEW 7680 E BROADWAY BLVD APT 701 TUCSON, AZ 85710

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2542**

TIMMER, REMCO JOSEPH HAYDNLAAN 11 UTRECHT, 3533AB

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2543**

TIMMERMANS, HUGO NOORDERMARKT 40 - 1 OPTICÂ€¢ AMSTERDAM, 1015NA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $29.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2544

TIMMONS, ELAN 2724 NEWLANDS ST NW WASHINGTON, DC 20015

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.2545

TIPLADY, JAMIE 2 BELHAVEN PLACE GLENBOIG COATBRIDGE, NORTH LANARKSHIRE ML5 2TE

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $165.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.2546

TIPPETT, MATTHEW 1161 PLUM AVE SUNNYVALE, CA 94087

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $36.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.2547

TODD, PHILIP 64837 E RIVERSIDE DR BRIGHTWOOD, OR 97011

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2548

TOK, RANDAL 15 GLADYS AVE AUCKLAND, \N 629

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2549

TOLEDO FRIEYRO, MARIA ISABEL HEINRICH-ROLLER 7 BERLIN, 10405

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2550

TOMICH, MATT 18 TORPEY AVE LEMON TREE PASSAGE, NSW 2319

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2551

TOMKINS, SAM 19 OWEN CRESENT LYNEHAM CANBERRA, ACT 2602

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2552**

TOMLIN, RAY 744 CARNEGIE AVE B3 AKRON, OH 44314

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                              $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2553**

TON, BEN 10550 BOLSA AVE 35 GARDEN GROVE, CA 92843

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                              $8.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2554**

TONINI, ANDREA RUA DOS CRAVOS 17 SANTA IRIA DE AZÃ"IA, 2690-406

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                              $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2555**

TOPORSKI, KATJA 7121 CARROLL AVE TAKOMA PARK, MD 20912

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                              $11.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2556**

TOPPING, MIKE 28 MARSTON ROAD TOPP TRAINS STAFFORD, STAFFORDSHIRE ST163BS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $21.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2557**

TORDEL, THOM E 216 ENFIELD MAIN RD ITHACA, NY 14850

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $15.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2558**

TORESEN, ANDERS ELSTADLIA 13 EIDSVOLL, 2080

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2559**

TORRACCHI, GIULIO UTSIKTSVEIEN 5 GTARK NÃ‚TTERÃ‚Y, \N 3121

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $109.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2560**

TORRES, JULIAN 1091 WORLEY DR DENVER, CO 80221

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2561**

TORRES, ODIN 9095 THAMESMEADE ROAD APT. B LAUREL, MD 20723

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $21.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2562**

TORRES, OSCAR 226 54TH STREET APT 3 BROOKLYN, NY 11220

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2563**

TRAISTARU, MINEL 5581 TERRACE DRIVE LA CRESCENTA, CA 91214

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $12.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2564**

TRAPANI, JOSEPH LAZZARO PIZANI STREET 7 HAZ ZEBBUG, \N ZBG2037

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                  $14.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2565**

TRAUTMANN, ERIC JLG SCIENCE CENTER, ROOM L6-007 625 W. 130TH STREET NEW YORK, NY 10027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                  $105.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2566**

TREMBACK, BENNO 29 EAST VILLAGE DRIVE BURLINGTON, VT 5401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                  $16.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2567**

TRIMBLE, SETH 14277 PRESTON RD #134 DALLAS, TX 75254

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                  $4.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2568

TRISTAIN, GABRIEL 1400 BOB ADAMS UNIT A086 STEAMBOAT SPRINGS, CO 80487

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2569

TROPP, JASON 555 GROVE ST. SUITE 200 IDSA HERNDON, VA 20170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2570

TROTMAN, DAVE 5 WALLACE SQUARE NETHERNE ON THE HILL COULSDON, SURREY CR5 1RS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2571

TROTTER, ROXANNA 540 NORTH HOLLISTON AVENUE APT, SUITE, FLOOR, ETC. PASADENA, CA 91106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $145.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2572**

TROYACK, HENRIQUE RUA CINQUENTA - VILA SANTA CECILIA NUMERO
19 VOLTA REDONDA - RJ, \N 27261-040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $10.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2573**

TRUNCI, EDUARDO RUA FERNANDO AMARO, 19 APT 302 CURITIBA, AL
80045-080

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2574**

TRUSOVA, TAMARA GARTENFELDER STR. 28 LOAD LOAD GMBH
W142059 BERLIN, 13599

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $14.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2575**

TSANG, PAK YING 67 PRICE AVE UNIT 1 MOUNT WAVERLEY, \N 3149

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $57.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2576**

TUASON, MICHAEL 160 RIO ROBLES C1-3 MAXIM INTEGRATED SAN JOSE, CA 95134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$12.61

**3.2577**

TUASON, MICHAEL 160 RIO ROBLES C1-3 MAXIM INTEGRATED SAN JOSE, CA 95134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

**3.2578**

TUDELA, WILFREDO 430 DEWBERRY LN. ROSEBORO, NC 28382

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.99

**3.2579**

TULLBERG, ERIK 818 MISSION TRAIL NEW BRAUNFELS, TX 78130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.99

**3.2580**

TUNNER, STELLA 19 CHRISTOBEL CIRLCLE ROTOTUNA 3210
HAMILTON, \N 3210

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2581**

TURALIYEV, EDUARD SAMAL-1, BLD. 29, AP.71 ALMATY, 50059

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $93.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2582**

TURCHETTO, GRACE 3350 HONEYWOOD ST EUGENE, OR 97408

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2583**

TURNER, ALLEN 1055 W. WINONA ST. CHICAGO, IL 60640

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $88.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2584**

TURNER, IAN 51-01 39TH AVENUE A21 SUNNYSIDE, NY 11104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $9.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2585**

TURNER, LUKE 39 CRESCENT ROAD DUDLEY, WEST MIDLANDS DY2 0NW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2586**

TYNER, RANDAL 93 GRANT AVE GLENS FALLS, NY 12801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $54.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2587**

UEYAMA, RYO 6-3-2-802,TENJINBASHI,KITAKU OSAKASHI,OSAKAFU, 530-0041

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $144.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2588**

ULEHAKE, ILSE GEMONDSEWEG 22 SCHIJNDEL, 5481XW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $16.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2589**

ULINE 2200 S. LAKESIDE DRIVE WAUKEGAN, IL 60085

**Date or dates debt was incurred**

As of the petition filing date, the claim is:             $10,777.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2590**

ULRICH, MARKUS 1873 RTE DE L ABADIE ST ANDRE DE LA ROCHE, 6730

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $48.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2591**

UNGER, LEAH 10516 FLAGSTAFF RUN FORT WORTH, TX 76140

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shapeways, Inc.
Name

**3.2592**

UPS 090E5R DOMESTIC/EXPORT PO BOX 7247-0244 PHILADELPHIA, PA 19170

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $355.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2593**

UPS 429568 P.O.BOX 809488 CHICAGO, IL 60680-9488

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $48,728.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2594**

UPS 436782 28013 NETWORK PLACE CHICAGO, IL 60673-1280

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $56,920.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2595**

UPS MAIL INNOVATIONS (DOMESTIC) 28013 NETWORK PLACE CHICAGO, IL 60673-1280

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $24,194.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2596**

UPS MAIL INNOVATIONS (INTERNATIONAL) 28013 NETWORK PLACE
CHICAGO, IL 60673-1280

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,127.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2597**

UPS Y36978 ,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $98.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2598**

URBANIAK, KYLE 50 FARVIEW CT. SAN FRANCISCO, CA 94131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $44.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2599**

UREN, RACHEL 1G ROYAL PARADE WALTER AND ELIZA HALL
INSTITUTE PARKVILLE, VIC 3052

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2600

URLICH, SZYMON 05 PARK CRESCENT FALKIRK, STIRLINGSHIRE FK29SY

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2601

USITALO, BILL 1209 N AVE SUITE 12 FUTUREFAB PLANO, TX 75074

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2602

UTH OSLIN, ARKLAN 173 E 660 S VINEYARD, UT 84058

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2603

V. BEKKUM, MARGOT BURGEMEESTER MEINESZLAAN 84 A-1 ROTTERDAM, \N 3022BM

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $36.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2604**

VACCARO, JOHNNY SALITA DEGLI OLIVI 9 CASTAGNOLA, 6976

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $22.27
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2605**

VADAPARTY, KUMAR 85 MILLERS GROVE ROAD BELLE MEAD, NJ 8502

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $17.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2606**

VAIANA, ELEONORA VIA ANTONIO GRAMSCI 403 SAN ROMANO - SAN MINIATO, \N 56028

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $3.61
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2607**

VALDEZ, FRADA 30 SEAMAN AVE APT DD NEW YORK, NY 10034

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                          $50.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2608**

VALENZUELA, MIGUEL SEMSMOVEIEN 50 HOKKSUND, 3300

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2609**

VAN BOCHOVE, A.J. J.M. DEN UYLSTRAAT 53 GRONINGEN, \N 9728RJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2610**

VAN DAAL, RITCHIE ST. LUCIAWEG 7 VANDAAL HERKENBOSCH, 6075EK

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2611**

VAN DEN BERGEN, MARK 87 MC ADAMS LANE MOONAMBEL, \N 3478

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $89.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2612**

VAN DEN BORST, RALPH KANAALDIJK-ZUID 3A SHAPEWAYS
EINDHOVEN, 5613LE

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $8.34
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2613**

VAN DEN BULCKE, TIM GENTSESTEENWEG 45 MECHELEN, \N 2800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $34.75
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2614**

VAN DER BENT, MICHAEL ESTHER VERGEERSTRAAT 16 SCHIEDAM,
3118JK

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                               $41.87
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2615**

VAN DER FEEST, STEPHAN ACCORDEONLAAN 42 VAN DER FEEST IT &
AV DESIGN NIEUWEGEIN, \N 3438GD

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                $8.08
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2616

VAN DER HEIJDEN, SONNY VISSENDREEF 9 ZOETERMEER, 2724EE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $103.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2617

VAN DER HEIJDEN, SONNY VISSENDREEF 9 ZOETERMEER, 2724EE

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $4.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2618

VAN DER HORST, FERDINAND SPORTLAAN 248 TECHMOTION STUDIOS VLAARDINGEN, 3135GZ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2619

VAN DER HOUT, JJ GROOT HERTOGINNELAAN 120 120 DEN HAAG, \N 2517EL

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $92.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2620**

VAN DER KNAAP, MARLEEN WARANDE 3 EINDHOVEN, 5641PH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2621**

VAN DER MOLEN, KLAAS JAN PIETERSZOON COENSTRAAT 28
UTRECHT, 3531EV

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $140.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2622**

VAN DER VOSSEN, MARTIJN GRAAF FLORISSTRAAT 19 D MARTIJN
VAN DER VOSSEN ONTWERP ROTTERDAM, 3021CA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2623**

VAN DEUTEKOM, RODERIK PEDRO DE MEDINALAAN 7 AMSTERDAM,
1086XK

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2624**

VAN DIJKEN, MARTIN WASAWEG 16C P&P PROJECTS GRONINGEN, \N 9723JD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2625**

VAN DUUREN, CRISTIAAN KOPPELSTRAAT 62A BEEK EN DONK, \N 5741GD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $424.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2626**

VAN EGDOM, G.A. STADHOUDERSLAAN 9 U42 DEN HAAG, \N 2517HV

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $24.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2627**

VAN ELST, JACOB W KOEKKEL 16 LEUSDEN, \N 3831PW

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2628**

VAN EMMERIK, MARCUS BOSSTRAAT 7 NEERITTER, 6015 AK

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $26.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2629**

VAN GEER, ERIK DORPSSTRAAT 229 ZUID BEIJERLAND, 3284 AH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2630**

VAN HORSEN, JOSHUA 1800 BRITTANIA CT. CHESTERFIELD, MO 63017

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2631**

VAN LEWE, RUUD TJALK 75 SCHIEDAM, 3123BV

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $46.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2632**

VAN MEEUWEN, RENE 33 BARRY STREET BRUNSWICK, VIC 3056

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $636.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2633**

VAN MEGEN, MARC BOOMKRUIPER 17 NIEUWEGEIN, 3435RS

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2634**

VAN NIEUWLAND, RUBEN OPHELIALAAN 38 AALSMEER, \N 1431 HJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2635**

VAN OOSTERHOUT, ED JUTFASEWEG 5A LEFFE GOLDSTEIN UTRECHT, 3522 HA

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2636**

VAN OPPENRAAIJ, MAX WESTEIND 12 ROSMALEN, 5245 NL

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2637**

VAN OUWERKERK, JOS LAAN VAN VREDENOORD 23 3D CAPACITY RIJSWIJK (ZH), \N 2289 DA

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $82.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2638**

VAN TOORENBURG, LIAM ANTILLENSTRAAT 1 - 187 GRONINGEN, 9714JT

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2639**

VAN WAGNEN, RANDY 126 NICOLE DR. BROOKLYN, MI 49230

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2640

VAN WHY, DENNY 254 N WILLOW STREET CASTLE ROCK, CO 80104

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2641

VAN WIJK, SJOERD ZEEMANLAAN 16 DOUBLEYOU PRODUCT DEVELOPMENT IJSSELSTEIN, 3401MV

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $6.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2642

VAN ZANDVOORT, B MOLENALLEE 51 BB3D - VAN IDEE TOT PRODUCT WILP, 7384AP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $0.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2643

VAN ZANDVOORT, PATRICIA EUVELWEGEN 6 HEEZE, 5591TK

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
          Name

Case number *(if known)* 24-XXXX2

**3.2644**

VANDE LANOITTE, BENOIT RUE DU GÉANT 15 XTENSYS NIVELLES, 1400

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2645**

VANDERPLAS, NATE 1719 JOHNSTON ST SE GRAND RAPIDS, MI 49506

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $24.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2646**

VANDEVANDER, JOHN 19150 INDIAN ROAD SOUTH PRINCE GEORGE, VA 23805

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2647**

VANDEVENNE, SVEN HERKENRODESINGEL 19/D1.1 HASSELT, \N 3500

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $70.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2648

VANHERREWEGEN, MARC RUE FERDINAND NICOLAY 19 OUGREE, 4102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $8.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2649

VARDI, NIMROD 7 BOTANIC SQUARE, LONDON CITY ISLAN JAVA HOUSE, AREBYTE LONDON, LONDON E14 0LU

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $9.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2650

VARNEY, BRADLEY 107A WYUNA AVENUE FRESHWATER, NSW 2096

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $15.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2651

VARNEY, ETHAN 2060 E 17TH AVE UNIVERSITY OF OREGON EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2652

VAROL, TAYFUN ORTAKLAR CD. ORMECI SK. URUN APT. 1/13
MECIDIYEKOY ISTANBUL, \N 34000

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.86

3.2653

VASARIS, ALLAN 5135 VROOMAN RD JACKSON, MI 49201

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$33.50

3.2654

VAT NÂº: ESQ2820002J, CIEMAT AVDA. COMPLUTENSE 40 CIEMAT
MADRID, 28040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.87

3.2655

VAUGHAN, MICHAEL 5731 LITTLE NECK PARKWAY LITTLE NECK, NY
11362

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$13.05

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

3.2656

VAZQUEZ, ROBENEN 8124 LINGLE LANE LENEXA, KS 66215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $10.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2657

VDA, FABLAB C/O CITTADELLA DEI GIOVANI VIA GARIBALDI 7 AOSTA, 11100

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2658

VEEN, JELMER BARESTRAAT 4B GRONINGEN, \N 9725CP

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.2659

VEGELY, KEN 600 DUQUESNE BLVD DUQUESNE, PA 15110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                $26.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2660

VELAZQUEZ, ALEXIS 15141 NE 8TH STREET BELLEVUE, WA 98007

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $62.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2661

VELDHUIZEN, BART 99 RUE DE LA VERRERRIE SKETCHFAB SAS PARIS, 75004

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $13.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2662

VELEDNITSKY, EUGENE 330 CANTERBURY ST. 1979 NORTH LIBERTY, IA 52317

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2663

VELTRUSKÃ½, LUKÃ¡Å¡ STRELITZER STRAAÃ¿E 73 BERLIN, 10115

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2664

VERBEKE, FIEN EMELGEMSESTRAAT 1 IZEGEM, 8870

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $2.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2665

VERHEIJDEN, JOEY HEUVEL 13 MEIJEL, \N 5768EH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $7.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2666

VERHEIJDEN, JOEY HEUVEL 13 MEIJEL, \N 5768EH

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2667

VERITIV 261 RIVER ROAD CLIFTON, NJ 07014

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $3,939.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2668**

VERKADE, CRISPIJN VAN KINSBERGENLAAN 56 HILVERSUM, 1215RS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $9.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2669**

VERSLEIJEN, LUC VAN SONSVELDSTRAAT 3 HORST, \N 5961SJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $36.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2670**

VICENTE, RAFAEL RUA DE XABREGAS 2 4.26 VOXELWOLVES PT
514076445 LISBON, 1900-440

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $34.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2671**

VICTORY, SORAYA 425 EAST 58TH STREET APT 31E NEW YORK, NY
10022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $19.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2672

VIGLIOTTA, ANTONIO VIA FOGAZZARO 6 CASELLE TORINESE, 10072

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2673

VIKUNTAM, ARJUN 6111 ALDER ST 4C PITTSBURGH, PA 15206

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2674

VILLALOBOS, JOEY URB FOREST HILLS I 191 BUENOS AIRES ST BAYAMON, \N 959

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2675

VILLANI, FRANCESCO VIA SPINETTA 6 H SAN MARTINO BUON ALBERGO VERONA, 37036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2676**

VILLEGAS, ARTEMIO 2416 TARRYTOWN MALL HOUSTON, TX 77057

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2677**

VINCENT, ALLEN 22A CANNON STREET ECCLES MANCHESTER, GREATER MANCHESTER M30 0FT

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2678**

VINCENT, JARAD 5224 ROSWELLCREST CT APEX, NC 27539

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2679**

VINCENZI, FRANCESCO VIA ATTILIO LOLLI N.29 MIRANDOLA, 41037

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2680**

VINTON, ALEX 1224 SE RIVER FOREST RD OAK GROVE, OR 97267

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.35

**3.2681**

VIRTANEN, PASI NIITTYTAIVAL 13 ESPOO, 2200

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.45

**3.2682**

VISSERS, ROBERT ZILVERMEEUWHOF 17 ECCOMI 3D NUENEN, 5672 ED

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$176.04

**3.2683**

VOGLER, ANDREAS HOHENSTAUFENSTRASSE 10 MUNICH, 80801

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$47.31

3.2684

VOLKHOLZ, UWE UNTERE HAUPTSTRAÄŸE 1 SCHLEUSINGEN, 98553

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $0.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2685

VOLKMANN, TORBEN FACKENBURGER ALLEE 48 LÄ¼BECK, \N 23554

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $15.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2686

VON BISMARCK, ROLAND ALBRECHT-DÄ¼RER-STR. 22 OLCHING, 82140

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $22.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2687

VON BUEREN, SRI 41/21 RAMA 3 ROAD, CHONGNONSEE, YANNAWA, J.V.CONTROL LIMITED BANGKOK, 10120

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $22.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2688**

VON DACH, RICO BAUMGARTENWEG 1 KÃ¼TTIGEN, 5024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $188.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2689**

VONG, AKIN FLAT 5, 24/F CHEUNG TAT CENTRE NO.18 CHEUNG LEE STREET CHAI WAN A V DIGITAL ILLUSTRATION HONG KONG, \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $2.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2690**

VOOR DE POORTE, MG TESJESLAAN 2 ZWOLLE, 8042HN

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $7.87
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2691**

VORE, ADAM 12581 SANFORD ST LOS ANGELES, CA 90066

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $9.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2692

VOUTSINAS, DAVID 502 GRANT ST NEWTOWN, PA 18940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $84.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2693

VUCETIC, NASTASJA KRALJA PETRA II 76 BANJA LUKA, \N 78000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $27.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2694

WADA, TAKURO 42-6 UDAGAWA-CHO, SHIBUYA COLAB SHIBUYA #104
KABUKU INC. TOKYO, 1590042

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $66.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2695

WADE, CHARYSSA 1602 HOLLAND DR SOMERSET, NJ 8873

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $45.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2696**

WAGENBLAST, JOHANNES FINKENSTRASSE 9 GUENTERSLEBEN, \N 97261

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $17.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2697**

WAGES, EVAN 212 W 10TH STREET SUITE F175 INDIANAPOLIS, IN 46202

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2698**

WAGGENSPACK, ADAM 1342 GARDENA DRIVE NEW ORLEANS, LA 70122

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $1.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2699**

WAGNER, WILLIAM 307 GROVE ST. 2R BROOKLYN, NY 11237

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $22.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2700

WAGNER-ROBERTS, ERIC 7132 WILD LILAC CT. EASTVALE, CA 92880

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2701

WAHL, MIKE E8459 N COUNTY RD E ELK MOUND, WI 54739

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2702

WAHRMANN, GIDO AM LEVELOH 13D DESIGN STUDIO WAHRMANN SPROCKHOEVEL, 45549

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2703

WAIZENAUER, ALFRED NIBELUNGENSTR. 20A OSENSUS GMBH PASSAU, 94032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $43.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2704**

WALCHSHOFER, MARTIN BRUNO GALLEE WEG 2 107 LEONDING, 4060

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2705**

WALL, TYLER 1603 20TH ST. COALDALE, AB T1M1J7

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2706**

WALLACE, EDMOND CALLE 54 SE 1229 REPARTO METROPOLITANO SAN JUAN, 921

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $244.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2707**

WALLACE, JOHN 14948 ADDISON ST SHERMAN OAKS, CA 91403

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $80.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2708**

WALLERSTEIN, JONAH 3749 UNION 2L BROOKLYN, NY 11215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$26.37

**3.2709**

WALSH, BEN 168 DUNDAS ST, THORNBURY, VIC 3071

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.25

**3.2710**

WALTERS, DAVID GARY 58 VICTORIA AVENUE BLOXWICH WALSALL, WEST MIDLANDS WS3 3HS

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$186.18

**3.2711**

WALTON, AMARIAH 1960 MANDELA PKWY BAY 1 PYKA OAKLAND, CA 94607

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer AR Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,486.45

**3.2712**

WALTON, ANDREW FOXDALE, BIRCH HILL, KINGSWOOD, NEW PALE ROAD FRODSHAM, CHESHIRE WA6 6GX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $61.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2713**

WALTON, STEPHEN 163 SHIPTON ROAD APARTMENT OR SUITE COMPANY OR C/O YORK, NORTH YORKSHIRE YO305RX

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2714**

WALTON-SMITH, ADRIAN OVERTOOM 295 #12 AMSTERDAM, 1054HW

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $69.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2715**

WALWORTH, CONNER 17501 BISCAYNE BLVD. STE. 470 AVENTURA, FL 33160

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $680.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2716**

WANG, IRINA 1490 DELGANY ST #523 DENVER, CO 80202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2717**

WANG, KANGKANG 47010 KATO RD FREMONT, CA 94538

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2718**

WANG, YANG 119 ELIZABETH ST 41 NEW YORK, NY 10013

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $98.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2719**

WARBURTON-ROBERTS, TIM 33 VICTORIA STREET GOODWOOD, SA 5034

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2720**

WARD, MICHAEL 1622 S KIER ST INDEPENDENCE, MO 64055

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2721**

WARNER, WILLIAM 1137 MONTAGUE STREET NORFOLK, VA 23518

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2722**

WARNOCK, ADAM 1797 EAST MAIN STREET BWS TECHNOLOGIES PRATTVILLE, AL 36066

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2723**

WARNOCK, ROBBIE 739 BROOKWOOD DRIVE DRAGONHOLD STATESBORO, GA 30461

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2724**

WARREN, BRADFORD 450 BURNTWOOD ST FALLON, NV 89406-8266

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $11.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2725**

WARREN, JAMES 28 LINDON STREET, DUTTON PARK BRISBANE, QLD 4102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2726**

WARREN, JEFFREY 12 MILLBROOK TERRACE NEW PALTZ, NY 12561

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $15.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2727**

WARTON, JOHN 76 TUDOR ROAD HAMPTON, MIDDLESEX TW122NF

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $61.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2728**

WASCHULIN, KRISTOF BRUNHILDENGASSE 1/1 ROBITRONIC
ELECTRONIC GMBH VIENNA, \N 1150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2729**

WASHINGTON, PAMELA 1008 ELKHART ST OXON HILL, MD 20745

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $34.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2730**

WATSON, EMILY 822 PITTSFORD MENDON CENTER RD. PITTSFORD, NY
14534

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $11.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2731**

WATSON, ROD 13 MCMAHON CRES TOOWOOMBA, QLD 4350

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $24.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2732

WEAVER, OLIVER 21 NORTH ALLINGTON BRIDPORT, DORSET DT65DX

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2733

WEBB, ADAM 1410 AGATE STREET 61390 EUGENE, OR 97403

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2734

WEBB, JASON 2007 5TH AVENUE APARTMENT 1 KEARNEY, NE 68845

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2735

WEBER, THIS HARDSTRASSE 245 THIS WEBER DESIGN UNLIMITED LLC ZÃ¼RICH, 8005

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Shapeways, Inc.
         Name

Case number *(if known)* 24-XXXX2

**3.2736**

WEDL, MARILIES MITTERSTEIG 45397 VIENNA, 1050

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $73.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2737**

WEHRMANN, MICHAEL EICHENRING 32 1. OG GERMANY
BRAUNSCHWEIG, \N 38110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2738**

WEI, ZIYUE 2101 CHESTNUT STREET UNIT 1024 PHILADELPHIA, PA
19103

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $4.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2739**

WEILER, JENNIFER 6103 BELLE RIVE DRIVE BRENTWOOD, TN 37027

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $32.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2740**

WEINRICH, MICHAEL HANSJAKOBSTR. 14 MÃ¼NCHEN, \N 81673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $22.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2741**

WEISSENFELDT, JAN GÃ¼RTELSTRASSE 35 BERLIN, 10247

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $20.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2742**

WEIZMANN, MICHAEL TECHNION, MIGDALIM 960/43 HAIFA, 32000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $0.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2743**

WELCH, MIKE 11111 HARVEST DALE AVE HOUSTON, TX 77065

**Date or dates debt was incurred**

As of the petition filing date, the claim is:  $15.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2744**

WELCHLEY, STACEY \N \N, \N \N

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2745**

WELDON, GLEN 1738 WINDERMERE AVE. PRATTVILLE, AL 36066

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $23.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2746**

WELLS FARGO FINANCIALS SERVICES INC. PO BOX 41564 PHILADELPHIA, PA 41564

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $328.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2747**

WELLS, DANIEL 10 PAXTON COURT SHEFFIELD, SOUTH YORKSHIRE S14 1RH

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $118.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2748**

WELSH, CHRIS 4525 SW MUELLER DR. K304 BEAVERTON, OR 97078

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $8.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2749**

WELSH, TIM 1970 COLUMBIA ST 510 SAN DIEGO, CA 92101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $9.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2750**

WENGENROTH, MARCUS EICHENSTR. 39 ILUMI - INTERNET- & WERBEAGENTUR LEICHLINGEN, 42799

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $11.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2751**

WENSTOP, FREDRIK MARIDALSVEIEN 3N PIVOT INDUSTRIDESIGN AS OSLO, 178

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                            $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2752**

WERTEL, JAN AM LOKDEPOT 9 BERLIN, 10965

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2753**

WEST, ANDREW 308 FLAGSTONE COURT CEDAR PARK, TX 78613

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $23.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2754**

WEST, CHRISTOPHER 29 BALLADONIA ROAD ROWVILLE, \N 3178

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2755**

WEST, MICHAEL 4/2 RAVENSWOOD AVE RANDWICK, NSW 2031

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2756**

WESTCOTT, KARIN 501 BROOKER CREEK BLVD NIELSEN OLDSMAR, FL 34677

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $268.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2757**

WESTERBEEKE, P. MOLENVLIET 320 ROTTERDAM, 3076CM

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2758**

WESTHOLM, ANTON JOHN ERICSSONS V 79A MALMO, 21747

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $44.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2759**

WESTLUND, ERIK SEGERSJÃ¶VÃ¤GEN 65 UTTRAN, 14761

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2760**

WESTON, BEN 4128 CALAROGA DR. WEST LINN, OR 97068

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $29.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2761**

WESTWOOD, SHANE 3884 JOHN A MACDONALD RD SASKATOON, SK S7L5T3

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2762**

WETJEN-BARRY, RYAN 5135 41ST STREET SOUTH MAXIMO DESIGN GROUP LLC SAINT PETERSBURG, FL 33711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $6.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2763**

WETTER, RICHARD HOGEWEG 74 ZANDVOORT, 2042 GJ

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $22.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2764**

WHITEHORN, MARK 2246 FIELD ST LAKEWOOD, CO 80215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2765**

WIDAWSKY, SHULAMIT 8104 ACCOTINK DRIVE ANNANDALE, VA 22003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $19.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2766**

WIEDERMANN, CLEMENS SCHULGARTENWEG 2 MÃ¼HLLEITEN, 2301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2767**

WIELER, FELIX 10101 SASKATCHEWAN DR. NW APARTMENT 704 EDMONTON, AB T6E4R6

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $55.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

**3.2768**

WILCKENS, BLAKE 110 PALMER CR EVANS, GA 30809

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$39.09

---

**3.2769**

WILKERSON, GUY 30 COVERACK WAY PORT SOLENT PORTSMOUTH, HAMPSHIRE PO6 4SX

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$32.28

---

**3.2770**

WILKINS, JANET CHALFORD INDUSTRIAL ESTATE UNIT 9 PANGOLIN EDITIONS CHALFORD, GLOUCESTERSHIRE GL6 8NT

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$869.54

---

**3.2771**

WILKINS, LOGAN 1581 S 157TH DR GOODYEAR, AZ 85338

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$31.69

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2772**

WILKINSON, GAGE 203 W MORRIS ST OMNISITE INDIANAPOLIS, IN 46225-1440

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $12.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2773**

WILLEMS, LUUK SLUISPLEIN 32 PICK UP SINT OEDENRODE, \N 5492AM

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2774**

WILLIAMS, ANDREW 1 CHRISTENSEN COURT LARA, VIC 3212

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2775**

WILLIAMS, CHRIS 3010 232ND ST E SPACE 14 SPANAWAY, WA 98387

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2776**

WILLIAMS, REGINALD 1601 S HALSTED ST UNIT 209 CHICAGO, IL 60608

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2777**

WILLIAMS, ROBERT 2522 MONA VALE RD. TROPHY CLUB, TX 76262

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $72.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2778**

WILLIAMS, STUART 1 SOMERSET COTTAGES PLYMOUTH, DEVON PL34AZ

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2779**

WILLIAMSON, DAVID L3 / 289 FLINDERS LANE STUDIO SEMAPHORE MELBOURNE, VIC 3000

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $5.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2780**

WILLIAMSON, JONATHAN 13723 W 81ST TERRACE LENEXA, KS 66215

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$24.34

**3.2781**

WILLIAMSON, LEE 129 LEXINGTON ST RED ACCORDION STUDIO LLC BELMONT, MA 2478

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$61.34

**3.2782**

WILLS, JONATHAN 100 W 86 APT 5B NEW YORK, NY 10024

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$70.11

**3.2783**

WILSON, ANDREW 108 BRECKENRIDGE PLACE CHAPEL HILL, NC 27514

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$30.89

**3.2784**

WILSON, JESSE 2077 PEAR TREE COURT APT 1 CAPE GIRARDEAU, MO 63701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $53.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2785**

WILSON, MATT 182-21 150TH AVENUE DXB 374370 SPRINGFIELD GARDENS, NY 11413

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2786**

WILSON, MICHAEL 215 MADILL APT.10 MIKE WILSON LAKE COWICHAN, BC V0R2G1

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $12.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2787**

WIMMER, CHRISTOPHER 251 PIERCE STREET SAN FRANCISCO, CA 94117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2788

WINBERG, DUSTIN 705 S 12TH ST APT 6 LACRESCENT, MN 55947

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2789

WINDBERGS, THOR ELFRIEDE-BREITENBACH STR.33 LUDWIGSBURG, 71640

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2790

WINDELER, JOHANNES AM EICHENHOF 23 ACHIM, 28832

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $6.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2791

WINKLER, JOHANN (HANS) 2 AUBURN CT. #3 BROOKLINE, MA 2446

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $75.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2792**

WINKLER, LAURA 155 DEVONSHIRE DR BRANSON, MO 65616

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $27.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2793**

WINKLER, SABINE 325 E 19TH AVE 11 EUGENE, OR, OR 97401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $0.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2794**

WINTER, ANDRÃ© KONRAD-ADENAUER-ALLEE 47 AUGSBURG, 86150

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $11.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2795**

WINTER, JUSTIN 404 N PEACHTREE PKWY PEACHTREE CITY, GA 30269

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**           $26.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2796**

WIQVIST, JACOB KASTVINDSGATAN 2C GOTHEBURG, 41714

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2797**

WIRTH, WILL 78 EL CAMINO DRIVE CORTE MADERA, CA 94925

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2798**

WISCHMEIER, MICHELLE 715 W STATE STREET WEST LAFAYETTE, IN 47907

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2799**

WISE, RICHARD 65 GREEN LANE ILFORD, ESSEX IG1 1XJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2800**

WISNIEWSKI, KEVIN 1215 E 24TH AVE EUGENE, OR 97403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2801**

WITHUMSMITH+BROWN PC P.O. BOX 5340 PRINCETON, NJ 08543

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $41,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2802**

WITTMANN, CHRISTIAN RTE DU SANETSCH 45 SION, 1950

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2803**

WITTROCK, PETER BRUNBJERGVEJ 9B BELLINGER A/S RISSKOV, \N 8240

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2804**

WOJCICKI, ANDRZEJ OJCOWSKA 24 GDANSK, \N 80-146

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $70.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2805**

WOJCIESKI, JENNIFER 43 CENTER AVENUE BAY SHORE, NY 11706

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2806**

WOJDYLO, PAWEL 99 ATLANTIC AVE 303 SOHO VFX TORONTO, ON M6K3J8

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2807**

WOLF GREENFIELD 600 ATLANTIC AVENUE BOSTON, MA 02110

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,909.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2808**

WOLF, HELMUT FRIEDRICH EBERT STR 5 BABENHAUSEN, 64832

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                $20.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2809**

WOLFGRAM, REMCO STADHOUDERSLAAN 38 HOOGEZAND, 9602GC

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                 $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2810**

WOLFMAN, STEPHEN 6458 QUAKERTOWN AVE WOODLAND HILLS, CA 91367

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                $14.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2811**

WOLLMANN, STEVEN 32 ROSEGLEN CRES WINNIPEG, MB R3Y1R4

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                                $77.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2812**

WOMACK, TRAVIS 12155 TRIBUTARY POINT DR. #72 GOLD RIVER, CA 95670

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2813**

WONG, BRYCE 116 HOMECOMING IRVINE, CA 92602

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $449.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2814**

WONG, HUA 17B RUE DES MOISSONS REIMS, 51100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $142.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2815**

WONG, HUMPHREY FLAT A , 4/F , BLOCK 80 KING'S PARK HILL HO MAN TIN , KOWLOON , HONG KONG HONG KONG,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $15.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2816

WONG-WELCH, JENNY 7201 COURTNEY DR SAN DIEGO, CA 92111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $50.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2817

WOO, TIMOTHY 2937 WINTERHAVEN CT ATLANTA, GA 30360

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2818

WOOD, CRAIG 450 HARVARD AVE BALDWIN, NY 11510

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2819

WOOD, JOSEPH 68 WOODLAND RD. JAMAICA PLAIN, MA 2130

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $110.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2820**

WOOD, MATT 41 HUDSON WAY GRANTHAM, LINCOLNSHIRE NG317BU

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $0.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2821**

WOOD, STEVEN 840 STAFFINGTON DRIVE WESTERVILLE, OH 43081-7505

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $3.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2822**

WOODARD, BRETT & TABITHA 20270 BEAUVUE COURT LEONARDTOWN, MD, MD 20650

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $8.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2823**

WOODING, STEPHEN 5073 CHAMBERLAIN ROAD MIDPINES, CA 95345-0339

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $205.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2824**

WOODWARD, ALEX THE STUDIO, GRANGE COURT BARN PERTENHALL ROAD, KEYSOE, BEDS MK442HR

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2825**

WOODWORTH, MARK 200 S. GROVE AVE. OAK PARK, IL 60302

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $37.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2826**

WOOLDRIDGE, ANDREW 1045 SOUTH 11TH STREET COTTAGE GROVE, OR 97424

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $10.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2827**

WOZNY, WAWRZYNIEC SW. WAWRZYNCA 29/21 POZNAN, \N 60-546

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $11.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2828

WRAY, SARAH 5235 54TH AVE BASHAW, AL T0B0H0

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2829

WRIGHT, SIMON 3045 ATWATER DR BURLINGAME, CA 94010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2830

WU, CHITIAN CHANGPINGQU TIANTONGYUAN XI 3 QU 20-4-602 T.M.F BEIJING , \N 102218

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $135.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2831

WU, FRANK 464 COMMON ST., NO. 353 BELMONT, MA 2478

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $29.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

---

**3.2832**

WU, SONGHUA 3192 MCHENRY AVE CINCINNATI, OH 45211

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $18.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.2833**

WUJAN, ALEXANDER GABRIELE-MÃ¼NTER-STR. 2 WOERTH, 76744

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.2834**

WULFENSTEIN, BEVAN 5255 WEST 11000 NORTH GRABBER CONSTRUCTION PRODUCTS HIGHLAND, UT 84003

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $96.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.2835**

WUNDERLI, MICHAEL 8 MCCULLOUGH DR. U135973 NEW CASTLE, DE 19726

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $41.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2836**

WUU, FRANKLIN 65 CHULIA STREET #09-01, EXPERIENCE DESIGN OCBC BANK GROUP CUSTOMER EXPERIENCE SINGAPORE, 49513

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $537.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2837**

WYATT, DEWEY 82 PINE GROVE DR RICHMOND, MA 1254

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $80.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2838**

XPERITY, LLC (DELAPLEX) 2970 CLAIRMONT RD NE SUITE 630 ATLANTA , GA 30329

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $24,900.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2839**

YAGISAWA, YUKO 2235 HOLLY STREET DENVER, CO 80207

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $936.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2840**

YAGISAWA, YUKO 2235 HOLLY STREET DENVER, CO 80207

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2841**

YAMADA, JUNICHI MÃ¤ENRINNE 3-5 L 103 ESPOO, 2160

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $14.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2842**

YANEV, IVAN 3578 LAKEVIEW HEIGHTS DR ST LOUIS, MO 63129

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $4.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2843**

YANG, CHIA CHI NO.8, MINSHENG VIL.,TOUFEN TOWNSHIP MIAOLI COUNTY, \N 351

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                    $0.04
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Shapeways, Inc.
         Name

Case number *(if known)* 24-XXXX2

**3.2844**

YANG, KOLBE 2822 STONECREST WAY SAN JOSE, CA 95133

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2845**

YANG, MICHAEL 205 BANBURY RD NORTH YORK, ON M3B3C6

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $8.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2846**

YANG, YISHI E.BRAESIDE DRIVE 3149 BLOOMINGTON, IN 47408

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $28.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2847**

YAP, HOWARD 1000 STEWART AVE. APARTMENT OR SUITE LIFETIME BRANDS GARDEN CITY, NY 11530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $34.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2848**

YEAGLY, DAVID 2932 RIO GRANDE DR ANTIOCH, CA 94509

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $44.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2849**

YEAP, WENG FAI NO 2 LORONG MURNI 33, TAMAN DESA MURNI
BUTTERWORTHM, PULAU PINANG, 13800

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $4.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2850**

YEH, EDDIE 221 SOUTH 12TH STREET SUITE 501 S COSMOPOLITAN
APT PHILADELPHIA, PA 19107

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                   $151.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2851**

YETT, JAMES 933 JANSEN AVE SAN JOSE, CA 95125

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $14.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Shapeways, Inc.
        Name

Case number *(if known)* 24-XXXX2

**3.2852**

YETTER, BEN 748 N EAU CLAIRE ST MONDOVI, WI 54755

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.77

**3.2853**

YONATAN YOHANAN HAGADI 8 TEL AVIV, 6226905

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$29.10

**3.2854**

YOSHIDA, TOMOYA 1-14-8 HIRATSUKA SHINAGAWA, 1420051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$693.97

**3.2855**

YOSHIDA, TOMOYA 1-10-20-201 HIGASHI-NAKANOBU ABITE-FONTENU 201 SHINAGAWA TOKYO, 142-0052

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$47.19

Debtor Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2856**

YOSIHISA, HIRAIDE 6-4-17 HIGASHI-KOJIYA OTA???CORE405? ????????
TOKYO, \N 144-0033

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$152.56

**3.2857**

YOUMANS, SUNNEE 12709 E VASSAR DR AURORA, CO 80014

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.63

**3.2858**

YOUNG, AUSTIN 2133 5TH ST BERKELEY, CA 94707

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$41.58

**3.2859**

YOUNG, SKYLER 2370 EAST 2500 SOUTH VERNAL, UT 84078

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.47

**3.2860**

YU, ERIC 105, FO TAN KUK SUN TSUEN HONG KONG,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

$25.00

**3.2861**

YU, RAY 37 BUTE ST., PRINCE EDWARD, 15/F., MONGKOK EXCHANGE, KOWLOON,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$14.00

**3.2862**

YU, STANLEY 614 SANTA BARBARA STREET SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$6.50

**3.2863**

ZACHER, MAX 63 ISABELLE STREET ROCHESTER, NY 14606

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$29.63

3.2864

ZACK, ALEX 22 N 6TH ST APT 9P BROOKLYN, NY 11249

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$8.44

3.2865

ZAIDMANN, GEORGE THE OLD COTTAGE THE STREET BRAMLEY, HAMPSHIRE RG265DD

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.01

3.2866

ZALEWSKI, CHRISTINE 3396 FOUNDERS CLUB DR SARASOTA, FL 34240

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.32

3.2867

ZALZADEH, DARIUS SOPHIENSTR.23 KASSEL, 34117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.01

**3.2868**

ZAMANI, MANI STRANDGADE 23,ST. TH MANI ZAMANI VEJLE, 7100

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $7.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2869**

ZARAGOZA, JOSEPH 7 CARTER STREET SEVENHILLS SYDNEY, NSW 2147

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $14.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2870**

ZAVADSKIY, VICTOR 107 E HENDELMEYER AVE, UNIT 23 EFFINGHAM, IL 62401

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $10.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2871**

ZAVERI, NILAY ROLAND HOLSTLAAN 341 ROLAND HOLSTLAAN DELFT, 2624HJ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $58.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2872**

ZEMER, BOAZ BEN ZION ISRAELI 10 9 GIVATAYIM, 5323207

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$45.02

**3.2873**

ZERKEL, ADAM 530 N. MANHATTAN PL. LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$24.39

**3.2874**

ZERVOULAKOS, DINO 13221 CARRIAGE RD APT 11 POWAY, CA 92064

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$72.26

**3.2875**

ZHAI, XIANG 6606 SKY HAVEN CT SUGAR LAND, TX 77479

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

$23.06

3.2876

ZHONG, HUALIN 33-36 75TH ST. JACKSON HEIGHTS, NY 11372

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $161.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2877

ZHOU, QINGNAN 715 BROADWAY 12TH FLOOR NEW YORK UNIVERSITY
NEW YORK, NY 10003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $41.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2878

ZIEFEL, ROBERT 273 VOLK RD WEBSTER, NY 14580

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $8.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2879

ZIKA, JOEL 48 WALSH ST COBURG, VIC 3058

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                  $39.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2880

ZIN, NICOLAS 7835 RUE SAINT ANDRÃ© MONTREAL, QC H2R2R2

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $43.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2881

ZINDA, JASON 401 E UNIVERSITY AVE APT 101 BADGER, MN 56714

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $76.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2882

ZINDER, LEAH 142 MOORE ST PRINCETON, NJ 8540

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $113.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2883

ZINGG, JULE 440 STATE GARAGE ROAD ADVANCED ILLUMINATION INC. ROCHESTER, VT 5767

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $58.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2884

ZMEREKAR, CHRISTIAN KURWEG 9 ST. RADEGUND BEI GRAZ, 8061

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $290.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2885

ZOLLINGER, MARCEL BAHNHOFPLATZ 8 PICKPOST 10047872 WINTERTHUR, 8400

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $86.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2886

ZOMCHEK, GLENN 190 BEECH DRIVE LAKE ZURICH, IL 60047

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2887

ZOMER, ADRIAN P.O BOX 609 TRARALGON, VIC 3844

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $16.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2888**

ZREBIEC, NICHOLAS 538 HENRY STREET SOUTH AMBOY, NJ 8879

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2889**

ZSAKI, ATTILA 648 RUE DE GASPE VERDUN, QC H3E1H1

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2890**

ZURIC, DAMIR VRBANI 21 ZAGREB, \N 10000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2891**

ZURICH, ETH CLAUDIUS ZINGERLI LEM-AMT, EINSTEIN PFA E44 TECHNOPARKSTR. 1 ZURICH, \N 8005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

**3.2892**

ZURLIGEN, MATTHEW 6 EAST 2700 SOUTH SALT LAKE CITY, UT 84115

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Gift Card Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2893**

ZWAETZ, OLAF KIESSTRASSE 5 2 FLOOR FRANKFURT, 60486

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $215.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2894**

ZWICK USA 2125 BARRETT PARK DRIVE KENNESAW, GA 30144

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,699.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2895**

ZWICKY, CALDER 415 CENTRAL PARK WEST 10AR NEW YORK, NY 10025

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $61.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

3.2896

ZWIFKA, CHRISTIAN MAX BECKMANN STRAÃŸE 29 KARLSRUHE, 76227

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $19.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credit

**Is the claim subject to offset?**
☑ No

☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $87,056.19 |
| 5b. **Total claims from Part 2** | 5b. | $1,610,760.39 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,697,816.58 |

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** — 3DnA Vendor Printing Agreement <br> **State the term remaining** — Unknown <br> **List the contract number of any government contract** | 3DnA S.r.l., Via R. Lordi, 6, Napoli, Italy |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** — 3T Additive Manufacturing Contingency Agreement <br> **State the term remaining** — Unknown <br> **List the contract number of any government contract** | 3T Additive Manufacturing Ltd., Attn: Martin Nottingham, Greenham Business Park, Newbury, Berkshire, RG19 6HD, United Kingdom |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** — Defined Contribution Plan <br> **State the term remaining** — Unknown <br> **List the contract number of any government contract** | ADP, LLC, Attn: Janell Hayes, 71 Hanover Road, M/S 580, Florham Park, NJ, 07934 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | AWS Customer Agreement | Amazon Web Services, Inc., 410 Terry Ave North, Seattle, WA, 98109- 5210 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Patent License Agreement | AM-Flow Holding B.V., Attn: Pieter Dekkers & Stefan Rink, Kattenburgerstraat 5 gebouw 003-H, Amsterdam, 1018 JA, The Netherlands |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Atlassian SaaS Agreement | Atlassian Pty Ltd, Level 6, 341 George St, Sydney, NSW, 2000, Australia |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Bayerische Motoren Werke AG, Attn: Aimee Gessner, Dept. AJ-55, Munich, 80788, Germany |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Berkley Property and Auto Insurance Policy | Berkley Technology Underwriters, 222 South 9th Street, Suite 2550, Minneapolis, MN, 55402 |
|---|---|---|---|
| | State the term remaining | 09/29/2024 | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Berkley Workers Comp Insurance Policy | Berkley Technology Underwriters, 222 South 9th Street, Suite 2550, Minneapolis, MN, 55402 |
|---|---|---|---|
| | State the term remaining | 09/29/2024 | |
| | List the contract number of any government contract | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Shapeways License Agreement | Casey Steffen |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Cigna Group Insurance Policy | Cigna Health and Life Insurance Company, Attn: Geneva Cambell Brown, PO Box 118061, Chattanooga, TN, 37422-8061 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloudflare Business Class Order Form | Cloudflare, Inc., Attn: Steve Pascucci |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Coalition Cyber Policy | Coalition Insurance Solutions, Inc,, 55 2nd St, Suite 2500, San Francisco, CA, 94105 |
| | **State the term remaining** | 09/29/2024 | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Coalition Cyber Insurance Policy | Coalition Insurance Solutions, Inc,, 55 2nd St, Suite 2500, San Francisco, CA, 94105 |
| | **State the term remaining** | 09/29/2024 | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | ColorTokens License Agreement | Colortokens, Inc., Attn: Rohan Gupta, 3590 N First Street, Ste 320, San Jose, CA, 95134 |
| | **State the term remaining** | 04/20/2024 | |
| | **List the contract number of any government contract** | | |

2.16 State what the contract or lease is for and the nature of the debtor's interest

Equipment Finance Agreement

Complete Capital Services, Inc., Attn: Stephanie Kouloumberis, 22811 Mack Avenue, Ste 203, Saint Clair Shores, MI, 48080

State the term remaining

Unknown

List the contract number of any government contract

---

2.17 State what the contract or lease is for and the nature of the debtor's interest

CriticalRiver Master Services Agreement

CriticalRiver, Inc., 4683 Chabot Dr, Ste 350, Pleasanton, CA, 94588

State the term remaining

11/15/2025

List the contract number of any government contract

---

2.18 State what the contract or lease is for and the nature of the debtor's interest

Crowe Engagement Letter

Crowe LLP, 9 Greenway Plaza #1700, Houston, TX, 77046

State the term remaining

Unknown

List the contract number of any government contract

---

2.19 State what the contract or lease is for and the nature of the debtor's interest

ResolvedCX - Client Services Agreement

Customer Service Excellence LLC (d/b/a ResolvedCX), Attn : Michael Feinberg, 203 17th Street #7, Brooklyn, NY, 11215

State the term remaining

Unknown

List the contract number of any government contract

---

2.20 State what the contract or lease is for and the nature of the debtor's interest

demandDrive Statement of Work Contract

demandDrive, LLC, Attn: Greg Cammarata, 135 Beaver Street, Suite 308, Waltham, MA, 02452

State the term remaining

Unknown

List the contract number of any government contract

---

2.21 State what the contract or lease is for and the nature of the debtor's interest

Notified Master Services Agreement

Digital Media Innovations, LLC [Notified], Attn: Ryan Bristow, 11650 Miracle Hills Drive, Omaha, NE, 68154

State the term remaining

Unknown

List the contract number of any government contract

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | DOES, Boekx Advocaten, Attn: Marc C.S. de Boer, PO Box 15988, Amsterdam, 1001 NL, The Netherlands |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | EOS Global Special Price Agreement - Materials | EOS of North America, Inc., Attn: Darin Chartier, 28970 Cabot Dr, Ste 700, Novi, MI, 48377 |
| | State the term remaining | 01/31/2025 | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | EOS System Care Program | EOS of North America, Inc., 28970 Cabot Dr, Ste 700, Novi, MI, 48377 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Erpro Vendor Printing Agreement | Erpro 3D Factory, Attn: M Guillaume Fagart, 216 Boulevard Andre Bremont, Saint-Leu-la-Foret, 95320, France |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | ExOne 316L Manufacturing Agreement | ExOne |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | ExOne 420ss Manufacturing Agreement | ExOne |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | FIT Production Vendor Printing Agreement | FIT Production GmbH, Attn: Alexander Bonke, Eichenbuhl 10, 92331, Germany |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Flatworld Master Service List | Flatworld Solutions, Inc., Attn: George Haung, 116 Village Blvd, Princeton, NJ, 08540 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Formstack Services Agreement | Formstack, LLC, 11671 Lantern Rd, Ste 300, Fishers, IN, 46038 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Gemini Commercial Excess Liability Insurance Policy | Gemini Insurance Company, 7233 E Butherus Dr, Scottsdale, AZ, 85260 |
| | State the term remaining | 09/29/2024 | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Gemini Commercial General Liability Insurance Policy | Gemini Insurance Company, 7233 E Butherus Dr, Scottsdale, AZ, 85260 |
| | State the term remaining | 09/29/2024 | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Royalty-Free Licensing Agreement | Geoffrey Mann, Coburg House Art Studios, 15 Coburg St, Edinburgh, EH11 1DW, United Kingdom |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**

Global ModelCreator 3D Printing Services Agreement

Global ModelCreator SL, Attn: Drazen Primorac, Callle Cabo de Penas 5, ch10, 28660 Boadilla del Monte, Spain

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**

HubSpot Renewal Marketing Agreement

HubSpot Inc., 2 Canal Park, Cambridge, MA, 02141

**State the term remaining**

02/16/2025

**List the contract number of any government contract**

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

ICR Consulting Agreement

ICR, LLC, Attn: John Sorensen, 761 Main Avenue, Norwalk, CT, 06851

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Imaginarium Vendor Printing Agreement

Imaginarium Jewel Tech LLP, Plot 59, Road No. 17 Marol Industrial Estate, MIDC, Chakala, Maharashtra, Andheri (East) Mumbai-400093

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Shapeways - Vendor Printing Agreement

Imaginarium Rapid Private Limited, 7th Floor, The Great Oasis Building, Road No. 21, MIDC, Marol Industual Area, Andheri (East), Mumbai - 400 093

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**

JawsTec Vendor Printing Agreement

JawsTec, Attn: Oscar Klassen, 2839 Hwy 39, American Falls, ID, 83211

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Agreement - Real Property (37637 Schoolcraft) | Jeffries Tech, LLC , c/o Ari-El Enterprises, Inc., Attn: Scott Leibovitz, 29355 Northwestern Hwy., Suite 301, Southfield, MI, 48034-1045 |
| | State the term remaining | 10/31/2027 | |
| | List the contract number of any government contract | | |

| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Shapeways Photography Agreement | Ladislas de Toldi |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | LinkSquares Order Form | LinkSquares, Inc, 60 State St , Ste 1200 , Boston , MA, 02109 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | MakerOS Transition Services Agreement | MakerOS, Inc., Attn: Michael Moceri, 180 Water St #2207, New York, NY, 10038 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | MakerOS Intellectual Property Assignment Agreement | MakerOS, Inc., Attn: Michael Moceri, 180 Water St #2207, New York, NY, 10038 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | MakerOS Assignment Agreement | MakerOS, Inc., Attn: Michael Moceri, 180 Water St #2207, New York, NY, 10038 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Marcum Engagement Letter | Marcum LLP, Attn: Robert McGuinness, 730 Third Avenue, 11th Floor, New York, NY, 10017 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Marcum Tax Compliance Services Agreement Letter | Marcum LLP, Attn: Robert McGuinness, 730 Third Avenue, 11th Floor, New York, NY, 10017 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Marketiger Vendor Printing Agreement | Marketiger B.V., Brainport Industries Campus 1, Eindhoven, 5657BX, The Netherlands |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Marketiger Vendor Printing Renewal Agreement | Marketiger B.V., Attn: Ronald Van Den Broek, BIC 1, 5657 BX, Eindhoven, The Netherlands |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Mimaki Ultra Hi-Def Color Calibration Service Agreement | Marketiger B.V., Incorporated, Attn: Ronald van den Broek, BIC 1, Eindhoven, 5657 BX, Netherlands |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Supply Specification Production Of Finished Medical Devices By Additive Manufacturing Document n. MED.06.219 | Medacta International |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | 3D Printing Services Agreement | Medacta International SA, Strada Regina, 6874, Castel San Pietro, Switzerland |
| | State the term remaining | 04/12/2026 | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | 3D Printing Services Agreement | Medacta International SA, Strada Regina, 6874 Castel San Pietro, Switzerland |
| | State the term remaining | 02/16/2025 | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Midwest Prototyping Vendor Printing Agreement | Midwest Prototyping, LLC, Attn: Nate Schumacher, 10949 Blackhawk Drive, Blue Mounds, WI, 53517 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Finance Agreement | Mitsubishi HC Capital America, Inc., One Pierce Place, Suite 1100 W, Itasca, IL, 60143-0128 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Needham Letter Agreement Amendment | Needham & Company LLC, Attn: Laura Black, 535 Mission Street, 22nd Floor, San Francisco, CA, 94105 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Oblity Online Marketing Services Agreement | Oblity Consulting, Inc., 308 SW First Ave, #401, Portland, OR, 97204 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Shapeways Photography Agreement | Omar Reul |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle Netsuite Order | Oracle America, Inc., 2300 Oracle Parkway , Austin, TX, 78741 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle Netsuite Order | Oracle America, Inc., 500 Oracle Parkway , Redwood Shores, CA, 94065 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle UK Subscription Services Agreement | Oracle Corporation UK Limited, Oracle Parkway, Thames Valley Park, Reading, Berkshire, RG6 1RA, United Kingdom |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Outreach Services Agreement | Outreach Corporation, PO Box 735274, Chicago, IL, 60673-5274 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Retirement Plan Advisory Agreement | Pensionmark Financial Group, LLC, Attn: Jennifer Tanck, 24 E Cota St, Ste 200, Santa Barbara, CA , 93101 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Printing Agreement | PERIDOT Inc., Attn: Dave Hockemeyer, 14508 Bruick Drive, Hoagland, IN, 46745 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Product Slingshot Vendor Printing Agreement | Product Slingshot, Inc. (dba Forecast 3D), 2221 Rutherford Road, Carlsbad, CA, 92008 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Promevo SaaS Agreement | Promevo, LLC, File 2507, 1801 W Olympic Blvd, Pasadena, CA, 91199 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Rolls-Royce Motor Cars Ltd., Attn: Aimee Gessner, Dept. AJ-55, Munich, 80788, Germany |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Salesforce Main Services Agreement | Salesforce, Inc., Salesforce Tower, Attn: VP, Worldwide Sales Operations, 415 Mission St, 3rd Floor, San Francisco, CA, 94105 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Intellectual Property Agreement | Shapeways B.V., Kanaaldijk-zuid 3a, 5613 LE, Eindhoven, 5652 CL, The Netherlands |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

Debtor    Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

| | | | |
|---|---|---|---|
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | HLH Vendor Printing Agreement | Shenzhen HLH Prototypes Co Ltd, Attn: Abby Tan, 1801 Xin Sha Road Shajing, 2003 Xing Ji Building, Shajing, Baoan, Shenzen, 518125, China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | HLH Commercial Partnership Agreement | Shenzhen HLH Prototypes Co Ltd, Attn: Abby Tan, 1801 Xin Sha Road Shajing, 2003 Xing Ji Building, Shajing, Baoan, Shenzhen, 518125, China |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | 3D Printing Services Renewal Agreement | Sky Castle Studios, LLC, Attn: Danna Carmi, 2261 Market Street, #4761, San Francisco, CA, 94114 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Slack Services Agreement | Slack Technologies, LLC, 500 Howard St, San Francisco, CA, 94105 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | 3D Printing Services Agreement | Slide Sleep Technologies, c/o LeBlanc Dental Products, Inc., Attn: Kelly LeBlanc , 114 Homes Road, Suite 146, Houston, TX, 77045 |
| | State the term remaining | 03/29/2026 | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | Spartan Composites, LLC, Attn: Sean Grace, 135 Gus Hipp Blvd, Rockledge, FL, 32955 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Shapeways Photography Agreement | Thomas Linn |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Carrier Agreement | United Parcel Service Inc., Attn: Tracie Misiak, 29855 Schoolcraft Rd, Livonia, MI, 48150 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Mail Services Agreement | UPS Expedited Mail Services, Inc., 12380 Morris Rd, Alpharetta, GA, 80005 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Whiteclouds Vendor Printing Agreement | WhiteClouds, Inc., Attn: Joey Skinner, 766 S Depot Dr, Ste 8, Ogden, UT, 84404 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Wright Independent Contractor Agreement | Willie Wright J, 6026 Black Dairy Rd, Seffner, FL, 33584 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Workiva Statement of Work | Workiva Inc., 2900 University Blvd, Ames, IA, 50010 |
| | **State the term remaining** | 04/01/2025 | |
| | **List the contract number of any government contract** | | |

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

| | | | |
|---|---|---|---|
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Zverse Vendor Printing Agreement | ZVerse, Inc., 1601 Shop Rd, Suite K, Columbia, SC, 29201 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1<br>Linear Mold & Engineering, LLC | Linear Mold & Engineering, LLC<br>12163 Globe Street<br>Livonia, MI 48150 | 3DP Custom Manufacture, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br>Shapeways Holdings, Inc | Shapeways Holdings, Inc<br>12163 Globe Street<br>Livonia, MI 48150 | 3DP Custom Manufacture, LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br>Shapeways B.V. | Shapeways B.V.<br>Kanaaldijk-zuid 3a<br>5613 LE<br>Eindhoven 5652 CL<br>Netherlands | Bayerische Motoren Werke AG | ☐ D<br>☐ E/F<br>☑ G |
| 2.4<br>Shapeways B.V. | Shapeways B.V.<br>Kanaaldijk-zuid 3a<br>5613 LE<br>Eindhoven 5652 CL<br>Netherlands | Coalition Insurance Solutions, Inc, | ☐ D<br>☐ E/F<br>☑ G |

Debtor  Shapeways, Inc.
Name

Case number *(if known)* 24-XXXX2

2.5
Shapeways B.V.

Shapeways B.V.
Kanaaldijk-zuid 3a
5613 LE
Eindhoven 5652 CL
Netherlands

DOES

- [ ] D
- [ ] E/F
- [x] G

2.6
Shapeways B.V.

Shapeways B.V.
Kanaaldijk-zuid 3a
5613 LE
Eindhoven 5652 CL
Netherlands

Rolls-Royce Motor Cars Ltd.

- [ ] D
- [ ] E/F
- [ ] G

**Fill in this information to identify the case:**

Debtor name: Shapeways, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-XXXX2

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets−Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 07/02/2024 | /s/ Gregory Kress |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Gregory Kress |
| | Printed name |
| | Chief Executive Officer |
| | Position or relationship to debtor |