**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPEWAYS, INC., *et al.*,1<br><br>Debtors | ) Chapter 7<br>)<br>) Case No. 24-11488 (BLS)<br>)<br>) Jointly Administered<br>)<br>) **Re: Docket Nos. 65, 103**<br>) |

**REPORT OF SALE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f) (SALE OF HARD ASSETS -HERITAGE GLOBAL PARTNERS, INC., AND SILICON VALLEY DISPOSITION INCORPORATED AS AUCTIONEER)**

**PLEASE TAKE NOTICE THAT:**

1. On August 29, 2024, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Orders (A) Establishing Bidding Procedures in Connection With Sale of Debtors Assets and Authorizing Trustees Ability to Select Stalking Horse and Provide Bid Protections; (B) Approving the Form and Manner of Notices; (C) Scheduling a Sale Hearing; (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; and (E) Granting Related Relief* [Docket No. 65] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. On October 15, 2024, the Court entered the *Order: (I) Authorizing Chapter 7 Trustee to Employ and Retain Heritage Global Partners, Inc. and Silicon Valley Disposition, Incorporated as Auctioneer, Effective as October 16, 2024; (II) Approving the Terms of the Engagement Agreement; (III) Modifying Certain Timekeeping Requirements; and (IV) Granting Related Relief* [Docket No. 103] approving the Trustee's retention of Heritage Global Partners, Inc. and Silicon Valley Disposition, Incorporated ("HGP/SVD"), whereby HGP/SVD would conduct a liquidation of the Tangible Assets of the estates for which HGP/SVD was declared as the Prevailing Bidder for the Tangible Assets for the guaranteed minimum price of $730,000.2

---

1  The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

2  *See Notice of Successful Bidders and Cancellation of Auction* [Docket No. 83].

| | |
|---|---|
| Dated:  January 21, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Peter J. Keane*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Peter J. Keane (DE Bar No. 5503)<br>Brooke E. Wilson (CA Bar No. 354614)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:    bsandler@pszjlaw.com<br>            pkeane@pszjlaw.com<br>            bwilson@pszjlaw.com<br><br>*Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 )|
| SHAPEWAYS, INC., *et al.*,1 | ) Case No. 24-11488 (BLS) ) |
| | ) Jointly Administered ) |
| Debtors | ) **Re: Docket Nos. 65, 108** ) |

**CERTIFICATE OF SERVICE**

  I, Peter J. Keane, hereby certify that on January 21, 2025, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**REPORT OF SALE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(F) (SALE OF HARD ASSETS-HERITAGE GLOBAL PARTNERS, INC., AND SILICON VALLEY DISPOSITION INCORPORATED AS AUCTIONEER)**

                   */s/ Peter J. Keane*
                   Peter J. Keane (DE Bar No. 5503)

---

1 The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

**FIRST CLASS MAIL**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**FIRST CLASS MAIL**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

**FIRST CLASS MAIL**
3DP Custom Manufacture, LLC
620 S. Industrial Way
Seattle, WA 98108

**FIRST CLASS MAIL**
Mitsubishi HC Capital America, Inc.
P.O. Box 128
Itasca, IL 60143

**FIRST CLASS MAIL**
Complete Capital Services, Inc.
22811 Greater Mack Avenue, Suite 203
Saint Clair Shores, MI 48080

**ELECTRONIC MAIL**
Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: Benjamin.A.Hackman@usdoj.gov**

**ELECTRONIC MAIL**
*(Counsel to the Debtors)*
Matthew P. Milana, Esq.
Richards, Layton & Finger
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
**Email:  milana@rlf.com**

**ELECTRONIC MAIL**
*(Counsel to the Debtors)*
Russell C. Silberglied, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email:  silberglied@rlf.com**

**ELECTRONIC MAIL**
*(State Attorney General)*
Kathy Jennings, Esq.
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

**ELECTRONIC MAIL**
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

***ELECTRONIC MAIL***
*(United States Attorney)*
David C. Weiss, Esq.
c/o Ellen Slights, Esq.
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov**

***ELECTRONIC MAIL***
*(United States Attorney General)*
Merrick B. Garland, Esq.
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

***ELECTRONIC MAIL***
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE 19901
**Email: DOSDOC_Bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC 20554
**Email: SECBankruptcy-OGC-ADO@SEC.GOV**

***ELECTRONIC MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA 19103
**Email: philadelphia@sec.gov**

***ELECTRONIC MAIL***
Richard Best, Regional Director
New York Regional Office
Securities & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
**Email: bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV**

***ELECTRONIC MAIL***
*(Counsel to the State of Michigan, Department of the Treasury)*
Jeanmarie Miller, Esq.
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
**Email: millerj51@michigan.gov**

***ELECTRONIC MAIL***
(Counsel to Mitsubishi HC Capital America, Inc.
Joseph E. Brenner, Esq.
Kate M. Patrick, Esq.
Gordon Rees Scully Mansukhani, LLP
824 N. Market Street, Suite 220
Wilmington, DE 19801
**Email: jbrenner@grsm.com; kpatrick@grsm.com**

***ELECTRONIC MAIL***
(Counsel to 3DP Custom Manufacture**,** LLC)
Brian E. Schartz, P.C.
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
**Email: brian.schartz@kirkland.com**

**BY ELECTRONIC MAIL**
Distefan 3D Print LLC
Sasa Drobac
444 Alaska Avenue,
Suite #BQB384
Torrance CA 90503,US
**Email: sasa.drobac@gmail.com**

*BY ELECTRONIC MAIL*
*(Counsel to Distefan 3D Print LLC)*
Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: silberglied@rlf.com**

*BY ELECTRONIC MAIL*
*(Counsel to Creditor/Landlord, Jeffries Tech, LLC)*
Alan J. Taylor, Esq.
Segal McCambridge Singer & Mahoney
Attorney for Jeffries Tech, LLC
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
**Email: ataylor@smsm.com**

*BY ELECTRONIC MAIL*
*(Counsel to Oracle America, Inc.)*
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105-3493
**Email: schristianson@buchalter.com**

*BY ELECTRONIC MAIL*
67 Designs, LLC
Gavin Stener
25 Highland Park Village
Suite 100-717
Dallas, Texas 75205
**Email: shapewaysbankruptcy@67d.com**

*BY ELECTRONIC MAIL*
*(Counsel to In-Mold Solutions LLC)*
PASHMAN STEIN WALDER HAYDEN, P.C.
David B. Stratton (Del. I.D. No. 960)
824 North Market Street, Suite 800
Wilmington, DE 19801
**Email: dstratton@pashmanstein.com**

*BY ELECTRONIC MAIL*
*(Counsel to In-Mold Solutions LLC)*
PASHMAN STEIN WALDER HAYDEN, P.C.
David E. Sklar
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
**Email: dsklar@pashmanstein.com**

*BY ELECTRONIC MAIL*
*(Counsel to Industrial Globe Street, LLC)*
**SCHAFER & WEINER, PLLC**
John J. Stockdale, Jr.
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
**Email: jstockdale@schaferandweiner.com**

*BY ELECTRONIC MAIL*
(Counsel to In-Mold Solutions LLC)
Donovan J. Visser, Esq.
Property & Tax Counsels of Michigan
2335 Burton St. SE, Suite 110
Grand Rapids, MI 49506
**Email: donovan@visserlegal.com**

*BY ELECTRONIC MAIL*
*(Counsel for the Texas Comptroller of Public Accounts)*
Courtney J. Hull, Esq.
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Email: bk-chull@oag.texas.gov**