IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHAPEWAYS, INC., *et al.*,[1]<br><br>                          Debtors. | Chapter 7<br><br>Case No. 24-11488 (BLS)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND INDUSTRIAL GLOBE STREET, LLC REGARDING REJECTION OF LEASE**

Upon consideration of the *Certification of Counsel Submitting Order Approving Stipulation Between Chapter 7 Trustee and Industrial Globe Street, LLC Regarding Rejection of Lease* (the "Certification of Counsel") and the *Stipulation Between Chapter 7 Trustee and Industrial Globe Street, LLC Regarding Rejection of Lease* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among Alfred T. Giuliano, chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (collectively, the "Debtors"), and Industrial Globe Street, LLC ("Landlord" and together with the Trustee, the "Parties"); and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding in this district is

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: February 3rd, 2025**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**