IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE District of DELAWARE - Wilmington

RE: SHAPEWAYS INC

: Bankruptcy Number: 24-11488 (BLS)

**Debtor**

: Chapter: 7

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Ryan Starnowsky, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 07/25/2024

By: _____/S/   Ryan Starnowsky_____
Ryan Starnowsky
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankrupt@state.pa.us



UC-666 03-23 (Page 1)



BUR-215 REV 7-08

**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
651 Boas Street
Harrisburg, PA 17121-0750
www.dli.state.pa.us

1950183004 0012

U.S Bankruptcy Court
824 Market St N th 3rd Floor
Wilmington, DE 19801



FIRST CLASS

US POSTAGE
ZIP 17121
02 4W
0000383617  FEB 05 2025
$ 000.69⁰



Case 24-11488-BLS    Doc 147    Filed 02/10/25    Page 4 of 4