# **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |

## ORDER: (I) AUTHORIZING CHAPTER 7 TRUSTEE TO EMPLOY AND RETAIN NEWTONE B.V. AS DUTCH VAT TAX ADVISORS; (II) APPROVING THE TERMS OF THE ENGAGEMENT AGREEMENT; (III) MODIFYING CERTAIN TIMEKEEPING REQUIREMENTS; AND (IV) GRANTING RELATED RELIEF

Upon consideration of the application (the "Application")[2] filed by Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), for entry of an order (this "Order"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-2(h) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"): (i) authorizing the Trustee to employ and retain Newtone B.V. ("Newtone") as advisor for the Trustee with respect to Dutch VAT tax issues, effective as of November 7, 2024 in accordance with the terms and conditions set forth in that certain engagement agreement, as modified through an addendum (the "Agreement"), a copy of which is attached as **Exhibit 1** to this Order; (ii) approving the terms of the Agreement and related

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

provisions set forth therein; (iii) modifying certain information requirements of Local Rule 2016-2; and (iv) granting related relief, all as more fully set forth in the Application; and upon consideration of the Declaration attached to the Application as Exhibit B; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Application and a hearing on the Application was sufficient under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein and that the terms and conditions of Newtone's engagement, including but not limited to the fee and expense structure set forth in the Agreement and summarized in the Application, are reasonable as required by section 328(a) of the Bankruptcy Code; and the Court having found that Newtone is a "disinterested person" as that term is defined in section 101(14) of the Baankruptcy Code; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized, pursuant to sections 327 and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, to employ and retain Newtone in accordance with the terms and conditions set forth in the Agreement, effective as of November 7, 2024, and to pay fees and reimburse expenses to Newtone subject to Newtone filing fee applications in these cases pursuant to sections 330 and 331 of the Bankruptcy Code.

3. The terms of the Agreement, attached hereto as <u>Exhibit 1</u>, are approved in all respects except as limited or modified herein.

4. Newtone is granted a waiver of the information requirements relating to compensation requests set forth in Local Rule 2016-2(d) to the extent requested in the Application and shall only be required to maintain time records in 0.5 (half hour) increments. Newtone shall file a final fee application in these cases.

5. Notwithstanding any Bankruptcy Rule or Local Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

6. To the extent that there may be any inconsistency between the terms of the Application, the Declaration, the Agreement, and this Order, the terms of this Order shall govern.

7. The Trustee is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# EXHIBIT 1

**Engagement Agreement**



Return address: P.O. Box 402 5240 AK Rosmalen

Shapeways Inc.
228 Park Avenue S, Post Mail Box 15839
NY 10003-1502  NEW YORK

Rosmalen, 16 May 2023

| | |
|---|---|
| Our reference | : 2516200A/2023/VRIJ/3102 |
| Telephone | : +31 881 948 534 |
| E-mail | : verena.rijen@hlb-wvdb.nl |
| Subject | : Engagement letter VAT |

Dear Mr. Recchi,

On behalf of HLB WVDB Belastingadviseurs B.V., we are pleased to confirm that we accept the engagement for services that Shapeways Inc. has granted to us. This letter is intended to confirm the conditions and the objective of the engagement granted to us and the nature and limits of our services.

On the last page of this letter, we will ask you to sign this engagement letter and return it to us. Please inform us as soon as possible if you believe our description of the engagement to be incorrect or incomplete, or if you have any questions about this letter.

### Description of engagement

A.   The tax advisory services we have been engaged to provide will consist of:
   1. Providing VAT advice to the company, including but not limited to:
      a. Determining the qualification of Shapeways' VAT activities;
      b. Assisting on past VAT matters in the Netherlands;
      c. Any questions arising from the VAT returns; and
   2. Providing coordination services in regards to VAT compliance matters in the EU and in this regard corresponding with advisors from other HLB offices; and
   3. Upon request consulting and corresponding with the Dutch Tax Authorities; and
   4. Upon request submitting objections and lodging appeals and appeals in cassation.

**HLB WVDB Belastingadviseurs B.V.**
HLB Witlox Van den Boomen Belastingadviseurs
Burg. Burgerslaan 42   | P.O. Box 402         | T: +31(0)73-5287777   | E: info@hlb-wvdb.nl
5245 NH Rosmalen       | 5240 AK Rosmalen     | F: +31(0)73-5287788   | CoC: 83796797

Terms and conditions apply to all our services. These terms and conditions are available on www.wvdb.nl/en



B. We have also agreed to provide the following tax compliance services to you:
1. Preparing the monthly Dutch VAT returns and EC listings of Shapeways Inc. based on the accounting records you have provided and submit them to you for approval in our client portal (Mijn HLB-WVDB);
2. (if necessary) preparing the OSS returns of Shapeways Inc. based on the accounting records you have provided;
3. Consulting with the Dutch Tax Authorities about the VAT returns and tax assessments.

Our tax advisory services are based on the information received from you and our interpretation of current tax legislation and published legal precedents. Changes may occur in tax legislation and case law and/or the interpretation thereof, whether or not with retroactive force. Any changes in legislation and case law, or facts and circumstances other than those on which our advice was based, may mean that our advice and other work no longer have the effect that was outlined. We accept no responsibility for any changes and the possible consequences resulting for you. Actively informing you about changes is not part of our engagement, unless we have been expressly asked to do so.

Our tax compliance services are based on the information received from you and our interpretation of current legislation in the tax return year and of published legal precedents at the time when the return is filed. We will rely on your complete cooperation and we will assume that you provide all information (documentation, records, etc.) that is required for preparing the VAT return. You will be responsible at all times for the accuracy of the information included in the tax return and you must assess and approve the tax return before it is filed.

The engagement is effective as of today and will, in principle, be for an indefinite period of time.

**Code of Professional Conduct**
As HLB WVDB Belastingadviseurs B.V. is a member of the Dutch Association of Tax Advisors (*Nederlandse Orde van Belastingadviseurs* – referred to hereafter as "the NOB"), we are subject when performing our tax advisory services to the Dutch Association of Tax Advisors Professional Practice Rules (*Reglement Beroepsuitoefening Nederlandse Orde van Belastingadviseurs* – referred to hereafter as "the RBU"), including the NOB Tax Principles. You can find the RBU, NOB Tax Principles and other regulations on the website of the NOB (http://www.nob.net/statuten-en-reglementen).

Additionally, HLB WVDB Belastingadviseurs B.V. is a member of the Tax Consultants Register (*Register Belastingadviseurs* – referred to hereafter as "the RB"). As a result, when carrying out our tax compliance services, we are subject to the Professional Regulation of the Tax Consultants Register (hereinafter: "the RBU"). You can find these regulations on the website of the RB (https://rb.nl/fiscalist/meer-over-het-rb/onze-reglementen-en-algemene-voorwaarden/).

**Fees and rates**
*Hourly billing*
Unless specifically agreed otherwise, the services will be charged on the basis of the time spent for the work. Every tax advisor and tax compliance employee of HLB WVDB Belastingadviseurs B.V. has an hourly rate based on his or her individual experience. The hourly rates vary from € 90 to € 320, exclusive of VAT, based on the 2023 price level.



For additional information about our fees and invoicing process, we refer to the enclosure 'Explanation of fees'.

*Fixed fee*
For the monthly Dutch VAT returns (incl. EC listings) as mentioned in B.1. we agree to charge a rate of € 500 excluding VAT per return. This fee will apply to the first three Dutch VAT returns. After the first three VAT returns, we will review the fixed fee and discuss if any adjustment is needed.

(if necessary) we agree to charge a rate of € 500 excluding VAT for the quarterly OSS return as mentioned in B.2.

The fee is based on the presumption that Shapeways B.V. will provide the data for the VAT returns in a clear and timely matter. This means an EXCEL-file with all data needed for the VAT return and EC listing will be provided at least three weeks before the deadline of the VAT return. Please not that all VAT numbers provided for the EC listings are assumed to be valid.

The abovementioned fee includes:
- Dutch VAT return
    - Performing a sample on the data provided for the VAT return;
    - Preparing the Dutch VAT return;
    - Preparing the EC listing;
    - Filing the VAT return;
    - Filing the EC listing.
- OSS return
    - Performing a sample on the data provided for the OSS return;
    - Preparing the OSS return;
    - Filing the OSS return.

Please note that the fees does not include:
- Any coordination services in regards to VAT compliance matters in the EU;
- Any questions that may arise from the VAT return / OSS return on either part;
- Intrastat declarations.

The abovementioned fee can be adjusted annually according to the development of rates and changes in the planned time allocation and the size of the administration. Our fees do not include any services provided in relation to filing an objection and/or an appeal as described in A.4. These services will be invoiced by the hour at the corresponding hourly rates. This may not apply if other fee arrangements have explicitly been agreed upon.

**Confidentiality and non-disclosure**
All information supplied to us in the context of the engagement will be treated confidentially. Under certain circumstances, we are obliged to supply information to third parties that is covered by the confidentiality obligation, in some cases even without having been released by you from the confidentiality obligation and on occasions even against your will. Our files are and remain our property.



The Dutch Tax and Customs Administration has no right to inspect the tax advice that we offer. Consequently, our advice should be kept separately from your accounting, tax returns and tax assessments.

**Cooperative venture and strategic alliance**
HLB WVDB Belastingadviseurs B.V. is part of the HLB Witlox Van den Boomen cooperative venture, which also includes accountants, corporate finance, pension and salary consultants. HLB WVDB Belastingadviseurs B.V. also maintains a strategic alliance with VDB Advocaten B.V. and VDB Notarissen B.V. (hereafter collectively referred to as: VDB Advocaten Notarissen).

In principle, our confidentiality obligation does not allow us to share information relating to the file with staff of the above organisations. However, if you agree to us supplying certain information to another party within the cooperative venture or the strategic alliance, you must grant us express permission to supply certain information still to be described and to which consultant.

When collaborating for or holding consultations with colleagues about a joint client, we share information covered by our confidentiality obligation solely on a need-to-know basis within the cooperative venture and the strategic alliance. We ensure that those with whom we work or consult also comply with the confidentiality obligation. When collaborating for or holding consultations with colleagues about a joint client, you grant us permission to share information by signing the engagement letter.

**Representation and consulting with colleagues**
When a client is acquired, care must be taken to avoid misunderstandings about which advisor has the power to represent the client and as from when. On the basis of the professional practice rules of the NOB, we must discuss this explicitly with you and we must be convinced that you have properly informed the previous advisor regarding the termination of the engagement. If so requested, we will contact the previous advisor.

**Client due diligence**
Under the Dutch Anti-Money Laundering and Anti-Terrorist Financing Act, tax advisers are required to perform a client due diligence. In addition, any unusual transactions must be reported to the Financial Intelligence Unit – the Netherlands. The law prevents us from informing you that we have made such a report. We will perform a client due diligence before we start providing our services, so we will ask you to send us information and documentation early in the process. In view of this, this engagement letter will be subject to the condition precedent that the provisions of the Act have been fulfilled. Once we effectively start providing our services, this caveat will cease to apply.

In this context, we would ask you to send us the following documents – if and insofar as relevant – as soon as possible:
- A duly signed copy of this engagement letter;
- A copy of a valid identity document of the legally authorised signatory/signatories of the engagement letter;
- If your power of attorney cannot be deducted from the (foreign) Chamber of Commerce records, a valid power of attorney;
- A completed and duly signed UBO/PEP form (enclosed).



We kindly ask you to inform us as soon as possible with respect to any changes in the shareholding and control structure during the engagement.

We may request additional documents prior to or during the performance of our engagement in order to comply with our legal obligations.

**Privacy**
It goes without saying that we will treat your personal data with due care and in accordance with the applicable rules and regulations. For more information about our approach to your data, please read the privacy statement on our website (https://www.hlb-wvdb.nl/privacy-cookies).

**General Terms and Conditions**
The performance of the engagement granted to us will be subject exclusively to the general conditions of HLB Witlox Van den Boomen. A copy is attached to this letter as an enclosure. You can also find the general conditions on our website at www.hlb-wvdb.nl/voorwaarden. The general conditions contain a limitation of our liability. If the general conditions have been deviated from in this letter, this letter will prevail over the general conditions.

**Confirmation**
Please sign this engagement letter and return it to us if you agree with the terms described in this letter and its enclosures. Your signing confirms your acceptance of the engagement.

Please do not hesitate to contact us if you have any questions and/or comments about this letter.

Yours faithfully,  
HLB WVDB Belastingadviseurs B.V.

A.L.H. Neelen (drs.)  
Partner

Signed for approval on behalf of:  
Shapeways Inc.

Name : A. Recchi  
Position : CFO  
Date : 23/5/2023

Enclosures:  - Explanation of fee
- General Terms and Conditions
- UBO-declaration



**Appendix – Explanation of fees**

**Billing by the hour**
Unless specifically agreed otherwise, our tax advisory and tax compliance services will be billed to you by the hour at the corresponding hourly rate.

The hourly rates we charge for our tax advisers and tax compliance officers is based on their individual experience. Their hourly rates range from € 90 to € 320, exclusive of VAT, based on the 2023 price level. Fees for services provided after 2023 may be adjusted to account for inflation. In addition to indexation, we may also decide to increase our hourly rates to reflect our people's gains in experience.

Our aim is to perform our services as efficiently as possible and to the highest quality standards. For this reason, we may ask tax advisers and tax compliance officers with more or less experience and a different hourly rate to perform specific services.

As a general rule, we will bill you for every hour spent in relation to the execution of services that have been agreed upon. To avoid misunderstandings, please remember that this may include amongst others the following services: the statutory client identification process, consulting with colleagues from other accounting firms on whether or not to accept you as a client and travel time to and from meetings.

**Expected time requirement**
In some cases we can estimate the number of hours we expect to spend on the services as agreed upon in our engagement, as well as the applicable fees. An estimate of the hours spent and corresponding costs is always a ballpark figure and non-binding. If there are reasons to adjust the estimate during the course of our engagement we will inform you accordingly. That said, the nature of our services means that it tends to be difficult or even impossible to make an accurate estimate of the time requirement. The process of obtaining a ruling from the tax authorities, for instance, is difficult to pinpoint.

**Fixed fee**
We may agree on a fixed fee for certain services, such as tax compliance services. A fixed fee is always based on defined principles. If, during the course of the engagement, we find that extra services are called for, we will inform you accordingly. There is always a chance of extra services having to be performed due to the nature of our services. Extra services will be billed to you by the hour at the corresponding rate.

**Out-of-pocket and other expenses**
In addition to our fees, we may bill you for out-of-pocket expenses and amongst others the following third-party expenses: court registry fees, registration fees, registration fees of the Dutch Chamber of Commerce, travel and hotel expenses, translation costs and fees charged by other external experts, including consultants, auditors, notaries, attorneys and paralegals of our strategic alliance partners.



**Time entries and invoicing**
We keep track of the time we spend on our engagement in units of 15 minutes. We itemise every entry by the service performed. We will send you itemised invoices on a periodic – usually monthly – basis. We may ask you to make an advance payment for services that have yet to be performed.



**Ultimate Beneficial Owners (UBO) and Politically Exposed Persons (PEP) Declaration Form**

Please fill in the requested details and make sure the declaration form is signed by a legal representative of the organisation before returning the form to us.

For an explanation of the terms UBO and PEP, reference is made to the appendix to this form.

**Details of the organisation**

Organisation :
Chamber of Commerce number :
Registered office/Address :
Place of establishment/residence :

**Details of UBO 1**

First name(s):
Surname:
Date of birth:                                              Place of birth:
Gender:            M / F
Place of residence:                                     Country:
Nationality:
Nature of interest[1]:   % of shares:      or Control: Yes / No   or Senior management: Yes / No
PEP:               Yes / No

**Details of UBO 2 (optional)**

First name(s):
Surname:
Date of birth:                                              Place of birth:
Gender:            M / F
Place of residence:                                     Country:
Nationality:
Nature of interest:   % of shares:      or Control: Yes / No   or Senior management: Yes / No
PEP:               Yes / No

---

[1] Based on why the individual qualifies as a UBO.



**Details of UBO 3 (optional)**

First name(s):
Surname:
Date of birth:                                      Place of birth:
Gender:                    M / F
Place of residence:                                 Country:
Nationality:
Nature of interest:        % of shares:         or Control: Yes / No   or Senior management: Yes / No
PEP:                       Yes / No

**Details of UBO 4 (optional)**

First name(s):
Surname:
Date of birth:                                      Place of birth:
Gender:                    M / F
Place of residence:                                 Country:
Nationality:
Nature of interest:        % of shares:         or Control: Yes / No   or Senior management: Yes / No
PEP:                       Yes / No

**Details of UBO 5 (optional)**

First name(s):
Surname:
Date of birth:                                      Place of birth:
Gender:                    M / F
Place of residence:                                 Country:
Nationality:
Nature of interest:        % of shares:         or Control: Yes / No   or Senior management: Yes / No
PEP:                       Yes / No

NB: If there are more UBOs, print page 1 again, fill in the remaining UBOs and attach the extra page to this document.



The undersigned declares/declare that all the details have been completed fully and truthfully, and that any changes in the Ultimate Beneficial Owner(s) will be reported as soon as possible.

**Signature**[2]

Date and place : _____

Name: : _____

Job title : _____

Signature :

**Signature**

Date and place : _____

Name: : _____

Job title : _____

Signature :

---

[2] Signed by the executive director(s) or representative(s) authorised to represent the organisation to HLB Witlox Van den Boomen.



**Appendix I: Explanation on the Ultimate Beneficial Owners and Politically Exposed Persons Declaration**

| |
|---|
| **Why are you being asked to complete this declaration?** <br> To provide services to our clients, we need to know who we are doing business with. Legislation and regulations require us to conduct a client due diligence. This includes determining who an organisation's Ultimate Beneficial Owner (UBO) is and whether a client is a Politically Exposed Person (PEP). |

| |
|---|
| **Who is the UBO?** <br> An Ultimate Beneficial Owner is *any* natural person who is the ultimate owner of or has ultimate control of the organisation. An organisation may have one or more UBOs. A UBO is: <br><br> 1. <br> ➢ In the case of <u>private or public limited companies</u> (Dutch *BV* or *NV*), a natural person directly or indirectly having a beneficial entitlement of more than 25% in or exercising control of the company; <br> ➢ In the case of <u>foundations and associations</u> (Dutch *stichtingen/verenigingen*), a natural person with a direct or indirect ownership interest of more than 25% or entitlement to exercise more than 25% of the votes when amending the Articles or Articles of Association, or with actual control of the legal entity; <br> ➢ In the case of a <u>general or limited partnership or shipping company</u> (Dutch *V.O.F./maatschap/C.V./Rederij*), a natural person with a direct or indirect ownership interest of more than 25% and/or entitlement to exercise more than 25% of the votes in acts of management or amendment of the joint venture or collaboration agreement; <br> ➢ In the case of a <u>trust</u>, the trustees, the founder, a protector and the beneficiary/beneficiaries are in any event UBOs. <br><br> 2. <br> Natural persons holding 25% or fewer of the shares or voting rights may also be regarded as a UBO if they have ultimate control in some other way. Examples of control or influence include shareholders who have control of an organisation through a formal or other agreement or under the Articles of Association. |



> **Who is a PEP?**
> PEP stands for Politically Exposed Person; PEPs are individuals who hold or have held prominent political positions, and their immediate family members and close associates. The term PEP no longer refers only to foreign politically exposed persons, but also to domestic politically exposed persons.
>
> Officers in mid-level or lower roles are not regarded as politically exposed persons as referred to in the first sentence of this section.
> A natural person who has held a prominent public position in the past 12 months qualifies as a PEP in any event. Such people include:
> 1. A head of state, government leader, minister, secretary of state, junior minister or state secretary;
> 2. A member of parliament or similar legislative body;
> 3. A board member of a political party;
> 4. A member of a court of last resort, constitutional court or other high-level court issuing judgments that can be appealed only in exceptional circumstances;
> 5. A member of a court of audit or central bank's governing board;
> 6. An ambassador, chargé d'affaires or senior officer in the armed forces;
> 7. A member of an executive, supervisory or governing body of a state-owned company;
> 8. A director, deputy director, board member or holder of an equivalent position in an international organisation.

> Immediate family members are:
> - The spouse of a PEP or a person regarded as equivalent to the spouse of a PEP;
> - The child of a PEP, the spouse of that child or of a person regarded as equivalent to the spouse of that child;
> - The parent of a PEP.
>
> Persons seen as close associates of a PEP are:
> - A natural person known to be the joint ultimate beneficial owner, together with a PEP, of a legal entity or legal structure, or who has another close business relationship with a PEP;
> - A natural person who is the sole ultimate beneficial owner of a legal entity or legal structure that is known to have been established for the actual benefit of a PEP.

# ADDENDUM TO ENGAGEMENT LETTER
# (NEWTONE)

This Addendum (this "Addendum") to that certain engagement letter dated May 16, 2023 (the "Engagement Agreement"), by and between Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the estate of Shapeways, Inc. ("Shapeways") and HLB WVDB Belastingadviseurs B.V. (now known as Newtone Belastingadviseurs B.V.) ("Newtone") (each a "Party" and collectively the "Parties"). Capitalized terms not defined herein shall have the meanings set forth in the Engagement Agreement.

## AGREEMENT

The Parties hereby agree that the Trustee has agreed to be bound by the terms of the Engagement Agreement, effective as of November 7, 2024, on the same terms and conditions as Shapeways; provided, however, that the Engagement Agreement and this Addendum, as applied to Newtone's services to be performed for the Trustee, on behalf of Shapeways, Inc.'s bankruptcy estate, are subject to approval by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and subject to applicable sections under title 11 of the Unites States Code (the "Bankruptcy Code")

For all purposes under the Engagement Agreement, the foregoing Parties have agreed to retain Newtone pursuant to the terms of the Amended Engagement Agreement effective as of the date hereof.

1

In witness whereof, the Parties have executed this Addendum as of the date first set forth above.

NEWTONE Belastingadviseurs B.V.

By: _____
R.P.M. Dielissen

Partner, Newtone

                        ALFRED T. GIULIANO, SOLELY IN HIS
                        CAPACITY AS CHAPTER 7 TRUSTEE
                        OF THE ESTATE OF SHAPEWAYS,
                        INC.

                        By: _____
                        Alfred T. Giuliano
                        Chapter 7 Trustee