IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date has been scheduled in the above-captioned matter:

| DATE | TIME |
|---|---|
| September 11, 2025 | (Omnibus Hearing)<br>11:30 a.m. (Prevailing Eastern Time)<br><br>6th Floor, Courtroom No. 1 |

**Dated: August 13th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

4928-5613-2190.1 31274.00001