# EXHIBIT A



919 North Market Street
17th Floor
Wilmington, DE  19801

Giuliano, Alfred T. (Shapeways)
-

July 31, 2025
Invoice   148522
Client     31274.00001

RE:   Chapter 7 Trustee

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2025

| | |
|---|---|
| FEES | $113,934.50 |
| EXPENSES | $796.91 |
| **TOTAL CURRENT CHARGES** | **$114,731.41** |
| **BALANCE FORWARD** | **$543,307.02** |
| **LAST PAYMENT** | **-$538,649.52** |
| **TOTAL BALANCE DUE** | **$119,388.91** |

Pachulski Stang Ziehl & Jones LLP                                   Page:    2
Giuliano, Alfred T. (Shapeways)                                     Invoice 148522
Client 31274.00001                                                 July 31, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| BJS | Sandler, Bradford J. | Partner | 1,895.00 | 0.30 | $568.50 |
| BJS | Sandler, Bradford J. | Partner | 1,725.00 | 1.00 | $1,725.00 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 74.50 | $96,477.50 |
| WLR | Ramseyer, William L. | Counsel | 1,125.00 | 2.90 | $3,262.50 |
| BEW | Wilson, Brooke E. | Associate | 725.00 | 3.40 | $2,465.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 9.20 | $5,980.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 575.00 | 3.00 | $1,725.00 |
| MNF | Flores, Melissa N. | Paralegal | 625.00 | 0.40 | $250.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 1.30 | $812.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 650.00 | 0.80 | $520.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 0.30 | $148.50 |
| | | | | 97.10 | $113,934.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    3
Invoice 148522
July 31, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 6.90 | $9,150.50 |
| AC | Avoidance Action Analysis | 2.10 | $2,719.50 |
| AD | Asset Disposition | 18.80 | $22,446.50 |
| BL | Bankruptcy Litigation | 15.90 | $17,611.00 |
| CA | Case Administration | 1.60 | $983.50 |
| CO | Claims Administration and Objections | 1.10 | $968.50 |
| CP | PSZJ Compensation | 11.90 | $10,758.00 |
| CPO | Other Professional Compensation | 0.40 | $384.00 |
| EB | Employee Benefits/Pensions and KEIP/KERP | 0.40 | $518.00 |
| EC | Contract and Lease Matters | 25.80 | $33,143.00 |
| OP | Operations | 0.10 | $172.50 |
| RPO | Other Professional Retention | 5.80 | $7,511.00 |
| SL | Stay Litigation | 2.20 | $2,259.00 |
| TI | Tax Issues | 4.10 | $5,309.50 |
| | | 97.10 | $113,934.50 |

Pachulski Stang Ziehl & Jones LLP

Page: 4

Giuliano, Alfred T. (Shapeways)

Invoice 148522

Client 31274.00001

July 31, 2025

## Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $10.00 |
| Federal Express | $243.80 |
| Lexis/Nexis- Legal Research | $14.41 |
| Pacer - Court Research | $119.40 |
| Postage | $226.90 |
| Reproduction Expense | $182.40 |
| | $796.91 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (Shapeways)

Client 31274.00001

Page:    5

Invoice 148522

July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/05/2024 | BJS | AA | Telephone conference with ATG regarding asset locations and sale strategy | 0.50 | 1,725.00 | $862.50 |
| 01/20/2025 | PJK | AA | Emails with L Hart re Ford AR | 0.20 | 1,295.00 | $259.00 |
| 02/03/2025 | PJK | AA | Emails with Ford counsel re AR status, review information re same, email to M Infanti re same | 0.20 | 1,295.00 | $259.00 |
| 02/04/2025 | PJK | AA | Review Google inquiry re accounts (.2), emails with M Infanti re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/05/2025 | PJK | AA | Email from M Infanti re Desktop Metal A/R analysis (.2), review same (.5) | 0.70 | 1,295.00 | $906.50 |
| 02/06/2025 | PJK | AA | Emails with M Infanti re Desktop Metal AR analysis (.2), analyze same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/21/2025 | PJK | AA | Review Ford AR analysis response re Linear (.4), email to M Infanti re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 03/03/2025 | PJK | AA | Emails with S Shah re Wolf Greenfield issues re patents | 0.20 | 1,295.00 | $259.00 |
| 03/04/2025 | PJK | AA | Review Ford AR info, email with Ford counsel re same | 0.40 | 1,295.00 | $518.00 |
| 03/10/2025 | PJK | AA | Review status re Ford AR | 0.20 | 1,295.00 | $259.00 |
| 03/11/2025 | PJK | AA | Emails with Ford counsel re AR (.2), emails with M Infanti re status (.2), review info re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 03/13/2025 | PJK | AA | Emails with M Infanti and L Hart re Ford AR | 0.20 | 1,295.00 | $259.00 |
| 03/17/2025 | PJK | AA | Emails with M Infanti and Ford re AR and status call (.2), coordinate same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/18/2025 | PJK | AA | Review response to Ford re AR (.3), emails with M Infanti re same (.2), call with Ford re same (.4), attention to issues re Ford AR (.2) | 1.10 | 1,295.00 | $1,424.50 |
| 04/08/2025 | PJK | AA | Email to M Infanti re Ford AR | 0.20 | 1,295.00 | $259.00 |
| 04/24/2025 | PJK | AA | Email from M Infanti re Ford AR and issues re same | 0.20 | 1,295.00 | $259.00 |
| 06/20/2025 | PJK | AA | Emails with B. Sandler and trustee re IP inquiry (.2), emails with J Cox re same (.2) | 0.40 | 1,295.00 | $518.00 |
| | | | | **6.90** | | **$9,150.50** |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (Shapeways)

Client 31274.00001

Page:   6

Invoice 148522

July 31, 2025

**Avoidance Action Analysis**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/31/2025 | PJK | AC | Review initial preference analyses | 0.60 | 1,295.00 | $777.00 |
| 02/06/2025 | PJK | AC | Review initial preference analysis reports from GMCO | 0.50 | 1,295.00 | $647.50 |
| 05/14/2025 | PJK | AC | Review preference reports (.6), emails with B. Sandler re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 05/28/2025 | PJK | AC | Call with trustee re preference reports, email to trustee re same | 0.20 | 1,295.00 | $259.00 |
| | | | | **2.10** | | **$2,719.50** |

**Asset Disposition**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/05/2024 | BJS | AD | Attention to DTM equipment/bailment arrangement | 0.20 | 1,725.00 | $345.00 |
| 07/05/2024 | BJS | AD | Various emails with ATG regarding NYX equipment | 0.10 | 1,725.00 | $172.50 |
| 07/05/2024 | BJS | AD | Various emails with R Lawsky regarding case issues | 0.10 | 1,725.00 | $172.50 |
| 01/02/2025 | BJS | AD | Attention to Charlotte lL settlement | 0.10 | 1,895.00 | $189.50 |
| 01/02/2025 | PJK | AD | Review sale notices, email to trustee re same | 0.20 | 1,295.00 | $259.00 |
| 01/02/2025 | PJK | AD | Review Heritage auction report (.3), emails from trustee and D Barkoff re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 01/07/2025 | PJK | AD | Review Mitsubishi issues re sale proceeds (.3), emails with Mitsubishi counsel re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 01/08/2025 | PJK | AD | Emails with former IP counsel re status and WVS contact | 0.20 | 1,295.00 | $259.00 |
| 01/10/2025 | PJK | AD | Review auction issues re Heritage and sale proceeds for secured parties | 0.60 | 1,295.00 | $777.00 |
| 01/10/2025 | PJK | AD | Emails with Highland counsel re sale proceeds(.2), emails with D Dileo re distribution of sale proceeds (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/10/2025 | PJK | AD | Emails with trustee re sale notices | 0.20 | 1,295.00 | $259.00 |
| 01/14/2025 | PJK | AD | Draft COC/order/stipulation re Mitsubishi sale proceeds (.5), emails with client re same (.2), emails with Mitsubishi re same (.2) | 0.90 | 1,295.00 | $1,165.50 |
| 01/16/2025 | PJK | AD | Review inquiry from Wolf Greenfield IP firm, emails with WVS re same | 0.20 | 1,295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:   7
Invoice 148522
July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/16/2025 | PJK | AD | Review Mitsubishi request re stipulation edits (.2), emails with trustee re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/16/2025 | PJK | AD | Call with trustee re Mitsubishi stipulation (.1), edits to same (.2), emails with Mitsubishi counsel re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 01/21/2025 | ATB | AD | File and serve Auctioneer's reports. | 0.80 | 650.00 | $520.00 |
| 01/21/2025 | PJK | AD | Emails with A Bates re sale reports | 0.20 | 1,295.00 | $259.00 |
| 01/22/2025 | PJK | AD | Email to Highland counsel re stipulation re sale proceeds (.2), attention to issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/22/2025 | PJK | AD | Emails with Mitsubishi counsel re stipulation re sale proceeds | 0.20 | 1,295.00 | $259.00 |
| 01/27/2025 | PJK | AD | Draft stipulation re Chippewa (.5), email to trustee re same (.1) | 0.60 | 1,295.00 | $777.00 |
| 01/28/2025 | ATB | AD | File Mitsubishi stipulation and upload to Court for entry. | 0.20 | 650.00 | $130.00 |
| 01/28/2025 | PJK | AD | Finalize COC/order/stipulation re Mitsubishi proceeds (.2), emails with counsel re same, emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/31/2025 | PJK | AD | Emails with D Dileo re auction reports (.2), review same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/02/2025 | PJK | AD | Email from T Walsh re Highland stipulation, review info re same | 0.20 | 1,295.00 | $259.00 |
| 02/04/2025 | PJK | AD | Edits to Highland sale proceeds stip (.3), email to trustee re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 02/05/2025 | PJK | AD | Emails with T Walsh re Highland stipulation edits (.2), review edits (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/06/2025 | PJK | AD | Draft 9019 motion re Chippewa stipulation, email to client | 0.50 | 1,295.00 | $647.50 |
| 02/06/2025 | PJK | AD | Review Mitsubishi payment info (.2), emails with D Dileo re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/06/2025 | PJK | AD | Email to trustee re Highland stip, email from Highland counsel re same | 0.20 | 1,295.00 | $259.00 |
| 02/10/2025 | PJK | AD | Review Highland stip and edits (.2), email to trustee re same (.1) | 0.30 | 1,295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    8
Giuliano, Alfred T. (Shapeways)                                     Invoice 148522
Client 31274.00001                                                  July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/13/2025 | PJK | AD | Emails with IP counsel re file transfer (.2), attention to issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/13/2025 | PJK | AD | Email to trustee re Highland stipulation | 0.20 | 1,295.00 | $259.00 |
| 02/28/2025 | PJK | AD | Emails with trustee and Highland re stipulation (.2), review same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/05/2025 | PJK | AD | Review patent assignment doc (.2), edits to same (.2), emails with trustee re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 03/06/2025 | PJK | AD | Email to trustee re Highland sale proceeds stip (.2), review same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/09/2025 | PJK | AD | Emails with trustee re sale notices | 0.20 | 1,295.00 | $259.00 |
| 06/18/2025 | PJK | AD | Emails with trustee re Highland stip, review same | 0.20 | 1,295.00 | $259.00 |
| 06/20/2025 | PJK | AD | Review Highland stipulation (.2), emails with T Walsh re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 06/23/2025 | ATB | AD | File certification of counsel re: Highland stipulation; upload proposed order re: same. | 0.10 | 650.00 | $65.00 |
| 06/23/2025 | BJS | AD | Various email with P. Keane regarding sale issues | 0.10 | 1,895.00 | $189.50 |
| 06/23/2025 | PJK | AD | Emails with Highland counsel re stip, finalize same (.2), emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 06/23/2025 | PJK | AD | Emails with B. Sandler re Highland stip | 0.20 | 1,295.00 | $259.00 |
| 06/25/2025 | PJK | AD | Emails with D Dileo re Highland payment | 0.20 | 1,295.00 | $259.00 |
| 06/26/2025 | PJK | AD | Review APP Apollo issues (.4), emails with B Giuliano and APP Apollo re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 06/27/2025 | PJK | AD | Review issues re APP Apollo | 0.40 | 1,295.00 | $518.00 |
| 07/22/2025 | PJK | AD | Emails with B Wilson re turnover motion | 0.20 | 1,295.00 | $259.00 |
| 07/25/2025 | PJK | AD | Emails with B Wilson re turnover motion (.2), emails with D Dileo re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 07/30/2025 | BEW | AD | Draft motion for turnover | 0.60 | 725.00 | $435.00 |
| 07/31/2025 | BEW | AD | Continue to draft motion for turnover (1.9); email to P. Keane re: same (0.1) | 2.00 | 725.00 | $1,450.00 |
| | | | | **18.80** | | **$22,446.50** |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    9
Invoice 148522
July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation**

| Date | Init | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2025 | PJK | BL | Review RKAA issues re settlement (.2), email from M Infanti re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/07/2025 | PJK | BL | Review AWS stipulation (.2), email to trustee re same, emails with AWS counsel re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/10/2025 | ATB | BL | Draft 1/15 agenda. | 0.20 | 650.00 | $130.00 |
| 01/10/2025 | PJK | BL | Review 1/15 draft agenda | 0.20 | 1,295.00 | $259.00 |
| 01/13/2025 | ATB | BL | File and serve 1/15 agenda; update critical dates memo. | 0.50 | 650.00 | $325.00 |
| 01/13/2025 | PJK | BL | Emails with BLS chambers re 1/15 hearing (.2), review 1/15 agenda (.2), emails with A Bates re same (.2), edits to agenda (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 01/13/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| 01/17/2025 | PJK | BL | Call with trustee and M Infanti re pending tasks (.4), emails with M Infanti re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 02/05/2025 | PJK | BL | Review RKAA settlement (.2), emails with M Infanti and RKAA counsel re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/07/2025 | ATB | BL | Draft COC re: omnibus hearing date. | 0.30 | 650.00 | $195.00 |
| 02/07/2025 | PJK | BL | Review RKAA edits to stipulation (.2), email to trustee re same (.1), emails with RKAA counsel re same (.2), edits to 9019 motion (.4) | 0.90 | 1,295.00 | $1,165.50 |
| 02/10/2025 | ATB | BL | File and serve 2.12 hearing agenda; file and serve 9019 RKAA motion; file COC re: omnibus hearing date; submit order. | 1.10 | 650.00 | $715.00 |
| 02/10/2025 | PJK | BL | Review 2/12 agenda (.2), emails with A Bates re same (.2), emails with BLS chambers re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 02/10/2025 | PJK | BL | Review docket and recent filings (.2), emails with A Bates re service list updates/appearances (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/10/2025 | PJK | BL | Review COS and service re 9019 motion re RKAA, emails with A Bates re same | 0.20 | 1,295.00 | $259.00 |
| 02/10/2025 | PJK | BL | Finalize 9019 motion re RKAA (.3), draft notice re same (.2), emails with A Bates re same (.2) | 0.70 | 1,295.00 | $906.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    10
Invoice 148522
July 31, 2025

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/21/2025 | PJK | BL | Draft removal extension motion (.5), email to trustee re same (.1) | 0.60 | 1,295.00 | $777.00 |
| 02/24/2025 | ATB | BL | Draft certificate of service re: 2nd removal extension motion (.2); file extension motion (.2); serve same (.4). | 0.80 | 650.00 | $520.00 |
| 02/24/2025 | ATB | BL | Draft CNO re: RKAA stipulation (.2). | 0.20 | 650.00 | $130.00 |
| 02/24/2025 | PJK | BL | Finalize removal extension motion (.3), emails with A  Bates re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 02/24/2025 | PJK | BL | Review critical dates and docket (.4), emails with A Bates re RKAA 9019 motion (.2) | 0.60 | 1,295.00 | $777.00 |
| 02/25/2025 | ATB | BL | File CNO re: RKAA stipulation (.1); upload proposed order and stipulation to court (.1). | 0.20 | 650.00 | $130.00 |
| 02/25/2025 | PJK | BL | Review CNO and order re RKAA motion (.2), emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/26/2025 | PJK | BL | Emails with M Infanti re RKAA settlement, review docket re order (.2), emails with RKAA counsel re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/03/2025 | PJK | BL | Review critical dates memo (.2), review pending matters (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/07/2025 | ATB | BL | Draft CNO re second removal extension (.2); emails re: same and proposed agenda (.1). | 0.30 | 650.00 | $195.00 |
| 03/07/2025 | PEC | BL | Review Notice of Agenda for 3/13/25 Hearing (.2); Correspond with A. Bates regarding same (.2) | 0.40 | 625.00 | $250.00 |
| 03/07/2025 | PJK | BL | Review CNO re removal motion, emails with A Bates re comments (.2), review motion (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/10/2025 | ATB | BL | Revise, file and serve hearing agenda for 3/12 hearing. | 0.50 | 650.00 | $325.00 |
| 03/10/2025 | PEC | BL | Correspond with A. Bates Regarding Agenda for 3/12/25 hearing | 0.10 | 625.00 | $62.50 |
| 03/10/2025 | PJK | BL | Review 3/12 agenda (.2), emails with A Bates re same (.2), emails with BLS chambers re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 03/14/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| 03/18/2025 | PJK | BL | Email from D Visser re estate status | 0.20 | 1,295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:   11
Invoice 148522
July 31, 2025

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 04/08/2025 | PJK | BL | Emails with BLS chambers re omni hrg order, emails with PC re same | 0.20 | 1,295.00 | $259.00 |
| 05/01/2025 | PJK | BL | Review 5/7 draft agenda, email from A Bates re same | 0.20 | 1,295.00 | $259.00 |
| 05/05/2025 | PJK | BL | Review 5/7 agenda (.2), emails with A Bates re same (.2), emails with BLS chambers re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 06/05/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| | | | | **15.90** | | **$17,611.00** |

**Case Administration**

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 01/03/2025 | ATB | CA | Update critical dates memo. | 0.30 | 650.00 | $195.00 |
| 01/08/2025 | ATB | CA | Update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 02/10/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 03/14/2025 | ATB | CA | Review docket; update critical dates memo (.2). | 0.20 | 650.00 | $130.00 |
| 04/08/2025 | MNF | CA | Coordinate/review service of filings | 0.40 | 625.00 | $250.00 |
| 04/24/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 05/30/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| | | | | **1.60** | | **$983.50** |

**Claims Administration and Objections**

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 01/06/2025 | BJS | CO | Attention to Dutch claim | 0.10 | 1,895.00 | $189.50 |
| 04/29/2025 | PJJ | CO | Revise Debtor allocation worksheet. | 0.80 | 650.00 | $520.00 |
| 05/28/2025 | PJK | CO | Emails with EOS counsel re status | 0.20 | 1,295.00 | $259.00 |
| | | | | **1.10** | | **$968.50** |

**PSZJ Compensation**

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 01/07/2025 | PJK | CP | Emails with C Knotts re PSZJ interim fee app | 0.20 | 1,295.00 | $259.00 |
| 01/09/2025 | CAK | CP | Research and email Retention documents to W. Ramseyer | 0.20 | 575.00 | $115.00 |
| 01/09/2025 | PJK | CP | Review draft PSZJ interim fee app | 0.20 | 1,295.00 | $259.00 |
| 01/09/2025 | WLR | CP | Draft first interim fee application. | 2.10 | 1,125.00 | $2,362.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:   12
Invoice 148522
July 31, 2025

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2025 | WLR | CP | Review and revise First interim fee application. | 0.80 | 1,125.00 | $900.00 |
| 01/13/2025 | CAK | CP | Review and edit bill through 12/31/24 | 0.40 | 575.00 | $230.00 |
| 01/13/2025 | CAK | CP | Review and update 1st Interim fee application | 2.30 | 575.00 | $1,322.50 |
| 01/15/2025 | PJK | CP | Review PSZJ 1st interim fee app (.2), emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/16/2025 | ATB | CP | Review and revise PSZJ first interim fee application (.8); draft notice of hearing (.3); file and serve same (.6). | 1.70 | 650.00 | $1,105.00 |
| 01/16/2025 | CAK | CP | Post December 2024 bill | 0.10 | 575.00 | $57.50 |
| 01/16/2025 | PJK | CP | Edits to PSZJ 1st interim fee app and notice (.3), emails with A Bates re same | 0.50 | 1,295.00 | $647.50 |
| 01/31/2025 | ATB | CP | Draft certification of no objection and proposed order re: PSZJ first interim fee application (.4); emails with P. P. Keane re: same (.1); draft fee app binder index re: same (.3). | 0.80 | 650.00 | $520.00 |
| 02/03/2025 | ATB | CP | Draft fee hearing binder and coordinate preparation of same | 0.60 | 650.00 | $390.00 |
| 02/03/2025 | PJK | CP | Review CNO and order re PSZJ interim fee app, emails with A Bates re same (.2), review docket and interim fee app (.2), emails with PC re fee binder (.2) | 0.60 | 1,295.00 | $777.00 |
| 02/05/2025 | PJK | CP | Email from PC re interim fee order, review docket | 0.20 | 1,295.00 | $259.00 |
| 02/06/2025 | PJK | CP | Emails with trustee re PSZJ interim fee order | 0.20 | 1,295.00 | $259.00 |
| 04/29/2025 | PJK | CP | Research re PSZJ fees allocation | 0.40 | 1,295.00 | $518.00 |
| 05/15/2025 | PJK | CP | Emails with D Dileo re PSZJ fees | 0.20 | 1,295.00 | $259.00 |
| | | | | **11.90** | | **$10,758.00** |

**Other Professional Compensation**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/31/2025 | PEC | CPO | Review 2/12/24 Fee Index and Coordinate Binder Preparation | 0.20 | 625.00 | $125.00 |
| 04/04/2025 | PJK | CPO | Emails with Newtone re invoices | 0.20 | 1,295.00 | $259.00 |
| | | | | **0.40** | | **$384.00** |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    13
Invoice 148522
July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Employee Benefits/Pensions and KEIP/KERP** | | | | | | |
| 05/06/2025 | PJK | EB | Emails with debtors' counsel and trustee re workers comp notice (.2), review same (.2) | 0.40 | 1,295.00 | $518.00 |
| | | | | **0.40** | | **$518.00** |
| **Contract and Lease Matters** | | | | | | |
| 01/02/2025 | PJK | EC | Review Charlotte lease rejection issues (.4), emails with trustee re same (.2), call with trustee re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 01/02/2025 | PJK | EC | Emails with In Mold counsel re settlement (.2), emails with A Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/06/2025 | PJK | EC | Review Charlotte landlord issues (.4), email to trustee re same (.1) | 0.50 | 1,295.00 | $647.50 |
| 01/07/2025 | PJK | EC | Review In-Mold issues (.2), emails with M Infanti re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/07/2025 | PJK | EC | Draft stipulation re reject Livonia lease (.5), emails with trustee re same (.2), emails with J Stockdale re same (.2), attention to issues re same (.2) | 1.10 | 1,295.00 | $1,424.50 |
| 01/08/2025 | PJK | EC | Email with Charlotte landlord counsel re open issues (.2), analyze issues re same (.4) | 0.60 | 1,295.00 | $777.00 |
| 01/08/2025 | PJK | EC | Call with trustee re Charlotte lease rejection issues and settlement proposal (.2), draft counterproposal (.3), review issues re same (.2), emails with opposing counsel re same (.3) | 1.00 | 1,295.00 | $1,295.00 |
| 01/08/2025 | PJK | EC | Review Charlotte lease utility issues, emails with D Dileo re same | 0.20 | 1,295.00 | $259.00 |
| 01/09/2025 | PJK | EC | Review Charlotte rejection issues (.2), emails with A Bates re status (.2), review CDM (.2) | 0.60 | 1,295.00 | $777.00 |
| 01/09/2025 | PJK | EC | Review Charlotte rejection counterproposal, analyze same (.4), emails with trustee re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 01/09/2025 | PJK | EC | Email to Livonia landlord counsel re rejection stipulation | 0.20 | 1,295.00 | $259.00 |
| 01/10/2025 | PJK | EC | Emails with trustee re Charlotte rejection | 0.20 | 1,295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    14
Invoice 148522
July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2025 | PJK | EC | Review edits from Livonia counsel re stipulation to reject (.2), review issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/13/2025 | PJK | EC | Review issues re lease and utilities re Charlotte location (.2), emails with D Dileo re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/13/2025 | PJK | EC | Call with trustee re Charlotte rejection issues and settlement (.2), review issues re same (.2), email to Charlotte counsel re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 01/14/2025 | PJK | EC | Review In Mold counter re Charlotte rejection issues (.2), email from counsel re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/15/2025 | PJK | EC | Emails with trustee re Charlotte landlord settlement issues (.2), analyze issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/15/2025 | PJK | EC | Emails with In Mold counsel re settlement terms re rejection (.2), review issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/17/2025 | PJK | EC | Emails with Charlotte landlord counsel re settlement terms (.2), review issues re same (.2), emails with trustee re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 01/17/2025 | PJK | EC | Review Livonia lease revised stip (.2), emails with trustee re same (.2), attention to issues re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 01/18/2025 | PJK | EC | Email from J Stockdale re Livonia rejection issues and costs (.2), review information re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/20/2025 | PJK | EC | Emails with J Stockdale re Livonia facility issues (.2), emails with trustee and M Infanti re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/20/2025 | PJK | EC | Revise rejection order re Charlotte lease (.3), email to trustee re same (.1) | 0.40 | 1,295.00 | $518.00 |
| 01/22/2025 | PJK | EC | Emails with trustee re Charlotte rejection order (.2), review issues re same re settlement (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/22/2025 | PJK | EC | Email to Charlotte landlord counsel re revised rejection order | 0.20 | 1,295.00 | $259.00 |
| 01/23/2025 | PJK | EC | Email to A Bates re COC re Charlotte rejection order | 0.20 | 1,295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    15
Invoice 148522
July 31, 2025

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 01/24/2025 | PJK | EC | Research re environmental issues re Livonia landlord claim | 0.50 | 1,295.00 | $647.50 |
| 01/24/2025 | PJK | EC | Edits to COC re Charlotte rejection order | 0.20 | 1,295.00 | $259.00 |
| 01/26/2025 | PJK | EC | Finalize stip re Charlotte rejection order (.2), email to A Bates re same (.1) | 0.30 | 1,295.00 | $388.50 |
| 01/27/2025 | PJK | EC | Finalize Livonia stipulation/and COC (.3), emails with A Bates re same, emails with PC re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 01/28/2025 | PEC | EC | Update Certification of Counsel Regarding Order Approving Motion to Reject Charlotte MI Lease (.2); Prepare same for filing and service (.2) | 0.40 | 625.00 | $250.00 |
| 01/28/2025 | PJK | EC | Analyze information re landlord asserted cleanup costs (.4), emails with trustee re same (.2), research re same (.4) | 1.00 | 1,295.00 | $1,295.00 |
| 01/28/2025 | PJK | EC | Review final revised rejection order re Charlotte (.2), emails with PC re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/29/2025 | PJK | EC | Emails with D Dileo re Charlotte rejection order | 0.20 | 1,295.00 | $259.00 |
| 01/29/2025 | PJK | EC | Research re Livonia lease issues re abandonment (.8), emails with trustee re same (.2), emails with J Stockdale re same (.2) | 1.20 | 1,295.00 | $1,554.00 |
| 01/29/2025 | PJK | EC | Call with Livonia landlord counsel re abandonment issues | 0.20 | 1,295.00 | $259.00 |
| 01/30/2025 | PJK | EC | Emails with trustee re Livonia abandonment issues | 0.20 | 1,295.00 | $259.00 |
| 01/30/2025 | PJK | EC | Emails with J Stockdale re Livonia lease and abandonment issues (.2), review issues re same (.3) | 0.50 | 1,295.00 | $647.50 |
| 02/03/2025 | PJK | EC | Review and finalize Industrial Globe Street stipulation (.2), emails with J Stockdale re same, emails with A. Bates re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/03/2025 | PJK | EC | Emails with D Dileo re Livonia lease stipulation and order | 0.20 | 1,295.00 | $259.00 |
| 02/05/2025 | PJK | EC | Email from D Sklar re clean up costs re Charlotte facility (.2), research re same (.6) | 0.80 | 1,295.00 | $1,036.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    16
Invoice 148522
July 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2025 | PJK | EC | Review Livonia rejection order re payments (.2), emails with D Dileo re same (.2), attention to issues re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 02/10/2025 | PJK | EC | Review issues re Charlotte rejection (.4), emails with D Visser re same (.1) | 0.50 | 1,295.00 | $647.50 |
| 02/11/2025 | PJK | EC | Research re In Mold issues re rejection and claims | 0.80 | 1,295.00 | $1,036.00 |
| 02/11/2025 | PJK | EC | Call with D Visser re In Mold issues | 0.50 | 1,295.00 | $647.50 |
| 02/17/2025 | PJK | EC | Review In-Mold issues re Charlotte lease abandonment (.4), email from D Stratton re same (.1) | 0.50 | 1,295.00 | $647.50 |
| 02/18/2025 | PJK | EC | Call with In Mold counsel re Charlotte lease cleanup costs (.2), review issues re same (.3), emails with trustee re same (.2) | 0.70 | 1,295.00 | $906.50 |
| 02/19/2025 | PJK | EC | Emails with D Sklar re stip re cleanup costs (.2), attention to issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 02/20/2025 | PJK | EC | Draft order/stip re Charlotte cleanup costs claim (.5), email to trustee re same (.1) | 0.60 | 1,295.00 | $777.00 |
| 02/21/2025 | PJK | EC | Emails with D Sklar re order/stip re Charlotte cleanup (.2), attention to issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/07/2025 | PJK | EC | Emails with trustee and Livonia landlord re abandonment letter (.2), draft language for same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/07/2025 | PJK | EC | Emails with Livonia landlord counsel re abandonment (.2), emails with trustee re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 03/28/2025 | PJK | EC | Finalize letter to Livonia landlord re abandonment (.2), emails with trustee re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 05/14/2025 | PJK | EC | Emails with M Infanti re Charlotte landlord contact (Linear) | 0.20 | 1,295.00 | $259.00 |
|  |  |  |  | 25.80 |  | $33,143.00 |

**Operations**

| 07/05/2024 | BJS | OP | Attention to Shapeways BV Receivership and order production in the BV entity | 0.10 | 1,725.00 | $172.50 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.10 |  | $172.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    17
Invoice 148522
July 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Other Professional Retention**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2025 | PJK | RPO | Draft Newtone retention application (1.6), email to trustee re same (.2), email to Newtone re same (.2) | 2.00 | 1,295.00 | $2,590.00 |
| 01/20/2025 | PJK | RPO | Email to Newtone re engagement agreement and retention application | 0.20 | 1,295.00 | $259.00 |
| 02/04/2025 | PJK | RPO | Review questions/edits re Newtone retention (.3), edits to application and addendum (.3), emails with Newtone re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 02/20/2025 | PJK | RPO | Email to Newtone re retention | 0.20 | 1,295.00 | $259.00 |
| 03/05/2025 | PJK | RPO | Email to Newtone re retention | 0.20 | 1,295.00 | $259.00 |
| 04/07/2025 | PJK | RPO | Emails with trustee re Newtone app (.2), emails with BLS chambers re same (.2), emails with PC re hrg date and application (.2), prepare COC re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 04/07/2025 | PJK | RPO | Finalize Newtone application (.4), emails with PC re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 04/23/2025 | PJK | RPO | Review critical dates memo and docket (.2), emails with PC re CNO re Newtone app (.2), review issues re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 04/25/2025 | PJK | RPO | Review CNO re Newtone (.2), emails with PC re sale, review docket and application (.2) | 0.40 | 1,295.00 | $518.00 |
| | | | | 5.80 | | $7,511.00 |

**Stay Litigation**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/30/2025 | BEW | SL | Prepare stay letter | 0.20 | 725.00 | $145.00 |
| 06/03/2025 | BEW | SL | Continue to prepare stay letter | 0.60 | 725.00 | $435.00 |
| 06/03/2025 | PJK | SL | Review draft stay letter, email from B Wilson re same | 0.20 | 1,295.00 | $259.00 |
| 06/12/2025 | PJK | SL | Edits to draft stay letter (.2), emails with B Wilson re same, emails with M Infanti re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 06/25/2025 | PJK | SL | Finalize stay letter to HM Revenue  (.3), email to PC re same (.1) | 0.40 | 1,295.00 | $518.00 |
| 06/26/2025 | PEC | SL | Serve Stay Letter to HM Revenue and Customs | 0.20 | 625.00 | $125.00 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    18
Invoice 148522
July 31, 2025

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/26/2025 | PJK | SL | Emails with PC re stay letter to HM Revenue, review same | 0.20 | 1,295.00 | $259.00 |
| | | | | **2.20** | | **$2,259.00** |

**Tax Issues**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/06/2025 | PJK | TI | Review letter re VAT from HMRC, emails with M Infanti re same (.2), review Newtone information re same (.2), review emails re records info re Dutch trustee and VAT issues, research re same (.4) | 0.80 | 1,295.00 | $1,036.00 |
| 01/06/2025 | PJK | TI | Review VAT information from Newtone | 0.40 | 1,295.00 | $518.00 |
| 01/07/2025 | PJK | TI | Emails with Newtone re VAT issues (.2), attention to issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 01/30/2025 | PJK | TI | Email from Newtone re VAT issues | 0.20 | 1,295.00 | $259.00 |
| 02/03/2025 | PJK | TI | Review VAT issues re latest nil return (.2), emails with M Infanti re same (.1) | 0.30 | 1,295.00 | $388.50 |
| 02/04/2025 | PJK | TI | Emails with M Infanti re VAT return | 0.20 | 1,295.00 | $259.00 |
| 02/12/2025 | PJK | TI | Email from A Mulders re VAT appeal | 0.20 | 1,295.00 | $259.00 |
| 05/05/2025 | PJK | TI | Emails with M Infanti re VAT info | 0.20 | 1,295.00 | $259.00 |
| 05/28/2025 | PJK | TI | Emails from Newtone re tax issues, email to M Infanti re same | 0.20 | 1,295.00 | $259.00 |
| 05/28/2025 | PJK | TI | Review HMRC correspondence (.2), emails with M Infanti re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 05/29/2025 | PJK | TI | Review HMRC letter, emails with B Wilson re same | 0.40 | 1,295.00 | $518.00 |
| 06/05/2025 | PJK | TI | Emails with M Infanti re Newtone (.2), email to Newtone re same (.2) | 0.40 | 1,295.00 | $518.00 |
| | | | | **4.10** | | **$5,309.50** |

**TOTAL SERVICES FOR THIS MATTER:**                     **$113,934.50**

Pachulski Stang Ziehl & Jones LLP                                   Page:    19
Giuliano, Alfred T. (Shapeways)                                     Invoice 148522
Client 31274.00001                                                 July 31, 2025

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/11/2025 | RE | Reproduction, WLR | 10.80 |
| 01/13/2025 | PO | Postage | 32.00 |
| 01/13/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/13/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/13/2025 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 01/13/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/16/2025 | PO | Postage | 22.26 |
| 01/16/2025 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 01/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/16/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/16/2025 | RE | SCAN/COPY ( 679 @0.10 PER PG) | 67.90 |
| 01/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/21/2025 | PO | Postage | 10.62 |
| 01/21/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/21/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/21/2025 | RE | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 01/21/2025 | RE | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 01/28/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 01/28/2025 | RE | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 02/07/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/10/2025 | PO | Postage | 43.64 |
| 02/10/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 02/10/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 02/10/2025 | FE | 31274.00001 FedEx Charges for 02-10-25 | 14.93 |
| 02/10/2025 | FE | 31274.00001 FedEx Charges for 02-10-25 | 14.93 |
| 02/10/2025 | FE | 31274.00001 FedEx Charges for 02-10-25 | 28.05 |

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (Shapeways)

Client 31274.00001

Page:    20

Invoice 148522

July 31, 2025

| | | | |
|---|---|---|---:|
| 02/10/2025 | FE | 31274.00001 FedEx Charges for 02-10-25 | 22.34 |
| 02/10/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/10/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/10/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/10/2025 | RE | SCAN/COPY ( 168 @0.10 PER PG) | 16.80 |
| 02/10/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/10/2025 | RE | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 02/10/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 02/24/2025 | PO | Postage | 10.62 |
| 02/24/2025 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 02/24/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 02/24/2025 | RE | SCAN/COPY ( 98 @0.10 PER PG) | 9.80 |
| 02/24/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/10/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 03/10/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/10/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/10/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 03/10/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/11/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/11/2025 | FE | 31274.00001 FedEx Charges for 03-11-25 | 14.86 |
| 03/11/2025 | FE | 31274.00001 FedEx Charges for 03-11-25 | 27.93 |
| 03/11/2025 | FE | 31274.00001 FedEx Charges for 03-11-25 | 22.24 |
| 03/11/2025 | FE | 31274.00001 FedEx Charges for 03-11-25 | 14.86 |
| 04/07/2025 | PO | Postage | 26.16 |
| 04/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/07/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 04/07/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/07/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/07/2025 | RE | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |

Pachulski Stang Ziehl & Jones LLP
Giuliano, Alfred T. (Shapeways)
Client 31274.00001

Page:    21
Invoice 148522
July 31, 2025

| 04/07/2025 | RE | SCAN/COPY ( 92 @0.10 PER PG) | 9.20 |
|---|---|---|---|
| 04/07/2025 | RE | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 04/07/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/07/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/07/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/07/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/07/2025 | RE | SCAN/COPY ( 287 @0.10 PER PG) | 28.70 |
| 04/25/2025 | RE | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 05/05/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2025 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 05/05/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2025 | FE | 31274.00001 FedEx Charges for 05-05-25 | 15.40 |
| 05/05/2025 | FE | 31274.00001 FedEx Charges for 05-05-25 | 15.40 |
| 05/05/2025 | FE | 31274.00001 FedEx Charges for 05-05-25 | 29.56 |
| 05/05/2025 | FE | 31274.00001 FedEx Charges for 05-05-25 | 23.30 |
| 06/26/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 06/26/2025 | PO | Postage | 81.60 |
| 06/26/2025 | DC | 31274.00001 Advita Charges for 06-26-25 | 10.00 |
| 07/31/2025 | LN | 31274.00001 Lexis Charges for 07-31-25 | 14.41 |
| 07/31/2025 | PAC | Pacer - Court Research | 119.40 |

**Total Expenses for this Matter**                                    **$796.91**

Pachulski Stang Ziehl & Jones LLP

Giuliano, Alfred T. (Shapeways)

Client 31274.00001

Page:    22

Invoice 148522

July 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  07/31/2025**                    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 144017 | 12/31/2024 | $4,657.50 | $0.00 | $4,657.50 |

**Total Amount Due on Current and Prior Invoices:**                                                    **$119,388.91**