IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHAPEWAYS, INC., *et al.*,[1] | ) | Case No. 24-11488 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Ref. Dkt. No. 172 |

**ORDER GRANTING SECOND INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM JANUARY 1, 2025 THROUGH JULY 31, 2025**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a Second Interim application for allowance of compensation and reimbursement of expenses for January 1, 2025 through July 31, 2025 (the "Second Interim Fee Application"). The Court has reviewed the Second Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Fee Application, and any hearing on the Second Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Interim Fee Application. Accordingly, it is hereby

ORDERED that the Second Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $109,672.00, and costs in the amount of $796.91, are allowed on an interim basis. The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

$109,672.00 as compensation and $796.91 as reimbursement of expenses, for a total of $110,468.91 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2025 through July 31, 2025.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: September 25th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

4917-1599-1909.2 31274.00001                                2