IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |
| | **Rel. Docket No. 173** |

**ORDER GRANTING APPLICATION OF GIULIANO MILLER AND COMPANY, LLC FOR FIRST INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE TRUSTEE FOR THE PERIOD JULY 5, 2024 THROUGH JULY 31, 2025**

Upon consideration of the Application of Giuliano Miller and Company, LLC ("GMCO"), for Allowance of First Interim Compensation for Services Rendered and Reimbursement of Expenses, As Accountants and Financial Advisors to Alfred T. Giuliano, Chapter 7 Trustee, for the Period July 5, 2024 Through July 31, 2025 (the "Application"); and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED, on an interim basis.

2. GMCO be and hereby is awarded compensation in the amount of

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

$418,077.00 and for reimbursement of actual and necessary expenses in the amount of $1,522.28 for the Application Period for a total award of $419,599.28.

       3.       The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

       4.       This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, and enforcement of this Order.

**Dated: October 3rd, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE