**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC. *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 190** |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 190**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the **MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING THE SETTLEMENT OF THE AVOIDANCE CLAIM AGAINST NYSE MARKET (DE), INC., PURUSANT TO FED. R. BANKR. P. 9019** [D.I. 190] (the "Motion"), filed on March 4, 2026. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 25, 2026, at 4:00 p.m. (EST).

---

1 The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: March 27, 2026
        Wilmington, Delaware

**STEVENS & LEE, P.C.**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3311
Facsimile: (610) 371-7371
Email: gregory.donilon@stevenslee.com

        -and-

Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6054
Facsimile: (610) 371-7958
Email: jason.manfrey@stevenslee.com

*Special Counsel for Alfred T. Giuliano,
Chapter 7 Trustee for the Estates of
Shapeways, Inc., Shapeways Holding, Inc.,
and Linear Mold & Engineering, LLC*