**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC. *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |
| | **RE: D.I. 192** |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 192

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the **Supplemental Application of Alfred T. Giuliano, Chapter 7 Trustee, for Authorization to Expand Scope of Employment and Retention of Stevens & Lee, P.C. as Special Counsel to Chapter 7 Trustee, Effective as of February 6, 2026** [D.I. 192] (the "Application"), filed on March 10, 2026.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 24, 2026, at 4:00 p.m. (EST).

---

1 The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: March 27, 2026
       Wilmington, Delaware

**STEVENS & LEE, P.C.**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3311
Facsimile: (610) 371-7371
Email: gregory.donilon@stevenslee.com

       -and-

Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6054
Facsimile: (610) 371-7958
Email: jason.manfrey@stevenslee.com

*Special Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Shapeways, Inc., Shapeways Holding, Inc., and Linear Mold & Engineering, LLC*