**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 207** |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**NEWTONE B.V. AS DUTCH VAT TAX ADVISORS, FOR THE PERIOD**
**FROM NOVEMBER 7, 2024 THROUGH NOVEMBER 12, 2025**

Newtone B.V. ("Newtone"), as Dutch tax VAT advisors as for the Chapter 7 Trustee in the above-captioned case, filed its *First Interim Application for Compensation and Reimbursement of Expenses of Newtone B.V., as Dutch VAT Tax Advisors, for the Period from November 7, 2024 through November 12, 2025* (the "First Interim Application"). The Court has reviewed the First Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Application, and any hearing on the First Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Application. Accordingly, it is hereby

ORDERED that the First Interim Application is GRANTED, on an interim basis. Fees in the amount of €7.173,30, and costs in the amount of €0, are allowed on an interim basis. The Chapter 7 Trustee in the above case shall pay to Newtone the sum of €7.173,30 as

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

compensation and €0 as reimbursement of expenses, for a total of €7.173,30 for services rendered and disbursements incurred by Newtone for the period November 7, 2024 through November 12, 2025.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: May 22nd, 2026**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE