**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 215** |

**ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF NEWTONE B.V. AS DUTCH VAT TAX
ADVISORS, FOR THE PERIOD FROM NOVEMBER 13, 2025
THROUGH MAY 31, 2026**

Newtone B.V. ("Newtone"), as Dutch tax VAT advisors as for the Chapter 7

Trustee in the above-captioned case, filed its *Second Interim Application for Compensation and*

*Reimbursement of Expenses of Newtone B.V., as Dutch VAT Tax Advisors, for the Period from*

*November 13, 2025 through May 31, 2026* (the "Second Interim Application"). The Court has

reviewed the Second Interim Application and finds that: (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Interim Application, and

any hearing on the Second Interim Application, was adequate under the circumstances; and (c) all

persons with standing have been afforded the opportunity to be heard on the Second Interim

Application. Accordingly, it is hereby

ORDERED that the Second Interim Application is GRANTED, on an interim basis.

Fees in the amount of €9.280, and costs in the amount of €794, are allowed on an interim basis.

The Chapter 7 Trustee in the above case shall pay to Newtone the sum of €9.280 as compensation

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

4901-4089-7715.2 31274.00001

and €794 as reimbursement of expenses, for a total of €10.074 for services rendered and

disbursements incurred by Newtone for the period November 13, 2025 through May 31, 2026.

ORDERED that the terms and conditions of this Order shall be immediately

effective and enforceable upon its entry.

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 14th, 2026**
**Wilmington, Delaware**

_____
**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

4901-4089-7715.2 31274.00001                                   2