**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 22, 2026 AT 9:15 A.M. (EASTERN TIME)**

**PLEASE NOTE: WITH THE COURT'S PERMISSION, THE HEARING HAS BEEN
CANCELED AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1.      Motion of Chapter 7 Trustee for an Order Approving the Settlement of the Avoidance Claim against Van Doorne N.V., Pursuant to Fed. R. Bankr. P. 9019 [Filed 6/22/26], (Docket No. 213)

Response Deadline:                                  July 13, 2026 at 4:00 p.m. (ET)

Responses Received:                              None

Related Documents:

(a)      Certificate of No Objection Regarding Docket No. 213 [Filed: 7/14/26] (Docket No. 263)

(b)      Order Approving the Settlement of the Avoidance Claim against Van Doorne N.V. [Filed 7/15/26] (Docket No. 265)

Status:  An order was entered.  No hearing is necessary.

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings,  Inc. (6494), and Linear Mold & Engineering, LLC (8925).

4898-8369-6825.1 31274.00001

2.      Motion of Chapter 7 Trustee for an Order Approving the Settlement of the Avoidance Claim against Wolverine Crane & Service, Inc., Pursuant to Fed. R. Bankr. P. 9019 [Filed 6/24/26], (Docket No. 214)

Response Deadline:                    July 13, 2026 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    (c)    Certificate of No Objection Regarding Docket No. 214 [Filed: 7/14/26] (Docket No. 264)

    (d)    Order Approving the Settlement of the Avoidance Claim against Wolverine Crane & Service, Inc. [Filed 7/15/26] (Docket No. 266)

Status:   An order was entered.  No hearing is necessary.

3.      Second Interim Application for Compensation and Reimbursement of Expenses of Newtone Belastingadviseurs B.V. as Dutch VAT Tax Advisors for the period November 13, 2025 to May 31, 2026 [Filed 6/24/26] (Docket No. 215)

Response Deadline:                    July 9, 2026 at 4:00 p.m. (ET)

Responses Received:                   None

Related Documents:

    (e)    Certificate of No Objection Regarding Order Granting Second Interim Application for Compensation and Reimbursement of Expenses of Newtone B.V. as Dutch Vat Tax Advisors, for the Period From November 13, 2025 Through May 31, 2026 [Filed: 7/13/26] (Docket No. 260)

    (f)    Order Approving Application for Compensation and Reimbursement of Expenses of Newtone Belastingadviseurs B.V. as Dutch VAT Tax Advisors for the period November 13, 2025 to May 31, 2026 [Filed 7/14/26] (Docket No. 262)

Status:   An order was entered.  No hearing is necessary.

Dated:  July 20, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Brooke E. Wilson (CA Bar No. 354614)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: bsandler@pszjlaw.com
         pkeane@pszjlaw.com
         bwilson@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

4898-8369-6825.1 31274.00001

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Peter J. Keane, hereby certify that on July 20, 2026, I caused a copy of the attached document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 22, 2026 AT 9:15 A.M. (EASTERN TIME)**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

4898-8369-6825.1 31274.00001

4

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
3DP Custom Manufacture, LLC
620 S. Industrial Way
Seattle, WA 98108

*FIRST CLASS MAIL*
Mitsubishi HC Capital America, Inc.
P.O. Box 128
Itasca, IL 60143

*FIRST CLASS MAIL*
Complete Capital Services, Inc.
22811 Greater Mack Avenue, Suite 203
Saint Clair Shores, MI 48080

*ELECTRONIC MAIL*
Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: Benjamin.A.Hackman@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to the Debtors)*

Matthew P. Milana, Esq.
Richards, Layton & Finger
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
**Email:  milana@rlf.com**

*ELECTRONIC MAIL*
*(Counsel to the Debtors)*
Russell C. Silberglied, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email:  silberglied@rlf.com**

*ELECTRONIC MAIL*
*(State Attorney General)*
Kathy Jennings, Esq.
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

*ELECTRONIC MAIL*
*(United States Attorney)*
David C. Weiss, Esq.
c/o Ellen Slights, Esq.
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

4898-8369-6825.1 31274.00001

*ELECTRONIC MAIL*
*(United States Attorney General)*
Merrick B. Garland, Esq.
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:
DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

*ELECTRONIC MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

*ELECTRONIC MAIL*
Richard Best, Regional Director
New York Regional Office
Securities & Exchange Commission

100 Pearl Street, Suite 20-100
New York, NY  10004-2616
**Email:  bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
*(Counsel to the State of Michigan,
Department of the Treasury)*
Jeanmarie Miller, Esq.
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
Email: millerj51@michigan.gov

*ELECTRONIC MAIL*
(Counsel to Mitsubishi HC Capital America,
Inc.
Joseph E. Brenner, Esq.
Kate M. Patrick, Esq.
Gordon Rees Scully Mansukhani, LLP
824 N. Market Street, Suite 220
Wilmington, DE 19801
**Email: jbrenner@grsm.com;
kpatrick@grsm.com**

*ELECTRONIC MAIL*
(Counsel to 3DP Custom Manufacture**,** LLC)
Brian E. Schartz, P.C.
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
**Email: brian.schartz@kirkland.com**

*BY ELECTRONIC MAIL*
Distefan 3D Print LLC
Sasa Drobac
444 Alaska Avenue,
Suite #BQB384
Torrance CA 90503,US
**Email: sasa.drobac@gmail.com**

*BY ELECTRONIC MAIL*
*(Counsel to Distefan 3D Print LLC)*
Russell C. Silberglied
Richards, Layton & Finger
One Rodney Square
920 North King Street

Wilmington, DE 19801
**Email:  silberglied@rlf.com**

*BY ELECTRONIC MAIL*
*(Counsel to Creditor/Landlord, Jeffries Tech, LLC)*
Alan J. Taylor, Esq.
Segal McCambridge Singer & Mahoney
Attorney for Jeffries Tech, LLC
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
**Email: ataylor@smsm.com**

*BY ELECTRONIC MAIL*
*(Counsel to Oracle America, Inc.)*
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105-3493
**Email: schristianson@buchalter.com**

*BY ELECTRONIC MAIL*
67  Designs, LLC
Gavin Stener
25 Highland Park Village
Suite 100-717
Dallas, Texas 75205
**Email: shapewaysbankruptcy@67d.com**

*BY ELECTRONIC MAIL*
*(Counsel to In-Mold Solutions LLC)*
PASHMAN STEIN WALDER HAYDEN,
P.C.
David B. Stratton (Del. I.D. No. 960)
824 North Market Street, Suite 800
Wilmington, DE 19801
**Email: dstratton@pashmanstein.com**

*BY ELECTRONIC MAIL*
*(Counsel to In-Mold Solutions LLC)*
PASHMAN STEIN WALDER HAYDEN, P.C.
David E. Sklar
Court Plaza South, East Wing

21 Main Street, Suite 200
Hackensack, NJ 07601
**Email: dsklar@pashmanstein.com**

*BY ELECTRONIC MAIL*
*(Counsel to Industrial Globe Street, LLC)*
**SCHAFER & WEINER, PLLC**
John J. Stockdale, Jr.
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
**Email: jstockdale@schaferandweiner.com**

*BY ELECTRONIC MAIL*
(Counsel to In-Mold Solutions LLC)
Donovan J. Visser, Esq.
Property & Tax Counselors of Michigan
2335 Burton St. SE, Suite 110
Grand Rapids, MI  49506
**Email: donovan@visserlegal.com**

*BY ELECTRONIC MAIL*
*(Counsel for the Texas Comptroller of Public Accounts)*
Courtney J. Hull, Esq.
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
Email: bk-chull@oag.texas.gov

*BY ELECTRONIC MAIL*
*(Counsel to the Office of Unemployment Compensation Tax Services, Department of Labor and Industry, Commonwealth of Pennsylvania)*
Ryan Starnowsky, Esq.
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17106-8568
**Email: ra-li-ucts-bankrupt@state.pa.us**