**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>SHAPEWAYS, INC., *et al*.,<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11488 (BLS)<br>(Jointly Administered)<br><br>**RE: D.I. 270** |
| ALFRED T. GIULIANO, Chapter 7 Trustee for the Estates of Shapeways, Inc., *et al*.,<br><br>Plaintiff,<br>v.<br><br>JOSEPH ANDREW NIED,<br>Defendant. | Adv. Pro. No. 26-50578 (BLS)<br><br>**RE: Adv. D.I. 3** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING D.I. 270 AND ADV. D.I. 3**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of Chapter 7 Trustee for an Order Approving the Settlement of the Avoidance Claim Against Joseph Andrew Nied, Pursuant to Fed. R. Bankr. P. 9019* [D.I. 270; Adv. D.I. 3] (the "Motion"), filed on August 3, 2026. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than August 24, 2026, at 4:00 p.m. (ET).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: August 25, 2026
Wilmington, Delaware

**STEVENS & LEE, P.C.**

*/s/ Gregory T. Donilon*
Gregory T. Donilon (No. 4244)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3311
Facsimile: (610) 371-7371
Email: gregory.donilon@stevenslee.com

-and-

Jason C. Manfrey
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone (610) 205-6054
Facsimile (610) 371-7958
Email: jason.manfrey@stevenslee.com

*Special Counsel for Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Shapeways, Inc., Shapeways Holding, Inc., and Linear Mold & Engineering, LLC*