**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br>SHAPEWAYS, INC., *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11488 (BLS)<br>(Jointly Administered) |
| ALFRED T. GIULIANO, Chapter 7 Trustee for the Estates of Shapeways, Inc., *et al.*,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT ONLINE, INC.,<br><br>Defendant. | Adv. Pro. No. 26-50580 (BLS)<br><br>**RE: D.I. 274; Adv. D.I. 3** |

**ORDER APPROVING SETTLEMENT OF THE AVOIDANCE CLAIM AGAINST MICROSOFT ONLINE, INC. PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the motion of Alfred T. Giuliano (the "Trustee"),[1] the Chapter 7 trustee for the estates of Shapeways, Inc. ("Shapeways"), Shapeways Holdings, Inc. ("Holdings") and Linear Mold & Engineering, LLC ("Linear Mold" and collectively with Shapeways and Holdings, the "Debtors"), for entry of an Order approving the settlement of the avoidance claim against Microsoft Online, Inc. (the "Defendant" and, together with the Trustee, the "Parties"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the Motion and determined that (i) it has jurisdiction over the matters raised in the Motion, pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding, pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion and the relief requested therein has been given and no other or further notice is necessary; (v) a reasonable opportunity to object or to be heard regarding the relief requested in the Motion has been afforded to all interested parties, persons,

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and entities; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

1. The Motion is GRANTED.

2. The Settlement Agreement with the Defendant, attached hereto as **Exhibit A**, is hereby approved pursuant to Fed. R. Bankr. P. 9019.

3. The Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein.

**Dated: August 31st, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**