**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SHAPEWAYS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11488 (BLS)<br><br>Jointly Administered<br><br>**RE: D.I.** 298 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF STEVENS & LEE, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM OCTOBER 15, 2025 THROUGH AUGUST 31, 2026**

Stevens & Lee, P.C. ("Stevens & Lee"),[2] special counsel to Alfred T. Giuliano (the "Trustee"), the Chapter 7 trustee for the estates of Shapeways, Inc. ("Shapeways"), Shapeways Holdings, Inc. ("Holdings") and Linear Mold & Engineering, LLC ("Linear Mold" and, collectively with Shapeways and Holdings, the "Debtors"), having filed its first interim application (the "Application") for an Order awarding and allowing (i) the S&L Contingency Fees earned by Stevens & Lee during the first interim period from October 15, 2025 through August 31, 2026 (the "Application Period") in the amount of $157,464.30, and (ii) reimbursement for the S&L Expenses incurred by Stevens & Lee during the Application Period in the amount of $20,002.71; and the Court having reviewed the Application; and the Court finding that, after notice and a hearing: (i) the Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b), and venue of this case and the Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (ii) notice of the Application, and any

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494); and Linear Mold & Engineering, LLC (8925).

[2] Capitalized terms used, but not otherwise defined, in this Order shall have the meanings ascribed to such terms in the Application.

hearing on the Application, was proper and adequate under the circumstances; and (iii) all persons with standing have been afforded the opportunity to be heard on the Application; and for other and good cause:

IT IS HEREBY ORDERED that:

1. The Application is APPROVED and GRANTED.

2. Stevens & Lee is hereby allowed and awarded on an interim basis (a) compensation for the S&L Contingency Fees earned by Stevens & Lee during the Application Period in the amount of $157,464.30 (the "Allowed Compensation") and (b) reimbursement of the S&L Expenses incurred by Stevens & Lee during the Application Period in the amount of $20,002.71 (the "Allowed Reimbursement" and, together with the Allowed Compensation, the "Allowed Compensation and Reimbursement").

3. The Trustee is authorized and directed to pay the Allowed Compensation and Reimbursement in the amount of $177,467.01 to Stevens & Lee within five (5) business days of the entry of this Order.

**Dated: September 29th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**