**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHAPEWAYS, INC., *et al.*,[1] | ) | Case No. 24-11488 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 2, 2026 at 4:00 p.m. (ET)**
**Hearing Date: November 18, 2026 at 10:00 a.m. (ET)**

**THIRD INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Chapter 7 Trustee |
| Date of Retention: | Effective as of July 5, 2024 by order signed on or about August 13, 2024 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2025 through September 30, 2026[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $73,165.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $652.58 |

This is a: ☐monthly ☒ interim ☐final application.

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $1,390.00.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/16/25 | 07/05/24 – 12/31/24 | $536,874.50 | $6,432.52 | $536,874.50 | $6,432.52 |
| 9/9/25 | 01/01/25 - 7/31/25 | $109,672.00 | $796.91 | $109,672.00 | $796.91 |

**PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of NJ & PA Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $2,175.00 | 2.10 | $4,567.50 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $1,895.00 | 1.10 | $2,084.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE &NH Bars since 2010 | $1,375.00 | 17.30 | $23,787.50 |
| | | $1,295.00 | 19.30 | $24,993.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,125.00 | 2.50 | $2,812.50 |
| Brooke E. Wilson | Associate 2020; Member of NY Bar since 2022; Member of CA Bar since 2024 | $725.00 | 0.50 | $362.50 |
| Andrea T. Bates | Paralegal | $695.00 | 9.20 | $6,394.00 |
| | | $650.00 | 9.60 | $6,240.00 |
| Cheryl A. Knotts | Paralegal | $575.00 | 2.00 | $1,150.00 |
| Patricia E. Cuniff | Paralegal | $625.00 | 1.00 | $625.00 |
| Andrea R. Paul | Case Management Assistant | $495.00 | 0.30 | $148.50 |
| **Total** | | | **64.90** | **$73,165.50** |

| | |
|---|---|
| **Grand Total:** | **$73,165.50** |
| **Total Hours:** | **64.90** |
| **Blended Rate:** | **$1,127.36** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 1.30 | $1,755.50 |
| Avoidance Action Analysis | 0.20 | $259.00 |
| Asset Disposition | 0.10 | 217.50 |
| Bankruptcy Litigation | 21.50 | $28,660.50 |
| Case Administration | 11.90 | $9,570.00 |
| Claims Administration and Objections | 3.00 | $4,321.00 |
| PSZJ Compensation | 9.90 | $9,451.00 |
| Other Professional Compensation | 11.20 | $10,844.00 |
| Financing/Cash Collateral/Cash Management | 1.10 | $2,084.50 |
| Hearings | 0.30 | $208.50 |
| Other Professional Retention | 1.70 | $2,217.50 |
| Tax Issues | 2.70 | $3,576.50 |
| **Total** | **64.90** | **$73,165.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Pacer - Court Research | | $364.00 |
| Postage | | $68.58 |
| Reproduction Expense | | $220.00 |
| **Total** | | **$652.58** |

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHAPEWAYS, INC., *et al.*,[1] | ) | Case No. 24-11488 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 2, 2026 at 4:00 p.m. (ET)**
**Hearing Date: November 18, 2026 at 10:00 a.m. (ET)**

**THIRD INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH SEPTEMBER 30, 2026**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel for the Chapter 7 Trustee, hereby submits its *Third Interim Application for Compensation and for Reimbursement of Expenses for the Period from August 1, 2025 through September 30, 2026* (the "Application").

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $73,165.50 and actual and necessary expenses in the amount of $652.58 for a total allowance of $73,818.08, and payment of the unpaid amount of such fees and expenses, for the period August 1, 2025 through September 30, 2026 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

## Background

1. On July 2, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Cases"). On July 5, 2024, Alfred T. Giuliano ("Chapter 7 Trustee") was appointed as the Chapter 7 Trustee in these Cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. The retention of PSZ&J, as counsel to the Chapter 7 Trustee, was approved effective as of July 5, 2024 by this Court's *Order Granting Application of Chapter 7 Trustee for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to Chapter 7 Trustee, Effective as of July 5, 2024*, signed on or about August 13, 2024 (the "Retention Order").

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

4. All services for which PSZ&J requests compensation were performed for or on behalf of the Chapter 7 Trustee.

5. PSZ&J has received no payment and no promises for payment from any source other than the Chapter 7 Trustee for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Cases, except among the partners, of counsel, and associates of the Firm.

## <u>Fee Statements</u>

6. The fee statements for the Interim Period are attached hereto as **<u>Exhibit A</u>**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Interim Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, and the Bankruptcy Rules. PSZ&J's time reports are initially generated by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular billing code, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

## <u>Actual and Necessary Expenses</u>

7. A summary of actual and necessary expenses incurred by PSZ&J for the Interim Period is attached hereto as part of **<u>Exhibit A</u>**. PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware. PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

8. PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Trustee for the receipt of faxes in this case.

9. With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client. PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

10. The names of the partners and associates of PSZ&J who have rendered professional services in this case during the Interim Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Interim Period, are set forth in the attached **Exhibit A**.

11. PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the

Chapter 7 Trustee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below. PSZ&J's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

**Summary of Services by Project**

12. The services rendered by PSZ&J during the Interim Period can be grouped into the categories set forth below. PSZ&J attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. **Exhibit A** identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A. Asset Analysis and Recovery**

13. This category relates to asset analysis and recovery issues. During the Interim Period, the Firm, among other things: (1) reviewed FMB's statement issues; (2) corresponded regarding Ford and Dutch VAT; and (3) researched 3DP issues.

Fees: $1,755.50; Hours: 1.30

**B. Avoidance Action Analysis**

14. This category relates to avoidance action analysis issues. During the Interim Period, the Firm, among other things: reviewed the status regarding preference actions.

Fees: $259.00; Hours: 0.20

**C. Asset Disposition**

15. This category relates to the sale or other disposition of assets. During the Interim Period, the Firm, corresponded regarding 9019 settlement objections.

Fees: $217.50; Hours: 0.10

**D. Bankruptcy Litigation**

16. This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court. During the Interim Period, the Firm, among other things: (1) drafted the turnover motion re: FMB; (2) reviewed and revised the third removal motion; (3) reviewed FMB statement; updated critical case deadlines and hearings; (4) prepared a list of pending items for trustee; (5) drafted stipulation re: 3DP; and (6) corresponded re: RKAA status research regarding same.

Fees: $28,660.50; Hours: 21.50

**E. Case Administration**

17. This category relates to work regarding administration of this case. During the Interim Period, the Firm, among other things, maintained document control, maintained a memorandum of critical dates; and drafted hearing agendas.

Fees: $9,570.00; Hours: 11.90

**F. Claims Administration and Objections**

18. This category relates to work regarding claims administration and claims objections. During the Interim Period, the Firm, among other things: (1) reviewed and analyzed issues regarding claims; (2) drafted a stipulation re: 3DP claim; and (3) corresponded regarding claim issues.

Fees: $4,321.00; Hours: 3.00

**G. PSZJ Compensation**

19. This category relates to work regarding compensation of the Firm. During the Interim Period, the Firm, among other things: (1) performed work regarding its second interim fee application; (2) monitored the status and filing of fee applications; and (3) corresponded regarding fee issues.

Fees: $9,451.00; Hours: 9.90

**H. Other Professional Compensation**

20. This category relates to work regarding compensation of professionals, other than the Firm. During the Interim Period, the Firm, among other things, (1) reviewed and finalized GMCO first interim fee application; (2) drafted and filed a certification of no objection re: Stevens & Lee retention; (3) drafted Newtone's second interim fee application; (4) drafted and prepared interim fee applications binder for court; and (5) corresponded regarding professionals' fee payments.

Fees: $10,844.00; Hours: 11.20

**I. Financing/Cash Collateral/Cash Management**

21. This category relates to work regarding financing and cash management of the company. During the Interim Period, the Firm, among other things, reviewed and analyzed secured debt documents and lien issues.

Fees: $2,084.50; Hours: 1.10

**J. Hearings**

22. During the Interim Period, the Firm, drafted a hearing agenda for the 10/14 hearing.

Fees: $208.50; Hours: 0.30

**K. Other Professional Retention**

23. This category relates to issues regarding the retention of professionals other than the Firm. During the Interim Period, the Firm, among other things, performed work regarding the Stevens & Lee retention application and order.

Fees: $2,217.50; Hours: 1.70

**L. Tax Issues**

24. This category relates to work regarding tax issues. During the Interim Period, the Firm, among other things: (1) reviewed issues regarding GL audit; (2) corresponded with Newtone regarding VAT issues; (3) corresponded regarding VAT issues and updates; and (4) corresponded re: VAT refund.

Fees: $3,576.50; Hours: 2.70

**<u>Valuation of Services</u>**

25. Attorneys and paraprofessionals of PSZ&J expended a total 64.90 hours in connection with their representation of the Chapter 7 Trustee during the Interim Period, as follows:

**PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradford J. Sandler | Partner 2010; Member of NJ & PA Bars since 1996; Member of DE Bar since 2001; Member of NY Bar since 2008 | $2,175.00 | 2.10 | $4,567.50 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $1,895.00 | 1.10 | $2,084.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE &NH Bars since 2010 | $1,375.00 | 17.30 | $23,787.50 |
| | | $1,295.00 | 19.30 | $24,993.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,125.00 | 2.50 | $2,812.50 |
| Brooke E. Wilson | Associate 2020; Member of NY Bar since 2022; Member of CA Bar since 2024 | $725.00 | 0.50 | $362.50 |
| Andrea T. Bates | Paralegal | $695.00 | 9.20 | $6,394.00 |
| | | $650.00 | 9.60 | $6,240.00 |
| Cheryl A. Knotts | Paralegal | $575.00 | 2.00 | $1,150.00 |
| Patricia E. Cuniff | Paralegal | $625.00 | 1.00 | $625.00 |
| Andrea R. Paul | Case Management Assistant | $495.00 | 0.30 | $148.50 |
| **Total** | | | **64.90** | **$73,165.50** |

**Grand Total: $73,165.50**
**Total Hours: 64.90**
**Blended Rate: $1,127.36**

26. The nature of work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Chapter 7 Trustee during the Interim Period is $73,165.50.

27. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and believes that this Application complies with such Rule.

WHEREFORE, PSZ&J respectfully requests that, for the period August 1, 2025 through September 30, 2026, an interim allowance be made to PSZ&J for compensation in the amount of $73,165.50 and actual and necessary expenses in the amount of $652.58 for a total allowance of $73,818.08; that payment of such allowed amounts be authorized on an interim basis; and for such other and further relief as this Court may deem just and proper.

Dated: October 19, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: bsandler@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

**VERIFICATION**

Peter J. Keane verifies the following:

a) I am an attorney with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am familiar with many of the legal services rendered by Pachulski Stang Ziehl & Jones LLP as counsel to the Chapter 7 Trustee.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and submit that the Application substantially complies with such Rule.

*/s/ Peter J. Keane*
Peter J. Keane