# EXHIBIT A

PACHULSKI STANG ZIEHL & JONES

919 North Market Street
17th Floor
Wilmington, DE 19801

Giuliano, Alfred T. (Shapeways)
-

September 30, 2026
Invoice 158079
Client 31274.00001

RE: Chapter 7 Trustee

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2026**

| | |
|---|---|
| FEES | $73,165.50 |
| EXPENSES | $652.58 |
| **TOTAL CURRENT CHARGES** | **$73,818.08** |
| **BALANCE FORWARD** | **$119,388.91** |
| **LAST PAYMENT** | **-$110,468.92** |
| **TOTAL BALANCE DUE** | **$82,738.07** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 2,175.00 | 2.10 | $4,567.50 |
| MBL | Litvak, Maxim B. | Partner | 1,895.00 | 1.10 | $2,084.50 |
| PJK | Keane, Peter J. | Counsel | 1,375.00 | 17.30 | $23,787.50 |
| PJK | Keane, Peter J. | Counsel | 1,295.00 | 19.30 | $24,993.50 |
| WLR | Ramseyer, William L. | Counsel | 1,125.00 | 2.50 | $2,812.50 |
| BEW | Wilson, Brooke E. | Associate | 725.00 | 0.50 | $362.50 |
| ATB | Bates, Andrea T. | Paralegal | 695.00 | 9.20 | $6,394.00 |
| ATB | Bates, Andrea T. | Paralegal | 650.00 | 9.60 | $6,240.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 575.00 | 2.00 | $1,150.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 625.00 | 1.00 | $625.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 495.00 | 0.30 | $148.50 |
| | | | 64.90 | | $73,165.50 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 1.30 | $1,755.50 |
| AC | Avoidance Action Analysis | 0.20 | $259.00 |
| AD | Asset Disposition | 0.10 | $217.50 |
| BL | Bankruptcy Litigation | 21.50 | $28,660.50 |
| CA | Case Administration | 11.90 | $9,570.00 |
| CO | Claims Administration and Objections | 3.00 | $4,321.00 |
| CP | PSZJ Compensation | 9.90 | $9,451.00 |
| CPO | Other Professional Compensation | 11.20 | $10,844.00 |
| FN | Financing/Cash Collateral/Cash Management | 1.10 | $2,084.50 |
| HE | Hearings | 0.30 | $208.50 |
| RPO | Other Professional Retention | 1.70 | $2,217.50 |
| TI | Tax Issues | 2.70 | $3,576.50 |
| | | 64.90 | $73,165.50 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Pacer - Court Research | $364.00 |
| Postage | $68.58 |
| Reproduction Expense | $220.00 |
| | $652.58 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 04/21/2025 | PJK | AA | Email to M Infanti re Ford AR | 0.20 | 1,295.00 | $259.00 |
| 09/22/2025 | PJK | AA | Review FMB statement issues, email from D Dileo re same | 0.20 | 1,295.00 | $259.00 |
| 03/02/2026 | PJK | AA | Email to M Infanti re Dutch VAT | 0.10 | 1,375.00 | $137.50 |
| 04/30/2026 | PJK | AA | Research re 3DP issues, emails with B. Sandler re same | 0.80 | 1,375.00 | $1,100.00 |
| | | | | **1.30** | | **$1,755.50** |
| **Avoidance Action Analysis** | | | | | | |
| 09/04/2025 | PJK | AC | Review status re preferences, email to trustee re same | 0.20 | 1,295.00 | $259.00 |
| | | | | **0.20** | | **$259.00** |
| **Asset Disposition** | | | | | | |
| 08/24/2026 | BJS | AD | Correspondence with P. Keane regarding 9019 settlement objections | 0.10 | 2,175.00 | $217.50 |
| | | | | **0.10** | | **$217.50** |
| **Bankruptcy Litigation** | | | | | | |
| 08/07/2025 | PJK | BL | Edits to draft turnover motion re FMB (.4), email to trustee re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 08/12/2025 | PJK | BL | Review motion to compel (.2), emails with R Bello re hrg date (.2) | 0.40 | 1,295.00 | $518.00 |
| 08/13/2025 | PJK | BL | Emails with A Bates re hrg date, review COC (.2), emails with BLS chambers re same (.2), review critical dates memo and docket (.2) | 0.60 | 1,295.00 | $777.00 |
| 08/13/2025 | PJK | BL | Finalize turnover motion (.3), emails with A Bates re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 08/13/2025 | PJK | BL | Emails with B Hunt re turnover motion (.2), review issues re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 08/25/2025 | PJK | BL | Draft COC/order/stip re FMB turnover motion (.8), emails with B Hunt re same (.2) | 1.00 | 1,295.00 | $1,295.00 |
| 08/29/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/02/2025 | PJK | BL | Emails with B Hunt re FMB stip, finalize same, emails with trustee re same, emails with A Bates re same | 0.40 | 1,295.00 | $518.00 |
| 09/02/2025 | PJK | BL | Review critical dates memo and docket (.2), email to BLS chambers re same (.1) | 0.30 | 1,295.00 | $388.50 |
| 09/02/2025 | PJK | BL | Email to B Wilson re removal extension motion | 0.20 | 1,295.00 | $259.00 |
| 09/03/2025 | PJK | BL | Emails with B Hunt and D Dileo re order on First Merchants turnover | 0.20 | 1,295.00 | $259.00 |
| 09/03/2025 | PJK | BL | Emails with A Bates re COC re hrg date, emails with BLS chambers re same (.2), review docket and critical dates memo, review draft COC (.2) | 0.40 | 1,295.00 | $518.00 |
| 09/03/2025 | PJK | BL | Review critical dates memo, emails with B Wilson re removal extension | 0.20 | 1,295.00 | $259.00 |
| 09/04/2025 | PJK | BL | Emails with A Bates re 9/11 agenda, review same | 0.20 | 1,295.00 | $259.00 |
| 09/08/2025 | PEC | BL | Review Agenda for 9/11/25 Hearing and circulate | 0.20 | 625.00 | $125.00 |
| 09/08/2025 | PJK | BL | Review 9/11 agenda, emails with A Bates re same (.2), emails with BLS chambers re same, review critical dates memo and docket (.3) | 0.50 | 1,295.00 | $647.50 |
| 09/11/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| 09/12/2025 | PJK | BL | Review FMB statements (.2), emails with D Dileo re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 09/12/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| 09/15/2025 | PJK | BL | Emails with B Wilson re removal extension | 0.20 | 1,295.00 | $259.00 |
| 09/16/2025 | PJK | BL | Edits to 3rd removal motion (.2), emails with B Wilson re same, emails with trustee re same, emails with A Bates re same (.3) | 0.50 | 1,295.00 | $647.50 |
| 09/17/2025 | PJK | BL | Review open items, email to M Infanti re same | 0.40 | 1,295.00 | $518.00 |
| 09/22/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| 09/23/2025 | PJK | BL | Emails with D Stratton re case status, review info re same | 0.20 | 1,295.00 | $259.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2025 | PJK | BL | Review critical dates memo and docket (.4), review CNOs re pending matters (.2), emails with A Bates re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 10/05/2025 | PJK | BL | Emails with First Merchant re bank statements, review issues re same | 0.20 | 1,295.00 | $259.00 |
| 10/06/2025 | PJK | BL | Review docket and 10/8 agenda (.2), emails with A Bates re amended agenda, review same (.2) | 0.40 | 1,295.00 | $518.00 |
| 10/06/2025 | PJK | BL | Emails with BLS chambers re 10/8 hearing (.2), attention to hearing issues (.2) | 0.40 | 1,295.00 | $518.00 |
| 10/06/2025 | PJK | BL | Emails with First Merchant re bank statements | 0.20 | 1,295.00 | $259.00 |
| 10/14/2025 | PJK | BL | Emails with D Dileo re First Merchant statements | 0.20 | 1,295.00 | $259.00 |
| 11/06/2025 | PJK | BL | Review critical dates memo | 0.20 | 1,295.00 | $259.00 |
| 11/10/2025 | PJK | BL | Review critical dates memo, email to BLS chambers re hrg date | 0.20 | 1,295.00 | $259.00 |
| 11/13/2025 | PJK | BL | Emails with BLS chambers re hrg date | 0.20 | 1,295.00 | $259.00 |
| 11/14/2025 | PJK | BL | Emails with A. Bates re hrg date, review COC re same, emails with BLS chambers re same | 0.30 | 1,295.00 | $388.50 |
| 12/08/2025 | PJK | BL | Review docket re S&L retention, review app, emails with AB re same | 0.30 | 1,295.00 | $388.50 |
| 12/08/2025 | PJK | BL | Review 12/11 agenda, emails with AB re same | 0.20 | 1,295.00 | $259.00 |
| 12/09/2025 | PJK | BL | Review 12/11 agenda, emails with AB re same, review docket | 0.40 | 1,295.00 | $518.00 |
| 02/09/2026 | PJK | BL | Emails with J Manfrey re AR complaints | 0.20 | 1,375.00 | $275.00 |
| 02/11/2026 | PJK | BL | Emails with trustee re AR complaints | 0.20 | 1,375.00 | $275.00 |
| 03/02/2026 | PJK | BL | Prepare list of pending items for trustee | 0.20 | 1,375.00 | $275.00 |
| 03/03/2026 | PJK | BL | Emails with J Manfrey re 9019 motions | 0.20 | 1,375.00 | $275.00 |
| 03/13/2026 | PJK | BL | Emails with trustee re 4th removal motion, emails with AB re same, edits to motion | 0.20 | 1,375.00 | $275.00 |
| 03/31/2026 | PJK | BL | Review CNO and order re removal extension, emails with AB re same, review docket | 0.30 | 1,375.00 | $412.50 |
| 04/29/2026 | PJK | BL | Emails with R Bellow re hrg date, emails with AB re same | 0.20 | 1,375.00 | $275.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/04/2026 | PJK | BL | Review 3DP issues, emails with special counsel re same | 0.40 | 1,375.00 | $550.00 |
| 05/13/2026 | PJK | BL | Emails with M. Litvak re 3DP issues | 0.20 | 1,375.00 | $275.00 |
| 05/21/2026 | PJK | BL | Review critical dates memo and pending tasks | 0.40 | 1,375.00 | $550.00 |
| 05/21/2026 | PJK | BL | Review fee index re Newtone, emails with AB re same | 0.20 | 1,375.00 | $275.00 |
| 05/25/2026 | PJK | BL | Review 3DP issues, emails with 3DP counsel re same | 0.40 | 1,375.00 | $550.00 |
| 06/08/2026 | PJK | BL | Review 6/10 hearing agenda, emails with PC re same, review critical dates memo and docket, emails with BLS chambers re same | 0.40 | 1,375.00 | $550.00 |
| 06/10/2026 | PJK | BL | Edits to draft stip re 3DP, email to counsel re same | 0.40 | 1,375.00 | $550.00 |
| 06/15/2026 | PJK | BL | Review critical dates memo and docket, emails with BLS re hrg date | 0.40 | 1,375.00 | $550.00 |
| 07/06/2026 | PJK | BL | Review 7/8 agenda draft, review critical dates memo, emails from PC and A Bates re same | 0.40 | 1,375.00 | $550.00 |
| 07/13/2026 | PJK | BL | Finalize stip/order re 3DP, emails with AB re same | 0.20 | 1,375.00 | $275.00 |
| 07/13/2026 | PJK | BL | Emails with J Manfrey re insider actions | 0.20 | 1,375.00 | $275.00 |
| 07/15/2026 | PJK | BL | Review critical dates memo and docket re recent filings, emails with trustee re order re 3dp stipulation | 0.40 | 1,375.00 | $550.00 |
| 07/16/2026 | PJK | BL | Review critical dates memo and docket (.3), review matters set for 7/22 hearing (.2), emails with G Donilon and AB re agenda (.2) | 0.70 | 1,375.00 | $962.50 |
| 07/17/2026 | PJK | BL | Emails with BLS chambers re 7/22 hearing, emails with PC re same | 0.20 | 1,375.00 | $275.00 |
| 07/17/2026 | PJK | BL | Review critical dates memo | 0.20 | 1,375.00 | $275.00 |
| 07/20/2026 | PJK | BL | Emails with BLS chambers re 7/22 hearing and agenda | 0.20 | 1,375.00 | $275.00 |
| 07/24/2026 | BJS | BL | Review 9019 motion | 0.10 | 2,175.00 | $217.50 |
| 07/24/2026 | PJK | BL | Review critical dates memo | 0.20 | 1,375.00 | $275.00 |
| 07/24/2026 | PJK | BL | Emails with J Manfrey re RKAA status, research re same | 0.40 | 1,375.00 | $550.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/06/2026 | PJK | BL | Review critical dates memo and docket | 0.30 | 1,375.00 | $412.50 |
| 08/14/2026 | BJS | BL | Review new adversary complaint filing and review critical dates and discuss with A.Bates | 0.10 | 2,175.00 | $217.50 |
| 08/25/2026 | PJK | BL | Review critical dates memo | 0.20 | 1,375.00 | $275.00 |
| 08/31/2026 | PJK | BL | Review critical dates memo and docket | 0.30 | 1,375.00 | $412.50 |
| 09/23/2026 | BJS | BL | Review critical dates regarding answer deadlines on AR complaints | 0.10 | 2,175.00 | $217.50 |
| 09/30/2026 | PJK | BL | Review critical dates memo and docket (.2), emails with AB re 10/14 agenda and hearing, review draft (.2) | 0.40 | 1,375.00 | $550.00 |
| | | | | **21.50** | | **$28,660.50** |

### Case Administration

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/2025 | ATB | CA | Draft 5/7 hearing agenda. | 0.30 | 650.00 | $195.00 |
| 08/13/2025 | ATB | CA | Draft, file and serve COC re: omnibus hearing date. | 0.70 | 650.00 | $455.00 |
| 08/13/2025 | ATB | CA | File and serve Merchants Bank turnover motion. | 0.60 | 650.00 | $390.00 |
| 08/20/2025 | ATB | CA | Update critical dates memo; circulate to team. | 0.30 | 650.00 | $195.00 |
| 08/20/2025 | ATB | CA | Update critical dates memo. | 0.20 | 650.00 | $130.00 |
| 09/02/2025 | ATB | CA | File and upload proposed order and stip re: Merchants Bank. | 0.30 | 650.00 | $195.00 |
| 09/03/2025 | ATB | CA | Update 9/11 agenda; draft COC re: omnibus hearing date; file same and upload order. | 0.60 | 650.00 | $390.00 |
| 09/08/2025 | ATB | CA | Draft and revise hearing agenda; file and serve same. | 0.60 | 650.00 | $390.00 |
| 09/11/2025 | ATB | CA | Review docket; updated critical dates memo. | 0.10 | 650.00 | $65.00 |
| 09/15/2025 | BEW | CA | Prepare third motion to extend removal deadline | 0.50 | 725.00 | $362.50 |
| 09/16/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 09/17/2025 | ATB | CA | File third removal extension motion; serve same; update critical dates memo. | 0.40 | 650.00 | $260.00 |
| 09/30/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/02/2025 | ATB | CA | Draft certification of no objection to removal motion; file and upload proposed order. | 0.40 | 650.00 | $260.00 |
| 10/03/2025 | ATB | CA | Draft 10/8 agenda; correspond with P. Keane regarding same. | 0.40 | 650.00 | $260.00 |
| 10/06/2025 | ATB | CA | Revise, file and serve 10/8 agenda. | 0.70 | 650.00 | $455.00 |
| 10/07/2025 | ATB | CA | Update critical dates memo. | 0.20 | 650.00 | $130.00 |
| 10/31/2025 | ATB | CA | Update critical dates memo. | 0.30 | 650.00 | $195.00 |
| 11/19/2025 | ARP | CA | Maintain document control. | 0.10 | 495.00 | $49.50 |
| 12/08/2025 | ATB | CA | Draft 12/11 agenda. | 0.20 | 650.00 | $130.00 |
| 03/16/2026 | ATB | CA | File and serve 4th removal extension motion. | 0.40 | 695.00 | $278.00 |
| 03/25/2026 | ATB | CA | Review docket; updated critical dates memo; draft CNO re: fourth removal motion. | 0.60 | 695.00 | $417.00 |
| 04/02/2026 | ATB | CA | Revise 4/8 hearing agenda. | 0.30 | 695.00 | $208.50 |
| 04/06/2026 | ATB | CA | File and serve 4/8 agenda. | 0.50 | 695.00 | $347.50 |
| 04/29/2026 | ATB | CA | Draft COC re: June 10th omni hearing. | 0.20 | 695.00 | $139.00 |
| 04/30/2026 | ATB | CA | Filed COC re June omni hearing; uploaded proposed order. | 0.20 | 695.00 | $139.00 |
| 06/08/2026 | ATB | CA | Draft file and serve agenda for June 10th hearing. | 0.50 | 695.00 | $347.50 |
| 06/15/2026 | ATB | CA | Update critical dates memo. | 0.20 | 695.00 | $139.00 |
| 06/30/2026 | ATB | CA | Update critical dates memo. | 0.40 | 695.00 | $278.00 |
| 07/06/2026 | BJS | CA | Review critical dates regarding agenda for 7/8 hearing and discuss with P. Keane | 0.10 | 2,175.00 | $217.50 |
| 07/09/2026 | BJS | CA | Review critical dates regarding objection deadline to Newtone 2nd interim fee app | 0.10 | 2,175.00 | $217.50 |
| 07/13/2026 | BJS | CA | Emails with P. Keane, A. Giuliano and J. Manfrey regarding insider settlement and release and review docket filings | 0.30 | 2,175.00 | $652.50 |
| 07/15/2026 | BJS | CA | Review docket filings (9019 orders) | 0.10 | 2,175.00 | $217.50 |
| 07/20/2026 | BJS | CA | Review docket filings and review critical dates regarding 7/22 hearing agenda | 0.10 | 2,175.00 | $217.50 |
| 07/29/2026 | ATB | CA | Update critical dates memo. | 0.20 | 695.00 | $139.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/08/2026 | BJS | CA | Review ECF filing (application for compensation) and correspondence from J. Kaplan (CRG) regarding call | 0.10 | 2,175.00 | $217.50 |
| 09/10/2026 | ATB | CA | Update critical dates memo. | 0.20 | 695.00 | $139.00 |
| 09/14/2026 | BJS | CA | Review critical dates and discuss regarding agenda for 9/16 hearing | 0.10 | 2,175.00 | $217.50 |
| 09/16/2026 | BJS | CA | Review critical dates and discuss regarding 9019 settlement motion hearings (BEW) | 0.10 | 2,175.00 | $217.50 |
| 09/24/2026 | BJS | CA | Review critical dates and discuss with P. Keane | 0.10 | 2,175.00 | $217.50 |
| | | | | **11.90** | | **$9,570.00** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/2026 | PJK | CO | Email to trustee re 3DP issues, review analysis re same | 0.80 | 1,375.00 | $1,100.00 |
| 06/01/2026 | PJK | CO | Review 3DP issues, emails with D Pacitti re same | 0.40 | 1,375.00 | $550.00 |
| 06/08/2026 | PJK | CO | Draft stipulation re 3DP claim, emails with trustee re same | 1.00 | 1,375.00 | $1,375.00 |
| 07/13/2026 | ATB | CO | File COC re: 3DP and stipulation settling claim; upload proposed order. | 0.30 | 695.00 | $208.50 |
| 08/26/2026 | BJS | CO | Attention to settlement (Kress/Neis) | 0.10 | 2,175.00 | $217.50 |
| 08/27/2026 | BJS | CO | Correspondence with J. Kaplan regarding ch 7 claims | 0.10 | 2,175.00 | $217.50 |
| 08/28/2026 | BJS | CO | Correspondence with J. Kaplan (CRG) regarding Shapeways claims | 0.20 | 2,175.00 | $435.00 |
| 08/31/2026 | BJS | CO | Correspondence with J. Kaplan (CRG) regarding Shapeways and Party City claims | 0.10 | 2,175.00 | $217.50 |
| | | | | **3.00** | | **$4,321.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/28/2025 | WLR | CP | Prepare Second interim fee application. | 0.70 | 1,125.00 | $787.50 |
| 08/29/2025 | WLR | CP | Draft Second interim fee application. | 1.10 | 1,125.00 | $1,237.50 |
| 08/30/2025 | WLR | CP | Review and revise Second interim fee application. | 0.70 | 1,125.00 | $787.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/02/2025 | CAK | CP | Review and edit bill through July 31, 2025 | 0.40 | 575.00 | $230.00 |
| 09/02/2025 | CAK | CP | Review and update 2nd Interim fee application; prepare exhibit to same. | 1.30 | 575.00 | $747.50 |
| 09/02/2025 | CAK | CP | Edit 2nd Interim fee application | 0.20 | 575.00 | $115.00 |
| 09/02/2025 | PJK | CP | Emails with C Knotts re PSZJ interim fee app | 0.20 | 1,295.00 | $259.00 |
| 09/02/2025 | PJK | CP | Review PSZJ 2nd interim fee app, email to trustee re same | 0.30 | 1,295.00 | $388.50 |
| 09/04/2025 | ATB | CP | Draft notice re: second interim fee application; reviewed and provided comments to Ex A to same; correspond with P. Keane re: same. | 0.70 | 650.00 | $455.00 |
| 09/04/2025 | CAK | CP | Post bill through July 31, 2025 | 0.10 | 575.00 | $57.50 |
| 09/04/2025 | PJK | CP | Review PSZJ 2nd interim fee app and issues re same (.2), email to B. Sandler re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 09/04/2025 | PJK | CP | Emails with A Bates re NOH re PSZJ 2nd interim fee app, review same | 0.20 | 1,295.00 | $259.00 |
| 09/09/2025 | ATB | CP | Filed and served PSZJ second interim fee application. | 0.60 | 650.00 | $390.00 |
| 09/09/2025 | PJK | CP | Review PSZJ 2nd interim fee app issues (.2), emails with B. Sandler re same, emails with C Knotts re same (.2), edits to fee app, emails with A Bates re same (.2) | 0.60 | 1,295.00 | $777.00 |
| 09/24/2025 | PEC | CP | Update Certification of No Objection Regarding PSZ&J LLP's Second Interim Fee Application (.1); Prepare same for filing (.1) | 0.20 | 625.00 | $125.00 |
| 09/24/2025 | PJK | CP | Review interim fee binder index, emails with PC re same, emails with PC re PSZJ application, review docket and critical dates memo | 0.50 | 1,295.00 | $647.50 |
| 09/01/2026 | PJK | CP | Emails with D Dileo re PSZJ interim fee order | 0.20 | 1,375.00 | $275.00 |
| 09/04/2026 | ATB | CP | Finalize draft of third fee application. | 1.10 | 695.00 | $764.50 |
| 09/16/2026 | PJK | CP | Emails with Newtone re status and fee payment, emails with trustee re same | 0.30 | 1,375.00 | $412.50 |
| 09/22/2026 | BJS | CP | Review critical dates (deadline to object to Stevens & Lee first interim fee application) | 0.10 | 2,175.00 | $217.50 |
| | | | | **9.90** | | **$9,451.00** |

## Other Professional Compensation

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2025 | PJK | CPO | Emails with S Shah re interim fee app | 0.10 | 1,295.00 | $129.50 |
| 09/12/2025 | ATB | CPO | Revise notice to Coffey Miller fee application; finalize file and serve same. | 1.20 | 650.00 | $780.00 |
| 09/12/2025 | PJK | CPO | Review and finalize GMCO 1st interim fee app (.4), emails with A Bates re same (.2), emails with S Shah re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 09/24/2025 | PEC | CPO | Revise and review Fee Index for 10/8/25 Fee Hearing | 0.20 | 625.00 | $125.00 |
| 09/24/2025 | PEC | CPO | Review Fee Binder for 10/8/25 Hearing and submit to chambers | 0.20 | 625.00 | $125.00 |
| 10/02/2025 | ATB | CPO | Draft certification of no objection to Miller's first fee application with proposed order; file same and upload order. | 0.40 | 650.00 | $260.00 |
| 12/08/2025 | ATB | CPO | Draft and file CNO Stevens & Lee retention; upload proposed order. | 0.40 | 650.00 | $260.00 |
| 12/08/2025 | PEC | CPO | Review fee index for 12/11/25 hearing and coordinate binder preparation | 0.20 | 625.00 | $125.00 |
| 04/29/2026 | ATB | CPO | Calculate Newtone fees and revise fee application; correspond with P. P. Keane regarding same. | 0.90 | 695.00 | $625.50 |
| 04/29/2026 | PJK | CPO | Review Newtone invoice and draft interim fee app, emails with Newtone re same, emails with AB re same | 0.80 | 1,375.00 | $1,100.00 |
| 05/04/2026 | ATB | CPO | Finalize, file and serve Newtone interim fee application. | 0.40 | 695.00 | $278.00 |
| 05/05/2026 | ATB | CPO | Compile file and serve Newtone interim fee application. | 0.70 | 695.00 | $486.50 |
| 05/05/2026 | PJK | CPO | Review and finalize Newtone application, emails with AB re updates to same | 0.50 | 1,375.00 | $687.50 |
| 05/21/2026 | ATB | CPO | File CNO re: Newtone first interim fee application; upload proposed order. | 0.30 | 695.00 | $208.50 |
| 05/26/2026 | PJK | CPO | Review Newtone fee app, email to trustee re same | 0.20 | 1,375.00 | $275.00 |
| 05/29/2026 | PJK | CPO | Emails with trustee re Newtone payment, review docket and fee order | 0.20 | 1,375.00 | $275.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/08/2026 | ATB | CPO | Draft second interim fee application for Newtone. | 0.80 | 695.00 | $556.00 |
| 06/09/2026 | PJK | CPO | Emails with AB re Newtone invoice | 0.20 | 1,375.00 | $275.00 |
| 06/12/2026 | PJK | CPO | Emails with AB re Newtone 2nd interim fee app, emails with D Dileo re 1st interim fee app, emails with Newtone re same | 0.30 | 1,375.00 | $412.50 |
| 06/16/2026 | ATB | CPO | Draft COC regarding hearing date; update notice for Newtone final fee app; | 0.40 | 695.00 | $278.00 |
| 06/16/2026 | PJK | CPO | Emails with AB re Newtone fee app, review same, emails with Newtone re same | 0.40 | 1,375.00 | $550.00 |
| 06/16/2026 | PJK | CPO | Emails with AB re COC/order re hrg date, review same, emails with BLS chambers re same | 0.30 | 1,375.00 | $412.50 |
| 06/24/2026 | PJK | CPO | Emails with AB re Newtone fee app, review filing version of same, emails with Newtone re same | 0.40 | 1,375.00 | $550.00 |
| 07/13/2026 | ATB | CPO | File CNO to Newtone second interim fee application; upload proposed order. | 0.30 | 695.00 | $208.50 |
| 07/13/2026 | PJK | CPO | Review Newtone CNO re 2nd interim fee app, emails with AB re same, review docket | 0.20 | 1,375.00 | $275.00 |
| 08/04/2026 | PJK | CPO | Emails with D Dileo re Newtone fee payment | 0.20 | 1,375.00 | $275.00 |
| 08/04/2026 | PJK | CPO | Emails with Newtone re payment info | 0.20 | 1,375.00 | $275.00 |
| | | | | **11.20** | | **$10,844.00** |

## Financing/Cash Collateral/Cash Management

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/12/2026 | MBL | FN | Review secured debt documents and lien issues; emails with team re same. | 1.00 | 1,895.00 | $1,895.00 |
| 05/13/2026 | MBL | FN | Call with P. Keane re lien issues and case status. | 0.10 | 1,895.00 | $189.50 |
| | | | | **1.10** | | **$2,084.50** |

## Hearings

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/30/2026 | ATB | HE | Draft 10/14 agenda. | 0.30 | 695.00 | $208.50 |
| | | | | **0.30** | | **$208.50** |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Retention** | | | | | | |
| 10/17/2025 | PJK | RPO | Emails with J Manfrey re retention for preferences | 0.20 | 1,295.00 | $259.00 |
| 11/10/2025 | PJK | RPO | Review Stevens & Lee draft retention app (.3), emails with J Manfrey re same, emails with trustee re same (.2) | 0.50 | 1,295.00 | $647.50 |
| 11/14/2025 | PJK | RPO | Review and finalize Stevens & Lee retention app (.4), emails with S&L re same (.2), emails with D Potts re same (.2) | 0.80 | 1,295.00 | $1,036.00 |
| 02/20/2026 | PJK | RPO | Emails with S&L re retention | 0.20 | 1,375.00 | $275.00 |
| | | | | **1.70** | | **$2,217.50** |
| **Tax Issues** | | | | | | |
| 10/28/2025 | PJK | TI | Emails with M Infanti re GL audit, review issues re same | 0.40 | 1,295.00 | $518.00 |
| 10/31/2025 | PJK | TI | Emails with trustee, M Infanti, and Newtone re VAT call re updates (.2), review info re same (.2) | 0.40 | 1,295.00 | $518.00 |
| 11/03/2025 | PJK | TI | Call with Newtone re VAT issues (.4), revise notes re same (.1) | 0.50 | 1,295.00 | $647.50 |
| 11/06/2025 | PJK | TI | Emails with M Infanti re VAT updates | 0.20 | 1,295.00 | $259.00 |
| 12/01/2025 | PJK | TI | Emails with M Infanti re VAT issues | 0.20 | 1,295.00 | $259.00 |
| 05/06/2026 | PJK | TI | Review Dutch tax refund issues, emails with M Infanti re same | 0.40 | 1,375.00 | $550.00 |
| 05/15/2026 | PJK | TI | Emails with M Infanti re Dutch tax refund | 0.20 | 1,375.00 | $275.00 |
| 06/04/2026 | PJK | TI | Emails with trustee re Dutch VAT refund issues, research issues re same | 0.40 | 1,375.00 | $550.00 |
| | | | | **2.70** | | **$3,576.50** |

**TOTAL SERVICES FOR THIS MATTER: $73,165.50**

**Expenses**

| | | | |
|---|---|---|---|
| 08/13/2025 | PO | Postage | 11.40 |
| 08/13/2025 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 08/13/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/13/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 08/13/2025 | RE | SCAN/COPY ( 71 @0.10 PER PG) | 7.10 |
| 08/13/2025 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 08/22/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/09/2025 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/09/2025 | PO | Postage | 26.10 |
| 09/09/2025 | RE | SCAN/COPY ( 308 @0.10 PER PG) | 30.80 |
| 09/09/2025 | RE | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 09/09/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/09/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/09/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/12/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/12/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 09/12/2025 | PO | Postage | 19.68 |
| 09/12/2025 | RE | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 09/12/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/12/2025 | RE | SCAN/COPY ( 484 @0.10 PER PG) | 48.40 |
| 09/12/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/12/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/12/2025 | RE | SCAN/COPY ( 157 @0.10 PER PG) | 15.70 |
| 09/17/2025 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/17/2025 | PO | Postage | 11.40 |

| | | | |
|---|---|---|---|
| 09/17/2025 | RE | SCAN/COPY ( 99 @0.10 PER PG) | 9.90 |
| 09/17/2025 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/17/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/19/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/22/2025 | RE | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 09/22/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/22/2025 | RE | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 09/22/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/22/2025 | RE | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 09/22/2025 | RE | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 09/22/2025 | RE | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 09/22/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/22/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/22/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/22/2025 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/22/2025 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/22/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/24/2025 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/14/2025 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2025 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/14/2025 | RE | SCAN/COPY ( 138 @0.10 PER PG) | 13.80 |
| 11/14/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/14/2025 | RE | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/17/2025 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 12/09/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |

| | | | |
|---|---|---|---|
| 12/09/2025 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 12/09/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/09/2025 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/09/2025 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/09/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 12/09/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/09/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/02/2026 | RE | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 04/02/2026 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/02/2026 | RE | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 04/02/2026 | RE | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 04/06/2026 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 04/06/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/06/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 04/06/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 04/06/2026 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 04/06/2026 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2026 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 05/05/2026 | RE | SCAN/COPY ( 108 @0.10 PER PG) | 10.80 |
| 05/05/2026 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

| | | | |
|---|---|---|---|
| 05/05/2026 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/05/2026 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/05/2026 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 09/30/2026 | PAC | Pacer - Court Research | 364.00 |

**Total Expenses for this Matter** **$652.58**

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 09/30/2026** **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 144017 | 12/31/2024 | $4,657.50 | $0.00 | $4,657.50 |
| 148522 | 07/31/2025 | $4,262.49 | $0.00 | $4,262.49 |

**Total Amount Due on Current and Prior Invoices:** **$82,738.07**