# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SHAPEWAYS, INC., *et al.*,[1] | ) | Case No. 24-11488 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING THIRD INTERIM APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,**
**AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR**
**THE PERIOD FROM AUGUST 1, 2025 THROUGH SEPTEMBER 30, 2026**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned case, filed a Third Interim application for allowance of compensation and reimbursement of expenses for August 1, 2025 through September 30, 2026 (the "Third Interim Fee Application"). The Court has reviewed the Third Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Interim Fee Application, and any hearing on the Third Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Fee Application. Accordingly, it is hereby

ORDERED that the Third Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $73,165.50, and costs in the amount of $652.58, are allowed on an interim basis. The Chapter 7 Trustee in the above case shall pay to PSZ&J the sum of $73,165.50 as compensation and $652.58 as reimbursement of expenses, for a total of $73,818.08 for services

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

rendered and disbursements incurred by PSZ&J for the period August 1, 2025 through September 30, 2026.

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.