**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SHAPEWAYS, INC., *et al.*,[1] | Case No. 24-11488 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 305** |

**CERTIFICATION OF NO OBJECTION REGARDING ORDER GRANTING THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH SEPTEMBER 30, 2026**

The undersigned counsel for Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors (the "Debtors"), hereby certifies that:

1. On October 19, 2026, the Trustee filed the *Third Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period From August 1, 2025 Through September 30, 2026* [Docket No. 305] (the "Application").

2. Pursuant to the Notice filed with the Application, objections to entry of an order granting the Application were due no later than November 2, 2026 at 4:00 p.m. (ET).

3. The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Shapeways, Inc. (0993); Shapeways Holdings, Inc. (6494), and Linear Mold & Engineering, LLC (8925).

Accordingly, the Trustee requests that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: November 3, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Brooke E. Wilson (CA Bar No. 354614)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*