# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF MFN PARTNERS, LP
AND MOBILE STREET HOLDINGS, LLC'S SUBPOENA TO
TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE (OR
ADVERSARY PROCEEDING) DIRECTED TO NEW YORK STATE
TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND**

**PLEASE TAKE NOTICE** that on December 1, 2025, pursuant to Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45(a)(4), MFN Partners, LP and Mobile Street Holdings, LLC, by and through their undersigned attorneys, served a copy of the *Subpoena to Testify as a Deposition in a Bankruptcy Case (or Adversary Proceeding)*, attached hereto as **Exhibit A**, upon the party listed on the attached service list in the manner indicated.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

12257748v.1

Dated: December 5, 2025
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Andrew C. Ehrmann*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: kgood@potteranderson.com
      mkotsiras@potteranderson.com
      aehrmann@potteranderson.com

– and –

Eric Winston (admitted pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*

12257748v.1